United States District Court
Middle District of Pennsylvania

William Branch CF3756
V
D.O.C. John Does et, al;
in their individual capacity

1:CV00-1728

FILED
SCRANTON
SEP 2 2000
PER _____ CLERK

This is a new Complaint not tied to any previous § 1983 the title is

<u>Writ of Habeas corpus</u>
<u>Violation of my Civil Rights</u>
and 42 USCA 1983, 28 USCA §§ 2241-2255

This issue is not moot if it Please's the Court Please enter the petition as a Writ of Habeas corpus or what would be appropriate for me attacking the prison conditions and damages in the amount of $160,000 one hundred and sifty Thousand Dollar -$160 as my rights of: Reporting a c/o for misconduct and have the staff retaliate against me for doing this, putting me in Hole by conspiracy of delaying to act on a grievance + a Request until same c/o Reported on could write me up for a misconduct, not allowing inmates in RHU to assist each other with their law work forceing me to get a hair cut when I was under a vow of Nazarite (Bible Nu. 6 + acts 21:23)

this is a r'"gious vow of sepora" unto God just like fasting and part of the vow is not to cut your hair untill the vow is complete, it is between God and man not the DOC they entered into my form of worship I amend a new issue as the staff attorney told me to do. open a new complaint.

on a Request Reporting a misconduct it is supposed to be handled by a impartial investigator the same with grievance's. Mr Freidman my unit manger handled the Report of C/O Russian and the Grievance and he is a defendant in my civil action now being stayed in the third circuit

these are new issue's not Raised before

So I ask the court to open a new complaint on these issue's and they took my legal material although they Returned it I had my injunction denied while they had them <u>Proof of service</u>

US court of middle district
    Po Box 983
    Harrisburg Pa 17108

I don't have any money and I would like appointed counsel please indigent

<u>Sworn affidavit</u>

I affirm under penalty of the Law that the above statements are true

Respectfully

Date 9-13-00

William Branch CF3756

note 1 third circuit court of appeals    Po Box 256
    601 market st                        Waymart Pa 18472
    Phila Pa 19106

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA

William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue, RM. 423
P.O. Box 1148
Scranton, PA 18501-1148



**MARY E. D'ANDREA**
Clerk of Court

(717) 207-5600   FAX (717) 207-5650

*Divisional Offices*

Harrisburg:   (717) 221-3920
Williamsport:   (717) 323-6380

9/19/00

TO: William Branch   CF-3750   CV00-1728

REFERENCE: Branch v. D.O.C. John Does, et al.

Please see the paragraph checked below:

____✓____  A prisoner filing a civil rights complaint in the Middle District of Pennsylvania must submit either the statutory filing fee of $150.00 (effective December 18, 1996) or a proper application to proceed in forma pauperis AND an Authorization form (both forms are enclosed). The in forma pauperis and Authorization forms should be returned within thirty (30) days.

_____  A habeas corpus petition must be accompanied either by a $5.00 filing fee or the proper in forma pauperis application (form enclosed).

_____  A petition for a writ of mandamus must be accompanied either by a $150.00 filing fee or the proper in forma pauperis application (form enclosed).

_____  Each plaintiff must complete his/her own application to proceed in forma pauperis and Authorization form. The filing fee for a civil rights complaint is $150.00, regardless of the number of plaintiffs named in the action.

_____  In forma pauperis application and/or Authorization form not signed.

_____  Complaint/petition is not signed.

_____  This office does not provide copies of Local, Federal Criminal Civil Rules of Procedure to the public. Please check your institutional library.

Clerk of Court, Mary E. D'Andrea

By: _____

Name & No. Black CF3156
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPT. OF CORRECTIONS

(1)

US Dist Court
Mid. Dist
Po Box 983
Harrisburg Pa 17108

17108+0983

WAYMART PA SEP 14 '00 PB METER 6810916

SEP 18 2000

US POSTAGE 0.33

