IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM R. BRANCH, | : CIVIL ACTION NO. 1:CV-00-1728 |
| Plaintiff | : |
| v. | : |
| D.O.C. JOHN DOES, | : (Judge Rambo) |
| Defendants | : |

FILED
HARRISBURG, PA
SEP 29 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The complaint is dismissed pursuant to 42 U.S.C. § 1997(e) for failure to exhaust administrative remedies.

2. The Clerk of Court shall close this case.

3. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

SYLVIA H. RAMBO
United States District Judge

Dated: September 29, 2000

SR:lq

Certified from the record
Date 9-29-00
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 29, 2000

Re:  1:00-cv-01728    Branch v. D.O.C. John Does

True and correct copies of the attached were mailed by the clerk to the following:

William R. Branch
SCI-WAYMART
CF-3756
P.O. Box 256
Route 6
Waymart, PA  18472-0256

cc:
Judge                              (2X)
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen    ( )   PA Atty Gen ( )
                                            DA of County   ( )   Respondents ( )
Bankruptcy Court                   ( )
Other L. Quinn                     (X )

MARY E. D'ANDREA, Clerk

DATE: September 29th, 2000                    BY: /s/ [signature]
                                                   Deputy Clerk