DC-135A

00-CV-1728

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER) Ms. Martin  C-1 Unit Manger
2. DATE 9-26-00
3. BY: (INSTITUTIONAL NAME AND NUMBER) William Brauch  CF 3756
4. COUNSELOR'S NAME  Ms. Schafer
5. WORK ASSIGNMENT
6. QUARTERS ASSIGNMENT  B.U. D-2
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Madame: I am a none Smoker and I am on a Smoking Block I have spoken to my Block officer and my Unit manger and mrs Long my old Block counselor and to this day nothing has been done I have been to medical and received medicine as this Smoke gives me a Head ach and inflames my Noise, throat, my eyes, Lungs I see this as part of a conspiriacy to punish me as I was with a none Smoker on C-1 and I was moved to a Somker Block after I explained to staff that I did not Smoke and the fact that I was on M-2 and moved Back to C-1 not becouse of a insident but becouse

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

the C/O who job is to deal with inmates complained So my Health is put at Risk. I do not Smoke and Second Hand Smoke is more deadly than actual somking, also I wrote the Supt. Colleran and explained that the exhaust fans put in Per. Austin agreement C.A. No. 90-9497 don't open properly the vents hit the window Bars and do not open half way defeating the whole Reason for them. also I have been forced to cut my hair and my Beard when I explained to them that I had made a Religious vow per Numbers 6 the Bible, this was not done to identify me nor becouse it was over my coller or dirty or unkept.

Respectfully

☐ TO DC-14 CAR ONLY  ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER  C.C.- Judge Rambo
             Mr. Colleran Supt.

DATE

Name & No. CE3456 March
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPT. OF CORRECTIONS

Judge Ronalo
P.O. Box 983
Harrisburg, Pa. 17108