


Case 1:00-cv-01728-CCC    Document 13    Filed 03/23/2001    Page 1 of 1

03/23/01                    TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1

                                        SCRANTON

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| ************ | ************ | ************ | ************ | ************ | ************ |
| 8030219001. | 03/22/01 | 0869PL | | 0 | -22.97 |
| 8030219002. | 03/22/01 | 0869PL | | 0 | 5.90 |
| 8030219003. | 03/22/01 | 5100PL | | 0 | 10.19 |
| 8030219004. | 03/22/01 | 0869PL | | 0 | 6.88 |
| 8030219101 | 03/22/01 | 6855XX | 3:01-OP-1 | 1 | -37.14 |
| 8030219102 | 03/22/01 | 0869PL | | 0 | 21.00 |
| 8030219103 | 03/22/01 | 5100PL | | 0 | 4.14 |
| 8030219104 | 03/22/01 | 0869PL | 3:01-OP-1 | 1 | 2.00 |
| 8030219105 | 03/22/01 | 6855XX | | 0 | 10.00 |
| 8030219201 | 03/22/01 | 5100PL | | 0 | -70.89 |
| 8030219202 | 03/22/01 | 5100PL | | 0 | 8.92 |
| 8030219203 | 03/22/01 | 5100PL | 3:01-OP-1 | 1 | 12.23 |
| 8030219204 | 03/22/01 | 5100PL | | 0 | 8.32 |
| 8030219205 | 03/22/01 | 5100PL | | 0 | 8.38 |
| 8030219206 | 03/22/01 | 0869PL | | 0 | 2.79 |
| 8030219207 | 03/22/01 | 5100PL | | 0 | 19.95 |
| 8030219208 | 03/22/01 | 0869PL | | 0 | 10.30 |
| 9030008300. | 03/22/01 | 3875CC | | 0 | -26.50 |

                                                                 DIVISION TOTAL  -26.50

Handwritten: T 2192-2  $8.92  1:00-1728 Branch

FILED
SCRANTON
MAR 2 3 2001
PER _____
DEPUTY CLERK

CR

10/30/E
cmt
3/30/01
(15)