```
04/12/01                  TRANSFER-ADJUSTMENT-FORFEITURE REPORT                              1
TRNS-ADJ        DATE      CASE NO           FUND      DEF                       AMOUNT
*************************************************SCRANTON*************************************
80300221001.    04/11/01  3:98-CR-294-05    504100     5                        -50.00
80300221002.    04/11/01  3:01-OP-1         6855XX     1                         50.00
80300221101.    04/11/01  3:01-OP-1         6855XX     1                        -33.43
80300221102.    04/11/01                    5100PL     0                          7.35
80300221103.    04/11/01                    0869PL     0                         13.44
80300221104.    04/11/01                    5100PL     0                          5.22
80300221105.    04/11/01                    0869PL     0                          3.42
80300221106.    04/11/01                    5100PL     0                          4.00
80300221201.    04/11/01  3:01-OP-1         6855XX     1                        -36.49
80300221202.    04/11/01                    5100PL     0                          3.54
80300221203.    04/11/01                    5100PL     0                          6.00
80300221204.    04/11/01                    0869PL     0                          3.39
80300221205.    04/11/01                    5100PL     0                          4.13
80300221206.    04/11/01                    5100PL     0                          6.46
80300221207.    04/11/01                    0869PL     0                          3.29
80300221208.    04/11/01                    5100PL     0                          9.68
                                                           DIVISION TOTAL         0.00
```

T 2212-2   $ 3.54   1:00-1728  Branch

FILED
SCRANTON
APR 12 2001
PER _____ DEPUTY CLERK

(14)
4/12/01
TS
CFR