IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | CIVIL ACTION NO. 1:CV-00-1728 |
| **Plaintiff** | : | |
| v. | : | |
| **D.O.C. JOHN DOES,** | : | (Judge Rambo) |
| **Defendants** | : | |

FILED
HARRISBURG, PA
APR 3 0 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for reconsideration (Doc. 9) is **GRANTED** and the Clerk of Court shall reopen this case.

2. Within 20 days from the date of this order, Plaintiff shall file an amended complaint, as prescribed by the court.

3. The Clerk of Court shall mail to Plaintiff two (2) copies of this court's form 42 U.S.C. § 1983 civil rights complaint form, which Plaintiff should use in preparing his amended complaint.

4. If no proper amended complaint is filed as required by ¶ 2 hereof, the complaint will be dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) and the case will be closed.

SYLVIA H. RAMBO
United States District Judge

Dated: April         , 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 30, 2001

Re:   1:00-cv-01728    Branch v. D.O.C. John Does

True and correct copies of the attached were mailed by the clerk to the following:

William R. Branch                With (2) 42-USC-1983 Forms
SCI-WAYMART
CF-3756
P.O. Box 256
Route 6
Waymart, PA  18472-0256

cc:
Judge                              (X )           (X ) Pro Se Law Clerk
Magistrate Judge                   ( )            ( ) INS
U.S. Marshal                       ( )            ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen   ( )    PA Atty Gen ( )
                                             DA of County  ( )    Respondents ( )

Bankruptcy Court                   ( )
Other_____       ( )

                                                MARY E. D'ANDREA, Clerk

DATE: April 30th, 2001                     BY: _____
                                                Deputy Clerk