05/10/01 TRANSFER-ADJUSTMENT-FORFEITURE REPORT 2

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300223901. | 05/09/01 | 6855XX | 3:01-OP-1 | 1 | -61.63 |
| 80300223902. | 05/09/01 | 5100PL | | 0 | 4.76 |
| 80300223903. | 05/09/01 | 5100PL | | 0 | 5.39 |
| 80300223904. | 05/09/01 | 5100PL | | 0 | 21.22 |
| 80300223905. | 05/09/01 | 0869PL | | 0 | 8.71 |
| 80300223906. | 05/09/01 | 5100PL | | 0 | 7.22 |
| 80300223907. | 05/09/01 | 0869PL | | 0 | 3.72 |
| 80300223908. | 05/09/01 | 5100PL | | 0 | 10.61 |
| 80300224001. | 05/09/01 | 0869PL | | 0 | -7.46 |
| 80300224002. | 05/09/01 | 0869PL | | 0 | 7.46 |
| 80300224101. | 05/09/01 | 6855XX | 3:01-OP-1 | 1 | -26.21 |
| 80300224102. | 05/09/01 | 0869PL | | 0 | 15.46 |
| 80300224103. | 05/09/01 | 0869PL | | 0 | 10.75 |
| 80300224201. | 05/09/01 | 6855XX | 3:01-OP-1 | 1 | -57.70 |
| 80300224202. | 05/09/01 | 5100PL | | 0 | 5.00 |
| 80300224203. | 05/09/01 | 0869PL | | 0 | 6.01 |
| 80300224204. | 05/09/01 | 5100PL | | 0 | 5.70 |
| 80300224205. | 05/09/01 | 5100PL | | 0 | 8.22 |
| 80300224206. | 05/09/01 | 5100PL | | 0 | 13.02 |
| 80300224207. | 05/09/01 | 5100PL | | 0 | 10.00 |
| 80300224208. | 05/09/01 | 5100PL | | 0 | 9.75 |
| | | | DIVISION TOTAL | | 0.00 |

T 2239-2 $4.76 1:00-1728 BRANCH

FILED
SCRANTON

MAY 16 2001

PER ____________
DEPUTY CLERK

(17) 5-16-01