IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUN - 1 2001
PER _____
DEPUTY CLERK

___Si Sanch CF3956_____ :
_____ :   _1:CV-00-1728_____
_____ :   Civil Case No.
**Name of Plaintiff(s)**       :
                               :   ___Rambo_____
         v.                    :   Judge
                               :
___Muhlan et al_____ :   (Number and Judge to be
_____ :    assigned by court)
_____ :
_____ :

**Name of Defendant(s)**

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. _Yes_   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. _Yes_   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No _No_

    (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
        Yes _✓_   No _____

(b) Please explain in detail why you are under imminent danger of serious physical injury:

the Prison staff are trying to frighten me into dropping my civil action by putting me near inmates that may beat me up so they can put me in P.H.U.

4. (a) Are you presently employed at the Institution? Yes ✓ No ___

   (b) If yes, what is your monthly compensation? $ 22.00

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source and the amount involved.

No Bank money, family house worth about $2000 a vacate lot trusty of a house worth about $1200 all have lien on them and owe Back taxes as I have been in prison for 8 yrs

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 5-30-2001
             (Date)

William Branch CF3156
(Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

# AUTHORIZATION
(Prisoner's Account Only)

Case No: CV-00-1728

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, WM Branch CF3756, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 5-30-01, 2001

WM Branch CF3756
Signature of Prisoner