06/12/01

TRANSFER-ADJUSTMENT-FORFEITURE REPORT

SCRANTON                                                                                             1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 80300226701. | 06/11/01 | 6855XX | 3:01-CR-020-01 | 1 | -25.00 |
| 80300226702. | 06/11/01 | 504100 | 3:01-CR-020-01 | 1 | 25.00 |
| 80300226801. | 06/11/01 | 6855XX | 3:97-CR-255-01 | 1 | -30.00 |
| 80300226802. | 06/11/01 | 504100 | 3:97-CR-255-01 | 1 | 30.00 |
| 80300226901. | 06/11/01 | 086900 | | 0 | -20.00 |
| 80300226902. | 06/11/01 | 6855XX | | 0 | 20.00 |
| 80300227001. | 06/11/01 | 6855XX | 3:01-OP-1 | 1 | -5,100.00 |
| 80300227002. | 06/11/01 | 504100 | 3:01-OP-1 | 1 | 5,100.00 |
| 80300227101. | 06/11/01 | 6855XX | 3:98-CR-289-01 | 1 | -75.02 |
| 80300227102. | 06/11/01 | 5100PL | | 0 | 5.59 |
| 80300227103. | 06/11/01 | 5100PL | | 0 | 6.29 |
| 80300227104. | 06/11/01 | 5100PL | | 0 | 4.79 |
| 80300227105. | 06/11/01 | 0869PL | | 0 | 8.32 |
| 80300227106. | 06/11/01 | 5100PL | | 0 | 5.79 |
| 80300227107. | 06/11/01 | 5100PL | | 0 | 8.09 |
| 80300227108. | 06/11/01 | 0869PL | | 0 | 24.53 |
| 80300227109. | 06/11/01 | 5100PL | | 0 | 11.62 |
| 80300227201. | 06/11/01 | 6855XX | 3:01-OP-1 | 1 | -52.45 |
| 80300227202. | 06/11/01 | 5100PL | | 0 | 5.88 |
| 80300227203. | 06/11/01 | 5100PL | | 0 | 7.08 |
| 80300227204. | 06/11/01 | 5100PL | | 0 | 30.00 |
| 80300227205. | 06/11/01 | 5100PL | | 0 | 9.49 |

DIVISION TOTAL       0.00

*Handwritten:* T 2271-2  $5.59  1:00-1728  Branch

FILED
SCRANTON
JUN 14 2001
PER _____
DEPUTY CLERK

*Handwritten:* 19 / jpm / 6-14-0