20
7/11/01
MA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. BRANCH,                    :
              **Plaintiff**          :          CIVIL NO. 1:CV-00-1728
                               :
     v.                            :          (Judge Rambo)
                               :
D.O.C. JOHN DOES,                     :          **FILED**
             **Defendants**        :          HARRISBURG, PA

                                        JUL 1 0 2001

                 **ORDER**          MARY E. D'ANDREA, CLERK
                            Per _____
                                  Deputy Clerk

NOW, THIS 10th DAY OF JULY, 2001, upon consideration of the facts that: (1) plaintiff, an inmate confined at the State Correctional Institution, Waymart, Pennsylvania, filed this civil rights action pursuant to 42 U.S.C. § 1983; (2) along with his complaint, plaintiff also filed an application to proceed in forma pauperis; (3) an administrative order was issued on September 28, 2000 (Doc. 4) directing the warden at SCI-Waymart to commence deducting the filing fee from plaintiff's prison trust fund account; (4) by order (Doc. 16) dated April 30, 2001, plaintiff had twenty (20) days to file an amended complaint as prescribed by the court (Doc. 15); (5) plaintiff was informed that if a proper amended complaint was not filed, his complaint would be dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) and the case would be closed; and (6) as of today's date, plaintiff has not filed an amended complaint, **IT IS HEREBY ORDERED THAT:**

    1.    Plaintiff's complaint (Doc. 1) is dismissed for failure to state a claim
            pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2.  Plaintiff's motion for injunctive relief (Doc. 10) is dismissed as moot.

3.  Plaintiff's application to proceed in forma pauperis (Doc. 18) is denied as unnecessary because the Court granted his first application.

4.  The Clerk of Court is directed to close this case.

5.  Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

SYLVIA H. RAMBO
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

July 10, 2001

Re:  1:00-cv-01728    Branch v. D.O.C. John Does

True and correct copies of the attached were mailed by the clerk
to the following:

        William R. Branch
        SCI-WAYMART
        CF-3756
        P.O. Box 256
        Route 6
        Waymart, PA  18472-0256

cc:
Judge                       (X )        (X ) Pro Se Law Clerk
Magistrate Judge            ( )         ( ) INS
U.S. Marshal                ( )         ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               (X )
Federal Public Defender     ( )
Summons Issued              ( )  with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5         ( )
Order to Show Cause         ( )  with Petition attached & mailed certified mail
                                 to: US Atty Gen   ( )  PA Atty Gen ( )
                                     DA of County  ( )  Respondents ( )

Bankruptcy Court            ( )
Other_____  ( )

                                      MARY E. D'ANDREA, Clerk

DATE: July 10th, 2001            BY: _____
                                         Deputy Clerk