See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM R. BRANCH,<br>　　　　**Plaintiff** | : | CIVIL NO. 1:CV-00-1728 |
| v. | : | (Judge Rambo) |
| MR. RUSSIAN, et. al.,<br>　　　　**Defendants** | : | |

FILED
HARRISBURG, PA
JUL 3 1 2001
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## O R D E R

AND NOW, THIS 31st DAY OF JULY, 2001, **IT IS HEREBY ORDERED THAT**:

1. This court's previous order (Doc. 20) dated July 10, 2001 is vacated in part as to the order dismissing the complaint and closing the case.[1]

2. The Clerk of Court shall reopen the file.

3. Plaintiff's motion to proceed in forma pauperis is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[2]

4. The United States Marshal is directed to serve plaintiff's amended complaint (Doc. 22) on the defendants named therein.

5. Plaintiff's request for change of venue contained within his amended complaint is denied pursuant to Rule 7 of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　　WILLIAM W. CALDWELL
　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　on behalf of Judge Rambo

---

1. Branch was previously directed by this court to file an amended complaint. Due to clerical error, the amended complaint was initially processed as a new complaint and this court issued an order dismissing the complaint for failure to comply with court order. The amended complaint has now properly been documented.

2. Branch completed this court's form application to proceed in forma pauperis and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 31, 2001

Re:  1:00-cv-01728    Branch v. D.O.C. John Does

True and correct copies of the attached were mailed by the clerk to the following:

William R. Branch
SCI-WAYMART
CF-3756
P.O. Box 256    ✓
Route 6
Waymart, PA   18472-0256

cc:
Judge                          (✓)         (✓) Pro Se Law Clerk
Magistrate Judge               ( )         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )             doc. 20 ; N/C; S.P. Order
Federal Public Defender        ( )             amended    + order
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal (✓)    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court               ( )
Other _____          ( )

                                             MARY E. D'ANDREA, Clerk

DATE:  7/31/01                        BY:  _____
                                            Deputy Clerk