PLSLC

```
08/07/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                1
TRNS-ADJ       DATE     FUND      CASE NO            DEF    AMOUNT
****************************************************************************
                                  SCRANTON
80300261301.  08/06/01  6855XX    3:01-OP-1          1     -500.00
80300261302.  08/06/01  504100    3:00-CR-036-09     9      500.00
80300261401.  08/06/01  6855XX    3:01-OP-1          1      -69.88
80300261402.  08/06/01  5100PL                       0       14.09
80300261403.  08/06/01  5100PL                       0        6.85
80300261404.  08/06/01  0869PL                       0        8.32
80300261405.  08/06/01  5100PL                       0        6.85
80300261406.  08/06/01  5100PL                       0        8.32
80300261407.  08/06/01  5100PL                       0        6.76
80300261408.  08/06/01  0869PL                       0        8.14
80300261409.  08/06/01  5100PL                       0        2.37
80300261410.  08/06/01  5100PL                       0        3.27
80300261411.  08/06/01  0869PL                       0        0.24
                                                             11.52

                                         DIVISION TOTAL       0.00
```

T2614-2  $14.09    1:00-1728    BRANCH

FILED
SCRANTON

AUG 0 9 2001

PER _____
DEPUTY CLERK

24
8/9/01
RO