United States Dist. Court
Middle Dist. of Pennsylvania

Wm. Branch
v.
Russian

FILED
SCRANTON
AUG 15 2001
PER _____ DEPUTY CLERK

-CV-01356-

Judge Rambo

## Mandamus

If it please's the court here comes Wm Branch asking this court to change this case number to 1:00-CV-01728 as I had filed this amended complaint in a timely manor but your staff failed to file my amended complaint untill July 25, 2001. I posted this complaint on 5-21-01

I ask that the order to dismiss my case be Recinded or vacated and the complaint Branch v. Russian be give the case number 1:00-CV-01728 and that the court inform me as to the state of my 20 marshal forms that I filed "do you have them", Please let me know. also I Received a Response from Lois A. Buller clerks office on 5-29-01 with the marshal forms I asked for and a informa pauperis form was inclosed I have sent a copy of this letter and the cash slip for postage on 7-12-01

Date 7-27-01

Respectfully
William Branch
CF3756
Po Box 256
Waymart Pa 18472

## Proof of service

I, the undersigned verify that I have served a copy of this petition by US Postage paid mail to:

Dist court Middle Dist Court Judge Rambo
PO Box 983
Harrisburg, Pa 17108

US Attorney General
600 E St NW
Washington D.C 20530

## Motion to proceed in forma pauperis

I the undersigned, move this Honorable Court for an order permitting me to proceed in forma pauperis. I had previously been granted in forma pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## Verification

I the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to title 18 Pa.C.S.A Section 4904 Relating to unsworn falsification to authorities.

Date 7-21-01

Respectfully submitted

WH Branch CF3756
PO BOX 256
Waymart Pa. 18472