# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM R. BRANCH,<br>　　　　Plaintiff | : | CIVIL NO. 1:CV-00-1728 |
| v. | : | (Judge Rambo) |
| MR. RUSSIAN, et. al.,<br>　　　　Defendants | : | |

FILED
HARRISBURG, PA

AUG 2 0 2001

MARY E. D'ANDREA, CLERK
Per _____
　　　Deputy Clerk

## ORDER

AND NOW, THIS 20 DAY OF AUGUST, 2001, upon consideration of plaintiff's motion to have his recently filed complaint be construed as his amended complaint, said motion (Doc. 25) is hereby dismissed as moot. Plaintiff has obtained the relief he is currently seeking pursuant to court order (Doc. 23) dated July 31, 2001.

　　　　　　　　　　　　　　　　　　/s/ Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 20, 2001

Re:  1:00-cv-01728    Branch v. D.O.C. John Does

True and correct copies of the attached were mailed by the clerk to the following:

```
William R. Branch
SCI-WAYMART
CF-3756
P.O. Box 256
Route 6
Waymart, PA  18472-0256
```

```
cc:
Judge                              (X)        (X) Pro Se Law Clerk
Magistrate Judge                   ( )        ( ) INS
U.S. Marshal                       ( )        ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )   with N/C attached to complt. and served by:
                                          U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )   with Petition attached & mailed certified mail
                                          to:  US Atty Gen  ( )    PA Atty Gen   ( )
                                               DA of County ( )    Respondents   ( )
Bankruptcy Court                   ( )
Other_____      ( )
```

MARY E. D'ANDREA, Clerk

DATE: August 20th, 2001         BY: _____
                                         Deputy Clerk