IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BRANCH | : | CIVIL ACTION |
| V. | : | NO. CV-00-1728 |
| NEIL HEFFERMAN, P.A., et al. | : | |

ENTRY OF APPEARANCE AND JURY TRIAL DEMAND

TO THE CLERK OF COURT:

Please enter my appearance on behalf of Neil Hefferman, P.A. in connection with the above-captioned matter.

A jury trial is demanded.

MONAGHAN & GOLD, P.C.

BY: _____
ALAN S. GOLD
Attorney for Defendant,
Neil Hefferman, P.A.
Atty Id No. 23400
7837 Old York Road
Elkins Park, PA 19027
(215)782-1800

FILED
SCRANTON
AUG 2 3 2001
PER
DEPUTY CLERK