United States Dist. Courts
Middle Dist. of Penna.

William Branch
v.
Russian et. al. # C.V.-01728

To: Judge
~~William Caldwell~~
Rambo

FILED SCRANTON AUG 28 2001 PER [signature] DEPUTY CLERK

Mandamus

If it Please's the Courts here comes W<u>m</u> Branch asking the court to comply with its Policy DC ADM 804 Inmate Grievance.
I have put in three Grievance's two about my hair and one on C/O Kaworski a Defendant named in this civil Complaint the Grievance number is WAM-149-01 or WAM-049-01 as the staff sent me one number and later put a 1 in the zero covering for each other in a conspiracy. Mr Colleran has not answered my appeal to him on WAM-149-01 and it is Pasted the 15 Day aloted by the D.O.C. Policy also the Hearing chief counsel at Champ hill has not answered WAM-0118-01 and it is over 30 days filed 6/1/01. These actions violate my Due process Rights and my access to court, and it is happening to often to be a mistake. they wrote the Judge and said I did not exhaust all administrative Remedies when I had causing my complaint to be dismiss it is one year now and I am Just getting Back into Dist court.

For these Reasons and more I am asking the court to stop these Constitutional violations of my rights and look into these conspiracy as they prove my case.

Date 8-22-01

Respectfully
William Branch
P.O. Box 256
Waymart Pa. 18472

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

US attorney General
John Ashcroft
Justice Det
600 E St NW
Washington DC 20530

Judge William Caldwell
Po Box 983
Harrisburg Pa. 17108

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 8-22-01

William Branch

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3