

(32)

## WAIVER OF SERVICE OF SUMMONS

TO: _William R. Branch_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Branch_ vs. _Russian_, which is case number _CV-00-1728_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _8/10/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

9-11-01
Date

_Gwendolyn T. Mosley_
Signature

Printed/Typed Name: Gwendolyn T. Mosley

Title if any: Senior Deputy Attorney General

Address: 15th Floor, Strawberry Square

Harrisburg, PA 17120

For Corporation, if any:

Representing defendant(s) if any: Russian, Friedman, Griffin, Martin, Surace, Gorman, Welling, Hefferman, Richards, Jones, Gavin, Burke, Gagas, Scalzo, Horn, Wilbur, Walsh, Karwowski, and Suchy

FILED
SCRANTON
SEP 14 2001
PER _____
DEPUTY CLERK

RECEIVED/PA
MIDDLE
2001 SEP 11 AM 8:30

AO 440 (Rev. 10/93) Summons in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA

## SUMMONS IN A CIVIL CASE

William R. Branch, Plaintiff

CASE NUMBER: 1:CV-00-1728

Judge Rambo

v.

CO Russian; Mr. Friedman; Cpt. Griffin; Mrs. Martin; Ms. Surace; Mr. Gorman; Lt. Welling; PA Hefferman; Mr. Richards; Mr. Jones; Cpt. Gavin; Mr. Burke; Pastor Gagas; Mr. Scalzo; Mr. Horn; Ms. Wilbur; Mr. Walsh; CO Karwowski; Ms. Suchy; and JOHN DOES, individual and official capacity, Defendants

To: (For the name and address of defendant(s): **SEE COMPLAINT**)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY William R. Branch, CF-3756, SCI-WAYMART, P.O. Box 256, Route 6, Waymart, PA 18472-0256

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY E. D'ANDREA, Clerk

DATE: July 31, 2001

(By) Ann Severino-Michael, Deputy Clerk

RECEIVED USMS, MIDDLE/PA 2001 AUG -2 PM 1:11