ORIGINAL

# United States Dist Court
# of Penna. Middle District

Wm. Branch, Plaintiff
V.
Russian et. al., Defendant

CV. No. 1CV-00-1728
(Judge Rambo)

FILED
HARRISBURG
SEP 24 200[1]
MARY E. D'ANDREA,
Per _____
DEPUTY CLERK

33
9/25/01

## Motion not to Dismiss any one for failer to Exhaust Remedies

If it Please the court here come's Wm. Branch asking the Honorable court not to Dismiss anyone for failer to Exhaust administrative Remedies.

42 USC 1997e(A) Retaliation Does not Require Exhausting of administrative Remedies (see) Relief v. complaint
cite: Lawrence v. Goord 238 f3d 186 (2 cir 2001) exhaustion of Remedies do not apply to claims of Particularized instances of excessive force directed at prisoner or Retaliation (individualized) against a prisoner. They concl[ude] that the underlying principle Requiring Exhaustion - giving notice to administration is to allow them a chance to chan[ge] their behavior - are not served when a practice is aimed at one specific inmate Rather than prison Population o[f] a whole
also see Nussle v. Wilette 224 F3d 95 (2 cir 2000)

For these Reasons I ask this court to deny Mr. Neil Hefferman P.A. motion to dismiss himself.

Date 9-19-01

Respectfully
William Branch CP-375
PO Box 256
Waymart Pa 18472

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

J. ashcroft A·G·
600 E st NW
Washington DC·
20530

US Dist court
M.D Penna
Po Box 983
Harrisburg Pa - 17108

Monaghan & Gold P.C·
Mr Gold P.C·
7837 old york Road
Elkins Park Pa - 1902[?]

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 9-19-01

William Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3