```
09/12/01              TRANSFER-ADJUSTMENT-FORFEITURE REPORT
TRNS-ADJ      DATE        FUND      CASE NO        DEF        AMOUNT           1
*************************************************************************
                                    SCRANTON
80300263601.  09/07/01    6855XX    3:01-OP-1      1          -24.00
80300263602.  09/07/01    5100PL                   0            8.00
80300263603.  09/07/01    5100PL                   0            8.00
80300263604.  09/07/01    5100PL                   0            8.00
80300263701.  09/07/01    6855XX    3:01-OP-1      1          -56.91
80300263702.  09/07/01    5100PL                   0            5.29
80300263703.  09/07/01    5100PL                   0            8.32
80300263704.  09/07/01    0869PL                   0            7.32
80300263705.  09/07/01    5100PL                   0            8.32
80300263706.  09/07/01    5100PL                   0            6.64
80300263707.  09/07/01    5100PL                   0            3.36
80300263708.  09/07/01    0869PL                   0            4.22
80300263709.  09/07/01    0869PL                   0           13.44

                                    DIVISION TOTAL              0.00
```

PRSC

1:00-1728 . BRANCH

PRSU
REOPEN

T2637-2  $5.29

FILED
SCRANTON
SEP 26 2001
PER_____ DEPUTY CLERK

34
9/27/01