Exhibit AA-3
Civil No: CV.-00-1728
Branch Russian

Judge Rambo

Request

Mr Cotteran Sup[t]

Wm Branch CF3756

Lt Wellin[g]
PIEASE An[s]
RECEIVED councelo[r]
2000 AUG -3 AM 10:35 [L]ong
SUPERINTENDENT'S OFFICE Housing
SCI WAYMART
RHU

Sir: I have asked for 5 grievance forms 2 days ago to date I have not Receive them (DC ADM 804 Part I is available in each Housing Unit upon Req[uest] from unit staff)

Please speak with your staff this is not being adhered to

also as you see I ran out of Request forms I need 5 of those also

Thank you

FILED
HARRISBURG, P[A]
OCT 10 2001
MARY E. D'ANDREA, CL[ERK]
Per [signature] Deputy Clerk

On the 15th aug i was given this and told not t[o] write the supt again he will stop being nice this crumble this up and thrown in my RH[U] Cell also no Request slips were given to me.

*Motion that all parties be served with summons. I did not send Ms Mosley this waiver of service*

## WAIVER OF SERVICE OF SUMMONS

TO: <u>William R. Branch</u>
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of <u>Branch</u> vs. <u>Russian</u>, which is case number <u>CV-00-1728</u> in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>8/10/01</u> (date request was sent), or within 90 days after that date if the request was sent outside the United States.

<u>9-11-01</u>                              /s/ Gwendolyn T. Mosley
Date                                         Signature

Printed/Typed Name: Gwendolyn T. Mosley

Title if any: Senior Deputy Attorney General

Address: 15th Floor, Strawberry Square

Harrisburg, PA 17120

For Corporation, if any:

Representing defendant(s) if any: Russian, Friedman, Griffin, Martin, Surace, Gorman, Welling Hefferman, Richards, Jones, Gav Burke, Gagas, Scalzo, Horn, Wil Walsh, Karwowski, and Suchy

*Exhibit AA-4*

**DC-ADM 804, Inmate Grievance System**                                                      **Attachment B**

DC-804
Part 2   *Branch v. #1:CV-00-1728   Russian   Judge Rambo*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

**OFFICIAL INMATE GRIEVANCE**
**INITIAL REVIEW RESPONSE**

GRIEVANCE NO. **WAM-149-01**

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| BRANCH, William, CF3756 | SCI-Waymart | F2 | July 25, 2001 |

The following is a summary of my findings regarding your grievance:

This is in response to your grievance WAM 149-01, dated 7/14/2001. I spoke with you on 7/23/2001 regarding the issues stated in your grievance. Upon reviewing these matters, my findings are as follows: Officer Karwowski states he did not call you an asshole on 7/14/2001. No one else on the unit heard him make such a statement. *a statement inclosed by inmate Davis who Heard C/O Kowarski. (WB)*

Upon reviewing your quarters card, the one and only entry by CO Sawchuck was on 12/20/2000, when you were ordered to sit for count. This is the officer's job; all officers are instructed to make quarters card entries on all infractions and let the inmate know the entry was made. *a warning should have been given by C/O Sawchuck as he is not a Regular Block C/O (WB)*

The most recent entries on your quarters card, 6/5/2001 and 7/14/2001, include the same infraction. An infraction for which you could have received a misconduct, but the officer chose to use lesser means attempting to correct the problem. *This is not correct, I wrote C/O Kowarski up on 7-14-01 (WB)*

Concerning your meals, you are on a medically prescribed diet which is served three specific times daily. These times are the same time everyday. On 4/15/2001, you left the block (F2) 30 minutes after diet line was called. You were ordered by CO Karwowski not to leave the block without permission. On 7/9/2001, you left the block 17 minutes after diet line were called. You were given a misconduct and received a reprimand and warning. On 7/17/2001, you went to diet line, (this was verified by kitchen staff). You then came back to the block and expected the block officer to let you go to main line. *I asked the Block officer if they called Diet line Before I left the Block as I was at m or Choir Practice (WB)*

On 7/24/2001, Lt. Vargas and Mr. McDonnell spoke with you about your behavior concerning you being timely and you also trying to incite other inmates to make trouble for the block officer due to diet line running late. *I did not try to incite anyone (WB)*

Finally, during my conversation with you, you admitted that you wanted to push this grievance because of the lawsuit you are filing against the block officers. *He Refused to speak with C/O Kowarski because I would not sign off this grievance (WB)*

I find no evidence of any officers treating you in a demeaning or harassing manner. I suggest to you to become familiar with the rules and regulations and institutional policies as outlined in the inmate handbook and adhere to them.

If you have any further issues to address, contact myself or any staff member to assist you.

EF/kt

cc:    Superintendent Colleran
       File

\* *No answer from Mr Colleran on my appeal to him to date 10-4-01*

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| ERIC FREETHY CO III | Lt. Eric Freethy | 7-25-0 |

**DC-804**
PART 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. WAM-149-0

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr Colleran Supt | Sci Waymart | 9-13-0 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Wm Branch CF3756 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| Block Janitor | F-2 | |

finnal appeal

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

Sir l this is the second appeal I am sending you the first one was dated 7-27-01 to this day I have not heard from you. C/o Karwowski called me a asshole I did not call him any name I was not making trouble I am following the rules there is no reason for this C/o to call anyone out of their name or number nothing anyone could do would allow him calling them a asshole.

**B. Actions taken and staff you have contacted before submitting this grievance:**

this is a final appeal

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                    Date

Branch
v
Russion

Judge Rambo
civil # 1:CV-00-1728

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

M.D. Dist court
PO Box 983
Harrisburg Pa.
17108
Exhibit AA-2
AA-3
AA-4

esq Gold
7837 old york Rd
elkins Park Pa.
19027
Exhibit AA-2

esq Mosley- O.A.G.
15th Fl Strawberry Sq
Harrisburg Pa. 17120
Exhibit AA-4
AA-3

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 10/4/01

William Branch

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3