IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. BRANCH,
  Plaintiff

v.

MR. RUSSIAN, *et. al.*,
  Defendants

CIVIL NO. 1:CV-00-1728

(Judge Rambo)

FILED
HARRISBURG, PA

OCT 1 5 2001

MARY E. D'ANDREA, CLERK
PER _____ /DEPUTY CLERK

## ORDER

Upon consideration of defendants' motion for an enlargement of time in which to file a response to the complaint, **IT IS HEREBY ORDERED THAT** the motion (Doc. 36) is granted and Defendants shall have until October 16, 2001 in which to file their response.

            SYLVIA H. RAMBO
            United States District Judge

Dated: October /5, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 15, 2001

Re: 1:00-cv-01728   Branch v. D.O.C. John Does

True and correct copies of the attached were mailed by the clerk to the following:

William R. Branch
SCI-WAYMART
CF-3756
P.O. Box 256
Route 6
Waymart, PA  18472-0256

Gwendolyn T. Mosley, Esq.
Office of the Attorney General
Strawberry Sq.
15th Floor
Harrisburg, PA  17120   Fax No.: 717-772-4526

Alan S. Gold, Esq.
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA  19027

```
cc:
Judge                          ( ✓ )        ( ✓ ) Pro Se Law Clerk
Magistrate Judge               ( )          (   ) INS
U.S. Marshal                   ( )          (   ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
```

```
                                    to:  US Atty Gen    ( )   PA Atty Gen ( )
                                         DA of County   ( )   Respondents ( )
Bankruptcy Court          ( )
Other_____( )
                                                        MARY E. D'ANDREA, Clerk

DATE: _____10/15/01_____                        BY: _____GTG_____
                                                        Deputy Clerk
```