IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BRANCH | : | CIVIL ACTION |
| v. | : | NO. CV-00-1728 |
| NEIL HEFFERMAN, P.A., et al. | : | |

FILED
SCRANTON

OCT 2 2 2001

PER _____
DEPUTY CLERK

EXHIBITS OF NEIL HEFFERMAN, P.A. IN SUPPORT OF HIS SECOND
REPLY BRIEF IN SUPPORT OF HIS MOTION TO DISMISS THE
COMPLAINT OF WILLIAM BRANCH

| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| | DEPARTMENT OF CORRECTIONS |
| **INMATE'S REQUEST TO STAFF MEMBER** | INSTRUCTIONS |
| | Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. |

| 1. TO: (NAME AND TITLE OF OFFICER) Neil Hefferman PA-C | 2. DATE 8-9-00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF3756 | 4. COUNSELOR'S NAME Mr Long |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT RHU |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir: I have learned that you changed my diet on 7-30-00, as this is a Saturday and I was in the RHU. Please explain to me why and who told you to do this as I did not see you and I have spoken with other medical staff and they don't seem to know anything about this and I had just received my last check up and diet pass earlier this month 7-5-00 or there about. Please correct this matter as soon as possible. I await your reply.

William Branch

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

MR. BRANCH YOU ARE ON A 2500 CALORIE DIABETIC DIET. THE SAME DIET YOU HAVE BEEN ON SINCE 4-26-00

Neil Hefferman, PA-C

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

Neil Hefferman PA-C
Exhibit AA-2

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Mr. Pulminski Main Kitchen
2. DATE: 8-2-00
3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch CF 3756
4. COUNSELOR'S NAME: M. Long
5. WORK ASSIGNMENT:
6. QUARTERS ASSIGNMENT: RHU 115 N
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir: has my Diet been changed from 2500. if not Please speak with the Person Preparing the Diet Bags as I am not getting my Bags on a regular Base's and I am Receiving 2000 on the one's I Receive

(P.S.) one day of Severs had to call for my Bag   Thank you

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Branch,
Effective 7-30-00, your diet or ~ has been changed to a 2000 cal. diabetic diet, so the snack bag you have been receiving is correct. I regard to your not receiving a bag, I will look into the matter and insure that your bag is sent nightly.

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
| --- | --- |
| | DEPARTMENT OF CORRECTIONS |
| INMATE'S REQUEST TO STAFF MEMBER | INSTRUCTIONS |
| | *Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.* |

**1. TO: (NAME AND TITLE OF OFFICER)** Mr Pulminski F.M.I.

**2. DATE** 8-7-00

**3. BY: (INSTITUTIONAL NAME AND NUMBER)** Wm Branch CF3756

**4. COUNSELOR'S NAME** Mr Long

**5. WORK ASSIGNMENT**

**6. QUARTERS ASSIGNMENT** RHU

**7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.**

Sir: I don't understand why I keep receiving 2000 cal Diet & Bag, I spoke with the Doctor and he has stated that he ordered 2500 cal Diet for me Can you Please check into this

Thank you

**8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)**

Mr. Branch,
This <u>was</u> checked into several days ago when I answered your last request. Neil Heffernan, PA, signed your last diet order on 7-30-00 and prescribed a <u>2000</u> calorie diabetic diet for you which is valid until 1-30-01. We <u>will not</u> send a 2500 calorie diet until your prescribed diet has been changed. Attached is a copy of the diet order.

☐ TO DC-14 CAR ONLY     ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                           DATE

**DC-135A**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Mr Pulminski food manger
2. DATE: 8-30-00
3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF 3756
4. COUNSELOR'S NAME: Mr Zorg
5. WORK ASSIGNMENT:
6. QUARTERS ASSIGNMENT: RHU
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir, I have been writing you during my time here in the RHU about my diet Bag. Some How my bag has not been Properly delivered to me sometimes no meat and some one stepped on my bread other times not at all an to day 1 Slice of bread when 2500 gets 2 Slices of bread. I would think that more care be provided in light of these many complaints I can not feel that my meals are properly Prepared and Handle in a Sanitary manor, that feel constitute a violation of the 8th amend. Cruel and unusual punishment. Please speak with your staff to insure that my meals are correct

Respectfully
I await your Reply

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Sir,
I will address. I have not received any communication from you in over 2 months. I can not address a problem if I am not aware of it happening. I suggest you bring these complaints to the attention of the RHU Lt. (Welling). I will inspect your bag from this end.

☐ TO DC-14 CAR ONLY   ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

| DEPARTMENT OF CORRECTIONS | THERAPEUTIC DIET ORDER FORM | | MEDICAL NUTRITION THERAPY |
|---|---|---|---|
| Order Date: 7-30-00 | Expiration Date: 1-30-01 | Height: 5'9" | Weight: 230 |

Potential food/drug interaction problems? (i.e., Lithium, MAO Inhibitors, Theophylline):  Yes ___  No ✓  (If Yes, explain):

## PA DOC STANDARD DIETS

| | |
|---|---|
| [X] **DIABETIC:** Circle calorie level. Diabetic diets have a total fat content <30%, Na restricted; HS snack <u>automatically</u> included.<br>1500   (2000)   2500   3000 | [ ] **CARDIAC:** Fat/Cholesterol/Sodium Restricted: Total fat <30% of total calories; Saturated fat <7% of total calories; Cholesterol <200 mg/day; Sodium 3000-4000 mg; approximately 2500Kcal. |
| [ ] **HIGH KCAL/PRO:** 120 gram protein, >4000 kcal. | [ ] **MECHANICAL SOFT:** Consistency modified to minimize need for chewing |
| [ ] **RENAL (NON-DIALYSIS):** 60 gram protein, sodium, potassium, phosphorus & fluid controlled | [ ] **CLEAR LIQUID:** (duration 3 days max) |
| [ ] **RENAL (DIALYSIS):** 80 gram protein, sodium, potassium, phosphorus & fluid controlled | [ ] **FULL LIQUID:** (duration 3 days max) |

[ ] **OTHER NON-STANDARD DIET:**

Additional modifications/comments:

Physician/PA Signature:                      Neil Heffernan, PA-C

WHITE — Medical Records            CANARY — Food Service

**Therapeutic Diet Order**
**Commonwealth of Pennsylvania**
**Department of Corrections**
DC-465

Inmate Name: BRANCH, WILLIAM

Inmate Number: CF3756

DOB: 1-13-52

Institution: WAYMART