10/04/01

TRANSFER-ADJUSTMENT-FORFEITURE REPORT

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| 8030026401. | 10/03/01 | 086900 | | | -105.00 |
| 8030026402. | 10/03/01 | 6855XX | | | 105.00 |
| 8030026501. | 10/03/01 | 6855XX | 3:01-OP-1 | | -58.18 |
| 8030026502. | 10/03/01 | 5100PL | 3:01-OP-1 | SCRANTON | 6.35 |
| 8030026503. | 10/03/01 | 5100PL | | | 9.11 |
| 8030026504. | 10/03/01 | 5100PL | | | 7.20 |
| 8030026505. | 10/03/01 | 0869PL | | | 9.11 |
| 8030026506. | 10/03/01 | 5100PL | | | 5.68 |
| 8030026507. | 10/03/01 | 0869PL | | | 7.35 |
| 8030026508. | 10/03/01 | 0869PL | | | 13.38 |

DIVISION TOTAL       0.00

T2665-2    $6.35    1:00-1728 Branch

FILED
SCRANTON
OCT - 4 2001
PER