In The United States Dist. Court
Middle Dist. of Pennsylvania

Wm Branch, Plaintiff

v.

Go. Russian, et al.
Defendants

No. 1CV01-1728

C. Judge Rambo

FILED
HARRISBURG
NOV 05 2001
MARY E. D'ANDREA,
Per _____
DEPUTY CLERK

## Motion to charge The attorney General (Deputy) with Fraud on court

If it Please's the Court Here comes Wm Branch asking the court to charge Deputy attorney General Mosely with fraud on the court: undermining the integrity of the Judicial Process- Stone v Stone 647 P2d 582, 586. Ms Mosely has Represented to Myself and this court in her answer to my complaint as those of the Defendants when she has not served any ones on them (waived that Right) Failed to meet court order date for Response to complaint (court order date 7-31-01) on Oct. 9, 2001 Defendants ask for inlargement of time (70 days) from the court ordered date, and the answers are not those of the individual Defendants named (when clearly) the complaint charges and Requires their Personal Response to my complaint. These people do not know that I have a law suit against them and Ms Mosely has answered for them. I do not see any justice here; I see a fraudulent misrepresentation by Ms Mosley of the facts in this case and not by defendants design to uptain a unjust advantage.

Page 1

For these Reasons I am asking the attorney General of the U.S. to open a civil action to correct the fraud on the courts and inmates access to courts by not answering Grievances in a timely manner there by hindering them I amend U.S.C.A.; 42 USCA § 1997a Bradley v. Hall (C.A. 9 Or. 1995) 64 F3d 1276.

1. Question 4-7 Denied. Mr Nish still works here Ms Sushy still works here inmate Mason # and named on misconduct is still housed here.

2. charged failer to Exhaust yet answer 4 states she has not Received papers for prison making it possible for her Response. (From Request for enlargement of time) But answer #101 Fourth Defense states that I failed to exhaust Remedies in her answer

3. Ms Mosely Did not speak with CO Russian a Defendant How can she Deny anything nor Did she speak with Capt. Griffin. answer 8-10

4. Civil action #99 C.V. 0067 M.D. U.S. Dist Court naming Mr Friedman, the Governer, martain Horn, and PBPP still stayed in Appeals Court third Circuit #99-3507 Pending out come of U.S. supreme court 121 S.ct 1955 Kyle 224 F3d 1175 (10th cir 2000)

there are many other fraudulent statements in the answers to my Complaint. For these Reason and more I am asking this Court for summary in my favor and the award of monies I have asked for and any other Sanctions the Court may see appropriat for Fraudulent misrepresentation

Date 10-30-01

Respectfully
William Branch CF3756
PO Box 256
Waymart Pa 18472

Page 2

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

Judge Rambo
Po Box 983
Harrisburg Pa 17108

Attorney General
Commonwealth of Penna.
Strawberry Sq.
Harrisburg Pa. 17120

J. Ashcroft Esq.
U.S. Attorney General
Washington, D.C. 20530

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 10-30-01

William Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3