46
11-7-01
MA

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**WILLIAM R. BRANCH,**
    **Plaintiff**  :  **CIVIL NO. 1:CV-00-1728**

v.  :  (Judge Rambo)

**MR. RUSSIAN,** *et. al.*,
    **Defendants**

FILED
HARRISBURG, PA
NOV 06 2001
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

<u>**O R D E R**</u>

For the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss (Doc. 28) is **granted**. Defendant Hefferman is dismissed from this action.

2. For clerical purposes, this court has previously granted Defendants' motion for enlargement, (Doc. 36), by court order (Doc. 39).

3. The Clerk of Court is directed to send a copy of Plaintiff's "mandamus" (Doc. 31) to Defendant Hefferman. Defendant's request for an enlargement of time to respond to the document, if necessary, is denied since it is not necessary for Defendant to respond.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

*[signature]*
SYLVIA RAMBO
United States District Judge

Dated: November 6, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:00-cv-01728    Branch v. D.O.C. John Does

True and correct copies of the attached were mailed by the clerk to the following:

William R. Branch #CF-3756
SCI-WAYMART
P.O. Box 256
Route 6
Waymart, PA  18472-0256

Gwendolyn T. Mosley, Esq.
Office of the Attorney General
Strawberry Sq. 15th Floor
Harrisburg, PA  17120    Fax No.: 717-772-4526  } with copy of Doc # 31

Alan S. Gold, Esq.
Monaghan & Gold, P.C.
7837 Old York Road
Elkins Park, PA  19027

cc:
Judge                              (X)
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Bankruptcy Court                   ( )
Other_____      ( )

(X) Pro Se Law Clerk
( ) INS
( ) Jury Clerk

MARY E. D'ANDREA, Clerk

DATE: November 6th, 2001                BY: _____
                                             Deputy Clerk