PRSLC

FILED
SCRANTON
NOV 7 2001
PER ___ DEPUTY CLERK

47
86
11-9-01

11/06/01          TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                    1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300269101. | 11/05/01 | 5100PL | | 0 | -8.36 |
| 80300269102. | 11/05/01 | 0869PL | | 0 | 8.36 |
| 80300269201. | 11/05/01 | 6855XX | | 1 | -92.82 |
| 80300269202. | 11/05/01 | 5100PL | 3:01-OP-1 | 0 | 5.05 |
| 80300269203. | 11/05/01 | 5100PL | | 0 | 18.02 |
| 80300269204. | 11/05/01 | 5100PL | | 0 | 6.25 |
| 80300269205. | 11/05/01 | 5100PL | | 0 | 9.00 |
| 80300269206. | 11/05/01 | 5100PL | | 0 | 8.00 |
| 80300269207. | 11/05/01 | 0869PL | | 0 | 1.81 |
| 80300269208. | 11/05/01 | 5100PL | | 0 | 3.94 |
| 80300269209. | 11/05/01 | 0869PL | | 0 | 6.00 |
| 80300269210. | 11/05/01 | 5100PL | | 0 | 16.75 |
| 80300269211. | 11/05/01 | 5100PL | | 0 | -62.04 |
| 80300269301. | 11/05/01 | 6855XX | 3:01-OP-1 | 1 | 7.99 |
| 80300269302. | 11/05/01 | 5100PL | | 0 | 4.35 |
| 80300269303. | 11/05/01 | 5100PL | | 0 | 1.17 |
| 80300269304. | 11/05/01 | 0869PL | | 0 | 7.52 |
| 80300269305. | 11/05/01 | 5100PL | | 0 | 6.76 |
| 80300269306. | 11/05/01 | 5100PL | | 0 | 7.99 |
| 80300269307. | 11/05/01 | 0869PL | | 0 | 0.38 |
| 80300269308. | 11/05/01 | 5100PL | | 0 | 8.57 |
| 80300269309. | 11/05/01 | 5100PL | | 0 | 4.54 |
| 80300269310. | 11/05/01 | 0869PL | | 0 | 12.77 |
| 80300269311. | 11/05/01 | 0869PL | | 0 | |

DIVISION TOTAL                0.00

T 2693-3+4 @ 5.52

1:00-1728 Branch