**Law Clerk's Copy**

<u>United States Dist. Court</u>

<u>for the M.D. of Penna.</u>

WM. Branch
    Plaintiff

v.

MR. Russian. et al.
    Defendants

Civil. No. 1-00-1728

(Judge Rambo)

FILED
HARRISBURG
NOV 15 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

<u>Motion to Reconsider Dismissal of Neil Hefferman P.A.</u>

If Please's the court here come's WM. Branch Pleading in Modicum. Please Reconsider the order to Dismiss Neil Hefferman P.A.

My Pleading's to the Courts have been Retoliation see: Relief on complaint No. X V. also see: IV Statement of claim Retaliation for Reporting misconducts by staff and Conspiracy by staff. Mr Hefferman is staff and he has not said I ordered the change and has not Pleaded that Hefferman made the change. Justice Require's a statement from Hefferman, he made the change or he did not. Reason. Falsifying offical documents. Page 6 memorandum. the court does not say that mr Hefferman wrote the order to My Diet. I am say the change was not a ~~legitimate~~ legitimate Perscription and if Hefferman did not do it someone used his name. The courts have Ruled failer to follow Dr. order Perscriptions

elements of Cruel and unusual Punishment. Who ever did this knew what they were doing they used someone else's name to cause mental anguish a form of Pain. I have High Blood Pressure and a ADA and Punishment Puts me at Risk of a Heart attack. Dr. orders stay ~~also~~ calm avoid stress. ~~for the Jail to cause stress~~ for me is a infliction of deliberate indifference to my well being I may suffer a stroke or death. A inmate fail dead on my Block because of stress from sto[ry] he had High Blood Pressure as well. (inmate thom[as]) Mr Hefferman is a important part of the Per ponder[ance] of evidence and events that will show the Retalia[tion] and Conspiracy by staff members to violate my constitutional Rights to be free from Retaliation f[or] accessing the courts, and for Reporting misconduct by staff members. Please see Exhibit A A-2 mailed 10/4/01 to the court. Mr Hefferman state[s] he did not write the order. who used his name a[nd] ordered this change Regardless of the change they were informed someone tried to cause me ha[rm] and Broke the Law. For these Reasons and More ~~took~~ I ask this Honorable Court to Reconside[r] its order to dismiss Mr Hefferman Based upon my Pleading Modicum.

Date 11-12-01

Respectfully

Wm Branch CF3756
PO Box 256
Waymart Pa 184[__]

page 2

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

U.S.
Middle Dist Court
Judge Rambo
Box 983
Harrisburg Pa 17108

M Gold esq.
7837 old york Rd
Elkins Park Pa 19027

attorney General
John Ascroft
Justice Dept
Washington D.C
20531

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 11-12-01

William Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3