(49)

1-00-cv-1728  11/27/

| Form DC-135A  **INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania Department of Corrections |
|---|---|
| | **INSTRUCTIONS** Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.  **FILED HARRISBURG, PA** |
| 1. To: (Name and Title of Officer) Supt Colleran | 2. Date: 11-17-01    **NOV 26 2001** |
| 3. By: (Print Inmate Name and Number) Wm Branch CF-3756  William Branch _Inmate Signature_ | 4. Counselor's Name  Mr McDonnell    MARY E. D'ANDREA, CLERK  Per _____  Deputy Clerk  5. Unit Manager's Name  Mr Chipeys |
| 6. Work Assignment | 7. Housing Assignment  F-2 |

8. Subject: State your request completely but briefly. Give details.

Sir: Please find inclosed a copy of a 1983 complaint. Please note c/o Kowawski my Block officer is named he has written me up for not sitting during count. I was on my Bunk sitting up c/o much came in the cube counted left I did not change my position he did not say a word I have three witness inmates in beds 6, 7, 8 who saw me sitting up for count. C/O Kowawski is Retaliating against me for suing him and for Reporting him to staff for his misconduct I have tried to let bygones be bygones but he has not. Sir I explained to the c/o I fell asleep but not intentionally 9-24-01. Sir I would appreciate any help you can provide I obey all orders given and I respect the staff.

Respectfully

9. Response: (This Section for Staff Response Only)

all the above is true to the best of my knowledge I declare under Penalty of the Law
11-17-01  Wm Branch CF 3756

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ / _____  Date _____
                        Print                Sign

Revised July 2000