United States District Court
Middle District Penna.

Wm. Branch, plaintiff
v.
Russian et., al
defendant

Civil No. 1CV-00-1
Judge Rambo

FILED
NOV 26
PER
HARRISBURG, PA.

## Motion for Tempary injunction

If it pleases the court Here come's William Branch asking this court to add this incident to my §1983 civil action and to issue a temparay injunction.

I am being Harassed by staff here at Waymart c/o Kowarski named in my complaint is the Block officer where I am housed. He knows I am sueing him so he reads my legal mail and systematicly makes entry on my quote card in one year he had other guards write 4 times that I did not sit for count 2 time's I was sleep and the co woke me up I did not hear the call to sit I have explained that I do not intend to fall asleep but I am 50 years old soon. I am a christian I tell inmates to respect each other and Believe in god do good follow the rules not to read Naked Books I do Bible study in the dayroom in the morning. the c/o's to stop this they do not want this on their block c/o Bock has no problem with our Bible study and he lets us watch K.C. Price a preacher on sunday morning the block has changed since I have been doing Gods work no more fighting in the Bathroom and showers the inmates get along Better.

Page 1

but C/O Kowarski thinks to many inmates listen to me.

I take water Pills for my Blood Pressure I woke up for count he counted, called it in, I asked him if I could use the Bathroom he said NO and ordered me to my Bunk I had to sit 20 minutes holding my water in pain. I wrote Mr Fiske at medical asking for a slip to allow me to use the Bath Room if I need to but it is a week and no Reply. Now I was given a Miss conduct by C/O Kowarski for not sitting for count. C/O Muir was Relief guard he called count came in the Cube (domitory) counted me sitting left Post C/O Kowarski in front of my cube I never changed position and I have 3 inmates stating that I was sitting up on my Bunk. C/O Kowarski said sit up Branch later he wrote me up the same night 11-17-01

I ask the court to place a temporary injunction to stop this Harassment no write up while I am in court and to move C/O Kowarski to another Post and also add this to my complaint against him and the staff at waymart S.C.I.

Respectfully

Proof of service

Judge Rambo
Po Box 983
Harrisburg Pa 17108

Ms Moley
State attorney General
Strawberry Sq
Harrisburg Pa. 17120

US Justice Dept
Ms Diani Roberts
Washington D.C. 20531

I declare under Penalty of the Law that the above Statements are true to the Best of my Knowledge

Date 10-19-1

Wm Branch CF 3756
Po Box 256
waymart Pa. 18472