IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BRANCH | : | CIVIL ACTION |
| V. | : | NO. CV-00-1728 |
| NEIL HEFFERMAN, P.A., et al. | : | (Judge Rambo) |

### ANSWER OF NEIL HEFFERMAN, P.A. TO THE MOTION OF WILLIAM BRANCH TO RECONSIDER THIS COURT'S GRANTING OF NEIL HEFFERMAN, P.A.'S MOTION TO DISMISS THE COMPLAINT OF WILLIAM BRANCH

1. Neil Hefferman, P.A. ("Hefferman") did not engage any retaliation against William Branch ("Branch"). Branch concedes this. Branch asserts that he needs Hefferman to remain as a defendant in this case to obtain information from him concerning the participation of individuals in a conspiracy to retaliate against him. He does not allege that Hefferman participated in it but he does believe that Hefferman has information concerning it. He is concerned that someone used Hefferman's name to write the prescription for his diet. This constitutes no basis to keep Hefferman in the case. Other means exist for Branch to obtain information from Hefferman. He can ask the Court to permit him to depose Hefferman, either orally or by written interrogatories. He can subpoena Hefferman as a witness at trial.

2. Branch fails to address the issue of his failure to exhaust his administrative remedies against Hefferman.

3. Branch fails to show that anything Hefferman did constituted deliberate indifference to a serious medical need.

4. Hefferman incorporates by reference as if set forth herein in full his brief in

1

opposition to the motion of Branch for reconsideration.

WHEREFORE, Neil Hefferman, P.A. respectfully requests that William Branch's motion for reconsideration be denied.

GOLD, BUTKOVITZ & ROBINS, P.C.

BY: _____
ALAN S. GOLD
Attorney for Defendant,
Neil Hefferman, P.A.