<u>United States District Court</u>
<u>Middle Dist of Penna.</u>

Wm. Branch
   Plaintiff

v

Russian et., al.
   Defendant

Civil action No. 1 CV-00-1728

Judge Rambo

JUDGE'S COPY 54
FILED
NOV 30 2001
PER ____
HARRISBURG, PA.   DEPUTY __

<u>Support Memorandum</u>
<u>for Injunction Relief</u>

If it please the court here come's Wm. Branch asking the court to grant injunctive Relief from prison staff.

1) Filing false charge's against me in Retaliation for reporting misconducts by staff grievance # 14901 also the supt has not answered my final appeal to him on this grievance c/o Kowarski called me a ass hole. No answer on WAM-3095-01

2) Conspiracy with other staff members to put me in the RHU and to file false charge's against all entries on my quoters card for failer to sit for count come from 2 Shift each time c/o Kowarski was there telling the staff member to make the entry of the four entry over a years time 2 time's I was asleep 1 time I was on a top Bunk and could not hang my feet down, and I had Bottom Bunk status and should not have been up there in the first Place, Which c/o Kowarski put me there be-couse I asked to be moved to another bed

Page 1

because C/O Kowarski had put me in this Bed next to a inmate that always talked about having Sex with men who was later wrote up and put in the RH for showing himself (Penis) to a female C/O on 3 sh infact this C/O allowed this inmate to intemidate other inmates with statements like "I'll Fuck you in your ASS".

While I was housed next to this inmate I could no Pray, he was always looking at Bet to saying C O Bo I need some womb Hot womb and when I told C/O Kowarski I need to move, he wrote on my Request that I was not to be moved. I wrote the Unit manger and told her that if anything happen to me I would hold her Responsible. She told him to move me other beds were open but I was put on the top Bunk.

### Hearing Examiner

on the misconduct I Received 30 day Cell Restriction the H.E. Dismissed the disobeying a order but keep the failer to sit for count.

I had three witness inmates in Beds 76, 78 all face me and the C/O muir who counted first and who called Count, he counted me passed C/O Kowarski who said Branch sit for count, and the Hearing Examiner upheld C/O Kowarski. if you dismiss disobeying and order you ha to dismiss failer to sit for count, because I have to be disc on order by not sitting for count but I was sitting for coun

I ask that the court grant me injuctive Relief as I am accessing the courts and intitle to the Courts Protection 1 amend, U.S.C.A.

Respectfully

William Branch

Date 11-26-01

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

Judge Rambo
Po Box 983
Harrisburg Pa 17108

State attorney General
Strawberry sq
Harrisburg Pa-17120

US Justic Dept
Washington DC 2053

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 11-26-01

William Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3