```
12/06/01                TRANSFER-ADJUSTMENT-FORFEITURE REPORT                    1
TRNS-ADJ        DATE      FUND     CASE NO              DEF        AMOUNT
*********************************************************************************
                                    SCRANTON
80300271801.  12/05/01   6855XX   3:01-OP-1              1         -58.88
80300271802.  12/05/01   5100PL                          0           4.00
80300271803.  12/05/01   0869PL                          0           7.77
80300271804.  12/05/01   5100PL                          0           9.11
80300271805.  12/05/01   5100PL                          0           8.05
80300271806.  12/05/01   0869PL                          0           8.05
80300271807.  12/05/01   5100PL                          0           6.86
80300271808.  12/05/01   0869PL                          0           6.15
80300271809.  12/05/01   0869PL                          0           8.89
80300271901.  12/05/01   6855XX   3:01-LB-1              1         -25.00
80300271902.  12/05/01   6855XX   3:01-PB-1              1          25.00

                                           DIVISION TOTAL           0.00
```

T2718-3   $7.77   1:00-1728 Brann

PRSLC Pitts

FILED
SCRANTON
DEC 06 2001
PER _____
DEPUTY CLERK

55
12-70-01