(56)
12-11-01
sc

U.S. Dist Court
M.D. of Penn____

Branch, Plaintiff
v
Russian, Defendant

FILED
HARRISBURG
DEC 10 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

1 C.V. 00-1728
Judge Rambo

Support of Motion
To Reconsider Dismissal

 iF it Please's The couRT HeRe come's wm BRanch To answeR MR Gold and to support my case.

1. Mr Gold contenuous tautology has lead the court down one Path then another. but he has yet to offer this court a signed statement by Mr Hefferman on my complaint!

why? it would clear everything up.

Exhaution 42 USCA 1997e (A) does not apply to claims of Particular instances of excessive force directed at Prisoners or individualized Retaliation against prisoners
503 US 1, 9, 112 Sct, 995 117 L ed 2d also see

Lawrence 238 F 3d 186 (2 cir. 2001)

Conspiracy, a agreement by two or more people to commit a act in this case this was done to cause harm

Deliberate indifference a act done knowing it will hurt someone and not care

falsifing Doucuments writing a prescription without proper authority

Retaliation this all was done becouse I report staff for misconduct and my accessing the courts

Page 1

Please find Exhibit AA-8 enclosed I will not be serving this on all partys as I am Runing out of money and I have more Exhibits to file with the court.

I never pleaded to the court improper medical care or a 8th amendment How did we get down this Path

I plead: Retaliation for Reporting misconducts by C/O Russian and conspiracy with Mr Friedman Unit manger along with other staff. false charges to put me in RHU taking legal work to hinder my access to court falsifying official Documents, intimidation, conspiracy to force me to withdawal of Pending lawsuits violation of constit Rights

if the court dismissed Mr Heffermon for medical 8th ment it has Broken the law. Mr Hefferman can be charg as a person acting under color of Law falsifying Documents and as a conspiritor with staff to ~~Retal~~ Retaliate against thats what I plead. the court can not prejudice my case by entering Judgement on issue's not before it taulology. I Respectfully ask this Hon. court to Reinstate Mr Hefferman as a defendant

Respectfully

William Branch
PO Box 256
Waymart Pa. 184

Date 12-2-01

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

U.S Justic Dept
Washington D.C.
20531

US Dist Court
P.O. Box 983
Harrisburg Pa
17108

Ms Moley State
attorney General Deputy
strawberry sq
Harrisburg Pa 17120

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 12-3-01

WM Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3

| FORM DC-141 PART I | COMMONWEALTH OF PENNSYLVANIA | | | | 627233 |
|---|---|---|---|---|---|
| ☑ MISCONDUCT REPORT ☐ OTHER | DEPARTMENT OF CORRECTIONS | | | | |
| DC Number: CF3756 | Name: BRANCH | Institution: SCIWM | Incident Time 24 Hr. Base: 1630 | Incident Date: 11-17-01 | Date of Report: 11-17-01 |
| Quarters: F-2 | Place of Incident: F-2 Cube 1004 | Exhibit AA-8 | | | |

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I |
|---|---|---|---|---|---|---|
| | COI Muir | | X | | | |

**MISCONDUCT CHARGE OR OTHER ACTION** CLASS 2 CAT B #35 (Refusing to Obey an Order) Class 1 B #11 (Failure to Stand Count or Interference with Count)

**STAFF MEMBER'S VERSION** At 1630 Control made the announcement to conduct count. At this ti[me] Ofcr Muir ordered the block to sit up on their bunks. When counting Cube 1004 this officer's count was interrupted by stopping to order I/M Branch CF3756 to sit for count, who was lying on his bunk. He refused Ofcr Muir's initial order to sit up and refused all previous orders by myself on 7-14-01, Ofcr Rofgn on 10-24-01, Ofcr Pugliese on 6-5-01, and Ofcr Sawchuck on 12-20-00 All have been documented on his Quarters Card.

