United States Dist Court
M. D. Court of Penna.

Wm. Branch
Plaintiff

v

Russian et; al.
defendant

1 C.V. 00-1728

Judge Rambo

FILED
HARRISBURG
DEC 17 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

More Support Exhibit for my Case

If it Please the Court Here comes Wm Branch with exhibit AA-9 w/ 7 pages it includes un answered greivance a violation of access to court, a request asking supt colleran to answer my greivance. informal Resolution served after I wrote a greivance on c/o Koworski for calling me a asshole. a witness statement that he heard c/o Koworski my charles Davis DW 8054. greivance to supt on why a inmate could not help me with my legal work while in the R.H.U. also not answered. I have more Exhibits to submitt as I get money to copy and mail. in my greivance on c/o Russian who came on the Block to laugh at me He and Koworski were laughing I am sueing him also this show's conspiracy.

Date 12-11-01

Respectfully
Wm Branch
Po Box 256
Waymart Pa 18472

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

US Justice Dpt.
Washington DC
20531
ATTN Ms. Roberts

state attorney
General
Mr. Moledy
Strawberry sq
Harrisburg Pa.
17120

Judge Rambo
PO BOX 983
Harrisburg Pa
17108

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 12-11-01

William Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3

C-804
PART 1    Exhibit AA-9

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

7 pages

OFFICIAL INMATE GRIEVANCE                              GRIEVANCE NO. _____

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Supt Colleran | SCI Waymart | 9-13-0 |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| Wm Branch CF3756 | William Branch |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| Block Janitor | F-2 |

INSTRUCTIONS:
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

Brief, clear statement of grievance:

Sir this is the Second Grievance I am Writing on C/O Russian he came on the Block sat at the desk with C/O Kowoski sent inmate Harrington in the day Room to tell me to come there so he could Harass me I am Sueing C/O Russian and C/O Kowowski in federal cour I am to be protected from these C/O as I acc the courts I don't play with them I do not wan them Playing with me. I am not to be Retaliated against for Reporting misconduct by staff.

Actions taken and staff you have contacted before submitting this grievance:

Some one is Putting my grievances in the trash

Your grievance has been received and will be processed in accordance with DC-ADM 804.

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                                GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Supt Colleran | SCI Waymart | 9-13-0 |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| Wm Branch CF-3756 | William Branch |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| Block Janitor | F-2 |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**Brief, clear statement of grievance:**

Sir I wrote a Grievance on Mr Walsh because I put in a request to the law library on Ms Derr Put all the days on one week I sent 3 Request 1 on the 27th of aug. answered on the 30th 2 on the 30th of aug. answered on the 31st She made me miss a whole week. Mr Walsh is the Dept head and he should have trained them about this. The Law Library is a part of my access to Court this action Hindered me and because this is not the first time this has happen I am taking steps to correct this.

**Actions taken and staff you have contacted before submitting this grievance:**

this also is the 2 grievance on mr Walsh

This grievance has been received and will be processed in accordance with DC-ADM 804.

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | INSTRUCTIONS |
| | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) Supt Colleran
2. Date: 8-19-01
3. By: (Print Inmate Name and Number) Wm Branch CF3756
   William Branch — Inmate Signature
4. Counselor's Name: M. McDonnell
5. Unit Manager's Name: Mr Chipego
6. Work Assignment: Block Janitor
7. Housing Assignment: F-2

8. Subject: State your request completely but briefly. Give details.

Sir I have not Received a answer to my Final appeal Wam 14901 if you can not find it under that number try wam 049-01 and the Days aloted have passed 15 working Days, the number mix up is not my fault the I was added after I received my copy by staff Respectfully

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

(4)

Staff Member Name _____/_____  Date _____
          Print          Sign

# Informal Resolution Action Form

| Inmate Name (Printed) | Inmate Number | DC-141 Part 1 Number | Date: |
|---|---|---|---|
| Branch | CF3756 | 701497 | 7/18/01 |

## Action Taken

| | | | |
|---|---|---|---|
| ☐ No Action | | | |
| ☑ Reprimand and Warning | | | |
| ☐ Referred to Hearing Examiner | | | |
| ☐ Cell Restriction (Up to 7 days) | Number of Days: | Start Date: | End Date: |
| Loss of Privileges: (Up to 7 days) <br> ☐ Telephone <br> ☐ Yard <br> ☐ Day Room <br> ☐ Other: _____ | Number of Days: | Start Date: | End Date: |
| ☐ 1 Week Loss of Commissary | | Start Date: | End Date: |
| ☐ Assignment of Additional Work Duties (No compensation allowed) | Assignment | Start Date: | End Date: |
| ☐ Restitution for Damaged/Destroyed State Items/Property | Item(s) | Amount to be Paid: | |

Bernard Chipego
Unit Manager's Name (Printed or Typed)

_Bernard Chipego_  7/18/01       _W R Branch_  7/18/01
Unit Manager's Signature  Date      Inmate Signature  Date

cc: DC-14 (original)
    Hearing Clerk



DC-ADM 801, Inmate Discipline      Attachment C

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

GRIEVANCE NUMBER: LAM649

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR: Mr Colleran Supt.
FACILITY: SCI Waymart
DATE: 7-14-01
FROM: (INMATE NAME & NUMBER): William Branch CF 3756
SIGNATURE of INMATE: Wm Branch
WORK ASSIGNMENT: Block Janitor
HOUSING ASSIGNMENT: F-2

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B the specific actions you have taken to resolve this matter informally. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

On this Date I was called a asshole by C/O Kawalski. I have had problem's before with this C/O and it is he I believe who has started these Retaliation against me with C/O Fridge and C/O Sawchuck, I know that C/O Kawalski told C/O Sawchuck to make the first entry on my quarters card, and now he has started demeaning me along with this on going harassment. The prison is supposed to give me three meals a day, this C/O Kawalski hounds me and tried to deny me my diet meals along with other staff members with the new rule unauthorized area.

B. List actions taken and staff you have contacted, before submitting this grievance. Attached a copy of the DC-135A with the staff member's response of your informal resolution attempt.

I have spoken to staff and written grievance before about the C/O's and was told by Mr Chipego that he would speak to them

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____         _____
Signature of Facility Grievance Coordinator         Date 7/16/01

Witness to misconduct #
eam 1401
Dated 7-14-01

I swear under penalty of the law that on 7-14-01 during 1630 count, C/O Kowarski stated: Branch come up here asshole.

Charles Davis
Dw 8054

DC-804
PART 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

1016

**OFFICIAL INMATE GRIEVANCE**    GRIEVANCE NO. WAM-0255-

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr Colleran Supt | SCI Waymart | 8-21- |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| Wm Branch CF-3756 | William Branch |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
|  | RHU 115 |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

Sir I am not being allow the help of another inmate with my Law work in the RHU I have asked for this in writing I have Report this to PRC, Lt welling and now to you my Request are Returned with a verbel Reply Please put it in writing why you are handling the mini Law Library like this denying inmate to help each other when there is Room for to People and Security Risk is not a issue. as I see this Frustrating the who Purpose of Meaningful access to Court as the state is duty Bound to assist all inmates 478 Fsupp 1075

**B. Actions taken and staff you have contacted before submitting this grievance:**

I sent Request to Mr Nish PRC
Lt welling RHU
Ms Colicchia Law Library
This is a Violation of my 1amed Right U.S.A.C.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

5/22/00