<u>United States District Court</u>
<u>M.D. Court of Pennsylvania</u>

Wm. Branch,
  Plaintiff
   v
Russian. et. al.,

Civil action #: 1:CV-00-172
(Judge Rambo)

FILED
HARRISBURG
DEC 2 6 2001
MARY E. D'ANDREA
Per _____ / Deputy Clerk

<u>Motion for enlargement
of time to Respond</u>

If it Please's the court Here come's <u>Wm Branch</u> asking the court for a enlargement of time to Respond to this courts Deniel of my motion to Reconsider.

<u>Reason:</u> the Prison Law Library copier is Broke

I Respectfully ask this Honorable court to start the ten day Requierment to start when they (S.C.i. waymart) fix the Law Library copier

Date 12-21-01

Respectfully
William Branch  CF-373
Po Box 256
Waymart Pa. 18472

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

Judge Rambo
Po Box 983
Harrisburg Pa 17108

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 12-21-01

W.M. Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3