JUDGE'S COPY

copy 60

_United States Dist Court_
_Middle Dist of Penna._

Wm Branch
        Plaintiff

        v.

Russian. et. al.,

FILED
HARRISBURG, PA
JAN 0 3 2002
MARY E. D'ANDREA, CLERK
Per _____
           Deputy Clerk

civil action 1:CV-00-1728
( Judge Rambo)

_Second Motion To_
_Reconsider_

        If it Please's the Court here come's William Branch
asking this Hon Court to Reconsider its Dismissel of Mr
Hefferman.

        Retaliation: who ever put the change order in for
my Diet did it to Retaliate against me for Reporting mis-
conduct by staff and for exercising my first amendment
Rights. this was done to chill my Reporting staff, this
made me afraid to write a grievance but after pray l had
strenght to go on God would not have me living in fear
of what they would do to me.   In my §1983 complaint
Reading Page 2 line 4 l state other staff members were in-
volved and this is a on going conspiracy. my proof is Mr
Hefferman, and his order, the timing of this order while l was
being punished Being placed in RHU but staff wanting
to punish me more then what the Hearing Examiner had
had Sanction this con change of my Diet and tampering with
my food is Punishment. l knew it should shock the con
Sciew conscious of Society. it was unlawful and it

①

is ~~Crul~~ Cruel Behavior by Professel employee of
the state.

the fact that I am Black and all these people
are white would give on Reason to believe they
were doing this Based on Hatred of my Race. "How
dare this Negro Report me"

These actions were of a adverse nature and they
were at the hands of state empyee and they were
sufficient to deter a person of ordinary firmness from
exercising his constitutional Rights

above what mr Gold states is my only Referrance to
mr Hefferman I state

These actions were part of an on going
conspiracy To coerce me into withdrawing
my civil lawsuits against the Governor the
Doc and Prison staff

and as state on page 1. and above this statement "Retaliator
Practice"

what mr Gold cites is other factors that enhance the
effects of this Punishment and Retaliation.

inclosed Please find grievance # WAM-0118-01 oppe
to secretary office of inmate grievance and his Response
Dates aug 30, 2001 in this I state this is a on going
Part of the Retaliation and conspiracy by the staff

I Respectfully ask that mr Hefferman be added back
to my Law suit

Date 12-21-01

Respectfully
William Branch
Po Box 256
Waymart Pa 1847

(2)

**PROOF OF SERVICE**

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

US Justice Dept
Mr. Diane Roberts
Washington D.C. 2531

US Md Dist Court of Pa
Po Box 983
Harrisburg, Pa. 17108

Mr Mosely Dep
State attorney General
strausberg Eq
Harrisburg Pa
17120

Esq Gold you need AA-1
Copies of Exhibits

Please make copies and
service +
all other partie

**MOTION TO PROCEED IN FORMA PAUPERIS**

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis.  I had previously been granted In Forma Pauperis status.  My financial situation has not changed.  I am still unable to pay the cost of the said proceedings.

**VERIFICATION**

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 12-21-01

William Branch

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3

*Exhibit A A-1*

INTERNATIONAL HEADQUARTERS

# Universal Life Church

601 THIRD STREET, MODESTO, CA 95351 Ph(209)527-8111 Fax(209)527-8116

| REV. LIDA G. HENSLEY | ROBERT E. IMBEAU | MANZANITA HENSLEY LO |
|---|---|---|
| PRESIDENT | VICE PRESIDENT | SECRETARY/TREASURE |

UNIVERSAL UNDERSTANDING AND
BROTHERHOOD WILL BRING PEACE

November 8, 2000

Commonwealth of Pennsylvania
State Correctional Institution
Rev. William A. Gagas, Chaplaincy Program Director
PO Box 256
Waymart, PA  18472

RE:   William Branch #CF3756

Dear Rev. Gagas:

I am writing to you today because we received a copy of a memo that you
sent to the above referenced Minister of our Church.  Within our church
we believe in the freedom of religion and that person has to choose which
path is correct for them.  So within our Church we have a vast variety of
of religious beliefs.  All though we may not personally choose to allow
our hair to grow we believe it is the individual Ministers right to do so.
There is bible scripture as evidence of this as I am sure you are aware of.

We would appreciate your cooperation in allowing Rev. Branch to receive the
exemption that he is requesting so that he can continue practicing his religious
beliefs.

