(61)
KM
1/8/02

1:00 CV 1728      PRSLC - PHS

T2742-3   $15.49   1:00-1728 Branch

| 01/07/02 | | | | | 1 |
|---|---|---|---|---|---|
| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |

TRANSFER-ADJUSTMENT-FORFEITURE REPORT

****************************************************

| 8030027420 1. | 01/04/02 | 6855XX | 3:02-OP-1 | SCRANTON 1 | -63.47 |
| 8030027420 2. | 01/04/02 | 5100PL | | 0 | 5.88 |
| 8030027420 3. | 01/04/02 | 0869PL | | 0 | 15.49 |
| 8030027420 4. | 01/04/02 | 5100PL | | 0 | 7.98 |
| 8030027420 5. | 01/04/02 | 5100PL | | 0 | 8.38 |
| 8030027420 6. | 01/04/02 | 0869PL | | 0 | 7.76 |
| 8030027420 7. | 01/04/02 | 0869PL | | 0 | 7.62 |
| 8030027420 8. | 01/04/02 | 5100PL | | 0 | 1.98 |
| 8030027420 9. | 01/04/02 | 5100PL | | | |

DIVISION TOTAL       0.00

****************************************************

FILED
SCRANTON
JAN 07 2002
PER _____
DEPUTY CLERK