UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM BRANCH,                         :        CIVIL NO. 1: CV:-00-1728

    PLAINTIFF                           :

V.                                      :        (Judge Rambo)

RUSSIAN, et. al.,                       :

    DEFENDANTS                          :

FILED
HARRISBURG

JAN 1 4 2002

MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK

## MOTION TO ADD EXHIBIT AA-8 AND TO INFORM THE COURT OF ONGOING THREATES BY STAFF IN THE FORM OF WE WILL BE WATCHING

IF IT PLEASE's THE COURT HERE COMES WILLIAM BRANCH ASKING THIS HONORABLE COURT TO ENTER THESE EXHIBIT INTO THE COURT RECORDS AS PART OF MY CASE AGAINST ALL PARTIES.

ENCLOSED PLEASE FIND MY MOST RECENT MISCONDUCT, NUMBER 62733, AND ALL RELEVENT APPEALS I RECEIVED THIS MISCONDUCT FOR ALLEGEDLY NOT SITTING UP DURING COUNT. ALL SUBSEQUENT APPEALS WERE DENIED DESPITE WITNESSES WHO COLLABORATED MY TESTIMONY, AN C/o MUIR WHO COUNTED FIRST, HE CAME IN THE CUBE/CELL COUNTED, SAID NOTHING AND LEFT PASSING C/o kowarski WHO DID NOT COME IN THE CUBE/CELL BUT SAID SIT UP BRANCH (HE LATER CAME IN TO WORK AND BOASTFULLY SAID YOU ARE SITTING UP WHEN I SAY YOU ARE)

THIS MATERIAL SUPPORTS MY ALLEGATIONA OF CONTINUED RETALIATION & FALSE CHARGES BY THE DOC STAFF IN GENERAL AND C/O KOWARSKI SPECIFICALLY, AS ARGUED IN MY PENDING LAW SUIT BEF THIS HONORABLE COURT, CLAIM NUMBER 45 IN DEFENDANTS ANSWER TO COMPLANT.

### THREATES

THE STAFF HAS NOT STOP THREATING ME WITH STATEMENTS " DO NOT SUE ANY ONE TODAY " AND IT'S BEEN A YEAR NOW WITH THE HAIR DO YOU HAVE PAPER'S YOUR HAIR LOOKS A LITTLE LONG WE MAY HAVE TO MAKE YOU CUT IT.

YOU ARE NOT ALLOWED TO HAVE THAT POCKET BIBLE IN YOUR POCKET OR THE PRAY BOOK IN THE DIET LINE

THE PRAYER BOOK GIVES BLESSING FOR CARRING IT BOTH ITEMS ARE PART OF MY BELIEF IN GOD.

also fied inclose a chain Prayer and a motion for Discovery

RESPECTFULLY

William Branch

Po Box 256
Waymart Pa 18472

DATE 1/11/02