Law Clerk's Copy

US Dist Court Middle
Dist court of Penna

WM Branch,
   Plaintiff

V

Reussion, et. al.,
   Defendant

Civil Action
No. 1:C.V. 00-1728

(Judge Rombo)

FILED
HARRISBURG
JAN 14 2002
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Motion for Discovery

If it Please's the court here come's William Branch ask the court to grant my motion for Discovery.

1. a copy of my ~~good~~ committent papers from SCI waymart on my Presentence investigation

2. from the P.B.P.P. a status sheet of How many inmates have been Paroled who Did complete the S.O.P and How many inmates were paroled who did not complete the So. P. and in each group How many were Black and How many were white also How many of each group Reoffended for sex offences and which were Black and which were White.

I need this to show that my Denial of Parole as Stated by Mr. Nish in Exhibit A A-1 Page 5 AA-
2 paragraph from the Bottom this will show the falsefication of office documents and Racail discrimination by the Denial of Parole to me

Date 1-11-02

WM Branch
PO BOX 256
Waymart Pa 18...

**PROOF OF SERVICE**

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

U.S. Justic Dept
Attn Diane Roberts
Washington D.C.
20531

Depty attorney
General Mosely
Storwberry sqt 15th FL
Harrisbrug Pa 17120
* No prayer
* No exhibit

U.S Dist Court
Judge Rambo
PO Box 983
Harrisburg PA
17108

**MOTION TO PROCEED IN FORMA PAUPERIS**

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

**VERIFICATION**

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 1-11-02

William Branch

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3


*Exhibit AA-8*

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
1451 N. MARKET STREET
ELIZABETHTOWN, PA 17022

OFFICE OF THE
CHIEF HEARING EXAMINER

December 10, 2001

William Branch, CF-3756
SCI Waymart

Re:  DC-ADM 801 - Final Review
     Misconduct No. 627233

Dear Mr. Branch:

Your appeal of the above-referenced misconduct has been received by this office and is accepted for final review. In this appeal, you suggest the evidence is insufficient to support a finding of guilt.

In accordance with DC-ADM 801, VI, L, 3, I have reviewed the entire record of this misconduct; including the misconduct report, the hearing report and related documents, your appeal to the Program Review Committee and their response, your appeal to the Superintendent and his response. I have also thoroughly reviewed the issues you raise to final review.

There is sufficient evidence in the misconduct report to sustain a finding of guilt. At your hearing, and in this appeal, you deny some of that evidence. The only issue here is one of credibility. DC-ADM 801, §VI E, 7 d, provides that determinations of credibility shall be left to the judgement of the Hearing Examiner. The Examiner discredited your denials and found credible the evidence related by the charging officer in the misconduct report. There is no basis for this office to overturn the Examiner's determination of credibility. Therefore, the credible evidence presented at your hearing supports the finding of guilt the Examiner made.

For the above-stated reasons, I conclude that the issues raised do not require any further action on this misconduct. Your appeal must, therefore, be denied.

*Based upon your main's counting me First The Facts by Themselves shows The H.E. ERRORed! w.B.*

Sincerely,

Robert S. Bitner
Chief Hearing Examiner

RSB:bjk
pc:  Superintendent Colleran

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

Dec. 2, 2001

WM Branch CF 3757
PO Box 256
Waymart Pa 18472

Final Review
Sec. office of inmate greviance

Misconduct #62723

Sir. I was written up for failer to sit for count one c/o counted me said nothing c/o Kowarski Right behind him counting said Bruh. Branch sit up, I was already siting up 3 inmate's witness also afirmed this the witness statement is in their own hand writing using a inmate as an example is not justic nor is it Equal protection.

Evidence: 1 c/o said I was not siting, I have written him up and I am sueing him in federal court if he wrote me up he should have written everyone that he had to ask to sit for count at anytime this was personal

Evidence: 1 c/o counted found no need to say anything Three inmates witness written statement and oral allowed by hearing Examiner stated under affirmation to tell the truth, that I was siting for count.

I am no bodies leader I am trying to follow the Rules and I wish these people would do the same. Retaliation is a violation of the const of the U.S.A
I Respectfully ask that you over rule the H.E.

