United States court of appeals
Third Circuit

William Branch
   Plaintiff
V
Russian et., al.
   Defendant

FILED
HARRISBURG
JAN 22 2002
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Cv. No. 1:CV-00-1728
(Judge Rambo)

(65)
1-24-0
SC

## Notice of appeal

If it please's the court here come's William Branch Plaintiff appealing the order of Judge Rambo dissming Defendant Neil Hefferman Dated Nov. 6, 2001 in that order Page 9 she stated that these Exhibits <u>AA-2</u> addressed at the <u>informal stage</u>, and Exhibits <u>AA-1</u> Page 2 Paragraph 2 " I have also reviewed the issues you Raise to final Review. the order Date 1-14-02 at Page 2 note 1. the court states my initial Grievance only Related to a hair cut a full Reading Page 1, 4 lines from the Bottom (also the Harassment and attacks by your staff are an organized effort to stop me etc what are these on going attacks (Neil Hefferman an others) Page 5 in Exhibit AA-1 Paragraph 6 (I find no evidence of Harassment or of staff trying to force you to drop your pending 1983 claim. Same exhibit AA-1 Page 2-A appeal to secretarys office of inmate Grievance line 3-9 answered by the Hearing Examiner Chief at Camphill as stated above the prison was aware of

Page 1

of my Problem with mr Hefferman they told me he ordered the change in my Diet!

Cite:
Lawrence v. Goord 238 F3d 186 (2 cir 2001) in this case a inmate Reported a staff member. in Retaliation the staff member began writing misconducts against this inmate. the court concluded: Exhaution Requirements does not apply to claims of Particular instances of <u>excessive force directed at prisoners</u> or <u>Individualized Retaliation against Prisoners</u> and they Cite Booth v. Churner 206 F3d 289,300 (3RD cir 2000) (conditions as effecting everyone)

42 USCA 1997e (A) does not define the term <u>condition</u> first impression Wheather individualized Retaliations actions against a inmate are Prison Conditions! within the meaning of §1997e(a)

I did in good faith inform the prison of the wrong full acts of staff they covered ~~the~~ up lost papers and let the same people I reported supervise and investigate my reports no impartial investigators this Violates Due Process

for these Reasons I am asking this court to grant my appeal

Date 1-16-02

Respectfully
<u>William Branch</u>
PO Box 256
Waymart Pa 18472

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

Mid. Dist Court
PO Box 983
Harrisburg Pa 17108

U.S. Third Circuit Clerk
601 market st
Phila Pa 19106

Alan Gold
7837 old york Rd
Elkins Park 19027

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 1-16-02

Wm Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3