

## Return Receipt

| | |
|---|---|
| Your document: | 1:cv-00-1728  Notice of Appeal |
| was received by: | Patricia Coleman/CA03/03/USCOURTS |
| at: | 01/24/2002 10:36:29 AM |

