OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>267-299-(4920) |

(January 29, 2002)

NOTICE OF DOCKETING OF APPEAL

WILLIAM R. BRANCH

v.

RUSSIAN
No.: (District Court No. 00-CV-01728)

(Honorable Sylvia H. Rambo)

FILED
JAN 3 0 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

An appeal by **(William Branch)** was filed in the above-caption case on (1/22/02), and docketed in this Court on (January 29, 2002), at No. **(02-1248)**.

Kindly use the Appeals Docket No. **(02-1248)** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_PAMD Appeals**. Please notify Case Manager **(Susan M. Acerba)** at (Susan_M. Acerba)@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**