00-CV-1728

#71

Tue Feb  5 11:07:56 2002

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   333 86813
Cashier       tanya

Tender Type  CHECK

Check Number: 90629

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3       5100PL

Amount           $    5.75

SCI WAYMART WAYMART, PA 18472

PARTIAL FILING FEE 00-CV-1728 WILLIAM BRANCH

cn