JUDGE'S COPY

Copy

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

William Branch          )
          Plaintiff     )
                        )    NO: 1:CV 00-1728
     V.                 )
                        )    (Judge Rambo)
CO Russian, et al.      )
          Defendants    )

*Memorandum & Exhibits*

FILED

FEB 15 2002

PER _____
HARRISBURG, PA DEPUTY CLK

Questions 1-6, concerning Ms. Suchy write-up, Exhibit <u>AA-5</u>, 12 pages, dated 02-05-2000:

1.    This write-up was part of an ongoing conspiracy by staff at SCI-Waymart to force me to drop my lawsuit against the D.O.C., the Parole Board, and other staff members.

      This write-up is a falsification of the facts and a lie, as Mr. Mason has sworn in his statement on Page 9. I did not tell him to do anything as Ms. Suchy charged me, nor lie to her as she stated. See Page 8, write-up #191014.

Questions 8-12, concerning CO Russian write-up #151773, Exhibit <u>AA-6</u>, dated 07-27-2000:

2.    I had one witness who stated we were not yelling in the day room as CO Russian charged. The Hearing Examiner's findings are not the same as Russian's, who stated I had left the day room and returned. See Charges, page 9, and Hearing Examiner's Report, Page 7.

Date 2/11/02

Respectfully
Wm Branch CF-3756
Po Box 256
Waymart Pa 18472

My contentions are that this write-up was done because I reported CO Russian to the superintendent for violating D.O.C. Policy 203, Safety and Security Inspections, by searching my personal property when the policy clearly states this practice is not to be done.

This write-up came after I wrote a request to the Superintendent. See Exhibits AA-6, pages 1 and 2, dated 07-15-2000. Also, see page 3, letter for Injunctive Relief to the U.S. Appeals Courts, 3rd Circuit, dated 07-15-2000--which is after I spoke to Mr. Friedman, who attempted to cover for CO Russian. I also filed a grievance, see page 4, dated 07-20-2000. I never received a response to this grievance, nor was it assigned a number. Enclosed is a copy, which was submitted 7 days prior to the write up which was done in retaliation for reporting CO Russian.

3. I am still waiting on Parole Data Discovery.

4. No exhibits available, must ask for discovery concerning questions 19-22.

5. I moved into the dormitory and was mistreated. See Exhibit AA-6, page 3, Motion to the Courts, where I named Mr. K. Blow and Mr. Presser, both inmates, as witnesses far in advance of the write-up of 07-15-2000.

Questions 23-30, Treatment while in R.H.U.:

6. (a) My legal papers #28 were taken, Exhibit AA-6, page 5, dated 08-09-2000. I sent a request to PRC, which was answered by Mr. Nish on 08-22-2000, page 4; Grievance dated 08-31-2000 still not returned, page 7; Grievance dated 09-05-2000 returned telling me to write LT Wellington. During all this I had legal motions pending and the appeal of my criminal conviction was in process.

On 07-05-1996 my legal paperwork was mailed out, without my permission. See Exhibit AA-13, page 7.

(b) My diet meals were changed , the order had the approval signature of Neil Hefferman, PA-C. See Exhibit AA-2, page 5. Mr. Hefferman claims he did not write this order, see page 3. In addition to this unauthorized change in my special diet plan, my meals were tampered with--the bread was smashed and the lids on the drinks were half opened, as is someone had put something in it. Sometimes my diet bags came, other times they never arrived. This continued harassment was all done as part of a conspiracy and retaliation because of my pending lawsuits. I was scared! See Exhibit AA-13, page 1.

(c) I was unable to get request slips or grievance forms when I asked for them, Exhibit AA-3, page 1. I attempted to contact Superintendent Colleran through the request slip procedure on 08-03-2000. It was given by LT Wellington, who crumbled the request and threw it in my cell, warning me to stop reporting his staff to the superintendent or he would stop being nice!

Questions 31-32:

7.  Also while in the R.H.U. I was not allowed the help of another inmate, who had the same security level as myself, so no security risk existed. I was told this would not be allowed because it could encourage inmates to get sent to the R.H.U. just so they could work on their legal work. See Exhibits AA-6, pages 4 and 5, dated 08-05-2000, response by Mr. Nish. By disallowing Joe King to assist me with my legal work and the taking of my legal papers by the staff hindered my access to the courts.

Questions 33-39:

8.  I was placed on a smoking block and in a cell with an
    inmate who had a hole  and  metal plate in his head,
    inmate McNeally smoked like a fish. I was moved to D-2,
    another smoking block, and placed on a top bunk. As a
    result of the smoke I had to go to medical. After many
    requests  to  be  moved  to a non-smoking block,  I  was
    finally moved to F-2. I  got  out  of  the  R.H.U. on
    09-10-2000 and was forced to live in a smoke  filled
    environment until 10-19-2000, when I was moved to F-2.

Questins 40-47:

    Mr. Pennington spent a great deal  of  time thinking about
    girls. He  sat watching television saying, "I want some
    womb." or "I want some guts." While I was trying to pray.
    I spoke with Mrs. Martin and she put me off. So, finally,
    I wrote a request slip, then another request explaining
    that if anything happened to me, I would sue her. She
    gave permission  for  me to be moved. But CO Kowarski
    delayed the move in hopes that I would get beat up or
    sent  to the R.H.U.. When he finally moved me, I was
    placed on a top bunk, when other bunks were available.
    See Exhibit AA-10, dated 11-27-2000 and 11-26-2000, pages
    1  and  2. Mr. Pennington  was finally placed  in  the
    R.H.U. for showing his penis to a female CO during night
    shift, losing his chance for pre-release.

Questions 48-53:

    10.  I was moved again, but CO  Kowarski  put  me  in
    another unpleasant bed, which was cramped, when  other
    beds were with more space were available.

Exercise of Religion:

Questions 54-62:

11.   Defendants admit that I was ordered to cut my hair. This
      was done without allowing me time to get the Haircut
      Exemption the D.O.C. has in place. See Exhibit AA-6,
      page 2. The D.O.C. has since denied me the exemption,
      this denial is a violation to support this I offer USCA
      42 2000, CC 5, PL 106-274 §8, 114 Stat 806. §2000 CC-5,
      definition for Religious Exercise,(7)(A), in general,
      the term "religious exercise" includes any exercise of
      religion, whether or not compelled by, or central to, a
      system of religious belief. On page 2538, Chapter 21C,
      Religious Land Use and Institutionalized Persons. also Exhibit
      AA-1 Page 1 and Exhibit AA-14
Questions 63-71:

12.   Choir Practice. See Exhibit AA-7, page 1, dated
      01-25-2001. I sent a request to Mr. Orr, which was
      answered by Mr. Walsh, who stated that choir practice was
      not an excused absence because it was voluntary. Exhibit
      AA-14. Other student-inmates had been allowed to miss
      school to participate in choir practice without being
      penalized. I was singled out and denied to attend choir
      practice, which is an important aspect of my religious
      practice. This was done to retaliate against me for
      suing the staff and reporting misconducts through §1983
      lawsuits.

Questions 72-73:

*Capt Gavin*

13. Misconduct #990495, dated 09-25-1997, Exhibit AA-12, page 5 and misconduct #295142, dated 10-10-1997, same exhibit, page 6 centered around legal papers being mailed out without my permission. Also see AA-13, page 7, dated 07-05-1996. The response was dated 07-08-1996. They intentionally waited until they had mailed out my legal papers before responding. I had lawsuits pending.

*Exhibit AA-13 Page 7 also see Exhibit AA-12 capt Gavin signed the misconducts*

Questions 74-80:

14. See Exhibit AA-12, Misconducts #295142 and 990495, dated 09-25-1997, where I asked to have time off to prepare my legal brief. I was given the time off, however, when I returned to work I was laid in by Ms. Surace. Then, one week later I was written up by her for failure to come to work. CPT Gavin signed this misconduct (#990495) which was dismissed. Two days later I fell asleep and failed to report back to work. Again, Ms. Surace, wrote me up (#295142), eventually resulting in the loss of my job. When I returned to my job Ms. Surace stood over me yelling for me to hurry up, causing my blood pressure to go up and giving me headaches. That was the reason I fell asleep. This was part of the retaliation against me for exercising my right to access the courts.

Questions 81-85:

15:   Grievance   #00232-00,  Exhibit  AA-6,  pages  3,4,  and   5,
      dated 08-03-2000. I informed Superintendent Colleran and
      Hearing Examiner Jones that CO Russian was retaliating
      against me before they imposed a disciplinary sentence.
      See Exhibit AA-6, which contains Request Slip, page 1,
      dated 07-15-2000; motion to 3rd Circuit Court, same date;
      the   grievance,   page   4,   that   I never received any
      answer  for,   which  is   dated   07-20-2000;  misconduct
      hearing appeal, page 2, dated 08-14-2000; Secretary Horn,
      page 4 dated 08-29-2000; misconduct hearing appeal, dated
      07-31-2000, page 6. No actions were taken, denying me due
      process.

Questions 86-87:

16.   While in the R.H.U. I was denied access to   my   legal
      papers and the assistance of a more learned inmate of
      legal procedures. Therefore, my   motions to the courts
      were dismissed, my criminal appeal was hindered, and I
      have not been able to recover yet. See AA-15, motions
      filed in 3rd Circuit Court, District Court,   and   the
      Commonwealth Court.

Questions 88-91:

17.   See Exhibit AA-3, dated 08-03-2000, page 1, request slip
      to Superintendent Colleran.

18.   Question 92:

      Exhibit   AA-6,   page  4,  dated  08-29-2000,  letter   to
      Secretary Horn.

19. I mailed a letter for discovery to the O.O.C. address
Po Box 598 Harrisburg Pa 17101. Someone changed the
Zip code to 17108. I was not able to make a copy but I will
have it for court or I will send it to the Clerk. You can
see the 8 is not my 8

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

*U S Dist court*
*Middle Dist of Penna.*
*po Box 1 Pa 17108*
*Horrisburg Pa*

*Please copy and serve all*
*defendant and   U.S. Justice Dept*
*                    Civil Rights Dept*
*Attn: Ms Diani Roberts*
*washington D c 20053*

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis.  I had previously been granted In Forma Pauperis status.  My financial situation has not changed.   I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: *2/11/02*

*William Branch* CF375?

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3

Exhibit AA-1

INTERNATIONAL HEADQUARTERS

# Universal Life Church

601 THIRD STREET, MODESTO, CA 95351 Ph(209)527-8111 Fax(209)527-8116

| | | |
|---|---|---|
| REV. LIDA G. HENSLEY<br>PRESIDENT | ROBERT E. IMBEAU<br>VICE PRESIDENT | MANZANITA HENSLEY LOWARCH<br>SECRETARY/TREASURER |

UNIVERSAL UNDERSTANDING AND
BROTHERHOOD WILL BRING PEACE

November 8, 2000

Commonwealth of Pennsylvania
State Correctional Institution
Rev. William A. Gagas, Chaplaincy Program Director
PO Box 256
Waymart, PA  18472

RE:   William Branch #CF3756

Dear Rev. Gagas:

I am writing to you today because we received a copy of a memo that you
sent to the above referenced Minister of our Church.  Within our church
we believe in the freedom of religion and that person has to choose which
path is correct for them.  So within our Church we have a vast variety of
of religious beliefs.  All though we may not personally choose to allow
our hair to grow we believe it is the individual Ministers right to do so.
There is bible scripture as evidence of this as I am sure you are aware of.

