den odd copy

JUDGE'S COPY

United States Dist Courts
Middle Dist of Pennsylvania

William Branch
                    Plantiff
        V.
Russian et., al.
                Defendant

FILED
HARRISBURG: C.V-00-1728

FEB 1 9 2002   Judge Rambo
MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

## Motion for Discovery

   If it Please's the Court Here Come's WM Branch
asking this Honorable court to Grant MY motion
for Discovery.

   I have tried to informally Request needed information
from the P.B.P.P., D.O.C. and the attorney General (state)
I have ceritified the mailing of this Request to the
Courts and the Conspirators changed the ZiPe code
on the letter to the D.O.C see Exhibit AA—15.

       for the Reasons stated above I ask this
Honorable court to Grant me Discovery and Deposition
from each Defendant and mr Neil Hofferman P.A.
this will allow me to Determine before hand those I
will need to call before this Honorable court.

                                    Respectfully

date 2-14-02                        William Branch CF3756
                                      Po Box 256
                                    Waymart Pa 18472

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

Judge Rambo
Po Box 983
Harrisburg Pa.
17108

Esq Mosley
Deputy attorney General
15 th strawberry sq.
Harrisburg Pa 17120

P. B. P.P.
1101 S front St
Suite 5300
Harrisburg Pa.
17104-2519
Please send them
a copy (one is # enclosed)

Mervin Professional
mr Gold esq
7837 old york
Elkins Park Pa
19027

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 2-14-02

WM Blanch  CF 3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3

**FILED**
**HARRISBURG**

FEB 1 9 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

U.S. POSTAGE
034
METER
7035062

RTS
RETURN TO SENDER

INSPECTED BY #3

A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/STREET
S ☒ NOT DELIVERABLE AS ADDRESSED
☐ - UNABLE TO FORWARD
☐ OTHER

1710610598 03
1847 2 0256

U.S. Dist Court
Md Dist of Penna

1:CV-00-1728
Judge Rambo

Branch
v
Russian

Exhibit #A-15

Name & No. CF 3756 Black
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

D.O.C.
Po Box 598
Harrisburg Pa 17106

Zip Code changed by staff at Waymart
please not this is a letter addressed to the D.O.C.
for Discovery and other the court had ordered
a due Date of 30 days for completion of all
Discovery ending 2-13-03.
I swear the above is true under Penalty of the Law
Respectfully
William Branch CF3756
Waymart Pa 18472

Date 2-14-02

Please make copies
and serve all defendants
and U.S. Dept of Justice
Diane Roberts C.R. Dept
Washington D.C. 2-0531

United States Dist. Court of
Pennsylavina  Middle Dist Court

Wm Brand Plaintiff
v.
Russion et. al.
Defendents

1:C.U-00-1728
(Judge Rambo)

## Order

It is Hereby ordered that the Defendants Provide
to Plaintiff.

1.) a copy of his commitment papers  charges and crimes
2.) a copy of his Quote cards
3.) Policy on line movements, allowed times and Posse's
4.) Parole Statistics in the following Category's

    a. by Race, from 1995 to Date.
    by Participation and none Participation in
    the Sex offenders Program.
    by Reoffenders same crimes (sexual) and none
    Reoffensie same crime
    by Parole. The number of S.O. State (entire) and
    from way most and with SCi separate

    b. a statement of why the Parole Board does not Parole
    inmates who complete the education Phase of S.O.P.

The Order for Discovery is Hereby Rant
on This Date _____

by _____
Judge _____

United States Dist Court of
Pennsylvania Middle Dist court

WM Branch
                    Plaintiff                         1: C.V.-00-1728
        V.                                            (Judge Rambo)
Russian et., al.
                    Defendants

Order

It's Hereby ordered that all defendants
Provide Plaintiff with Depositions as Part
of Discovery.

On this Date _____ this order is

Granted

by _____
Judge _____