```
Mon Mar  4 12:28:35 2002

UNITED STATES DISTRICT COURT
       SCRANTON    , PA

Receipt No.   333 87159
Cashier           sylviam

Tender Type   CHECK

Check Number: 91167

Transaction Type   AR

D0 Code    Div No     Acct
 4667        3        0869PL

Amount              $    8.79

SCI WAYMART PARTIAL FF 00CV1728 BRAN
CH
PARTIAL FF 00CV1728 BRANCH


Mon Mar  4 12:28:45 2002
bn
Check No. 91167
Amount$   8.79
By any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

75

3/5/02

1:00 CV 1728

RED PEN

Appeal

Pitts