United States District Court
Middle District of Pennsylvania

76
3/15/

Wm. Branch
    Plaintiff

v.

C/O Russian
    Defendant

1:CV-001728

(Judge Rambo)

FILED
HARRISBURG
MAR 14 2002
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

## Petition For Discovery Restoration

If it Please's the Court here come's William Branch asking this Honorable Court to Restore my ~~Restotal~~ Discovery Rights as it was not my fault that I did not send in a Brief. I was not allowed to attend the Law Library during the week of the 2-17-02 Please find inclosed Exhibit AA-16 also the week of 2-24-02 I was not Put on the call out but was added on at a critical Point in my Pleading the staff hindered my access to the courts. If there was a Question Ms Derrick should have given me one time a day and I could have shown her again but no she did this not on one Request but two totally distracting me. for these Reason's I ask this Honorable court to Grant me Discovery Privilege's

Respectfully
William Branch CF3756
Po Box 256
Waymart Pa 18472

Date 3-11-02

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

Judge Rambo
Po Box 983
Horrisburg 17108

Ms Morley
State attorney General
Strawberry sq 15th floor
Horrisburg Pa- 17120
No Exhibit Please make copies and forward to her.

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Dated: 3-11-02

Respectfully submitted,

William Brunch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3

Exhibit-AA-16

INTERLIBRARY LOAN REQUEST

NUMBER: CF 3756          DATE: 2-19-02
NAME: Wm Branch          BLOCK: F2

Title and Author or Cite
*Must be specific in requesting legal materials

American Law Reports  2 ALR 4th 27
I want this Publication as it is stated as
a source for a Constitutional standard
cited Habeas Corpus 28 § 2254 US
also I need the Dead line to file a Habeas Corpus from a St[ate]
Conviction in a Federal Court Please

On 3-11-02 I again asked Ms Derrick if she knew the Date for Habeas corpus Her Reply was I have not found it

The above: book(s)/legal material(s)/photo-copy(ies) was/wer[e]
received by me from the loaning institution and inspected. They
were found to be in good condition, except as noted below:

_____
_____
_____

                                    Barbara Derrick
                                    Barbara Derrick-Librarian

I received the above:
[ ] book(s), [✓] legal material(s), [ ] photo-copy(ies) on the dat[e]
indicated below.
                    /s/ Wm Branch CF3756
                        Borrower's Signature

                        Date Received 2/28/02

These book(s) legal material(s)/photo-copy(ies) must be returne[d]
to the library on or before the following date:

ITEM(S) DUE BACK: 3/21/02

*If legal materials are available in the Law Library, the requested
materials will not be duplicated through an Interlibrary Loan.

①

DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

DEPARTMENT OF CORRECTIONS

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Ms. Colachina Law Library
2. DATE: 2-20-02
3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch  CF-3756
4. COUNSELOR'S NAME: Ms McDonnell
5. WORK ASSIGNMENT: Block Monitor
6. QUARTERS ASSIGNMENT: F-2
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Please put me on call out for Law Library during the week of 2-24-02

8:10 + 12:45 Monday
Tuesday
Wednesday

Thank you

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Do you have court deadline? Please show Mrs D/C written proof of a court deadline



☐ TO DC-14 CAR ONLY    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER   MM   DATE 2/21/02

**DC-804**
PART 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**        GRIEVANCE NO. 14943

TO: GRIEVANCE COORDINATOR: Spt. Colleran final appeal
INSTITUTION: SCI Waymart
DATE: 3-5-02
FROM: (Commitment Name & Number): William Branch CF-3756
INMATE'S SIGNATURE: WM Branch
WORK ASSIGNMENT: Block Janitor
QUARTERS ASSIGNMENT: F-2

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance: Denial of access to court

See initial Grievance; to this Date your Law Library staff can not tell me or you How much Time a inmate has to Put in a habeas corpus after a denial of allowance to appeal to the State supreme court. I can't find it and I asked them to get this information! I spoke with Ms Colachina in Jan I show her all my Date's there should not have been a need for me to show her again. I have missed the 14 days to ask the court to reconsider and I am coming up on 60 days from the issuing of this order. If all court orders can be Reconsidered and you have 14 days to do this How can your staff say you can only get 2x a day The Last 2 weeks?
Respectfully

B. Actions taken and staff you have contacted before submitting this grievance:
also look at Request Dated 2-20-02 + 2-17-02 + 2-08-
(2 Request)

Common sense; if I ask to come to law library and you Return the Request with no Date know I have court case's pending and my 60 d are still Running

Your grievance has been received and will be processed in accordance with DC-ADM 804.

(3)

Signature of Grievance Coordinator _____ Date _____

| DC-135A | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | DEPARTMENT OF CORRECTIONS |
| | INSTRUCTIONS |
| | Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. |

1. TO: (NAME AND TITLE OF OFFICER) Ms Colechine Law Library
2. DATE: 2-17-02
3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch CF3756
4. COUNSELOR'S NAME: Mr. McDonnell
5. WORK ASSIGNMENT: Block Janitor
6. QUARTERS ASSIGNMENT: F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Please put me on call out for Law Library during the week of 2-17-02

8:10 + 12:45 Wednesday
↓ Thursday
↓ Friday

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Why 2x? Do you have a new court deadline?



☐ TO DC-14 CAR ONLY      ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER: MrGn    DATE: 2/20/02