IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. BRANCH,
    Plaintiff

v.

MR. RUSSIAN, *et. al.*,
    Defendants

CIVIL NO. 1:CV-00-1728

(Judge Rambo)

## O R D E R

Upon consideration of plaintiff's motion for "discovery restoration," **IT IS HEREBY ORDERED THAT** the motion (Doc. 76) is dismissed as **moot**. Plaintiff has not been denied his "discovery privileges" but merely has been directed to comply with the Federal Rules of Civil Procedure.

YVETTE KANE
United States District Judge
On behalf of Judge Rambo

Dated: March 19, 2002.



FILED
MAR 1 9 2002
PER_____
HARRISBURG, PA  DEPUTY CLERK