

United States Dist Court
Middle Dist of Penna.

WM Branch, Plaintiff

v

c/o Russion et; al.

1:CV-001728

(Judge Rambo)

FILED
HARRISBURG, PA

MAR 21 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>Brief in support of motion for Discovery</u>

if it please's the court Here come's <u>William Branch</u> under Rules of Discovery asking this Honorable court to grant me Discovery. Rule 26; 65 P.S. § 66.1

The issue of Parole statistics is one of Public interest in that the Parole Board is charged to obey constitution in it decisions. in my complaint I have charged the D.O.C. staff with conspiracy in Exhibit AA1 page 5 7 paragraph mr nish states that the issue concerning me being recommended for Parole are none compliance with my Prescriptive Program Plan I did complete the none admitter Program they want me to admitt Guilt.

I maintain that the Records will show that this is not the case in Parole Grants and denials in fact the Records will show Racism as the Reason for Parole grants and denials.

under Penna. Right to Know act & freedom of information act I ask this court to Grant me Discovery Kemp 481 US 279 (1987); Bass 6th cir. No. 01-1213 9/25/01. Cl citing: Discovery on Racial Discrimination in federal Death Penal

Date 3-17-02

William Branch CF.
PO Box 256
Waymart Pa 18472

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

*[handwritten: William Roush CF3756]*   *[handwritten: 3-17-02]*

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Dated: _____   Respectfully submitted

*[handwritten left: State attorney general office, Strawberry Sq 15th fl, Harrisburg Pa 17120 (Cert. Mail)]*

*[handwritten right: (Judge Rambo) US Middle D.C.T. PO Box 983 Harrisburg Pa 17108]*

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3