80

4/3/02

Tue Apr 2 16:00:52 2002

UNITED STATES DISTRICT COURT

SCRANTON , PA

Receipt No. 333 87492
Cashier rich

Tender Type CHECK

Check Number: 91783

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4667 | 3 | 0869PL |

Amount $ 4.33

WILLIAM BRANCH SCI WAYMART, PA 18472

PARTIAL FILING FEE - CV-00-1728

1:00CV1728

PRSLC

Pitts

REOPEN

cn
Tue Apr 2 16:00:52 2002

Check No. 91783
Amount: 4.33
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667