**JUDGE'S COPY**

UNITED STATES DISTRICT COURTS

MIDDLE DISTRICT OF PENNSYLVANIA



WILLIAM BRANCH
        Plaintiff

V.

c/o RUSSIAN et., al
        Defendant

1:C.V-00-1728

(Judge RAMBO)

## MOTION FOR DISCOVERY

    IF IT PLEASE'S THE COURT HERE COME'S WILLIAM BRANCH ASKING THIS HONORABLE COURT TO GRANT MY MOTION FOR DISCOVERY

    I HAVE TRIEDTO INFORMALLY REQUEST NEEDED INFORMATION FROM THE P.B.P.P.,D.O.C. AND THE ATTORNEY GENERAL (state). I HAVE CERTIFIED THE MAILING OF THIS REQUEST TO THE COURTS AND THE CONSPIRATOR'S CHANGED THE ZIPE CODE ON THE LETTER TO THE D.O.C. SEE EXHIBIT AA-15.

    FOR THE REASONS STATED ABOVE I ASK THIS HONORBALE COURT TO GRANT ME DISCOVERY AND DEPOSITION FROM EACH DEFENDANT AND Mr. NEIL HEFFERMAN P.A. THIS WILL ALLOW ME TO DETERMINE BEFORE HAND THOSE DEFENDANTS I WILL NEED TO CALL BEFORE THIS HONORABLE COURT.

**FILED**
**HARRISBURG**

APR 0 8 2002

MARY E. D'ANDREA, CLERK

Per _____
    DEPUTY CLERK

Date 3/26/02

RESPECTFULLY

WILLIAM BRANCH CF-3756
P.O. BOX 256
WAYMART PENNA. 18472