*see ord*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM R. BRANCH,<br>Plaintiff | : <br> : CIVIL NO. 1:CV-00-1728<br> : |
| v. | : (Judge Rambo)<br> : |
| MR. RUSSIAN, *et. al.*,<br>Defendants | : <br> : <br> : |

FILED
HARRISBURG, PA

APR 1 2 2002

MARY E. D'ANDREA, CLERK
PER_____/_____
DEPUTY CLERK

## O R D E R

Plaintiff, William Branch, an inmate confined at the State Correctional Institution, Waymart, Pennsylvania, filed this civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2002, Plaintiff filed a motion for discovery (Doc. 81). Said document will be construed as a motion to compel discovery.

Plaintiff's motion will be dismissed as premature for failing to comply with Fed. R. Civ. P. 37(a)(2) which states, in relevant part, that:

> [I]f a party, in response to a request for inspection
> submitted under Rule 34, . . . fails to permit inspection
> as requested, the discovering party may move for an
> order . . . compelling inspection in accordance with
> the request. The motion must include a certification
> that the movant has in good faith conferred or attempted
> to confer with the person or party failing to make the
> discovery in an effort to secure the information or material
> without court action.

Plaintiff's *pro se* status does not relieve him of this duty. *See, e.g., Clymer v.*

*Attorney General's Office*, No. 98-6111, 1999 WL 269930 (E.D. Pa. Apr. 21, 1999); *Smith v. Campagna*, No. 94C7628, 1996 WL 364770 (N.D. Ill. June 26, 1996). Plaintiff states "I have tried to informally request needed information . . . . I have certified the mailing of this request to the courts and the conspirator's changed the zipe [sic] code on the letter to the D.O.C." (*Id.*) One failed attempt to request discovery from Defendants does not constitute a good faith effort especially in light of the fact that there is no evidence that Defendants have ever received a discovery request pursuant to the Federal Rules of Civil Procedure from Plaintiff.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for discovery (Doc. 81) is **DISMISSED** as premature.

SYLVIA H. RAMBO
United States District Judge

Dated: April 12, 2002.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 12, 2002

Re: 1:00-cv-01728    Branch v. D.O.C. John Does

True and correct copies of the attached were mailed by the clerk to the following:

William R. Branch
SCI-WAYMART
CF-3756
P.O. Box 256
Route 6
Waymart, PA  18472-0256

Gwendolyn T. Mosley, Esq.
Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA  17120

```
cc:
Judge                           (✓)            ( ) Pro Se Law Clerk
Magistrate Judge                (✓)            ( ) INS
U.S. Marshal                    ( )            ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen ( )    PA Atty Gen ( )
                                        DA of County ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____        ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____4/12/02_____     BY: _____/s/_____
                                Deputy Clerk