JUDGE'S COPY (84)

FILED
HARRISBURG
APR 2 3 2002
MARY E. D'ANDREA, CLERK
Per: _____
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania

Wm Branch
v.
Russian

1:CV-001728

Judge Rambo

## Motion to Add defendants to complaint

If it please's the court Here come's **William Branch** asking this court to add **Ms Derrick Librarian** to my 42 § 1983 complaint, I am charging her with conspiracy to hinder my access to court, inclosed find 2 Request 2 grievance and a inter library Loan Request

Ms Derrick is a Handicap Librarian hereat SCI Waymart and I have tried not to sue her because she is Handicap But her involvement has become more pronounce of late and I am tired of her using her position to interfere with my Research, and scheduling for law library I have written Grievance's but the supt mr collerah has not answer them, but she has become so outrages I have to report what the staff is up to.

I put in for a inter state library loan consisting of a new case in the Law. **State v. farner**, Tenn, No 40,003 12/11/01 it deals with Evidence; Presented by a Expert Witness using Computer animation. Ms Derrick Refussed to put my Request through, this Requested case contions the name of said Expert and the Rule of Procedure's all use full in any case where a Expert maybe used also Ms Derrick "shouted" to the entire Library that my case involved putting a nake woman on a computer and showing the court and my counselor defended her conduct saying she did not say exactly what my Real case was his name is **Mr McDonnell** This is all childish and something needs to be done
4-18-02

Respectfully
William Branch
PO Box 256

Your Honor any inmate can order a Regular Book to Read why is legal material a issue!

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Supt Colleran S.C.i. Waymart | 2. Date:<br>4-18-02 |
| 3. By: (Print Inmate Name and Number)<br>WM Branch CF3756<br>William Branch<br>Inmate Signature | 4. Counselor's Name<br>Mr McDonnell<br>5. Unit Manager's Name<br>Mr Chipego |
| 6. Work Assignment<br>Block Janitor | 7. Housing Assignment<br>F-2 |

8. Subject: State your request completely but briefly. Give details.

Sir I put in for a inter library loan asking for a new Law case dealing with Evidence Computer Visualized animation, Experts witness using it Ms Derrick asked me what was this about I told her she did not understand, saying did you look in the law weekly I said that is where I got the case. She ask what does this have to do with your case are you in here for computer animation.

When I was on the Block the same day my Request for this information came to the Block asking me to explain to her the relevancy for my Request.

as I stated before I told her and she did not understand she can not even tell me How much time I have for a state.

9. Response: (This Section for Staff Response Only)

~~Habeus corpus~~ Habeas corpus after the supreme court denial of appeal ask her and see so how can I tell her about my case or how this information would help it is new Law. Ms Derrick is hindering a officer of the court as a Pro se litigant.
Respectfully

CC. Supt Colleran
    Judge Rambo

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
             Print              Sign

Revised July 2000

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

Rec'd 3-12-02

1. TO: (NAME AND TITLE OF OFFICER) Mr. Walsh, Ed. unit [illegible]
2. DATE: 3-7-02
3. BY: (INSTITUTIONAL NAME AND NUMBER) WM Branch CF-3756
4. COUNSELOR'S NAME: Mr. McDonnell
5. WORK ASSIGNMENT: Block Janitor
6. QUARTERS ASSIGNMENT: F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir, I need to know how much time I have to put in a State Habeas Corpus after the state supreme court denies a P.C.R.A. and I need to know all my options to the court and the time limit to file them. I have looked in all the books your staff gave me and they didn't know.

I do know that 14 days to put in a motion for Reconsideration on all so-say and I put in the 14th day. Now you want 30 days to the last time the 14 days the two week that's past the day of the other [illegible] the law library when they [illegible] me the court date's the law library can call the court and get this information and all this would not have happen.

Respectfully

CC: Supt Colleran
CC: Mr. Walsh

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY
☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER
DATE

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**                                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Mr Coleman Supt | SCI Waymart | 4-18-02 |

FROM: (Commitment Name & Number)    INMATE'S SIGNATURE
Wm Branch CF 3756    William Branch

WORK ASSIGNMENT    QUARTERS ASSIGNMENT
Block Janitor    F-2

C/O White witness this exchange

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:** This was done in retaliation for reporting her misconduct Sir Ms Derrick refused to order a case from the inter state library loan that deals with presenting expert testimony. She used my inquiring to embarrass me she made fauls accusations as to why I was in Prison, but giving the hearer the impression that I am here on a sexual offense. she stated " I called your counselor and he told me what you are here for and you want to pat a nake lady on a computor and show the court." loud enough for all in the law library to hear this. is this meaningful access to court she does not understand what her job is or How to do it. she also laughed after she did this! respectfully

**B. Actions taken and staff you have contacted before submitting this grievance:**
I wrote you a request Reporting the above Refussel to order this information.

PS the above action by Ms Derrick is a indirect way of telling other inmates about my type of charges

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator                              Date

WHITE—Grievance Coordinator Copy      CANARY—File

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY

GRIEVANCE NUMBER: _____

**OFFICIAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR: Supts Colleran
FACILITY: SCI Waymart
DATE: 2-23-02

FROM: (INMATE NAME & NUMBER): Wm Branch CF-3756
SIGNATURE of INMATE: William Branch

WORK ASSIGNMENT: Block Janitor
HOUSING ASSIGNMENT: F-2

Denial of access to courts

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

I received three court dates about the same time in January. I put in for 2x a day. I was told that I could only get 1 a day starting 2 weeks before my due date. A change from getting 2x a day for the full time of the order.

I explained to Ms Colaching that my criminal case was a final order from the state supreme court and I did not know what options I had left once the time required to file. (This information should be at her desk.) I looked but I could not find the options or the time/new requirements. She said Paul could find out. (a law clerk)

To this date I have no answer. Also I put in for law library 2-17-02 asking for two times a day. I was not given any time and her reply was a question asking me why I wanted the time

B. List actions taken and staff you have contacted, before submitting this grievance.

Do I have a new deadline? On 2-20-02 I put in a request the same response and no time for law library but asking for proof of my deadline.

Friday Ms Colaching called me down to see my court order again denying all the above or to finding out the time requirements. I want someone else to do my legal work. The state is required to provide meaningful access not just hand out books. I sent a request to Supt Colleran

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator: _____    Date: _____

She also stated I am so secretive about my legal work, is my business not everyone else.

WHITE – Facility Grievance Coordinator Copy    CANARY – Work Copy    PINK – Action Return Copy    GOLDENROD – Inmate Copy

Revised July 2000

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

Judge Rambo
PO Box 983
Harrisburg, Pa. 17108

Ms Mosley Deputy attorney General
Strawberry sq ~~suite~~
15th Fl
Harrisburg Pa 17120

Justice Dept Attn: Diane Rob[e]
Washington D.C 20531

Please make copies and mail to these Parties as I am informa Pauperis and I can not copy because I have no money

## MOTION TO PROCEED IN FORMA PAUPERIS

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 4-18-02

William Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3