```
Fri May  3 14:56:00 2002

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.   111 135377
Cashier       pamela

Tender Type  CHECK

Check Number: 92438

Transaction Type  AP

DO Code   Div No   Acct
4667       1       086700

Amount          $   7.21

STATE CHCK WAYMART WAYMART, PA 18472
FOR WN BRANCH 00-1728

PARTIAL APPEAL FEE
```

FILED
HARRISBURG, PA

MAY 03 2002

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

partial appeal
fee
01-1728