00-1728

86
86
5-6-02

```
Thu May  2 11:25:13 2002

UNITED STATES DISTRICT COURT

SCRANTON          , PA

Receipt No.   333 87893
Cashier       tanya

Tender Type  CHECK

Check Number: 92427

Transaction Type   AR

DØ Code    Div No    Acct
4667        3       0869PL

Amount         $    13.04

SCI WAYMART WAYMART, PA 18472

PARTIAL FILING FEE 00-CV-1728 WILLIA
M BRANCH
```

FILED
SCRANTON

MAY 0 2 2002

PER _____
          DEPUTY CLERK

```
cn
Thu May  2 11:25:13 2002
Check No. 92427
Amount$    13.04
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

App4e