87
6/7/0
vky

```
Thu Jun  6 14:48:59 2002

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   111 136578
Cashier            jill

Tender Type  CHECK

Check Number: 93053

Transaction Type  AR

DØ Code   Div No    Acct
 4667       1      0869PL

Amount              $   11.28

SCI WAYMART WAYMART, PA 18472-0256

PARTIAL FILING FEE FOR APPEAL IN 1:C
V-00-1728/


cn
```

**FILED**
HARRISBURG, PA

JUN  6 2002

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

Partial appeal
fee in 00-1728