00-1728  (88)
KM
6/7/02
Appeal froze
PRSLC - ftto

```
Thu Jun  6 11:19:18 2002

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   333 88309
Cashier       tanya

Tender Type: CHECK

Check Number: 93043

Transaction Type   AR

DØ Code    Div No     Acct
4667       3          0859PL

Amount          $      3.41

SCI WAYMART WAYMART, PA 18472

PARTIAL FILING FEE 00-CV-1728 WILLIA
M.BRANCH
```

FILED
SCRANTON

JUN 0 6 2002

PER _____
     DEPUTY CLERK

Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667