ORIGINAL

89
6-27-0
SC

June 23, 2002

W^m Branch CF3756
Po Box 256
Waymart Pa 18472

To Clerk of Court
Po Box 983
Harrisburg, Pa 17108

C V - 001728
Judge Rambo

Madame   Please send me the
Copy of my BRief  Stamped
by you that was inclosed with
Docket #81
    I have asked you 2 times and you
have sent me the Motion for discovery
Stamped but not the Brief Please
forward the Brief to me

Respectfully
William Branch

FILED
HARRISBURG, PA

JUN 26 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk