Copy
(90)

```
Mon Jul  8 14:00:12 2002

UNITED STATES DISTRICT COURT
SCRANTON, PA

Receipt No.   111 136763
Cashier       jill

Tender Type  CHECK

Check Number: 93551

Transaction Type   AR

DØ Code    Div No    Acct
4667        1        0869PL

Amount              $    5.80

SCI WAYMART, WAYMART, PA 18472-0256

PARTIAL FILING FEE FOR APPEAL IN 1:C
V-00-1728
```

1:CV-00-1728

FILED
HARRISBURG

JUL 8 2002

MARY E. D'AND[REA]
Per _____
                Deputy Clerk