The United States District Court
Middle District of Penna.

7-9-02
SC
(91)

W<sup>m</sup> Branch
v
M Russian

Civil No 1: CV.-00-1728

Judge Rambo

FILED
HARRISBURG, PA
JUL 08 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Motion for injunction
Emergency Relief

If it please's the court Here come's Mr Branch a inmate at SCI waymart asking this Court for an emergency injunction to Prevent the staff here at SCI waymart from Puting me in the hole or on cell

I wrote a grievance on Sgt Mc andrew for Punching and Pushing me. Lt Vargus investigated the Report and asked me to sign a noty copy and I Refused I told him I wanted to speak with a lawyer before I sign any thing.

Today I received a write up for lying to an employee I reported this misconduct in good faith as Required by the courts and they try to force me not to press charges against this sgt and not to sue him in Federal court. inclosed find copys of letters to D.O.C office of Professional Responsibility Mr O'Hara Request to Supt Colleran with the misconduct No A345210

For these Reason I Request this Honorable Court to grant me on Emergency injunction to stop all misconduct as part of my first amendment Right I Pray

Date 7-02-02

Respectfully
William Branch

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

Misconduct # A 315210

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

| 1. TO: (NAME AND TITLE OF OFFICER) Supt. William | 2. DATE 7-02-02 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) William Dietrich CF-3756 | 4. COUNSELOR'S NAME |
| 5. WORK ASSIGNMENT Block Janitor | 6. QUARTERS ASSIGNMENT F-2 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir, I reported Sgt McAndrew for punching and pushing me on 6/15/02 during the time of 7:35 AM + 7:45 AM. I reported this assault in good faith. Today I received a write up charging me with lying to an employee. A review of my visiting card will show that something did happen, and if something happen there is his version and my version and my version is that I was assaulted.

Sir I have used the Grievance system for many years and I never make up things. I know your staff is covering for Sgt McAndrew and God Knows

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

If you believe in God please don't let these staff members continue this misjustice they talk about the church covering up for Priest and they cover up for each other. It's all sin.

Respectfully

P.S. I told Lt Vargus I would not sign anything because I am pressing charges against Sgt McAndrew and I am going to sue him also Sgt McAndrew said I was late a review of the time will show I was not late who is lying (late for Breakfast)

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

CC: Judge Rambo

STAFF MEMBER                    DATE

7-02-02

ATTN: Mr O'Hara
Office of Professional
Responsibility
DOC PO Box 598
Camphill Pa 17001-0598

VM Branch CF3756
PO Box 256
Waymart Pa 18472

Sir you may not remember me but I wrote you a letter on 1-23-02 about the treatment I was receiving from the staff here at SCI Waymart and you answered my letter by saying that supt Colleran should handle it as he saw fit. I hope and pray that this time you may see fit to address my problem. I wrote a grievance on Sgt McAndrew who punched me and pushed me at breakfast I don't remember the exact date but the sgt made a entry on the Block quoters card the sgt charged me with being late but I was not late. So he had no legitimate reason for questioning me the meal was called at 7:35 AM at 7:45 AM Sgt McAndrew called the Block asking what time the meal was called when I came out of the dining hall he called me over and punched me pushing me and calling me a asshole and telling me not to shout in his dining hall. I wrote a grievance and went to medical and got of diet line tell Ms Loomiss PA that I was

Page ②

Punched and Push by Sgt McAndrew and I was afraid to go to diet line.

Lt Vargus investigated and asked me to sign a statement to be notery as a legal Document I refused to sign it because I am going to press charge's against Sgt Mc Andrew and I need to speak to a lawyer before I sign anything I said you have my statement and the grievance

Today Lt Vargus wrote me up a misconduct charging me with B 1 #42 lying to a Employee.

I reported a misconduct in good faith Why am I being charged I believe they are trying to force me to stop any legal action

Please help me

Respectfully
William Branch

C.C.J. Rambo

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

Judge Rambo
Po Box ~~888~~ 983
Harrisburg Pa 17108

Please make a copy and mail to
Ms Mosley Depty attorny General
Strawberry Sq 15th Fl
Harrisburg Pa.

N/A

## ~~MOTION TO PROCEED IN FORMA PAUPERIS~~

~~I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.~~

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: _____

_____
S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3