United States District Court
For the Middle District of Penna.

William Branch,
  Plaintiff
    v.
M. Russian, et, al.,
  Defendants

Civil Action No. 1:CV-00-172
Judge Rambo

(92)
Amo
7/17/0

FILED
SCRANTON (HBG)

JUL 11 2002

PER ~~Amo~~
~~DEPUTY CLERK~~

Brief in support of
Emergency injunctive
Relief

If it Please the Court Here come's William Branch a inmate at S.C.I. Waymart.

The Reason for my motion of emergency injunction is that the Prison has written me up charging me with lying to a employee. Retaliation Crawford-el v. Britton 523 U.S. 572, 588 N.10 118 S.ct 1584, 140 L.ed 2d

I wrote a grievance against Sgt McAndrews charging him with assault, at this time I was only aware of C/O Sherman who state at the time Sgt. McAndrews punched-pushed me without me provoking him "I did not see anything."

I filed the grievance in good faith and 42 U.S.C.A. § 1997d that I am to be free from any type of Retaliation.

When this staff member attacked me he stated you are a asshole. That he knew me for 9 yrs and I am still a asshole this type of a statement clearly shows a conspiracey by staff to Retaliate against me and Punish me for post exercise of my 1 amend. Rights and Reporting their misconducts also my Religiouse Practices

The staff has charged me with lying to an employee and misconduct # A 275201 the other misconduct was not prepared correct so sargus Rewrote it

(1)

Enclosed Please find a copy of my private Criminal Complaint

The first amend. Conferre's on all americans the Right to petition the government for grievance's and 42. USCA § 1997 forbids anyone to Harass or Retaliate against a person who exercise this Right." "no Person Reporting Conditions which may constitute a violation under this subchapter shall be subjected to Retaliation in any manor for so Reporting"

Also the warden should have prevented this write up protecting my Right to access the court as I am required to exhaust all administrative Remedies they answered my grievance with a write up.

The force used against me was not provoked and I was not late for Breakfast which is the excuse used by Sgt McAndrews to challenge me the meal/diet line (a Doctor ordered meal) was called at 7:35 am at 7:45 Sgt McAndrews called the Block asking what time the meal was called at 7:47 I was leaving the dinning Hall finished my me and on my way back to the Block 12 mins between the time the me was called and my leaving the Hall he had No Reason to charge me with being late Harass ment designed to put me in the RHU, and to deny me my meal which also protected as medical treatment provided by the Doctor.

I have not Received equal protection from the staff I am housed in a bed with a fan over my head and a light and as the fan turns the whole Room seems to be moving this hurts my eyes and gives me head aches also the fan makes me cold and the yo will not turn them down. Other inmate's when asked for a bed change of their chose are moved when I ask I am not given a chose and they keep me under a fan when I ask them not to put me under a fan. This constitutes cruel and unusuall punishment 8 amed 14, amed

For all the Reasons stated above I ask this Honorable Court to grant my Request: to stop the prison from writing me up and putting me in the RHU and to allow me to move to a bed without a fan over my head with a light

Respectfully

PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

J Rambo
Po Box 983
Harrisburg Pa. 17108

Ms Mosley Deputy attorney General
strawberry sq 15th fl
Harrisburg Pa 17120

N/A

MOTION TO PROCEED IN FORMA PAUPERIS

~~I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed.~~ I am still unable to pay the cost of the said proceedings.

VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 7-05-02

William Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: _____

| | |
|---|---|
| Magisterial District Number: | |
| District Justice Name: Hon. | JUDGE CONWAY |
| Address: | 925 court street<br>Honesdale, Pa. 18431-1996 |
| Telephone: ( ) | |

| |
|---|
| Docket No.: |
| Date Filed: |
| OTN: |

(Above to be completed by court personnel)

PRIVATE CRIMINAL COMPLAINT
WILLIAM BRANCH CF-3756
PO BOX 256 waymart Pa. 1847
COMMONWEALTH OF PENNSYLVANIA

VS.

DEFENDANT:
NAME and ADDRESS

SGT. McANDREW
D.O.C. WAYMART PRISON
P.O. 256
WAYMART PA. 18472

(Fill in defendant's name and address)

Notice: Under PA Rules of Criminal Procedure, your complaint may require approval by the District Attorney before it can be accepted by the magisterial district court. If the District Attorney disapproves your complaint, you may petition the court of common pleas for review of the District Attorney's decision.

Fill in as much information as you have.

