JUDGE'S COPY

United States District Courts
Middle District of Pennsylvania

FILED
HARRISBURG, PA

JUL 29 2002

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

Wm Branch
v.
Russian

CV. - 01728

Judge Rambo

Information in support
of my Motion for Injunctive
Relief Emergency

1   if it Please the Court Here Come's william
2   Branch with more information.
3       your Honor I have been Give 90 days in RHU
4   and the P.R.C. has denied me any Relief.
5       in Reviewing the DC-ADM Policies I have
6   found that the controling Policey DC-ADM 001
7   does not state that a misconduct may be
8   written as the inmate hand Book states on Page
9   9 and on the very first Page title Introduction at
10  the Bottom title important it states "if any conflict
11  Arise between This handbook and the DOC Policies
12  the Policies shall take control.
13      Therefore I am being Punished in violation of
14  D.O.C. Policy as well as Title 42 USCA § 1997,
15  1997d, and 1997e. all of these acts against
16  me were done at a time when I needed to be litigat
17  my case I have 14 days from July 11th to answer
18  a court order to the Third Circuit This whole

Page (2)

1  misconduct, the engagement at the Diet-
2  line by sgt mc Ondrews designed to falsely
3  charge me up and Put me in the R.H.U. to
4  Restrict my access to the courts deny me my
5  legal Papers, to turn the air condition up and
6  torture me. Mental abuse
7      all these actions are done in conspiracy of
8  People acting under Color of the law to Retaliate against
9  me for accusing the courts for Reporting their Misconduct
10  the staff here cover for each other, this action here
11  Proves the ~~argument~~ beyond a doubt by writing
12  a misconduct on me they make me look like a
13  lyer and they cover sgt mc andrews and all
14  the defendants in my case in 3rd (r). may get off
15  because I can not met my court ordered Date to
16  Respond because I can not ~~Research~~ Re search my
17  cause.
18      for these Reasons I ask this Honorable
19  court to grant my Request.
20  I affirm that the above is true Under Penalty of
21  the Law
22      I also certify that I have served a copy of this motion
23  To Attorney general
24  M. Mosby
25  Strawberry Sq
26  Harrisburg Pa
27  Date  7-20-02                    William Branch
28                                   Po Box 256
                                     Way Mart Pa. 18472