00-1728


94 BG
8-1-02

```
Wed Jul  3 13:45:04 2002

UNITED STATES DISTRICT COURT
    SCRANTON        , PA

Receipt No.  333 00643
Cashier      tanya

Tender Type  CHECK

Check Number: 93553

Transaction Type   AR

DØ Code    Div No     Acct
 4667        3       0869PL

Amount          $     5.80

SCI WAYMART WAYMART, PA 18472

PARTIAL APPEAL FEE WILLIAM BRANCH 00
-cv-1728
                   FILED
                  SCRANTON

                  JUL 0 3 2002
cn
Wed Jul  3 13:45:04 2002
Check No.         PER
Amount$    5.80      DEPUTY CLERK
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 460
```

( Rambo/Hunter )