JUDGE'S COPY

Copy 95

```
United States Treasury

Wed Aug  7 14:39:18 2002

UNITED STATES DISTRICT COURT
    SCRANTON        , PA
Receipt No.   111 136963
Cashier          jill

Tender Type  CHECK

Check Number: 94157

Transaction Type  AR

DØ Code    Div No     Acct
 4667        J        0069PL

Amount           $    13.04

SCI WAYMART WAYMART, PA 18472-0256

PARTIAL FILING FEE FOR APPEAL IN 1:C
V-00-1728


cn
```

1:CV-00-1728

FILED
HARRISBURG

AUG 07 2002

MARY E. D'A[N]REA, CLERK
Per _____ Deputy Clerk