00-1728

96
8-9-02

Appeal

```
Tue Aug  6 13:28:50 2002

UNITED STATES DISTRICT COURT

    SCRANTON    , PA

Receipt No.   333 89050
Cashier       tanya

Tender Type  CHECK

Check Number: 94159

Transaction Type   AR

DO Code    Div No    Acct
4667         3       0869PL

Amount            $    0.20

SCI WAYMART WAYMART, PA 18472


PARTIAL FILING FEE 00-CV-1728 WILLIA
M BRANCH
```

**FILED
SCRANTON**

cn

Tue Aug  6 13:28:5   AUG 0 6 2002

Check No. 94159
Amount $         PER
Pay any Federal Reser  DEPUTY CLERK
General Depository for credit to
United States Treasury Symbol 4667