This C/O is a defendant in my complaint the prison allows him to remain the C/O on my block he make's false entrys on my quarters card gets others to do the same the C/O before him counted me and said nothing

**IMMEDIATE ACTION TAKEN AND REASON** Continue Present Status until seen by Hearing Examiner. (Due to Severity of Misconduct)

**PRE-HEARING CONFINEMENT**
☐ YES
☑ NO

FORMS GIVEN TO INMATE
☑ REQUEST FOR WITNESSES AND REPRESENTATION
☑ INMATE'S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COP[Y] |
|---|---|---|
| Barry Kaznoski COI | [signature] COIK | DATE: 17NOV01   TIME 24 HOUR BA[SE]: 2022 |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER DATE: 11-18-01   TIME: 09:00 | Misconduct Category ☑ CLASS 1 ☐ CLASS 2   COID | Signature of Person Serving Notice Douglas L Clark |

**NOTICE TO INMATE**
You are scheduled for a hearing on this allegation on the date and time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found

| DC-141 Rev. 6-84 PART II C HEARING SUPPLEMENT INMATE VERSION AND WITNESS STATEMENTS | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | | |
|---|---|---|---|
| DC Number CF3756 | Name BRANCH | Institution SCIUM | No. from PA 6272 |

**INMATE'S VERSION**

Sir: I do not disobey any orders given to me by staff and I tell others to obey all orders given and to respect those who have charge over us. God tells all christians to do this.

I was sitting up for count the C/O Muir came in the cube counted walked out after he counted m sitting up. he passed C/O Koworski in front of my cu C/O Muir and three other inmates in Bed 6, 7 Right next to me.

I have spoken with Lt Vagas and MR McDonnel about C/O Koworski I have written Grievance about him Lt Vargas spoke with him. I do not have any Problems with any other Block officer I really try ve hard to stay out of trouble. I am sueing C/O Koworski in federal court all this is Retaliation for accessing the Cou

Sir there are 365 days in a year I have been on this Block a year 4 counts a day 1,400 a year all to count and I sit for all of them

I know how important count is all of these entrys are from 2 shift with C/O Koworski tell his fellow C/O's to make these entry two of them were because I was sleep and one I was on the top Bunk and could not hang my feet down

I am fifty years old almost and I do fall asleep after I eat I have high Blood Pressure a slow heart and Dietbetic I know I have to be clam stay away from Pressure situations so I have to agree and comply with all C/O's and staff.

I am only tring to do my time without any trouble and go home I do not hate C/O Koworski I must love him and all people because they are made in Gods image and help them God willing

| DC-141 Rev. 6-84 INMATE REQUEST FOR REPRESENTATION AND WITNESSES | PART II A | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | | | |
|---|---|---|---|---|---|
| D.C Number | Name | | Institution | Date | Number as on P... |
| CF 3756 | BRANCH | | SCI WM | 11-17-01 | 1147-01 |

You have been charged with a misconduct. You may request assistance and/or witnesses to appear at your hearing by completing the section(s) below.

In order to have assistance or witnesses at your hearing, you must complete this form and present all copies to one of your housing officers no later than 9:00 a.m. the first working day after you receive notice of the misconduct.

Assistance:  ☐ I do not request assistance
☐ I request assistance by _____
(The person requested must be willing to assist you)

Witnesses: You may request witnesses in accord with DC-ADM 801. State the relevance and importance of the testimony the witness will give.

---

**If Inmate**

1. Name of Witness: Limbeck Smiley   No. DP5133   Quarters F2-1004 Cub 1004 Bed 7

Why is this person's testimony relevant and important?

I saw branch sitting on his bunk at count time

**DO NOT WRITE IN THIS SECTION For Use by Hearing Examiner**

Witness permitted? Yes   If not, why not?

Please note that each inmate wrote his statement

---

2. Name of Witness: Percy Mable   No. ER273   Quarters Cub 1004 F2-1004 Bed #8

Why is this person's testimony relevant and important?

I seen Branch up at count time sitting up on his bunk

Witness permitted? Yes   If not, why not?

---

3. Name of Witness: Jeffrey Bond   No. AS-2594   Quarters F-2/1004 Bed #6

Why is this person's testimony relevant and important?