If we can be of further assistance please let us know.

Sincerely,

Andre Hensley
Board Member/Office Manager

CC: File
     W. Branch

*Page 1*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

August 30, 2001

William Branch, CF-3756
SCI Waymart

Re:     DC-ADM 804 – Final Review
        Grievance No. WAY-0118-01

Dear Mr. Branch:

        This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

        In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

        Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. There is no indication based upon my review that you are being denied your religious freedoms, access to the courts or due process. Furthermore, I find no indication that you are being harassed or otherwise mistreated because you can't get what you want. The staff has explained the circumstances to you over and over. You have not been denied any rights. This decision has nothing to do with your claim of legal action against the staff and state officials.

        The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures. Accordingly, your appeal to final review must be denied.

        Sincerely,

        Thomas L. James
        Chief Grievance Coordinator

TLJ/ms

cc:     Superintendent Colleran

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

Page 1

DOC
P.O. Box 598
Champhill Pa. 17001

Greivance # [WAM - 0118 - 01]

Wm Branch CF37
PO Box 256
Waymart Pa W

appeal to secretarys office of
inmate Greivances and appeals

Sir/madame My Religious Freedam Rights and
my access to courts Rights and my due process Rights
and my Equal Protection Rights and my Health Put
at Risk by dening me proper diet as order by the
Doctor while in RHU which is part of a ongoing
Conspiracy to Harrass and Retaliate against me by
stoff at S.C.i Waymart for Reporting misconducts by
staff and to force me to drop my civil case against
the Parole Board + Govenor + Sec. of the D.O.C. I am su-
ing for $3,000,000 in my Parole case and $200,000 in
this present case. C/o Russian wrote me up for threaten
him after I had Reported him for violation of the D.O.C
Policy. Mr Friedman (unit) manger was the investigator, which
I am sueing would not be impartial and he conspired with
C/o Russian. I was placed in the RHU while in the RHU
my Food was tampered with my diet was changed
from 2500 calories to 2000 I was told Mr Heffernan
ordered the change the change was Part of the Retal
and Harassement of a ongoing Conspiracy by the stoff
also I was forced to Cut my Hair before I had a chance
get a hair Exemption by capt govin I was writen up by
ms sucy she charge me with tell a inmate she order
him to take out the trash and when he signed a statement
that I never said that the staff up held the write up
ms surace wrote me up #295142 her first write up
was

Page 2 Greivance #
WAM-0118-01
Wm Branch CF37

thrown out I had ask for time off to go to the
law library which was given then as I meet my
Court Date ms surace called the block and
had me layed in a week later she wrote me
up I was given back the job and the second day back
to work I returned to the block and fell asleep I awoke
15 minutes late I went to the Block C/o and asked him to
call ms surace said not to come down and she wrote me
up again this time the Hearing Examier Falsely wrote
I plead guilty this was a falsicification of official
Records and my Plea. I also was given cell restriction
for going to church, I also had to drop a English class
because the prison does not allow choir practice
as a excusable absence therefore I had to choose
between my beliefs and school although other inmates
had been allowed to attend chair practice I was not
by these Violations and many others such as
my legal papers being taken while I was in the
R H U and not being allowed the help of another
inmate with the same classification and the Policy
of mini Law Library state's that two inmates may
use the mini Library yet I was denied the
assistance of mr Joe King a more experance in
the Law, I will be sueing the Doc and Staff
the Parole Board, Govenor for $300,000

Respectfully
Wm Branch

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI WAYMART**
570-488-5811
May 31, 2001

**SUBJECT:**   Review of Initial Grievance Response WAM 0118-01

**TO:**       William Branch
             CF-3756

**FROM:**     Raymond J. Colleran
             Superintendent

I have reviewed the appeal to the above-mentioned grievance. I have reviewed the response provided to you by Mr. Nish, our inmate program manager. I have to concur with him in the fact that I do not believe that any of your rights are being violated at this institution. Mr. Nish has provided you with a thorough explanation of all the issues that you raise concerning the haircut exemption issue, your religious practices, our education program, as well as our prescriptive program.

It appears to me that you are attempting to challenge all of the institution rules related to these subject matters. I believe that the institution is uniformly enforcing these rules and regulations and can find no evidence of retaliation against you.

As a result, I sustain the initial grievance response.