I affirm the above statement
Date 12/2/01   to be true under paulty of the law   Respectfully
                                                     WM Branch

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI WAYMART
570-488-5811
November 28, 2001

SUBJECT: Appeal to Misconduct 627233

TO: William Branch
CF-3756

FROM: Raymond J. Colleran
Superintendent

I have reviewed your misconduct received in my office on November 28, 2001. After my review, I concur with the findings of the hearing examiner and the sanction imposed by him.

Your appeal at this level is denied.

RJC/fb
cc:   PRC Members
      DC-15

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

| Form DC-135A <br> **INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania <br> Department of Corrections <br> INSTRUCTIONS <br> Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| Final appeal for misconduct #B27233 <br> 1. To: (Name and Title of Officer) <br> Supt Colleran | 2. Date: <br> 11-27-01 |
| 3. By: (Print Inmate Name and Number) <br> WM Branch CF3756 <br> William Branch <br> Inmate Signature | 4. Counselor's Name <br> M. McDonnell |
| | 5. Unit Manager's Name <br> M. Chipego |
| 6. Work Assignment <br> unassign | 7. Housing Assignment <br> F-2 |

8. Subject: State your request completely but briefly. Give details.

Sir I was given 30 days cell restriction for failer to sit for count.

One C/o counted me passed C/o kowarski in front of my cube c/o kowarski then said sit for count.

I was sitting for count by C/o Muir counting me and leaving I also had 3 inmates witness state that I was sitting for count. c/o Kowarski is Retaliating against me for grievances written on him by me with this verdict anyone he dislikes he can say sit for count and you get convicted no matter what witness you have. these inmates know what happen and How wrong this C/o is in the interest of justice please over turn this wrong.

Respectfully

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

P.S. there was a little more will not forget

Staff Member Name _____ / _____ Date _____
                        Print              Sign

Revised July 2000

| DC-141  PART III  PROGRAM REVIEW COMMITTEE ACTION  ☐ Misconduct Appeal ☐ Periodic Review ☐ Other | COMMONWEALTH OF PENNSYLVAINA DEPARTMENT OF CORRECTIONS | | | |
|---|---|---|---|---|
| DC Number  CF-3756 | Name  Branch, William | Institution  SCI-Waymart | Date of Review  11/21/01 | No. from PART 1  627233 |

Mr. Branch is appealing misconduct #627233 for Failure to Stand Count or Interference With Count on the grounds that the procedures used were contrary to law, Administrative Directive 801 or ICU Consent Decree; the punishment was disproportionate to the offense and the evidence was insufficient to support the decision. In reviewing the misconduct, the Program Review Committee found that there was no violation of any department directive or law. In addition, the punishment was appropriate for the misconduct and that the evidence was sufficient to support the Hearing Examiner's decision. It should be noted his statement of facts relevant to this appeal provided no new information. The Program Review Committee sustains both the findings of the Hearing Examiner and the sanction.

| Name of Program Review Committee Members | Signatures | Date |
|---|---|---|
| Deputy Martin Andrews | *signature* | 11-... |
| Milt Friedman, Unit Manager | *signature* | 11/2... |
| Lieutenant Emanuel Patterson | *signature* | 11-2... |

WHITE -- DC-15    DC-14

FORM DC-141  PART I   COMMONWEALTH OF PENNSYLVANIA   627233
Rev. 6-84
☒ MISCONDUCT REPORT ☐ OTHER   DEPARTMENT OF CORRECTIONS

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| CF3756 | BRANCH | SCIWH | 1630 | 11-17-01 | 11-17-01 |

| Quarters | Place of Incident |
|---|---|
| F-2 | F-2 Cube 1004 |

Exhibit AA-8

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I |
|---|---|---|---|---|---|---|
|  | COI Muir |  | X |  |  |  |

**MISCONDUCT CHARGE OR OTHER ACTION** CLASS 2 CAT B #25 (Refusing To Obey An Order) CLASS 1 B #41 (Failure To Stand Count Or Interfering With Count)

**STAFF MEMBER'S VERSION** At 1630 Control made the announcement to conduct count. At this time OFCR Muir ordered the block to sit up on their bunks. When counting Cube 1004 this officer's count was interrupted by stopping to order Im Branch CF3756 to sit for count, who was lying on his bunk. He refused OFCR Muir's initial order to sit up and refused all previous orders by myself on 7-14-01, OFCR Roegg on 10-24-01, OFCR Pugliese on 6-5-01, and OFCR Sawethuck on 12-20-00 all have been documented on his quarters card.