We would appreciate your cooperation in allowing Rev. Branch to receive the
exemption that he is requesting so that he can continue practicing his religious
beliefs.

If we can be of further assistance please let us know.

Sincerely,

Andre Hensley
Board Member/Office Manager

CC: File
    W. Branch

Page 1

DC-135A

Exhibit AA-1

RECEIVED

2000 NOV 28 PM 8:02

SUPERINTENDENT'S OFFICE
SCI WAYMART

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

---

1. TO: (NAME AND TITLE OF OFFICER)
Mr. Colleran Supt

2. DATE
11-22-00

3. BY: (INSTITUTIONAL NAME AND NUMBER)
Kim Branch CT-3756

4. COUNSELOR'S NAME
Mr. McDonnell

5. WORK ASSIGNMENT
Bliss

6. QUARTERS ASSIGNMENT
F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir: I have Written Pastor Cogan about my Hair Exemption for Religious Reason and I now have a letter from the Universial Life Church asking Pastor Cogan to Provide this exemption. Please have him call me down to Complete this Exemption Proccess     Respectfully

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

11-28-00

MR. BRANCH —
I have spoken to Rev. Cogan, And he
has informed me you do not meet
the established criteria for a HAIRCUT exemption —
I suggest you follow his direction —

Vito Ossolla
for /Supt.

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                    DATE

**PASS SLIP** 8 14 59
Date

INMATE MUST TURN IN PASS IMMEDIATELY UPON
COMPLETION OF PURPOSE FOR PASS

No CF 3756   Name: Isaac LARRY Walker

Block: M 2   Assgnt: #1

Destination: M 2

| | SIGNATURE | TIME |
|---|---|---|
| ISSUING AUTHORITY | Skinner | 1800 |
| DESTINATION AUTHORITY | SIGNATURE | TIME |
| RETURN AUTHORITY | SIGNATURE | TIME |

My name is not ARA Walker

Mr Walker name being attached to mine
is a Bad Connotation by this staff member
Skinner a Kitchen stwert

Page 2

PRC

**DC-135A**

RECEIVED

2000 AUG -1  AM 8:45

SUPERINTENDENT'S OFFICE
SCI WAYMART

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER)  Mr Colleran  Supt

2. DATE  8-1-00

3. BY: (INSTITUTIONAL NAME AND NUMBER)  William Branch

4. COUNSELOR'S NAME  Mr Long

5. WORK ASSIGNMENT

6. QUARTERS ASSIGNMENT  RHU  115

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Sir  DC 804 V. C  states no one shall be Punish, Retaliated against or otherwise harmed for good faith use of this grievance system I have written you alleging two violations of this Policy and no one spoke to C/o Russian and he continued to attack me this write up was what he wanted because he was wrote up he wanted to put me in the hole.

None of his interpetation can be creditble as to the meaning of my statement.

also the grievance I wrote on him should be evidence of Retaliation I started this procedure over 15 days ago

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)  please Reply

Appeal heard by PRC on 8/3/00.

Paul M. DelRosso,
CCPM

☐ TO DC-14 CAR ONLY

Page 3

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE  8/3/00

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.  To: (Name and Title of Officer)<br><br>Mr Beard, Ph. D. | 2.  Date:<br><br>1/13/02 |
| 3.  By: (Print Inmate Name and Number)<br><br>William Branch CF3756<br><br>William Branch<br>_____Inmate Signature_____ | 4.  Counselor's Name<br><br>Mr McConnell |
| | 5.  Unit Manager's Name<br><br>Mr Chirego |
| 6.  Work Assignment<br><br>Block Janitor | 7.  Housing Assignment<br><br>F-2 |

8.  Subject:  State your request completely but briefly.  Give details.

_[handwritten text, illegible]_

9.  Response: (This Section for Staff Response Only)

_[handwritten text, illegible]_

P.S.

_[handwritten text, illegible]_

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
Print                              Sign

Revised July 2000

Page 4

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

RE[illegible stamp]
[illegible] 9 01
SUPER[illegible]
SCI WM[illegible]

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr Derrick Law Library | | 2. DATE 1-21-01 |
|---|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) WM Branch   CF-3756 | | 4. COUNSELOR'S NAME Mr McDonell |
| 5. WORK ASSIGNMENT B-U | 6. QUARTERS ASSIGNMENT F-2 | |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

madame: I put in a Inter library Request for the statues and Policy that mandate SOP Programs and for Parole Recommendations as this law library is Mandated to have all Criminal and Civil Mand Directly in actul for accel to court as the Pract require this. I am sueing Dr. Germano and the Parole Board. So if you don't mind Please Get These Law I am not getting smart But I did not appricate your Response to my Request and as such I will be showing it to the courts. We may I suggst suggst you get the law.

Respectfully

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

CC Supt Colleran
united States third circuit
appeals courts

Mr.Branch,

The contents of the law library are mandated by the PA. DOC.
We do have P.S.C.A.-Title 61 which covers Penal and Correctional
Institutions in SCIWM law library. Section 331.19 states that the
Parole Board requires all public officials to furnish records or
info. re: the inmate in question. It further states that the Parole
Board is given the  power to parole & to use recommendations from
public officials, i.e.Dr. Germano.
I am sorry for any confusion I may have inadvertently caused
regarding this issue.

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                     Page 5                     McD   DATE [illegible]

Copy exhibit AA-6

DC-13 A

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

C/o S name is Russian

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr Colleran Supt. | 2. DATE 7-15-00 |
| --- | --- |

3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF-3756

4. COUNSELOR'S NAME Mr Long

5. WORK ASSIGNMENT unassign

6. QUARTERS ASSIGNMENT M-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Sir: I wish to inform you of a c/o acting in "Retaliation" for me being telling him and Reporting him to the shift commander Cpt. Griffin on 7-14-00 C/o Rushen has been using Safty security inspection to Retaliate against any inmate who he gets angry with.

first he in cage's them in a conversation which he use's to speak demeaning to them and when they respond a goes into I'll show you mode, next that inmate is being "Searched" his property all over the place inmate chapman had spoken to me long and asked him to have C/o Rushen leave him alone.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

I pointed out to C/o Rushen That DC ADm 203 That a Security inspection is for structural observation and testing not Personal property and that a inmate need not be present, he acted as if I was Reading this procedure in correctly so I spoke with Capt Griffin he told me C/o Rushen Knew that he was using this procedure incorrectly.

When I informed C/o Rushen that Cpt Griffin had told me he knew he was improperly Requiring inmates to Return to their area and to open their locks upon his direct orders this happen to me on 7-19-00 on 7-14-00 I was Random cell Searched (I want to point out we are

☐ TO DC-14 CAR ONLY    Housed in a domitory.    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER    Exhibit AA-6    Page 1 of 2

DATE

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr Colleran Supt | 2. DATE 7-15-00 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF 3756 | 4. COUNSELOR'S NAME Mr Long |
|---|---|

| 5. WORK ASSIGNMENT Unassign | 6. QUARTERS ASSIGNMENT M-2 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

and as the C/O comes to the Bed area the window and electic fixture's are to be checked C/O Rushen is under Mattress and in the Cabinets and as stated before calling inmates to their area's to open locks and he later yells over the entire dorm what is in their inmates property and where it is in their Cabin

In my case. C/O Rushen knows I am involved in a law suit against the Parole Board Mr Freidman and the Sec. Horn et al, and that I have a motion in for injuctive Reif Releift ("I told him") yet he still went on to Retaliate against me.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

cc U S Court of appeals
Third circuit

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

United States Court of Appeals
The Third Circuit

Branch v. Horn et al.
CA No 99-3507

Information in Support of
Motion for Injunctive Relief

if it Please the Court here come Wm Branch
asking the Court to include these State employee
in my § 1983 Complaint as members of this ongoing
conspiracy of Retaliation against me for exercising
constitutional Rights.

inclosed Please find a Copy of a DC 135 A
Request sent to Sgt. Colleran ___ informing
him of the actions of this C/o Rushen and Capt
Griffin and that I told C/o Rushen that I had a § 1983
Motion in for injuntive Relief and that I felt
his actions were being done in and as Harassment

the Prison has Put me under close observation
in an effort to write me up C/o Rushen has stated
this fact to the inmates on both sides of me Mr Blou
+ Mr Presser

Date 7-15-00                          Respectfully
                                      Wm Branch CF 3756
                                      Po Box 256
                                      Waymort Pa 18472

Page

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

*This was not answered*
*and was submitted before*
*c/o Russion wrote me up!*

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| McCOLLEEN SUPT. | S.C.I. WAYMART | 8-20-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| WILLIAM BRANCH CF-3756 | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| unassing | H-2 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

C/O RUSHEN HAS RETALIATED AGAINST FOR:

1. TELLING HIM THAT HE WAS NOT USEING THE SECURTY INSPECTION AS IT WAS INTENDED. [as outline in DCC. ADM. 203 of inmate handbook]

2. FOR SPEAKING WITH CAPT. GRIFFIN TO FINE OUT IF HE KNEW THAT WHAT HE WAS DOING WAS WRONG.

C/O RUSHEN SAID HE WAS DOING A SECURITY INSECTION I WASONN MY BED RESTARTE AT Mr. BLOW'S BED I WENT TO THE BATHROOM UPON MY RETURN C/O RUSHEN CAME BACK AND ORDERED ME TO OPEN MY LOCK[this *Policy states* that the inmate does not have to be there for the c/o to accomplish the inspection]; OPENED THE LOCK PER HIS ORDER. THIS WAS THE SECOND TIME C/O RUSHEN HAS ORDERED ME TO OPEN MY LOCK FOR HIS INSPECTION. THIS TIME I ASKED CAPT. GRIFFIN IF HE UNDER -STOOD THAT THIS INSPECTION WAS NOT A SEARCH, I TOLD C/O RUSHEN WHAT THE CA

B. Actions taken and staff you have contacted before submitting this grievance:

SAID. THE NEXT DAY 7-18-00 I WAS SEARCHED THEY LEFT MY PROPERTY A MESH. FOR A MORE DETAIL STATEMENT see: DC-135A PPREVIOUSLY SUBMITTED TO YOU C/O RUSHEN IS A VINDICTIVE IRRATIONAL PERSON HIS ACTIONS *FORMS* FROM THE BASES OF OFFICIAL OPPRESSION WHICH IS A CRIMINAL OFFENCE *He Violated my*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

*Constitutional Rights*

*William Branch    CF-3756*

**Signature of Grievance Coordinator**

*Page 25*

*7-20-00*

Date

*Exhibit AA-6*
        *1*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**1451 N. MARKET STREET**
**ELIZABETHTOWN, PA 17022**

**OFFICE OF THE**
**CHIEF HEARING EXAMINER**

August 31, 2000

William Branch, CF-3756
SCI Waymart

                    Re:    DC-ADM 801 - Final Review
                           Grievance No. WAM-0232-00

Dear Mr. Branch:

    Your appeal of the above-referenced grievance has been received by this office for review. However, our inquiry into this matter reveals that you have not yet appealed to the Superintendent of your institution as required by DC-ADM 804, VI D, 2. Until this appeal is completed, final review cannot be granted. Upon receiving the response from your appeal to the Superintendent, you may once again submit a timely written appeal for final review.