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID (State Identification Number) |
|---|---|---|---|---|
| [X] White [ ] Asian [ ] Black<br>[ ] Hispanic [ ] Native American [ ] Unknown | [ ] Female<br>[X] Male | | | |

| Defendant's A.K.A. (also known as) | Defendant's Vehicle Information<br>Plate Number / State / Registration Sticker(MM/YY) | Defendant's Drivers License Number<br>State |
|---|---|---|

I, **WILLIAM BRANCH WAS PUNCHED AND PUSHED BY SGT McANDREW AND CALLED ASSHOLE.**
(Name of Complainant - Please Print or Type)

do hereby state: (check the appropriate box)

1. [X] I accuse the above named defendant who lives at the address set forth above
   [ ] I accuse the defendant whose name is unknown to me but who is described as_____

   [ ] I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at  S.C.I. WAYMART P.O.BOX 256
   (Place-Political Subdivision)

   in WAYNE COUNTY    County on or about  6/15/02 at 7:47 am.

   Participants were: (if there were participants, place their names here, repeating the name of above defendant)
   SGT. McANDREW AND C/O SHERMAN WATCHED AND SAID I DIDNOT SEE ANY THING AFTER SGT. MC ANDREW PUNCHED-PUSHED ME

2. The acts committed by the accused were: ASSUALT AND BATTERY, SIMPLE, AGG., RETALIATION, INTI
   (Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged. A citation to the statute allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated.)

   18 Pa.c.s.a.§ 2701  WITHOUT BEING PROVOKED, SGT McANDREWS PUSHED-PUNCHED
   42 u.s.c.a.         ME STATING I KNOWN YOU FOR 9YRS. AND YOU WERE A ASSHOLE THEN
   §1997d              AND YOUR STILL A ASSHOLE, IN THE PAST I HAVE REPORTED PRISON
                 STAFF FOR MISCONDUCTS AND I NOW HAVE A CIVIL ACTION §1983 IN THE
                       MIDDLE DIST. COURT OF PENNA. THIS STAFF MEMBER HAS EVERYDAY
                       HARASSED ME AS PART OF THE STAFF'S ON GOING CONSPIRICY AGAIN
                       ME TO FORCE ME TO DROP MY COMPLAINT ALSO WHEN I WROTE A
                       GREIVANCE ON SGT. MC ANDREWS AND HAD NO WITNESS THE STAFF
                       HAS WRITTEN ME UP/A MISCONDUCT CHARGING ME WITH LYING TO
                       AN EMPLOYEE. A VIOLATION OF MY FIRST AMEND. RIGHT.

(Continuation of No. 2)

Defendant's Name: SGT. McANDREWS

Docket Number:

**PRIVATE CRIMINAL COMPLAINT**

42 U.S.C.A. §§ 1997, 1997a(a), 1997d.
CIVIL RIGHTS OF INSTITUTIONLIZED PERSONS ACT, §§ 2, 3(a), 6,
THESE STATE EMPLOYEES ACTING UNDER COLOR OF THE LAW
CONSPIRED TOGETHER TO VIOLATE AND DEPRIVE ME OF MY RIGHTS
TO BE FREE FROM RETALIATION FOR REPORTING CONDITIONS WHICH
MAY CONSTITUTE A VIOLATION UNDER THESE SUBCHAPTER

42 U.S.C.A. §§ 1983, 1985, 1985(3) FAILER TO PREVENT SAID ACTOR FROM
1985   VIOLATEING MY CIVIL RIGHTS. SOMEONE SHOULD HAVE STOPPED
THE STAFF BECOUSED I REPORTED THE ACTIONS OVER AND OVER
I HAVE BEEN ATTACKED BY THE STAFF BECOUSE OF MY RACE AND
RELIGIOUSE, PRACTICES AND BECOUSE I AM SUEING THEM.

1, 14, 8, amend. U.S.C.A. - Violation. I am housed under a fan I have asked to be moved and when they move me it is to a spot they want never a bed of my choseing when other inmates are allowed a Bed of their choseing, Eq. Protection the problem is the C/O's keep the fan on High and Refuse turn them down. I take High Blood Pressure medication and the f makes me colder, I get sick. Also the light behind the fan make's everything I look at move giving me a head ache an prevents me from doing my Reading and writing. Cruel and unusual punishment all done in Retaliation of for me excersi my Constitutional Rights and conspiracy by officials

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly, or in violation of PL 1485 No. 334, §1 and Pa.C.S.A. §2701
of the ASSUALT AND BATTERY (Section) (Subsection)
(PA Statute)

3. I ask that process be issued and that the defendant be required to answer the charges I have made.

4. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. §4904) relating to unsworn falsification to authorities.

July 5, 2002              William Branch CF3756
                          (Signature of Complainant)

District Attorney's Office  ☐ Approved  ☐ Disapproved because: _____

_____
(Name of Attorney for Commonwealth - Please Print or Type)   (Signature of Attorney for Commonwealth)   (Date)

AND NOW, on this date _____, 19 ___, I certify that the complaint has been properly completed and verified.