Branch was up for count the same as he is always.

Witness permitted? Yes   If not, why not?

---

William Branch CF3756
Inmate's Signature

Donald J. Jones
Hearing Examiner's Signature

This section to be completed by Housing Officer only
Received completed form 0645 hours 11-19-01
Time    Date

Richard Billcot

| DC-141 Rev. 6-84 | PART II B | COMMONWEALTH OF PENNSYLVANIA |
|---|---|---|
| DISCIPLINARY HEARING REPORT | | DEPARTMENT OF CORRECTIONS |

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. from P. |
|---|---|---|---|---|---|
| F3756 | BRANCH | SCIWM | 11-20-2001 | 1008 | 6272 |

| INMATE PLEA | ☐ Guilty  ☑ Not Guilty | ☐ No Plea  ☐ Other | Verdict | ☑ Guilty  ☐ Not Guilty |
|---|---|---|---|---|

### HEARING ACTION

CHARGES  35   41

**FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED**

Branch pleads not guilty of both charges and was submi[tted] with version which is attached. Inmate Maple testified under oath that he did see inmate Branch sitting for count on 11-17-2001 0/A 1630 hrs. When ordered to sit for count inmate Branch sat all the way up. Inmate Bond testified under oath corroborating the testimony of inmate Maple. Inmate Smiley testified under oath that he saw inmate Branch sitting for the 1630 hr. count. "I didn't hear any order."

H.E. does not believe any of the witnesses. Examiner believes the officer's report over the inmate denial and the witnesses testimony. C.O. Kawowski reports observing that inmate Branch was not sitting for the 1630 hr. count on 11-17-2001 as requi[red]. Inmate Branch was lying on his bunk at 1630 hrs. H.E. takes note that inmate Branch did fail to sit for count. Guilty of #41.

Sanction — loss of job.  30 days cell restriction. Effective 11-20-2001   Dismiss #3[5]

| YES | ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. |
| YES | ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. |
| YES | ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. |
| YES | ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. |

Witness form submitted
SEE APPENDICES ☑
Version form submitted

NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED) | Hearing Report and all appended information must be signed. Signature indicates finished report with appendices.

| FORM DC-141 PART II E | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| MISCONDUCT HEARING APPEAL | DEPARTMENT OF CORRECTIONS |

| DC Number | Name | Institution |
|---|---|---|
| CF 3756 | William Branch | SCI Wayma... |

I was found guilty of misconduct # 627233 on 11-20-01 (date) b...
Hearing Committee/Examiner, and I wish to appeal that decision on the following gro...

Check Area(s) Involved

a. The procedures employed were contrary to law, Administrative Directive 801, or to the ICU Consent Decree; [✓]

b. The punishment is disproportionate to the offense; [✓]

c. The evidence was insufficient to support the decision. [✓]

Below is a brief statement of the facts relevant to my claim(s). It includes the identity... persons who may have information which may be helpful in resolving this matter.

I was charged with Disobeying a order not sitting f... that was dismissed misconduct # 35. then I ...
Been sitting for count Reason c/o muir called count... he counted me first. c/o Kowarski counted me a... muir I never change my Position.

Three inmates testified to this and c/o muir by h... me and not saying I not sitting for count even if it... my witness uncredible c/o muir counting me says I was ... for count

Sir the evidence shifts to my favor. the quote... submitted that I was warned. All time's c/o Kowarski told ... members to do this  I was on a top Bunk Sawchuck, h... have no Problem with Branch. I should not have been on a top B... have Bottom Bunk Status. c/o Repgner I was sleep and anothe...
I have explained to c/o Kowarski I am not intentional... asleep but I am a old man and sometime after I eat I fa... this time I was not asleep and I was sitting up I will ag... with c/o Kowarski I will say " Sir I do not know wh... is like me so but I will make ever effort to sit sit with my feet on the floor

| DC-141 · PART III<br>PROGRAM REVIEW COMMITTEE ACTION<br>☐ Misconduct Appeal ☐ Periodic Review ☐ Other | COMMONWEALTH OF PENNSYLVAINA<br>DEPARTMENT OF CORRECTIONS | | | |
|---|---|---|---|---|
| DC Number<br>CF-3756 | Name<br>Branch, William | Institution<br>SCI-Waymart | Date of Review<br>11/21/01 | No. from PART 1<br>627233 |