RJC/fb
cc:    Mr. Nish
       Mr. Richards

*"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

DC-804
PART 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | WAM-0119

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
| Supt Colleran | | 5-30- |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| WM Branch CF3756 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| Block Janitor | F-2 | |

Finnal appeal

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance: sir I am appealing a grievance # on Religious Fr
and access to court Retaliation by your staff for Reporting
officer c/o Russian for misconduct and a partial investigator
Mr Friedman a defendant in my Civil action which is a viol
of due Process I am attack by your staff through my Rel
Practice. I was forced to with draw from a English class be
they did not want to let me attend choir practice while other
inmate had been allowed I am asking the courts for $300,00
in my Parole civil action now stayed in the third Circuit
appeals court and I am asking for $200,000 in this new
action. there are other issues contained on the initial
grievance that were not addressed by Mr Nish but I
have included in my Civil complaint

B. Actions taken and staff you have contacted before submitting this grievance: I had spoken with capt Griffin mr Burke Lt patterson
Rev Boggos my nish mr Friedman I filed a grievance
which mr Nish answered now I am filing and appeal to
the last mr Colleran

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Page 4

Signature of Grievance Coordinator                                          Date

**DC-804**
**PART II**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001**

**OFFICIAL INMATE GRIEVANCE**
**INITIAL REVIEW RESPONSE**

GRIEVANCE NO.  | WAM-0118-01

| TO: (Name & DC No.) CF-3756 BRANCH, WM. | INSTITUTION Waymart | QUARTERS F-2 | GRIEVANCE DATE 05/25/01 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

On March 25, 2001, Unit Manager Chipego and Mr. Nish, CCPM, met with you to review your concerns regarding Grievance #0018-01. At that time, you indicated that you had some legal issues pending and wanted a response to your grievance for your file.

Your current grievance is 4 pages in length and deals with many issues, several of which had been dealt with in the past.

In regards to your claim about being denied a haircut exemption, I reviewed our files and determined that denial of the exemption was based on the fact that your request does not meet the guideline as set forth in Department of Corrections Policy 807-3.

I find no evidence of staff coercion or violations of your rights. You simply do not meet the criteria as set forth in policy. I have been informed that you attend Protestant Services, Catholic Services and sing in the choir. It has even been noted that you have, on occasion, attended Islamic Services. Based on this, I see no evidence that we are restricting you from practicing your religious beliefs.

Since your English class runs at the same time as choir practice, it is your decision of what program you want to attend, but you cannot do both. Choir practice is not mandatory for religious practices.

I find no evidence of harassment or of staff trying to force you to drop your pending 1983 claim.

As far as parole issues are concerned, you have not been recommended for parole because you are not in compliance with your Prescriptive Program Plan, which indicates that you need to attend the Sex Offender Program based on your current convictions.

As stated previously, the issues you present in this current grievance have been addressed in the past, and unless policy changes, we consider these issues resolved.

JPN:cm
Cc: File

| Refer to DC-ADM 804, Section VIII, for instructions on grievance system appeal procedures | SIGNATURE OF GRIEVANCE COORDINATOR  *Joseph P Nish* | DATE 5/30 |
|---|---|---|

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

| FOR OFFICIAL USE ONLY |
|---|
| *Wcm -0118 -01* |
| GRIEVANCE NUMBER |

**OFFICAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| SUPERINTENDENT COLLERAN | SCI-M | MAY 18, 2001 |

| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: |
|---|---|
| BRANCH, WILLIAM GT-3755 | *WM Branch* |

| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: |
|---|---|
| BLOCK JANITOR | BLOCK F-2 |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2  State your grievance in Block A in a brief and understandable manner.
3  List in Block B the specific actions you have taken to resolve this matter informally.  Be sure to include the
   identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum
   two pages.

Superintendent Colleran, Mr. Richards met with me on
Monday, May 14, 2001, at approximately 1400 hours. We met in
the F-2 counselor's office to discuss the on-going harassment
by prison personnel against me and my religious beliefs. Sir,
as pointed out in that meeting, this conduct violates the
First Amendment of the Constitution. Furthermore, the term
"exercise of religion" is defined as ANY exercise of religion
whether or not compelled or central to a system of religious
belief. (See 42 USCA 2000 c.c 5 (7) (A).