**IMMEDIATE ACTION TAKEN AND REASON** Continue present status until seen by hearing examiner (due to severity of misconduct)

**PRE-HEARING CONFINEMENT**

| | TIME | DATE |
|---|---|---|
| ☐ YES | | |
| ☒ NO | | |

FORMS GIVEN TO INMATE
☒ REQUEST FOR WITNESSES AND REPRESENTATION   ☒ INMATE'S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY — SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN |
|---|---|---|
| Barry Karnowski COI | (sig) COIL | 17NOV01  2022 |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | Misconduct Category | Signature of Person Serving Notice |
|---|---|---|
| DATE 11-18-01  TIME 09:00 | ☒ CLASS 1  ☐ CLASS 2 | Douglas L Clark  COI D. Clark |

**NOTICE TO INMATE**
You are scheduled for a hearing on this allegation on the date and the time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you s_ will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearin_ committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are foun_ guilty of a Class I misconduct, any pre-release status you have will be revoked.

WHITE —DC-15   YELLOW—Inmate Cited   PINK—Staff Member Reporting Misconduct   GOLDENROD—Deputy Superinten_

**DC-141    PART II C**
Rev. 6-84    HEARING SUPPLEMENT
INMATE VERSION AND WITNESS STATEMENTS

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Institution | No. from PART |
|---|---|---|---|
| CF3756 | BRANCH  Exhibit AA-8 | SCIMM | 62723 |

**INMATE'S VERSION**

Sir: I do not disobey any orders given to me by staff and I tell others to obey all orders given and to Respect those who have charge over us. God tells all christians to do this.

I was sitting up for Count the C/O Muir came in the Cube counted walked out after he counted me sitting up. he Passed C/O Kawarski in front of my Cube C/O Muir and three other inmates in Bed 6, 7, Right next to me.

I have spoken with Lt Vargas and Mr McDonnell about C/O Kawarski. I have written Grievance about him Lt Vargas spoke with him. I do not have any Problems with any other Block officer I really try very hard to stay out of trouble. I am sueing C/O Kawarski in federal court all this is Retaliation for accessing the court

Sir there are 365 days in a year I have been on this Block a year. 4 counts a day 1,400 a year all to count and I sit for all of them

I know how important count is all of these entrys are from 2 shift with C/O Kowarski tell his fellow C/O's to make these entry two of them were because I was sleep and one I was on the top Bunk and could not hang my feet down

I am fifty years old almost and I do fall asleep after I eat I have high Blood Pressure a slow heart and Dietbetic I know I have to be clam stay away from Pressure situtions so I have to agree and comply with all C/O's and staff.

I am only trying to do my time without any trouble and go home. I do not hate C/O Kowarski I must Love him and all People because they are made in Gods image and help them God willing

I do not control anything or anyone only Myself

| DC-141 Rev. 6-84 PART II A INMATE REQUEST FOR REPRESENTATION AND WITNESSES | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS | | | |
|---|---|---|---|---|
| DC Number CF 3756 | Name BRANCH Exhibit | Institution Rockview | Date 11-17-01 | Number as on Pa 11-17-01 |

You have been charged with a misconduct. You may request assistance and/or witnesses to appear at your hearing b completing the section(s) below.

In order to have assistance or witnesses at your hearing, you must complete this form and present all copies to one o your housing officers no later than 9:00 a.m. the first working day after you receive notice of the misconduct.

Assistance: ☐ I do not request assistance
☐ I request assistance by _____
(The person requested must be willing to assist you)

Witnesses: You may request witnesses in accord with DC-ADM 801. State the relevance and importance of the testimony the witness will give.

---

**1. Name of Witness:** Limbeck Smiley  **No.** DP5733  **Quarters** F2-1004 Cub 1004 Bed 9

**Why is this person's testimony relevant and important?**
I saw Branch sitting on his bunk at count time

*DO NOT WRITE IN THIS SECTION — For Use by Hearing Examiner*
Witness permitted? Yes  If not, why not?

---

**2. Name of Witness:** Percy Maple  **No.** EQ273  **Quarters** If Inmate Cub 1004  F2-1004 Bed #8

**Why is this person's testimony relevant and important?**
I seen Branch up at count time sitting up on his bunk

Witness permitted? Yes  If not, why not?