    This response does not grant you a right to an appeal if it would otherwise be untimely to pursue that appeal. However, in evaluating the timeliness of any appeal you submit, the time consumed by erroneously directing your appeal to this office may be disregarded at the discretion of the recipient of your next appeal.

                    Sincerely,

                    Robert S. Bitner
                    Chief Hearing Examiner

RSB:bjk

pc:    Superintendent Colleran

*Supt. Colleran said he had already addressed these issue's in his response Page 3 of Exhibit AA-6 is the grievance # A151773*
            *2*

*Supt. Colleran states Page 3        Page 1*

**DC-804**
Part II

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF CORRECTIONS
**P.O. BOX 598**
**CAMP HILL, PA  17011**

**OFFICIAL INMATE GRIEVANCE**

**INITIAL REVIEW RESPONSE**

GRIEVANCE NO | **WAM-0232-00**

| TO:  (Name & DOC No.) | INSTITUTION: | QUARTERS: | GRIEVANCE DATE: |
|---|---|---|---|
| **BRANCH, William     CF-3756** | **SCI-WAYMART** | **RHU** | **8/3/00** |

The following is a summary of my findings regarding your grievance:

The structural integrity of your cabinet cannot be tested without opening the cabinet door.  This cannot be done when it is locked.

Your were told that your protesting about Mr. Russian looking into your cabinet was far in excess of what is considered "normal" and gave the impression that you were hiding something.  This caused an investigation inspection.

Mr. Russian's conduct was appropriate.

cc:    Superintendent Colleran
         Officer Russian
         File

| Refer to DC-ADM 804, Section VIII, For instructions on grievance System appeal procedures. | *Milton Friedman*  SIGNATURE OF GRIEVANCE OFFICER | 8/17/00  DATE |
|---|---|---|

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO. WAM-0232-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR ColleRan Supt | SCI waymaRt | 8-3-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| WM Branch | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT RHU | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:
Siri I have Be Retaliated against by C/O Russi
foR RepoRting his miss use of DC ADM
203 IV Security inspections of inmate cell
anyone who he got angry with he would use
this Procedure to Rifle throu their Personal Property
including myself he called me Back to my bed an
ordered me to open my lock on two occasions after
I had showed him in the hand book that he was
not following the Directive I open the lock on Both
occasions under Protest. These searches followed a
question I Possed to him as to him checking to g
Clearification on this Procedure, they all happen within

B. Actions taken and staff you have contacted before submitting this grievance: He Replyed I'll show you a Inspect
one month two security inspections and a
investigative cell search after he did a security
inspection and I open the lock for him on a friday
at 8:00 or about, on Saturday I was cell searched

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____                              8/13/0
Signature of Grievance Coordinator        Page                    Date

**DC-804**
**PART 1**                     *Exhibit (C-6)*

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
### P.O. BOX 598
### CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO. ☒ AM-0132-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr ColleRan Supt | SCI Waymart | 8-3-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| WM Branch CF3756 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | RHU | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

Page 2 I later was called down to mr fredmans office Unit manger of m-2 to discuss my Request to you. He did not focus on the Retaliation issue but Rather what the Procedure did not state " it does not state that the officer can not call you to the area an order you to open your lock" I feel that is poor logic based on this state-ment from the inmt/HandBook "Presence of inmate occupant (s) is not RequiRed during a security inspection. furthermore the Directive outlines what things are to be inspected (structural components of the Cell) such as Doors windows Bars

**B. Actions taken and staff you have contacted before submitting this grievance.**

electrical fixtures and Plumbing. inmate Personal Property will not be searched or disturbed! I left mr fredman to get clarification on what constituted structural components of a cell

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator            Page

_____
Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

DC-804
PART 1   *page 3*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | WAM-0131-0

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR Coleran Supt | SCI Waymat | 8-3-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Wm Branch CF3756 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | RHU | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*page 3* I was supose to hear from him I never did, I wrote a grievance on the next day. Based on the fact that he informed me that he Authorized the the cell search when the inspection was friday at or about 8:00 and the search happen on Saturday, at what Point did mr fredman okay this at home? His Reason is I did not open my lock and I acted suspious suspicious and Protested. I did open the lock I have a Right to speak up and He was violating the Policy. the day aft I sent in the Grievance. mr fredman Passed me

B. Actions taken and staff you have contacted before submitting this grievance:

in the Hall he stated "okay Jiger" and Keep walking 10 days later and still no Reply on my Request or my grievance

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator          *Page*                    Date

WHITE

**DC-804**
**PART 1**

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. W A M-0232-O

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR Colleran Supt | SCI Waymat | 8-3-0 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Wm Branch CF 3750 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | RHU | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Page 4

every day since I filed the grievance
C/O Russian has been after me smart Remar
unfair orders watching me when I shower
Exple: I was taking my laundry to get in line at
2 mins to 8:00 so I could be First C/O Russian call
me and says don't leave your laundry their I said
I am not I am getting in line he said I am not col
Laundry untill 8:15 get your stuff as I was Retu

B. Actions taken and staff you have contacted before submitting this grievance:

-ing to my bed he stated I did that because I ca
and this has been going on untill he wrote me
up. I am in the RHU with 90 days because
No one took any action when I complained about

Your grievance has been received and will be processed in accordance with DC-ADM 804.

C/O Russian Retaliatory actions and violation of DOC pol
P.S. My legal Papers are missing from my property
Page

Signature of Grievance Coordinator                                    Date

*mailed*
*Exhibit AA-6*
*Part 2*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**1451 N. MARKET STREET**
**ELIZABETHTOWN, PA 17022**

OFFICE OF THE
CHIEF HEARING EXAMINER

August 31, 2000

William Branch, CF-3756
SCI Waymart

Re:     DC-ADM 801 - Final Review
        Misconduct No. A151773

Dear Mr. Branch:

This is in response to your appeal to final review of the above numbered misconduct.

In accordance with DC-ADM 801, VI, L, 3, I have reviewed the entire record of this misconduct; including the misconduct report, the hearing report and related documents, your appeal to the Program Review Committee and their response, your appeal to the Superintendent and his response. I have also thoroughly reviewed the issues you raise to final review.

The issues you raise to final review have already been addressed by the Program Review Committee and the Superintendent. On review of the record, this office concurs with their responses. I find no persuasive basis from which to conclude that the Examiner erred in conducting the hearing. The Examiner specifically documented findings of fact based on evidence presented at the hearing to support the decision.   The procedures followed were in complete accordance with DC-ADM 801, §VI. The sanction imposed is not viewed to be disproportionate to the offense, and therefore will not be amended at this level.

For the above-stated reasons, the responses provided by the Program Review Committee and the Superintendent are upheld in full. Your appeal must, therefore, be denied.

Sincerely,

Robert S. Bitner
Chief Hearing Examiner

RSB:bjk

pc:     Superintendent Colleran

*Page 1*

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| *Chief Hearing Examiner* | *SCi Waymart* | *8-14-00* |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| *William Branch CF3756* | *William Branch* | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | *R H U* | |

*W RiTe UP No. A151773*

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*I had written up C/o Russian for violation of DcADm 2*
*IV using it to harass and punish inmates, he used it*
*against me to Retaliate for me Reporting him I then*
*wrote a grievance to supt Colleran and for 10 days nothing*
*was done I was wrote up by this same officer for three*
*him. I spok with Capt Griffin, Mr fredman unit manger,*
*Mr Gorman and nothing was done. before I wrote c/o Russian*
*up Mr Zong had told him to stop doing that to inmate*
*Chapman. I did not threaten C/o Russian he has been*
*Retaliating against me everyday and on 8-27-00 he*
*took my statement and made it into a threate I ask*
*him a Question "do you have a death wish" he was Reading*

B. Actions taken and staff you have contacted before submitting this grievance:

*mike Russells mail earlier this day and I heard them taking*
*about writing him up my intention was to warn him*
*that all these write up would not help his career*
*as they show a violation of the inmate Handbook*

Your grievance has been received and will be processed in accordance with DC-ADM 804. *I was give 90 days. Reduced*
*45 days I am in R H U*

_____
Signature of Grievance Coordinator                    *Page 2*                    Date

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI WAYMART**
570-488-5811
August 11, 2000

**SUBJECT:**   Appeal to Misconduct A151773

**TO:**      William Branch
          CF-3756

**FROM:**    Raymond J. Colleran
          Superintendent

I reviewed your misconduct, the findings of the hearing examiner and the decision of the PRC.  After my review I feel that the PRC was more than fair in reducing your disciplinary time to 45 days disciplinary custody.  I see no reason for any further action and, therefore, your appeal at this level is denied.

In regard to the other matter referred to in your appeal, I will, by copy of your appeal, request that Major Patterson look into your allegations.

RJC/kl

cc:    Major Patterson
      PRC Members
      DC-15

2 Grievance same as 8-3-00   Wam-0232-00

Page 3

8-29-00

William Branch CF3756
Po Box 256
Waymart Pa 184__

#3 page 4

RE. Sec Horn
D.O.C

Sir I am Sueing you and other
State Employee's C A No-99-◉3507 I have been denied
Parole becouse I will not take the S.O.P. My Reason is I am
innocent and I am appealing my conviction an asking
me to admit Guilt in order to gain Parole is a violation
of my const. Right to access the courts I amend U.S.C.A
your staff has conspired to Haross me and has filed
False charges against me and now I am in the R H U
my unit manger Mr Friedman also named in the suit
has violated my Rights to a impartical determination
of a report of Retaliation and Harossement by C/O
Russion for Reporting him for Violating the DC-ADM
◉203 Policy inspection for security using it to go through
inmates Personal Property to Haross and Punish them Call B__
and he is white. I reported this C/O on the 16th of July No
action was taken this same C/O 9 days later charge
with threatening him and Disobeying a order I also wrote
a grievance on the 7-19th I have not heard anything about
that. Mr Long had to tell this C/O to stop doing the
some thing to inmate chapman on my block m-2
a week before. Mr Fried man handle the investigation of
the grievance I wrote on the 3 of augr He should have
Refussed to handle any of these Reports as he is impartial
also in RHU inmates are not allowed to help each other with
____                                               Respectfully

**DC-141    PART III**
PROGRAM REVIEW COMMITTEE ACTION

☐ Misconduct Appeal ☐ Periodic Review ☐ Other

**COMMONWEALTH OF PENNSYLVAINA
DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Institution | Date of Review | No. from PART 1 |
|-----------|------|-------------|----------------|-----------------|
| CF-3756 | Branch, William | SCI-Waymart | 8/3/2000 | A151773 |

William Branch is appealing misconduct A151773 on the grounds that the procedures employed were contrary to law, Administrative Directive 801, that the punishment was disproportionate to the offense and the evidence is insufficient to support the decision. The Program Review Committee reviewed the misconduct in question, the actions of the Hearing Examiner, and Mr. Branch's appeal. It is noted that the committee finds that the procedures employed were not contrary to law or Administrative Directive 801, that the punishment was proportionate to the offense, and evidence was indeed sufficient to support the decision of the Hearing Examiner. The Program Review Committee will sustain misconduct A151773 but has decided to amend the sanction to 45 days Disciplinary Custody status. Mr. Branch's release from the Restricted Housing Unit will occur on 9/10/00. The committee notes that he should be placed on C Block, C-1, at that time.

| Name of Program Review Committee Members | Signatures | Date |
|------------------------------------------|------------|------|
| Deputy John Shemo | *[signature]* | 8/4/ |
| Paul M. DelRosso, Inmate Program Manager (FTC) | *[signature]* | 8/4/ |
| Lieutenant James McHale | *[signature]* | 8/ |

**WHITE** – DC-15   DC-14

*Page 5*

FORM  **DC-141**    **PART II E**          COMMONWEALTH OF PENNSYLVANIA

MISCONDUCT HEARING APPEAL          DEPARTMENT OF CORRECTIONS

| DC Number | Name | | Institution | No. from PART |
|---|---|---|---|---|
| CF3756 | BRANDON WilliAM | | SCI WM | A |

I was found guilty of misconduct # A 151773  on (7)31-00 ___ (date) by the
#15  #35
Hearing Committee/Examiner, and I wish to appeal that decision on the following grounds:

Check Area(s) Involved

a. The procedures employed were contrary to law,
Administrative Directive 801, or to the ICU
Consent Decree;                                    [✓]

b. The punishment is disproportionate to the offense;        [✓]

c. The evidence was insufficient to support the decision.      [✓]

Below is a brief statement of the facts relevant to my claim(s). It includes the identity of all
persons who may have information which may be helpful in resolving this matter.