Mr. Branch is appealing misconduct #627233 for Failure to Stand Count or Interference With Count on the grounds that the procedures used were contrary to law, Administrative Directive 801 or ICU Consent Decree; the punishment was disproportionate to the offense and the evidence was insufficient to support the decision. In reviewing the misconduct, the Program Review Committee found that there was no violation of any department directive or law. In addition, the punishment was appropriate for the misconduct and that the evidence was sufficient to support the Hearing Examiner's decision. It should be noted his statement of facts relevant to this appeal provided no new information. The Program Review Committee sustains both the findings of the Hearing Examiner and the sanction.

| Name of Program Review Committee Members | Signatures | Date |
|---|---|---|
| Deputy Martin Andrews | [signature] | 11-26 |
| Milt Friedman, Unit Manager | [signature] | 11/21/ |
| Lieutenant Emanuel Patterson | [signature] | 11-26 |

WHITE – DC-15    DC-14

| Form DC-135A <br> **INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania <br> Department of Corrections |
|---|---|
| | **INSTRUCTIONS** <br> Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| Final appeal For misconduct <br> 1. To: (Name and Title of Officer) #627233 <br> Supt Colleran | 2. Date: <br> 11-27-01 |
| 3. By: (Print Inmate Name and Number) <br> Wm Branch CF3756 <br> William Branch <br> Inmate Signature | 4. Counselor's Name <br> Mr McDonnell |
| | 5. Unit Manager's Name <br> Mr Chipego |
| 6. Work Assignment <br> unassign | 7. Housing Assignment <br> F-2 |

8. Subject: State your request completely but briefly. Give details.

Sir I was given 30 days cell restriction for failure to sit for count.

One C/o counted me passed C/o Kowarski in front of my cube C/o Kowarski then said sit for count.

I was sitting for count, by C/o Muir counting me and leaving I also had 3 inmates witness state that I was sitting for count. C/o Kowarski is Retaliating against me for grievances written on him by me with this verdict anyone he dislikes he can say sit for count and you get convicted no matter what witness you have. These inmates know what happen and How wrong this C/o is in the interest of justice Please over turn this wrong

Respectfully

9. Response. (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

P.S. there was a little more but it forgot

Staff Member Name _____ / _____ Date _____
         Print          Sign

Revised July 2000

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI WAYMART**
570-488-5811
November 28, 2001

**SUBJECT:**   Appeal to Misconduct 627233

**TO:**   William Branch
CF-3756

**FROM:**   *[signature]* Raymond J. Colleran
Superintendent

I have reviewed your misconduct received in my office on November 28, 2001. After my review, I concur with the findings of the hearing examiner and the sanction imposed by him.

Your appeal at this level is denied.

RJC/fb
cc:   PRC Members
DC-15

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

Dec. 2, 2001

WM. Branch CF
Po Box 256
Waymart Pa 18

final Review
Sec. office of inmate greviance

Misconduct #627

Sir. I was written up for failer to sit for count one c/o counted me said nothing C/o Kowarski Right behind him counting said ~~such~~ Branch sit up, I was already siting up 3 inmate's witness also afirmed this the witness statement is in their own hand writ using a inmate as an example is not justic not is it Equal protection.

Evidence: 1 C/O said I was not siting, I have wri him up and I am sueing him in federal co if he wrote me up he should have written everyone that he had to ask to sit for count at anytime this was personal

Evidence: 1 C/o counted found no need to say anythi Three inmates witness written statement and oral allowed by hearing Examiner stated un affirmation to tell the truth, that I was siting for count.

I am no bodies leader I am trying to follow the Rules and I wish these people would do the same. Retaliation is a violation of the const. of the U.S.A

I Respectfully ask that you over rule the H.E.