These on-going attacks by your staff are in retaliation
against me for exercising my constitutional right to access
the courts through §1983. I have several civil suits pending
in the Third Circuit Appeals Court. One, concerning parole
issues, in which Mr. Friedman and Governor Ridge are named as
defendants, where I am seeking 3,000,000 in damages. Also,
the harassment and attacks by your staff are an organized
effort to stop me from reporting misconduct and abuses of
power by your staff, to which the court has a vested interest
in knowing so it can deal with violations by state officials.

**B.** List actions taken and staff you have contacted, before submitting this grievance.  Attach the
   copy of the DC-135A with the staff member's response of your informal resolution attempt.
Spoke with Ronald Richards, Pastor Gagas, Mr. Burke (C-1 Counselor),
LT Patterson, and Mr. Friedman, *capt Griffin   mr walsh   mr orr*
*ms wilbur*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Facility Grievance Coordinator

_____
Date

*Page 6*

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Cop

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

_NAM-0118-01_

GRIEVANCE NUMBER

**OFFICAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>SUPERINTENDENT COLLERAN | FACILITY:<br>2 of 4 | DATE:<br>MAY 18, 2001 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>BRANCH, WILLIAM CF-3756 | SIGNATURE of INMATE: | |
| WORK ASSIGNMENT:<br>BLOCK JANITOR | HOUSING ASSIGNMENT:<br>BLOCK F-2 | |

**INSTRUCTIONS:**
1  Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B the specific actions you have taken to resolve this matter informally.  Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages Sir, at the direction of Mr. Richards during our meeting, I am resubmitting this grievance to augment the prison's "incomplete" records. In December 2000 I was forced to cut my hair, despite notifying prison officials that cutting my hair violated my religious beliefs. I first sought a hair cut exemption by speaking with Pastor Gagas on a Sunday, but he did not have time to discuss the matter. The next day I spoke with Mr. Burke, he said I had "no win". I then spoke with LT. Patterson, who said that without the exemption I had to cut my hair. He suggested that I cut my hair, then work on obtaining the exemption.

On October 23, 2000, I was informed through letter by Pastor Gagas that, per DOC Policy DC-ADM 807-3, I needed to furnish written confirmation of my participation in a particular faith group to receive a hair cut exemption. I contacted The Universal Life Church who sent a letter that stated that as a minister in their church, it was my "right" not to cut my hair. I contacted the Chaplaincy Department and your office, but was given an order to either cut my hair or go to the hole. I was not afforded ample time for my exemption to be considered.

**B.** List actions taken and staff you have contacted, before submitting this grievance. Attach the copy of the **DC-135A** with the staff member's response of your informal resolution attempt.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Page 7

Date

**WHITE** - Facility Grievance Coordinator Copy     **CANARY** - File Copy     **PINK** - Action Return Copy     **GOLDENROD** - Inmate Copy

804
PART 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**          GRIEVANCE NO. | CAM - 6118-

| TO: GRIEVANCE COORDINATOR  COLLERAN | INSTITUTION | DATE 5-18- |
|---|---|---|
| FROM: (Commitment Name & Number)  BRANCH, WILLIAM CF-3756 | INMATE'S SIGNATURE  Wm Branch | |
| WORK ASSIGNMENT  BLOCK JANITOR | QUARTERS ASSIGNMENT  BLOCK F-2 | |

**INSTRUCTIONS:**

1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:
    I had just completed 45 days in the RHU on a falsified charge by CO Russian, who retaliated against me for reporting his abuse of DOC Policy 203, Safety and Security Checks, when I was given the ultimatum to cut my hair or return to the RHU. Mr. Friedman, who is a defendant in one of my law suits, and was in no position to be fair and impartial toward me, was assigned to investigate my grievance concerning CO Russian, violated my right to due process. Taking this into consideration, I had no choice but to cut my hair. Shortly afterward I was denied a haircut exemption. I then filed a timely grievance, which this office claims to have no record of.
    I believe the denial of the haircut exemption, and the subsequent forced hair cut were ploys by prison officials to coerce me into dropping my federal civil lawsuit against it, and prison staff who violated my constitutional rights. I further believe these acts, and the numerous intentional past acts by various prison personnel, are retaliatory in nature and conspiratory by law, in hopes such personal harassment and religious attacks will persuade me to drop my current law suits. To further support this claim, I was recently forced to withdraw from an English class being taught by Ms. Wilbur at night. I am in the choir, which practices on Wednesday