Please note that each inmate wrote his own statement

---

**3. Name of Witness:** Jeffrey Bond  **No.** AS-2594  **Quarters** F-2/1004 Bed 16

**Why is this person's testimony relevant and important?**
Mr. Branch was up for count the same as he is always.

Witness permitted? Yes  If not, why not?

---

_William Branch_ CF3756
**Inmate's Signature**

This section to be completed by Housing Officer only
Received completed form  0645 hours  11-19-01
          Time              Date

_Richard Gillcot_
**Housing Officer's Signature**

_Donald J. Jones_
**Hearing Examiner's Signature**

| FORM DC-141 PART II E | COMMONWEALTH OF PENNSYLVANIA | | |
|---|---|---|---|
| MISCONDUCT HEARING APPEAL | DEPARTMENT OF CORRECTIONS | | |
| DC Number: CF3756 | Name: William Branch | Institution: SCI Waymart | No. from PART |

I was found guilty of misconduct # 627233 on 11-20-01 (date) by the Hearing Committee/Examiner, and I wish to appeal that decision on the following grounds:

Check Area(s) Involved

a. The procedures employed were contrary to law, Administrative Directive 801, or to the ICU Consent Decree;  [✓]

b. The punishment is disproportionate to the offense;  [✓]

c. The evidence was insufficient to support the decision.  [✓]

Below is a brief statement of the facts relevant to my claim(s). It includes the identity of all persons who may have information which may be helpful in resolving this matter.

I was charged with Disobeying a order not sitting for count that was dismissed misconduct # 35. Then I must have Been sitting for count Reason c/o muir called count and he counted me first. c/o Kowarski counted me after c/o muir I never change my position.

Three inmates testified to this and c/o muir by his counting me and not saying I not sitting for count even if H.E. [found] my witness incredible c/o muir counting me says I was sitting for count

sir the evidence shifts to my favor. the papers [I] submitted that I was warned. At time c/o kowarski told [me] [unclear] to [unclear] I [unclear] on [unclear] first [unclear] have a problem with branch [unclear] was Poster dunk States. c/o kowarski [unclear]

I have explained to c/o Kowarski I am not intentionally [un]asleep but I am a old man and sometime after [I] [unclear] this time I was not asleep and I was sitting up I will [unclear] with c/o Kowarski I will say "sir I do not know why you dislike me so but I will make sure again I do not sit with my feet on the floor

Respectfully,
[signature]

| DC-141 Rev. 6-84 | PART II B DISCIPLINARY HEARING REPORT | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |
|---|---|---|

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. from Pa |
|---|---|---|---|---|---|
| CF3756 | BRANCH Ernest | Screws | 11-20-2001 | 1008 | 6272 |

| INMATE PLEA | ☐ Guilty ☑ Not Guilty | ☐ No Plea ☐ Other | Verdict | ☑ Guilty ☐ Not Guilty |
|---|---|---|---|---|

| CHARGES 35 | HEARING ACTION 41 |
|---|---|

**FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED**

Branch pleads not guilty of both charges, and does submit a written version which is attached. Inmate Maple testified under oath that he did see inmate Branch sitting for count on 11-17-2001 O/A 1630 hrs. When ordered to sit for count inmate Branch sat all the way up. Inmate Bond testified under oath corroborating the testimony of inmate Maple. Inmate Smiley testified under oath that he saw inmate Branch sitting for the 1630 hr. count. I didn't hear any orders. H.E. does not believe any of the witnesses. Examiner believes the officers report over the inmates denial, and the witnesses testimony. C.O. Kawowski reports observing that inmate Branch was not sitting for the 1630 hr. count on 11-17-2001 as required. Inmate Branch was lying on his bunk at 1630 hrs. H.E. makes note that inmate Branch did fail to sit for count. Guilty of #41.

Sanction — loss of job. 30 days cell restriction. Effective 11-20-2001. Dismiss #35.

| ☑ YES ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. | Witness form submitted |
| ☑ YES ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. | SEE APPENDICES ☑ |
| ☑ YES ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. | Version form submitted |
| ☑ YES ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. | |

| NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED) | Hearing Report and all appended information must be signed. Signature indicates finished report with appendices. |
|---|---|
| DONALD J. JONES | Donald J. Jones SIGNATURE OF HEARING EXAMINER/COORDINATOR |