MR McCRAy Stated I was Not Yelling at him
in The Day Room as the c/o alleged foR his Reason
To ask me To Leave (PeR Hearing Examiner) we were Talk
DC— ADm 004 V C. RePoRTing a CRime: HaRRassment
I Had RepoRted OffceR Russian foR violating
DOC SeaRch PRoceduRes and l had wRiting
a gRievance on c/o Russian, everyday after that
he has been after me [RetaliaTion foR RepoR
-ing a staff memeber is a violaTion of the law
filing faKes false chaRges is also a Violation
as well as Conspiracy. I meet with mr fredman
about c/o Russian HaRRassing me and other inmates
That made him angRy. He was aware of this, c/o
fred PRactice of RetalitoRy BehavioR as
Well as supt colleRan someone should have
done something Mr Long had spoken to c/o Russia
about mr chapman PeR a gRievance.
    FoR The RecoRd I Did noT TRy To ThReaten
c/o Russian He Took my statement and made it a threa
          He is youR go to man (Get the Block in
oRdeR) I have No ill will to c/o Russian we follow
The Rules He does noT all of us should follow Rule

WHITE—DC-15   YELLOW—Inmate

**DC-141**
Rev. 6-84
PART II B
DISCIPLINARY HEARING REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. from Pa... |
|---|---|---|---|---|---|
| CF3756 | BRANCH | SCIWM | 7-31-2000 | 1159 | A15177 |

| INMATE PLEA | Guilty ☐  Not Guilty ☑ | No Plea ☐  Other ☐ | Verdict | Guilty ☑  Not Guilty ☐ |
|---|---|---|---|---|

**HEARING ACTION**

CHARGES  15, 35

FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED

Branch pleads not guilty of both charges, and does submit a written version which is attached.

Branch said, "I did not threaten the officer in any way. I did ask him if he had a death wish, however he took it as a threat, and it wasn't. When he gave the order I was in the middle of my sentence, and he grabbed the phone. I did not refuse his order.

Inmate McCray testified under oath that he had a conversation with inmate Branch in the dayroom. The officer asked him to leave the dayroom and I went back to my cube at that time. Examiner does not believe the witnesses testimony. Examiner believes the officers report over the inmate denial and witnesses testimony. C.O. Russin ordered inmate Branch from the dayroom to his cube, and inmate Branch refused and followed C.O. Russin to his desk yelling "do you have a death wish". Inmate Branch repeated the threat three (3) times, leaning towards C.O. Russin with clenched fists. Guilty of both charges. Sanction 98 days D.C. status.

| | | |
|---|---|---|
| ☐ YES  ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. | Witness form submitted |
| ☑ YES  ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. | SEE APPENDICES ☑ |
| ☑ YES  ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. | |
| ☑ YES  ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. | Version form submitted |

app. 7-27-00

NAME(S) OF HEARING EXAMINER/COMMITTEE
(TYPED OR PRINTED)

DONALD J. JONES

Hearing Report and all appended information must be signed. Signature indicates finished report with appendices.

Donald J. Jones,  Page 7
SIGNATURE OF HEARING EXAMINER/COORDINATOR

**DC-141**  **PART II A**  **COMMONWEALTH OF PENNSYLVANIA**
Rev. 6-84
INMATE REQUEST FOR
REPRESENTATION AND WITNESSES
**DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Institution | Date | Number as on Pa |
|---|---|---|---|---|
| CF3756 | BRANCH WILLIAM | SCIWM | 7-27-00 | A15177 |

You have been charged with a misconduct. You may request assistance and/or witnesses to appear at your hearing by completing the section(s) below.

In order to have assistance or witnesses at your hearing, you must complete this form and present all copies to one of your housing officers no later than 9:00 a.m. the first working day after you receive notice of the misconduct.

Assistance: ☐ I do not request assistance
☐ I request assistance by _____
(The person requested must be willing to assist you)

Witnesses: You may request witnesses in accord with DC-ADM 801. State the relevance and importance of the testimony the witness will give.

---

1. Name of Witness: **Mr Bass**   No.   If Inmate Quarters **M-2**

Why is this person's testimony relevant and important?

He will say I was not yelling at the c/o or acting in an aggressive mannar as he was at his Bed across from Decks

DO NOT WRITE IN THIS SECTION
For Use by Hearing Examiner

Witness permitted? _No_  If not, why not?

Pressence Waived.
X Wm Branch

---

2. Name of Witness: **Mr Mc Cray**   No.   If Inmate Quarters **M-2**

Why is this person's testimony relevant and important?

He will say c/o did not enter day Room and say "be quiet also he will state I was not yelling at him and that I did not act in a aggressive mannor Toward c/o

Witness permitted? _Yes_  If not, why not?

---

3. Name of Witness: _____   No.   If Inmate Quarters _____

Why is this person's testimony relevant and important?

Witness permitted? _____  If not, why not?

---

_William Branch_
**Inmate's Signature**

This section to be completed by Housing Officer only

Received completed form **2330** hours **7/27/00**
Time            Date

_Jake Jurshevsky_ coI
**Housing Officer's Signature**

_Donald J. Jones._
**Hearing Examiner's Signature**

Page 8

WHITE - DC 15    YELLOW -

FORM **DC-141**  **PART I**    **COMMONWEALTH OF PENNSYLVANIA**
Rev. 6-84
☐ MISCONDUCT REPORT ☐ OTHER    **DEPARTMENT OF CORRECTIONS**    **A** 151773

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| CF3756 | BRANCH WILLIAM | SCI-WM | 1710 | 7/27/2000 | 7/27/00 |

| Quarters | Place of Incident |
|---|---|
| M-2 | M-2 OFFICERS DESK |

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

MISCONDUCT CHARGE OR OTHER ACTION _A CLASS I CHARGES #15 THREATENING AN EMPLOYEE OR THEIR FAMILY WITH BODILY HARM --- B CLASS I CHARGES #35 REFUSING TO OBEY AN ORDER._

STAFF MEMBER'S VERSION _ON THE ABOVE DATE AND TIME I HEARD INMATE BRANCH CF 3756 YELLING AT ANOTHER INMATE IN THE DAYROOM. I ENTERED THE DAYROOM AND TOLD INMATE BRANCH TO LOWER HIS VOICE. WHEN INMATE BRANCH DID NOT I ORDERED INMATE BRANCH FROM THE DAYROOM. AT WHICH POINT INMATE BRANCH WENT OUT OF THE DAYROOM AND CAME BACK IN. STATING "I WAS OUT NOW I'M BACK IN!" I THEN ORDERED HIM TO HIS CUBE. INMATE BRANCH FOLLOWED ME TO MY DESK AT WHICH POINT HE STATED (YELLING) "DO YOU HAVE A DEATH WISH!" INMATE BRANCH REPEATED THIS THREE TIMES LEANING TOWARDS ME WITH CLINCHED FISTS. ACTING IN AN EXTREMELY AGGRESSIVE MANNER. I ORDERED INMATE BRANCH CF 3756 TO HIS CUBE INMATE BRANCH LEANED IN TOWARDS ME RAISING HIS FISTS; THINKING INMATE BRANCH WAS GOING TO HIT ME I QUICKLY GRABBED THE PHONE AND DIALED THE EMERGENCY RESPONSE NUMBER. AS I PICKED UP THE PHONE AND DIALED INMATE_

IMMEDIATE ACTION TAKEN AND REASON _BRANCH CF 3756 BACKED AWAY FROM ME AND RETURNED TO HIS CU_

Continue to RHU on AC status until seen by Hearing examiner. Inmate is a danger to staff.

| PRE-HEARING CONFINEMENT | | |
|---|---|---|
| | IF YES | |
| ☒ YES | TIME | DATE |
| ☐ NO | 1730 | 7/27/00 |

RICHARD | REPORTING STAFF MEMBER RUSSIAN
SIGNATURE AND TITLE

☒ REQUEST FOR WITNESSES AND REPRESENTATION    ☒ INMATE'S VERSION

FORMS GIVEN TO INMATE

ACTION REVIEWED AND APPROVED BY
RANKING C.O. ON DUTY    SIGNATURE AND TITLE

| DATE AND TIME INMATE GIVEN CO |
|---|
| DATE | TIME 24 HOUR B |
| 27 July 00 | 1955 |

YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER

| DATE | TIME |
|---|---|
| 7/28/00 | 0900 |

Misconduct Category
☒ CLASS I   ☐ CLASS 2

Signature of Person Serving Notice

**NOTICE TO INMATE**

You are scheduled for a hearing on this allegation on the date and the time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you say
will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing
committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found
guilty of a Class I misconduct, any pre-release status you have will be revoked. _Page 9_

*Exhibit*

DC-804 ›   *AA – 6*
PART II   ——————
            *4*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 256
WAYMART, PA  18472

**OFFICIAL INMATE GRIEVANCE**          **GRIEVANCE NO.**      | WAM   0255-00 |
**INITIAL REVIEW RESPONSE**

| TO:  (Name & DC NO.)<br>Branch, William | INSTITUTION<br>S.C.I. WAYMART | QUARTERS<br>RHU - 115 | GRIEVANCE DATE<br>8-23-00 |

This issue has been addressed with you by Sgt. Chiodo, myself and the Program Review Committee.  You are NOT being denied access to the RHU Mini Law Library.