B. Actions taken and staff you have contacted before submitting this grievance:
    nights. I was could not get an excused absence, yet other prisoners are routinely excused from class. I was forced to choose between dropping a very productive class or missing my choir practices. Again, my religious convictions became an issue. The principle, Mr. Walsh, stated choir practice was a "voluntary group", therefore not an excusable absence. But, since I was not given the same consideration as others, this

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Page 8

Signature of Grievance Coordinator                          Date

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | Wam-0118-0

| TO: GRIEVANCE COORDINATOR SUPERINTENDENT    COLLERAN | INSTITUTION          ☀4    Of | DATE 5-18-0 |
| FROM: (Commitment Name & Number) BRANCH, WILLIAM OF-3756 | INMATE'S SIGNATURE *William Branch* | |
| WORK ASSIGNMENT BLOCK JANITOR | QUARTERS ASSIGNMENT BLOCK F-2 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

act violated the Equal Protection Clause of the Constitution.

Sir, all these acts of harassment were done to force me to drop my pending §1983 claims, as well as to discourage me from reporting additional coercive acts committed by your staff. I have entries on my quarters card, which I was never made aware of, strategically used to present me as a problem prisoner. These falsified entries are not only used to tarnish my reputation, image, and credibility, but also to validate my being placed in the RHU. I have been fired from jobs on false charges, dismissed from the apprenticeship program, and had the hearing examiner state I plead guilty to charges where I had written statements attesting to the falseness of the charges against me (Ms. Sucey in the ODR). In February 2000 I had legal papers taken while in the RHU, which resulted in the dismissal and/or delay of injunctions and other legal motions. Also, while in the RHU Joe King, a fellow prisoner, was not allowed to assist me with my legal work, even though the RHU Rules allow two inmates to utilize the RHU's law library.

Mr. Colleran, based on these numerous harassing and retaliatory acts, the continued religious persecution, and constitutional violations performed intentionally, in

B. Actions taken and staff you have contacted before submitting this grievance:

agreement, and with the knowledge of prison officials, I will be seeking compensatory damages of $200,000 from the courts.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          *Page 9*          _____
Signature of Grievance Coordinator                                    Date

Exhibit A A-11

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

June 12, 2001

William Branch, CF-3756
SCI Waymart

RE:   DC-ADM 804 – Final Review
Grievance No. WAM-0118-01

Dear Mr. Branch:

    This is to acknowledge receipt of your letter to this office.  Upon review of your letter, it is the decision of this office to file your letter without action because you have failed to comply with the provision(s) of the revised DC-ADM 804 effective January 1, 2001.

    In accordance with the provisions of the DC-ADM 804, VI D, 1, a proper appeal to final review should include photocopies of the Initial Grievance, Initial Review, the Appeal to the Facility Manager, and the Facility Manager's decision.  The text of your appeal to this office shall be legible, presented in a courteous manner, and the statement of facts shall not exceed two pages.

    Review of the record reveals that your appeal is incomplete.  You have failed to provide this office with the required documentation that relates to your appeal.  An appeal at this level will not be permitted until you have complied with all procedures established in DC-ADM 804. **Any further correspondence from you regarding this grievance, which does not contain the required documents needed to conduct final review, will result in a dismissal of your grievance.**

Sincerely,

Tshanna Kyler

Tshanna C. Kyler
Administrative Assistant

TCK/ms

cc:   Superintendent Colleran
Grievance Office
Central File

*Received this on the 15th of June 2001*
*Wm Branch*

**DC-804**
**PART 1**

*Page 1 of 2*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**     GRIEVANCE NO. ☐ *Cam 0118-0*

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| *Chief Hearing Examiner* | | *6-1-01* |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| *WM Branch    CF 3756* | *William Branch* | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| *Block Janitor* | *F-1* | |
| | *US Dist court    CV/CV- - 7-28* | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*Sir I was written up by c/o Russion on 7-27-00 after I Reported him for Violateing DOC Policy I also wrote a grievance on 7-20-00 nothing was done about this c/o until 6 months latter they had to move him from the Block. Mr Friedman the Unit manger was given the Request to investigate, I am sueing him in the appeals court he is not impartial. this is a Violation of Due Process and Part of a ongoing Conspiracy to force me to drop my civil action and it is done in Retaliation for me Reporting misconduct by staff and sueing the Parole Board and the Governer + Mr Horn et al I have lost Jobs on false charges when I had a signe*