If you feel you require assistance, you must contact the Library and prove your need for legal assistance.

c:  Ron Richards
    File

C:\Data\My Documents\wpdata\Welling\GRIEV-Branch.Aug.23.00.doc

| Refer to DC-ADM 804, Section VI for instructions on grievance system appeal procedures. | SIGNATURE OF GRIEVANCE OFFICER | DATE<br>8-23-00 |

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. | WAM-0255-0

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr Colleran Supt | SCI Waymart | 8-21-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| WM Branch CF3756 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | RHU 115 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

1 Sir I am not being allow the help of another Inmate with my Law work in the RHU I have asked for this in writing I have Repor this to PRC, Lt welling and now to you my Request are Returned with a verbel Reply Please put it in writing why you are handli the mini Law Library like this dening inmate to help each other when there is Room for tw People and Security Risk is not a issue.
As I see this is Frustrating the who Purpose of Meaningful access to Court as the State is duty Bound to assist all inmates 478 FSupp 1075

B. Actions taken and staff you have contacted before submitting this grievance:

I sent Request to mr nish PRC
Lt welling RHU
Ms Colicchia Law Library
This is a violation of my 1amed Right U.S.A.C.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                          8/22/00
                                                            Date

Page 2

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Ms Derrick Law Library

2. DATE 8-21-00

3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF 3756

4. COUNSELOR'S NAME Mr Long

5. WORK ASSIGNMENT

6. QUARTERS ASSIGNMENT RHU 115

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Madome: Mr Nish has told me that I may ask you for assistance in my presents case. I need to know what kind of assistance I will provide as I may not want to ask you to do something you are unable to do
I await your Reply
Thank you

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

According to 'ACCESS TO PROVIDED LEGAL SERVICES, DC-ADM 007', you are to be provided with the following:
1. AN UPDATED MINI LAW LIBRARY.
2. USE OF A COMPREHENSIVE PAGING SYSTEM (in which you may obtain up to six(6)law cases,etc. from the main law library or from the state library through ILL):
3. AVAILABILITY OF A PARALEGAL (if you are eligible):
4. SHEPARDIZNG LAW CASES,ETC. FROM THE MAIN LAW LIBRARY:
5. DISTRIBUTION OF VARIOUS LEGAL FORMS, PROVIDED THEY ARE AVAILABL FROM THE MAIN LAW LIBRARY:
6. AND ASSISTANCE FROM THE INMATE LAW CLERKS IN PROVIDING YOU WITH INFORMATIONAL DATA TO FURTHER YOUR LEGAL RESEARCH.

*Page 3*

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

**COMMONWEALTH OF PENNSYLVAINA**
**STATE CORRECTIONAL INSTITUTION**
**AT WAYMART**

August 22, 2000

**SUBJECT:**   Response to Request Slip Dated 8/9/2000

**TO:**   William Branch, CF-3756

**FROM:**   Joseph P. Nish
Inmate Program Manager
for PRC

Your request to the Program Review Committee to attend the Law Library with inmate Joe King, CZ-9499, has been reviewed and denied. We have reviewed DC-ADM 007, Access to Provided Legal Services, and we find no provisions which indicate that an RHU inmate in Disciplinary Custody status is entitled to use of the Mini-Law Library with an inmate of his choice. I would direct your attention to Page 9 of that policy which indicates the eligibility requirements for inmates receiving assistance from a staff paralegal. According to the dictate set forth in this policy, at the present time, you are not eligible for assistance from a staff paralegal. You can, however, request information from the librarians and, whenever possible, they will provide you with information and/or assistance with your current work.

Your request slip also indicates that your legal papers are missing and were taken by staff. By this memo, I am directing you to send a request slip to the RHU Sergeant requesting permission to look in your personal property for the legal papers in question.

JPN/nn

Page 4

**DC-135A**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing*
*your request, it can be disposed of more promptly and intelligently.*

| | |
|---|---|
| 1. TO: (NAME AND TITLE OF OFFICER) PRC Committe | 2. DATE 8-9-00 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF 37 56 | 4. COUNSELOR'S NAME Mr Long |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT RHU |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

While in the RHU

Sir: I Put in a Request to attend the Law Library with Mr Joe King I was denied that Request this is a violation of access to court as I am Pro Se and the Law Library does not have anyone here to show me the Procedure

Rudolph v. Locke 594 F2d 1056 communication between jail Lawyer and inmate in Segregation if denied violates access to court

Paraprofessional Law Clinic v Kane (3Rd 1987) Provide assistance to Prisoner in Segregated Confinement

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Glover v anderson    478 F Supp 1075   access to law library useless without another Prisoner to learn from

Bound v Smith controls 97 Sct 1441 (1977) Requires the Prison to assist me in my access to court that it be meaning-ful providing a Law Library without someone to show me and help me is a Cause of action!

also there is to be no Retaliation for the exercising of the foregoing Rights this is a due process Right by way of the 14th amend. To date my legal papers are miss-Taken by staff Please get them back I need them Therefore I respectfully ask that you allow Mr Joe King to Help me with my Legal work Thank you

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| | |
|---|---|
| STAFF MEMBER Page 5 | DATE |

*DC-ADM 804, Inmate Grievance System*                                      **Attachment A**

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
SCI- _____

**DATE:**          *9/5/00*
**SUBJECT:**       Grievance Rejection Form
**TO:**            *W Branch*                   *grievance 8/31/00*
                   *R. Richards*                *Return*

**FROM:**          Facility Grievance Coordinator

The attached grievance is being returned to you because you have failed to comply with the provision(s) of DC-ADM 804, Inmate Grievance System:

*Please be advised that any inmate who submits a grievance filing false and malicious information will be subject to disciplinary action.*

_____ Grievances related to the following issues shall be handled according to procedures specified in the policies listed and shall not be reviewed by the Facility Grievance Coordinator:

    1.    DC-ADM 801-Inmate Disciplinary and Restricted Housing Unit Procedures
    2.    DC-ADM 802-Administrative Custody Procedures

__X__ Block B must be completed, as per the Instruction #3 of the Official Inmate Grievance Form.  You have not indicated what steps you took to resolve this problem and the result of such steps, or the steps you took are not considered adequate per the above, prior to submission of a grievance.

__X__ Address this to *Lt Welling* _____ and ensure you allow him/~~her~~ enough time to respond to your concerns first before filing a grievance.

_____ The grievance was not submitted in writing on the DC-804 form supplied by the facility.  Forms are available in the housing unit.

_____ The grievance does not indicate that you were personally affected by a Department or facility action or policy.  Group grievances are prohibited, including numerous individual grievances filed on the same issue.

_____ The grievance was not signed and/or dated.

_____ All grievances must be presented in good faith.  They shall include a **brief statement** of the facts relevant to the claim.  The text of the grievance must be legible and presented in a courteous manner.

_____ Grievances based upon different events should be presented separately.

_____ The grievance was not submitted within fifteen (15) calendar days after the events upon which claims are based.

_____ You are currently under grievance restriction.

_____ Grievance involves matter(s) that occurred at another facility and should be directed by the inmate to the appropriate facility.

_____ The issue(s) presented on the attached grievance has been reviewed and addressed previously.

_____ Other: _____

         _____

*Page 6*

**PART 1**

**OFFICIAL INMATE GRIEVANCE**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0698

RECEIVED

SUPERINTENDENT'S OFFICE

'00 NOV 5 AM 9:14

GRIEVANCE NO. _____ 1015

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr. Fla Coleman | SCi Waymat | 8-31-00 |

FROM: (Commitment Name & Number)
William Branch CT-3756

INMATE'S SIGNATURE
William Branch

WORK ASSIGNMENT _____  QUARTERS ASSIGNMENT  RHU

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

*This Grievance was returned to me without Proceeding a No Number*

Sir I have reported your staff members for taking my legal property. When I was brought to the RHU on 8-31-00 I was told by the RHU Sergeant that because I reported this matter now they were going to insist that I sent my property out. Please note I was cell search on 7-15-00 and told by the search team that my property was in the after I sent 18 books to the church I have not had any property come in to me and I have been in RHU since 7-27-00 I can only conclude that this is being done as Retaliation for reporting a misconduct by Staff.

Respectfully

Page 7

B. Actions taken and staff you have contacted before submitting this grievance:

**DC-135A**

Exhibit AA-7

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER) Mr Orr    Ed mot #2

2. DATE 1-25-01

3. BY: (INSTITUTIONAL NAME AND NUMBER) W.M Branch  CF3756

4. COUNSELOR'S NAME Mr McDonald

5. WORK ASSIGNMENT  B.U

6. QUARTERS ASSIGNMENT  F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Sir: I have been dropped from Ms Wilburs class. the lesson I was dropped (I was told is because I spoke too fast.) I feel it is because of my religion. I have been attacked because of my practice of my faith. Choir in my faith is part of the religious worship at service because your policy does not take this into account does not limit (a course of action by the court.) I spoke with you about choir service when I took took this class. and I was told that I now have four unexcuse absents from class. this is not what we talked about. if I have too make a choose chose between my vow to God and school I have to chose God. Can you please look into this issue for me I await your Rep

Respectfu

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Religious services are considered an excused absence. Choir is voluntary. Ms Wilbur that you had too many unexcused absences because of choir and you then you elected to quit the class.

I spoke with mr orr he stated that he would have put me in another class but Mr Walsh in the Boss

M. Walsh

1-26-01

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Ms Verlick  Law Library

2. DATE 1-21-01

3. BY: (INSTITUTIONAL NAME AND NUMBER) WM Branch  CF 3756

4. COUNSELOR'S NAME Mr McDonald

5. WORK ASSIGNMENT B-4

6. QUARTERS ASSIGNMENT F-1

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.    GIVE DETAILS.

madame: I put in a enter Library Request for the statues and Policy that mandate SOP programs and for Parole Recommandations as this law litorary is mandated to have all crimenial and civil laws Presently in acted for access to court as Due Process Requior this. I am sueing DR. Germano and the parole Board. So if you don't mind Please Get These Law I am not getting smart But I did not appreciate your response to my Request and as such I will be forwarding it to the courts. and may I suggest "suggest" you get these laws.

Respecifully

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

CC. Supt Colleran
united States Third circuit
appeals courts

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

INTERLIBRARY LOAN REQUEST

NUMBER: *CF3756*                          DATE: *1-16-01*

NAME: *Wm Branch*                         BLOCK: *F-2*

### Title and Author or Cite
#### *Must be specific in requesting legal materials

*I need to know were the state Statutes
Are in the law Book that State you have to
take the programs for Sex offences and
for Parole and for the Prison Recommendat...*

---

The above: book(s)/legal material(s)/photo-copy(ies) was/were
received by me from the loaning institution and inspected. They
were found to be in good condition, except as noted below:

Mr. Branch,
      The law library currently does not have any info. on
DOC Sex Offender Programs.  For more info. on these topics
please contact Dr. Pete Germano. Thank you.

*Barbara Derrick*
Barbara Derrick-Librarian

---

I received the above:
[ ] book(s), [ ] legal material(s), [ ] photo-copy(ies) on the date
indicated below.

/s/ _____
              Borrower's Signature

              Date Received    /__/_____

---

These book(s) legal material(s)/photo-copy(ies) must be returned
to the library on or before the following date:

ITEM(S) DUE BACK: ____/___/____

*If legal materials are available in the Law Library, the requested
materials will not be duplicated through an Interlibrary Loan.