B. Actions taken and staff you have contacted before submitting this grievance:

*Statement by the inmate that I did not order him to do anything misconduct # 191014 Was upheld I was moved from my bottom bunk in a small side room to make room for a inmate who snore'd So loud the whole Block comple*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator                    Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate C

**DC-804**
**PART 1**

Page 242

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | WAM 0118-01

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Chief Hearing Examiner | | 6-1-01 |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| WM Branch   CF3756 | WM Branch |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| Block Janitor | F-2 |

US Dist court Civil action 1:CV-00-1728

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I was later forced to move out of the Room because mr Friedman said if he has any Problems with anyone in that room he was going to move everyone out I was not involved in the stub affair but he included me. I was forced to cut my Hair a violation of my Religious Freedom as I practice the Vow of a Nazarite in the Bible Numbers chapter 6 I was forced to do cut my hair before I was given time to get a hair exemption then I was moved back to the block to show all the inmates what they did to me my access to court was Violated while in the RHU I was not allowed the help of another inmate in the RHU with me same custody level were the direc states two inmate may use the mini Law Library because of

B. Actions taken and staff you have contacted before submitting this grievance:

this I had miss filed Motions to court and grievance's causing these to be denied and hindering my meaningful access to court for these reason and more I am asking the Courts to award me 3,000,000 on my Parole issue's and 200,000 an this instend case Respectfully

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator                                    Date

**WHITE**—Grievance Coordinator Copy     **CANARY**—File Copy     **PINK**—Action Return Copy     **GOLDENROD**—Inmate Co

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*Unanswered*

**OFFICIAL INMATE GRIEVANCE**          *Page 1*          **GRIEVANCE NO.**

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| *Brett Colleen* | *SCI Waymart* | *12/8/00* |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| *WM. Branch CF3756* | *William Branch* |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| *B.U.* | *F-2* |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*Sir, I have Been denied a hair Exemption Reason Given I do not meet the Criteria on the Base's of Religious Conviction.*

*I have a letter from my Religious leader at the Universol church of Life, they have "legally" (per: united States Dist court of eastern dist of California Civil 110 S-1959 order) under 26 U.S.C Sec 501 (c)(3) and (Freedom of Religion embodied in the Universal Declaration of human Rights (1948) and other international Covenants #2 every person has the right to his belief; to express his Religious beliefs in worship, teaching, and practice, and to Proclaim the implications of his Beliefs for*

B. Actions taken and staff you have contacted before submitting this grievance:

*Relationship in a Social and Productive Community Ordained me Rev. William Branch a minister of the Universal Life Life Church. The Same as any other Faith Baptist Catholic Lutheran Pentecostal*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Grievance Coordinator                          Date

**WHITE**—Grievance Coordinator Copy     **CANARY**—File Copy     **PINK**—Action Return Copy     **GOLDENROD** Inmate Copy

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**          Page 2          **GRIEVANCE NO.**

| TO: GRIEVANCE COORDINATOR, | INSTITUTION | DATE |
|---|---|---|
| Supt Colleran | SCI Waymart | 12/3/00 |
| FROM: (Commitment Name & Number)  Wm Branch   CF 3756 | INMATE'S SIGNATURE  William Branch | |
| WORK ASSIGNMENT   B.11. | QUARTERS ASSIGNMENT   F-1 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

I follow all that Jesus has taught Per the Holy Bible and I believe that all Christians are called to be Nazarite's spiritual and if the spirit move's you to show that separation as Paul practice it in hair which is at once visible sign of a nazarite separation and willing to bear reproach for the lords sake. Jesus was a nazarite utterly separated unto the Father Jn. 1:18; 6:38 and allowed no mere claim (natural) to hinder him or divert him Mt. 12:46—Paul at acts 21:17-26 + acts 18:18 making vows of Nazarites and cutting his hair at the completion of his vow. To show our Grace, we are to abstain from sin Jmaca

B. Actions taken and staff you have contacted before submitting this grievance: a nazarite. Do in my beliefs do not have to be shared by others. Psalm 58? Sent the Chaplancy to give me my hair exemption

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                              _____
Signature of Grievance Coordinator                              Date

**WHITE**—Grievance Coordinator Copy      **CANARY**—File Copy      **PINK**—Action Return Copy      **GOLDENROD**—Inmate C