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) _7 F Wellington RHU_ | 2. DATE _8-20-00_ |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) _William Burch CF 3756_ | 4. COUNSELOR'S NAME _Mr Zong_ |
|---|---|

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT _RHU 115_ |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir: I have been Trying to get Mr King and myself in the law Library for over a week I have cited case law along with the Procedure's in OC-ADM 007 VI B # 7 + 8 calling for two inmates to use the library at a time and the fact that due Process Requires that if Mr King and myself are a security Risk it be given to us in writing wether it also states that the list or signing up for law library shall not be denied anyone unless it involves a violation of the law Library. as I had allege in a Previous Request access to Request slips and other forms are not being made available to us upon Request we are often made to wait Unreasonable amounts of time and sometimes they are just

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

not given at all there is S.ct case law enunciating this mini Law Library for <u>access to Court</u> and that inmates in segregated confinement in order to have meaningful access to court must have other prisoners help them Glover v anderson 478 F Supp. 1075 helping other inmates in RHU. Toussaint v McCarthy 801 F2d 1080 all prisoners including RHU are intitle to meaningful access Valentine v Beyer 850 F2d (3rd Cir 1988)

I have two open Case's in Court and I need to prepare for them as well as a new §1983 case I am going to open ~~~~~. if you have a policy of not allowing inmates to help each other give it to me in writing. Respectfully W.M Burch

| ☐ TO DC-14 CAR ONLY | ☐ TO DC-14 CAR AND DC-15 IRS |
|---|---|

| STAFF MEMBER | DATE |
|---|---|

**DC-135A**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr Colleran Supt | 2. DATE 8-29-0 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch CF 3756 | 4. COUNSELOR'S NAME Mr Zong |
| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT RHU |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Sir: I have found a case in the 3rd Cir Stipulating all inmates in Restrictive housing have meaningfull access to court and that this mini Law Library does not adequate Provide meaningfull access.

Tillery V. Owens   719 F Supp 1256 at 1280-8 Remedy Page 1284 SCIP should seriously consider the role of jailhouse lawyers' assistance and devise a plan in which all Restrictive housing inmates are offored acces to constitutionally adequate legal assistance.

As things now stand I should be able to use the Para legal or have Mr King work with me on my law work.

Respectfully
William Branc

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

C.C.   Judge Rambo
U S Court M.D.Pa
Supt Colleran

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|

**DC-135A**

Exhibit
AA-10
2 pages

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)
Ms. Martin Unit manager

2. DATE
11-27-00

3. BY: (INSTITUTIONAL NAME AND NUMBER)
WM Branch CF-3756

4. COUNSELOR'S NAME
Mr McConnell

5. WORK ASSIGNMENT
B-U

6. QUARTERS ASSIGNMENT
F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Madame: I don't understand D.O.C Policy #008
is about Sexual Harassment. Which includes verbal
abuse as well as assault. I am a christian (2 Peter 2:8,
tells of a Righteous man soul being vexed day after day
hearing their filthy conversations) I can not pray and
this type of bound langue is not suppose to be allowed

Gibbs v. Kings 779 F2d 1040 First amend not violated by
Prohibiting disrespect or cursing at other inmate; Because
Regulation intended to prevent escalation of tension in
prison cert denied. 476 US 1117 (1986) I asked for a
Reason why did the c/o deny the move, did he ask

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

me why I wanted to move (I have a witness to the c/o conve
-sation) and he did not say it was denied he approved the
move (he sign the slip). Mr Garrick has already informed
you of this man's nature. Ms martion I don't think you
see the legal picture here. I have High Blood pressure and
this c/o & inmate are playing with my health and well being
he said she said, you told on me. what is that one inmate
calling another inmate a Rat after he asked your staff for
help! I am 48 yrs old and I do not play with people.
    Respectfully I would like to have my bed changed.
☐ TO DC-14 CAR ONLY    and if possible I don't want to hear inmates    ☐ TO DC-14 CAR AND DC-15 IRS
    talking about the Reason I got a bed changed

STAFF MEMBER

DATE

Respectfully

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Ms Mortain  Unit manger F-2

2. DATE 11-26-00

3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch  CF-3756

4. COUNSELOR'S NAME M McDonnell

5. WORK ASSIGNMENT B-U.

6. QUARTERS ASSIGNMENT F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Madame: I have been trying to move from the Bed I am in for 2 months I followed the Rules you have for Bed change, but I am still in the Same bed! I have a slip in now Dated Oct 22 2000 and a Bed is open can you move me or give me a reason why I am being forced to Stay in a location that may create problems. and I am sure you know already what I mean in the event Something Should occure I will hold you personally responcible, as I have asked you in person to change my Bed, I cite DOC Policy # 008 V. Policy

Respectfully

Wm Branch

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

C-C- Supt Colleran

At no time have you indicated to me that you wanted to move because of potential "problems". You were refused by a regular block officer — that is why your request is denied.

This was c/o Kowarski

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                    DATE/

Exhibit
AA-12

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
1451 N. MARKET STREET
ELIZABETHTOWN, PA 17022

OFFICE OF THE
CHIEF HEARING EXAMINER

November 10, 1997

William Branch, CF-3756
SCI Waymart

                                        Re:    Misconduct Nos. 295142 and 990495

Dear Mr. Branch:

        Your appeal of the above-referenced misconducts has been received by this office and accepted for final review.

        In accordance with DC-ADM 801, VI, I, 3, as amended effective November 1, 1997, I have reviewed the entire record of these misconducts. The records reveal you pled guilty to the charges at your misconduct hearings. Having pled guilty, you cannot contest the facts resulting in the determination of guilt on appeal.

        The sanctions are permissible under the directive, is not viewed by this office as disproportionate to the seriousness of the misconducts and will not be disturbed at final review.

        For the above-stated reasons I conclude the issues raised for review do not, as a matter of law, require further action on these misconducts. Your appeal must, therefore, be denied.

                                        Sincerely,

                                        Robert S. Bitner
                                        Chief Hearing Examiner

RSB:ph                                  I did not plead guilty
                                        I stated the facts
cc:    Superintendent Zimmerman

Page 1

**COMMONWEALTH OF PENNSYLVANIA**
**STATE CORRECTIONAL INSTITUTION**
**AT WAYMART**

**DATE:**      October 31, 1997

**SUBJECT:   APPEAL TO MISCONDUCT 295142**

**TO:**      WILLIAM BRANCH
            CF-3756

**FROM:**    RAYMOND J. COLLERAN
            ACTING SUPERINTENDENT

I have reviewed your misconduct appeal in its entirety and discussed this case with members of the PRC and Mr. Cribbs, Inmate Employment Coordinator.

After my review I find that your accusation of retaliation by Mrs. Surace has no merit.  And, in fact, you pled guilty to the offense.  Therefore, this misconduct is sustained.

However, after a discussion with Mr. Cribbs and your block officer, I will limit your zero pay status to one (1) month effective October 10, 1997, to November 9, 1997, and by copy of this memo, refer this matter to Mr. Cribbs for assignment to another position in the institution.

*No Job on 11-16-97 still List unassign with out Pay*

RJC/fb
cc:   Mr. Cribbs
      Ms. Surace
      Mr. Welby
      DC-15

*Page 2*

Exhibit

**DC-141  PART III**
PROGRAM REVIEW COMMITTEE ACTION
☒ Misconduct Appeal ☐ Periodic Review ☐ Other

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Institution | Date of Review | No. from PART I |
|---|---|---|---|---|
| CF-3756 | Branch, William R. | SCI-Waymart | 10/2/97 | 990495 |

**PROGRAM REVIEW COMMITTEE'S DECISION AND ITS RATIONALE**

Mr. Branch is appealing misconduct #990495. He is appealing the misconduct on the grounds that the punishment is disproportionate to the offense and the evidence was insufficient to support the decision. The Program Review Committee has reviewed his misconduct, has reviewed the hearing examiner's findings and has reviewed his appeal. It should be noted that inmate Branch pled guilty to a Class II misconduct, #32, Failure to Report to Work, Unexcused Absence. However, the Program Review Committee investigated this misconduct and found, after contacting all parties, that the inmate was laid in until further notice by Mrs. Surace, Correctional Industries Instructor. Correctional Officer Obelenus stated that he had placed this in the officer log and, due to this fact, the Program Review Committee has dismissed this misconduct.

Note in the write up #990495 Exhibit F-3
Mrs. Surace stated that I was going to the Law Library and she ordered me not to go. I had cleared going to the Law Library with my unit manger and counselor and her so why was she ~~doing~~ calling and becouse she Layed me in until Further notice did she, wait one week to write me up. This was done in Retaliation For my accessing the courts. Notice # on disciplnary Hearing Report, This man is not very Truthful.

**DECISION RELATIVE TO HEARING COMMITTEE'S VERDICT**

☐ Not Applicable   ☐ Sustain   ☐ Sustain-Amend   ☐ Refer Back For Further Study   ☐ Exonerate Inmate

| Names of Program Review Committee Members | Signatures | Date |
|---|---|---|
| Acting Deputy Joseph P. Nish | | 10/6/97 |
| Deputy John Shemo | | 10/7/97 |
| John Gelatt | Page ③ | 10/6/97 |

**WHITE**-DC-15       **YELLOW**—Inmate Cited       **PINK**—Staff Member Reporting Misconduct       **GOLDENROD**—Deputy Superintendent

FORM **DC-141**    PART II B
Rev 6-84
DISCIPLINARY HEARING REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**    Exhibit

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. from PAR |
|---|---|---|---|---|---|
| CF-3756 | BRANCH BRANCUM | SCI | 9/30/97 | SCI 0915 | 99049 |

| INMATE | ☒ Guilty | ☐ No Plea | Verdict | ☒ Guilty |
|---|---|---|---|---|
| PLEA | ☒ Not Guilty | ☐ Other | | ☐ Not Guilty |

**HEARING ACTION**

CHARGES **7 32**

FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED    plea    no Witness    sat that

Guilty 32
not Guilty 7

I accept guilty plea 32

Dismiss 7

\*

Examiner does contact both Mr Iverson & Mr Dillbro
and both state that Branch was never laid in f
more than one day

Sanction

Remove from job 30
& pay eff 9/25/97

| ☒ YES | ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. | 32 |
|---|---|---|---|
| ☒ YES | ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. | |
| ☒ YES | ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. | **SEE APPENDICES** ☐ |
| ☒ YES | ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. | |

NAME(S) OF HEARING EXAMINER/COMMITTEE
(TYPED OR PRINTED)

J Welby    Page 4

Hearing Report and all appended information must be signed. Signature indicates finished report with appendices.

SIGNATURE OF HEARING EXAMINER/COORDINATOR

FORM DC-141    PART I    COMMONWEALTH OF PENNSYLVANIA
Rev. 6/84

☑ MISCONDUCT REPORT ☐ OTHER    DEPARTMENT OF CORRECTIONS

990495

| DC Number | Name | Institution | Incident Time 24 Hr. Base | | Incident Date | Date of Report |
|---|---|---|---|---|---|---|
| CF 3756 | BRANCH - W | SCF Way Mert | U 800 | | 9-2-97 9-25-97 | 9-25-97 |

| Quarters | Place of Incident | | |
|---|---|---|---|
| M 2 | GARMENT shop | Exhibit | |

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| | HELSING, Robert COI | ☒ | ☒ | | | | |
| | | | | | | | |
| | | | | | | | |

MISCONDUCT CHARGE OR OTHER ACTION    CLASS II #32

FAILURE to REPORT TO WORK, UNEXCUSED ABSENCE. CLASS I CAT B Refusing to obey an ORDER.

STAFF MEMBER'S VERSION   I have continuosly told and ordered I/m Branch that he must report to work. He continuously disregards these orders and goes to law library. I've notified the Unit officer several times and he states that Branch is at law library.

IMMEDIATE ACTION TAKEN AND REASON    Lay in from work
Detail Genital Seen
by the Hearing
Examiner

| PRE-HEARING CONFINEMENT | | |
|---|---|---|
| | IF YES | |
| | TIME | DATE |
| ☐ YES | | |
| ☑ NO | | |

FORMS GIVEN TO INMATE
☑ REQUEST FOR WITNESSES AND REPRESENTATION    ☑ INMATE'S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY    SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY | |
|---|---|---|---|
| CAROL SURACE | | DATE | TIME 24 HOUR BASE |
| Carol Surace Foreman | W Garvin CO I | 9/25/97 | 1432 |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | | Misconduct Category | Signature of Person Serving Notice |
|---|---|---|---|
| DATE | TIME | ☑ CLASS I  ☐ CLASS 2 | J. JESCAVAGE  COI |
| 6-26-97 | U800 | | J. Jescavage |

**NOTICE TO INMATE**

You are scheduled for a hearing on this allegation on the date and the time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found guilty of a Class I misconduct, any pre-release status you have will be revoked.

Page 5

WHITE —DC-15    YELLOW—Inmate Cited    PINK—Staff Member Reporting Misconduct    GOLDENROD—Deputy Superintendents

**DC-141   PART III**
PROGRAM REVIEW COMMITTEE ACTION
☒ Misconduct Appeal  ☐ Periodic Review  ☐ Other

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Institution | Date of Review | No. from PART I |
|-----------|------|-------------|----------------|-----------------|
| CF-3756 | Branch, William | SCI-Waymart | 10/23/97 | 295142 |

PROGRAM REVIEW COMMITTEE'S DECISION AND ITS RATIONALE     *Exhibit*

Mr. Branch is appealing misconduct #295142 on the grounds that the punishment was disproportionate to the offense and the evidence was insufficient to support the decision. The Program Review Committee reviewed the misconduct in question, the actions of the Hearing Examiner and Mr. Branch's appeal. The Program Review Committee notes that Mr. Branch did indeed plead guilty during his misconduct hearing and even in his appeal stated that he overslept. Mr. Branch currently has no noted medical limitations as a legitimate excuse to be laid-in from work. Therefore, the Program Review Committee finds the punishment proportionate to the offense and the evidence was sufficient to support the decision, and sustains misconduct #295142.

---

**DECISION RELATIVE TO HEARING COMMITTEE'S VERDICT**

☐ Not Applicable     ☐ Sustain     ☐ Sustain-Amend     ☐ Refer Back For Further Study     ☐ Exonerate Inmate

| Names of Program Review Committee Members | Signatures | Date |
|-------------------------------------------|------------|------|
| Acting Deputy Joseph P. Nish | *Joseph P. Nish* | 10/24 |
| Paul DelRosso, Unit Manager | *Paul DelRosso* | 10/24 |
| Gerald Sobotor, Unit Manager   Page 6 | *Gerald Sobotor* | 10/2 |

FORM DC-141   PART II B
Rev. 6-84
DISCIPLINARY HEARING REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**   Exhibit

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. from PAP |
|---|---|---|---|---|---|
| CF3756 | BRANCH | SCIWM | 10/15/97 | 1010 | 295-14 |

| INMATE PLEA | ☐ Guilty  ☐ No Plea  ☐ Not Guilty  ☐ Other | Verdict | ☑ Guilty  ☐ Not Guilty |
|---|---|---|---|

**HEARING ACTION**

CHARGES 32

**FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED**

plea: Wtns for & versn attched

guilty

I accept plea

remove from job LD & pay

eff 10/10/97

32   10-15-97

| | | |
|---|---|---|
| ☑ YES | ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. |
| ☑ YES | ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. |
| ☑ YES | ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. |
| ☑ YES | ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. |

SEE APPENDICES ☐

Page (7)

NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED)

Hearing Report and all appended information must be signed. Signature indicates finished report with appendices.

SIGNATURE OF HEARING EXAMINER/COORDINATOR

FORM DC-141   PART I   **COMMONWEALTH OF PENNSYLVANIA**
Rev. 9-84

☑ MISCONDUCT REPORT  ☐ OTHER   **DEPARTMENT OF CORRECTIONS**   295142

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| CF3756 | BRANCH WILLIAM | SCI WAY MART | 12:30 | 10/10/97 | 10/10/97 |

| Quarters | Place of Incident | | | |
|---|---|---|---|---|
| M2 | 1st GARMENT Shop | Exhibit | | |

OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)

| DC Number | Name | I | W | BC Number | Name | I |
|---|---|---|---|---|---|---|
| | LAURIA, MIKE CoI | X | X | | | |
| | | | | | | |
| | | | | | | |

MISCONDUCT CHARGE OR OTHER ACTION    CLASS II #32

Failure To RepoRT To woRk, unexcused Absence
FROM WoRk.

STAFF MEMBER'S VERSION    On FRiday 10/10/97 AT ApproximAtely 12:30 I
called M2 Block To check The WheRe AbouTs oF
I/m BRANch. COI LAURiA inFoRmed me ThAT BRANch
WAS Sleeping. This is An ongoing pRoblem with
I/m BRANch noT RepoRTing To woRk.

AFTeR The Review CommitTe overTuRned the write up ms SuR___
WAS mad And began To HaRAss me STAnding over me yelling
HuRRy up woRk FasTeR The 2 day Tcame in she did iT again___
My blood PRessuRe WAS up by lunch my head was huRTing
I goT To my Room Took 2 asperen and layed down I Fell asle__
I did noT go eaT I oveR slept. please noTe I didnot
pleaed guilTy The Review STaTed I did I STated The FacT___
and The Reasons. He also said I plead GuilTy in #990495 Note *

IMMEDIATE ACTION TAKEN AND REASON STaTement    lay in from woRk
and what the Revew committee STaTed.  until I seen by the
Hearing Examiner

PRE-HEARING CONFINEMENT

| | IF YES | |
|---|---|---|
| ☐ YES | TIME | DATE |
| ☑ NO | | |

☑ FORMS GIVEN TO INMATE
REQUEST FOR WITNESSES AND REPRESENTATION    ☑ INMATE S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY    SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN CO___ |
|---|---|---|
| CARol SuRACE | W J Flynn COI V | DATE    TIME 24 HOUR B___ |
| Carol Surace Foreman | | 10 OCT 97    1425 |

YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER

| DATE | TIME | |
|---|---|---|
| 10-11-97 | 0900 | |

Misconduct Category
☑ CLASS I  ☐ CLASS 2

Signature of Person Serving Notice
RICHARD LIDY DC___

**NOTICE TO INMATE**

You are scheduled for a hearing on this allegation on the date and the time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you sa___
will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearin___
committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are foun___
guilty of a Class I misconduct, any pre-release status you have will be revoked.

Page 6

WHITE—DC-15     YELLOW—Inmate Cited     PINK—Staff Member Reporting Misconduct     GOLDENROD—Deputy Superintendent

**DC-135A**

*Exhibit A A-13*

**INMATE'S REQUEST TO STAFF MEMBER**

*Page 1*

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr. Neil, Program Director | 2. DATE 6-15-00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch CF-3956 | 4. COUNSELOR'S NAME Mr. Terry |
| 5. WORK ASSIGNMENT Manager | 6. QUARTERS ASSIGNMENT M-2 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Sir: I am concerned about the choir Practice you have Provided for us. as I am on both choir I see what happens!

you allow us to practice, but the musicians are layed in for unrinables or some reason, as christmas. We are all one body the actions hurt the whole of us not one person. I am not trying to tell you how to do your Job, I only wish to state a few facts that you may not be aware of

1) the one Religious service a week is to insure that the D.O.C Does not deny the 1 amend. Right of inmate's. This does not mean they can have only one

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

2) the fruit of a effort to provide for the spiritual needs of the inmate's is to insure that all parts of a actual activity are there, and that staff knows as well. one dept. can not work against the efforts of the other, when there are logical means to achieve Both goals.

3) 1 amend. Rights; an act in Retaliation for the exercise of a constitutional Right is actionable under Section 1983 even if action when taken for different Reason have been proper Buise v. Huckins 584 F2d 223, 224 (7th cir 1978) cert denied 99 S.Ct. 1234,

a conspiracy effort would be to have these people do there lest first or call them on other days.

CC- Mr Colleran Supt

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER Mr Neil PD | DATE |
|---|---|

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) M. Ferree Medical Dept. Head

2. DATE 1-6-01

3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CT-3756

4. COUNSELOR'S NAME L. McDonnell

5. WORK ASSIGNMENT Blu B. Janitor

6. QUARTERS ASSIGNMENT F.J.

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.    GIVE DETAILS.

Sir: I was in to medical because my Pressure was up caused by a fight at lunch.

The P.A. Examine me and Prescribed 3 days of Motrin. at a cost of $4.00

I refused the medication. Tom the nurse should have torn up the slip I signed to pay For the medication but he did not, he put it with the other slips to deduct money From inmates accounts.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE) This was done to Harass me in retaliation for my Civil actions suit.

His actions are so unfair, it is not like I sued him or reported him. This speaks to his motives and personality. This was not a Mistake I told him to his face I was not got to pay for the medicine and asked him to tear up the cash slip!

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                    page 3                    DATE

**DC-804.**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Supt Osleron | Sci Waymart | 7-13-0 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Wm Branch CF3756 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| Block Janitor | F-2 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:
Sir this is the second Grievance I am Writing on C/O Russian he come on the Block sat at the desk with C/O Kowoski sent inmate Harrington in the Day Room to tell me to come there so he could Harrass me I am sueing C/O Russian and C/O Kowowski in federal court I am to be protected from these C/O as I access the Courts I don't play with them, I do not want them Playing with me. I am not to be Retaliated against for Reporting misconducts by staff.

B. Actions taken and staff you have contacted before submitting this grievance:
Some one is Putting my grievances in the trash

Your grievance has been received and will be processed in accordance with DC-ADM 804.       Copy

Page 3

Signature of Grievance Coordinator                                    Date

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

*Sent to Supt Coltran*

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| 1. To: (Name and Title of Officer) *Mr Umholg Unit Manger* | 2. Date: |
|---|---|
| 3. By: (Print Inmate Name and Number) *WM Branch CF-3756* *William Branch* — Inmate Signature | 4. Counselor's Name *Mr McDonnell* |
| | 5. Unit Manager's Name *Mr Umholg* |
| 6. Work Assignment *Block Worker* | 7. Housing Assignment *E-2* |

8. Subject: State your request completely but briefly. Give details.

*Did I have written you a request*
*Bais*
*~~asking~~ asking my Cpl Kennedy in*
*for allowing me to ~~~~ change Blocks, he no*
*Kennedy say my Request a I'm aware of it*
*Im aware That he did the ~~~~ Then*
*Kennedy did you ~~~~ with him ~~~~*
*I had someone told me he a open request*

9. Response: (This Section for Staff Response Only)

*and had told me and nothing will happen to him*
*plus aware that the safety benefit and have*
*no beneficial interest also two inmates have*
*been move to different Decks so I am still on the*
*~~~~ was even explained the potential Danger and*
*the fact that I have been trying to change Bedb ~~~~*

| To DC-14 CAR only ☐ *to avoid trouble or do you think* | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

*I am over Reacting*

| Staff Member Name | | Date |
|---|---|---|
| | Print | Sign |

Revised July 2000

*Page 4*

| DC-135A | **COMMONWEALTH OF PENNSYLVANIA** |
|---|---|
| | **DEPARTMENT OF CORRECTIONS** |
| **INMATE'S REQUEST TO STAFF MEMBER** | INSTRUCTIONS |
| | *Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.* |

| 1. TO: (NAME AND TITLE OF OFFICER) | | 2. DATE |
|---|---|---|
| Mr Colleran Supt | | 7-30-00 |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|
| Wm Branch   CF 3756 | Mr Zony |

| 5. WORK ASSIGNMENT | 6. QUARTERS ASSIGNMENT |
|---|---|
| | RHU   115 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Sir: Thank you for the hearing Examiner I know the Statement is Bad I can only say that after 7 years in Prison my term tremology has been badly effected

My intention was not to threaten C/o Russian it was a opening statement and he turned it around to mean threatening (it was a Question)

I understand now and I will not use that or any teamology that can be misunderstood, I have done Penence of fasting only water and prayers and Reading my Bible and I see a Blessing in that Mr Jones Gave me 90 days

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

again Thank you

P.S. I also wRote a Request by way of the RHu Sargent apologizing to C/o Russian if he was frighten by me and that if he come to see me I would apologize face to face.

as I am sorry "Truly" sorry if I scared Officer Russian and I will never do that again I still fell he has been attacking me without cause on my part I set a bad example and I always try to do my Best to Please God so I can go to Heaven. I need to know about my grievance on C/o Russian what has happen to it

I would a have need a Envelope but they left by my cell and will not pick up my Request

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
|---|---|
| Page 5 | |

Mr Branch,
If you had so
many problems with
so many staff + Inmate
Why to you want to
go back and work
them again?
Frank

**Form DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

Commo[n]
Depar[tment]

IN[
Complete items numbe[r]
preparing your request, [
promptly and intelligently.

Page 6

1. To: (Name and Title of Officer)
   Mr Plominski F Sm F

2. Date:
   3-19-01

3. By: (Print Inmate Name and Number)
   Wm Branch CF-3756

   William Branch
   _____
   Inmate Signature

4. Counselor's Name
   Mr McConnel

5. Unit Manager's Name
   Mr Cehrogo

6. Work Assignment
   Block Janitor

7. Housing Assignment
   F-2

8. Subject: State your request completely but briefly. Give details.

Sir: as I recall and I have the write up Ms Suchy said
I lied to her and I disobeyed a order. I did not
lie to her and I did not disobey a order. I have
a signed statement from Mr Mason stating what I said
to him, as we were working together and I was going to
leave him, he would have to stop rolling silverware and
clean the tables! So my actions were in accord with kitchen
procedure let each other know what is going on
if you feel that my actions caused this write up and other
actions by your staff against me and that they are
Justified fine. but as an apprentice to work me in another
area to prove myself is Unlawful any Proving to be done

9. Response: (This Section for Staff Response Only)

has to take place in the Bake shop. and if I were to speak
on the Bake shop a inmate can not tell another inmate
what to do your staff member violated D.O.C. policey
and I did not write a grievens or report him I came
back to the C-1 kitchen he did not write me up infact
he said I did try hard and I did work. My fellow
another inmate complained because I mixed up the
yeast and he wanted to do that. I was told I had to
be put on utility I said if you are going to punish for that
then you send me back to C-1 and I was waiting until Mr yenc...
retired
and I went from C-1 working good to Staff because I proved myself
by going to work at 5:am making coffee and cleaning
up after breakfast people are suppose to work as a team what
does it matter who does what as long as the job is don...

To DC-14 CAR only ☐

To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ Print          Date _____ Sign

Revised July 2000

**DC-135A**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr Pulminski  Food manger  Main Kitchen | 2. DATE 3-15-c1 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch  CF-3756 | 4. COUNSELOR'S NAME Mr McDonnell |
| 5. WORK ASSIGNMENT Block Janitor | 6. QUARTERS ASSIGNMENT F-2 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir I was in to talk with mr Karkut about my apprentice ship in the Bake Shop and he has told me I will have to be dropped from the program. I would like to know if I can get a job in the Bake shop so I can finish my apprentice ship Please.

Respectfully

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr Branch,

If you recall your actions on the bake shop lead to your removal from the detail. You attitude continued in the dining room assignment untill your you were removed from Food Service completely.

If you are saying that you have changed your attitude and want to try again, contact Mr Cubbs and we will work with you but if you will have to prove yourself and work your way up the rank. Before I allow you back on the bake shop detail.

☐ TO DC-14 CAR ONLY              ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                    DATE

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

M.S. _____

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Pravette Wren | 2. DATE 7-5-96 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch | 4. COUNSELOR'S NAME Mr Long |
| 5. WORK ASSIGNMENT Garment Plant | 6. QUARTERS ASSIGNMENT C-2 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir: I was in the hole and told I could only have two boxes of personal Belongings I was asked what did I want to send out I told the CD not to send my legal material out that evening at 7:00 I was released only to find that Part of my legal material was being sent out; this is a violation of my constitutional Right of access to the courts.

Please check for this Package being shipped to Marcella Terri  Stop the mailing and return 2539 N Douglas St  my legal papers Phila Pa 19132  Thank you

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Mr. Branch,

Your signature authorizing the shipment of Your personal property is present on the Personal Property Inventory Sheet. Also it has been brought to my attention that you packed these items yourself

This NOT TRUE I did not include My Legal Papers!

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER  R. Cole  C. II  Page 7 | DATE 7/8/96 |
|---|---|

of any entity as described in paragraph (1) or (2) of section 606 of the Civil Rights Act of 1964 (42 U.S.C. 2000d-4a).

(7) Religious exercise. (A) In general. The term ''religious exercise'' includes any exercise of religion, whether or not compelled by, or central to, a system of religious belief.

(B) Rule. The use, building, or conversion of real property for the purpose of religious exercise shall be considered to be religious exercise of the person or entity that uses or intends to use the property for that purpose.

(Sept. 22, 2000, P. L. 106-274, § 8, 114 Stat. 806.)

### HISTORY; ANCILLARY LAWS AND DIRECTIVES

References in text:
''This Act'', referred to in this section, is Act Sept. 22, 2000, P. L. 106-274, popularly known as the Religious Land Use and Institutionalized Persons Act of 2000, which appears generally as 42 USCS §§ 2000cc et seq. For full classification of such Act, consult USCS Tables volumes.

## CHAPTER 22.   INDIAN HOSPITALS AND HEALTH FACILITIES

### CONSTRUCTION OF HEALTH FACILITIES AND COMMUNITY HOSPITALS

### § 2005.   Financial assistance in construction of community hospitals

#### RESEARCH GUIDE

Am Jur Trials:
74 Am Jur Trials, Disability Discrimination Based on Dyslexia in Employment Actions Under the Americans with Disabilities Act, p. 255.

## CHAPTER 23.   DEVELOPMENT AND CONTROL OF ATOMIC ENERGY

### ATOMIC ENERGY

### GENERAL PROVISIONS

### § 2011.   Declaration

#### HISTORY; ANCILLARY LAWS AND DIRECTIVES

Short title:
Act July 10, 2000, P. L. 106-245, § 1, 114 Stat. 501, provides: ''This Act [adding 42 USCS § 85s-9 and classified in part to 42 USCS § 2210 notes] may be cited as the 'Radiation Exposure Compensation Act Amendments of 2000'.''

#### RESEARCH GUIDE

Federal Procedure:
3 Fed Proc L Ed, Atomic Energy §§ 6:1, 5, 32, 36-38, 46, 47, 51, 82, 87, 100, 105, 122, 186, 198, 199, 222, 245, 247, 253, 261, 267, 270-273.
17A Fed Proc L Ed, Health, Education, and Welfare §§ 42:2306, 2321.

Am Jur Proof of Facts:
55 Am Jur Proof of Facts 3d, Citizen's Suits Under the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) and the Emergency Planning and Community Right-To-Know Act (EPCRA), p.155.

2538

---

tutional, the remainder of this Act, and the amendments made by this Act, and the application of the provision to any other person or circumstance shall not be affected. (Sept. 22, 2000, P. L. 106-274, § 5, 114 Stat. 805.)

### HISTORY; ANCILLARY LAWS AND DIRECTIVES

References in text:
''This Act'', referred to in this section, is Act Sept. 22, 2000, P. L. 106-274, popularly known as the Religious Land Use and Institutionalized Persons Act of 2000, which appears generally as 42 USCS §§ 2000cc et seq. For full classification of such Act, consult USCS Tables volumes.

### § 2000cc-4.   Establishment Clause unaffected

Nothing in this Act shall be construed to affect, interpret, or in any way address that portion of the first amendment to the Constitution prohibiting laws respecting an establishment of religion (referred to in this section as the ''Establishment Clause''). Granting government funding, benefits, or exemptions, to the extent permissible under the Establishment Clause, shall not constitute a violation of this Act. In this section, the term ''granting'', used with respect to government funding, benefits, or exemptions, does not include the denial of government funding, benefits, or exemptions.
(Sept. 22, 2000, P. L. 106-274, § 6, 114 Stat. 806.)

### HISTORY; ANCILLARY LAWS AND DIRECTIVES

References in text:
''This Act'', referred to in this section, is Act Sept. 22, 2000, P. L. 106-274, popularly known as the Religious Land Use and Institutionalized Persons Act of 2000, which appears generally as 42 USCS §§ 2000cc et seq. For full classification of such Act, consult USCS Tables volumes.

### § 2000cc-5.   Definitions

In this Act:

(1) Claimant. The term ''claimant'' means a person raising a claim or defense under this Act.

(2) Demonstrates. The term ''demonstrates'' means meets the burdens of going forward with the evidence and of persuasion.

(3) Free Exercise Clause. The term ''Free Exercise Clause'' means that portion of the first amendment to the Constitution that proscribes laws prohibiting the free exercise of religion.

(4) Government. The term ''government''—

(A) means—

(i) a State, county, municipality, or other governmental entity created under the authority of a State;

(ii) any branch, department, agency, instrumentality, or official of an entity listed in clause (i); and

(iii) any other person acting under color of State law; and

(B) for the purposes of sections 4(b) and 5 [42 USCS §§ 2000cc-2(b) and 2000cc-3], includes the United States, a branch, department, agency, instrumentality, or official of the United States, and any other person acting under color of Federal law.

(5) Land use regulation. The term ''land use regulation'' means a zoning or landmarking law, or the application of such a law, that limits or restricts a claimant's use or development of land (including a structure affixed to land), if the claimant has an ownership, leasehold, easement, servitude, or other property interest in the regulated land or a contract or option to acquire such an interest.

(6) Program or activity. The term ''program or activity'' means all of the operations

2537