**FILED**
HARRISBURG, PA

1-00-cv-1728

Wm. Branch CF3756
Copy 98
Po Box 256
Waymart Pa 18472

AUG 3 0 2002

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

aug, 27, 2002

CErtifieD mail No. 7099-3400-009-5556
7099 3400-009-
3162-500 wB   Attn: D.o.C Po Box 598  ChampHill Pa. 17101
1099-3400-009-3162-     P.B.P.P. Po Box 1651  1101 S fRoNt St Harrisburg Pa.
5000 5600 wB                                                        17104-250

        SiR/madame I have three times in the
Past year Requested In Good Faith DiscoveR,
in the FoRm of PaRole StatistiC's, To This Date
you have not PRovided me with the Requested
information  PeR FedeRal Rule of Civil PRocedure
37 (a)(2)·  Po Box 598 Champhill Pa 17101

        I again  Request that you answeR the DiscoveR
question submitted heRein and the PRevious
question Submitted To you

1.)        Can the D.o.C + the PaRole Board deny Recomand
ation and PaRole while a inmate is appealing his
Conviction becouse he will not admitt he is guilty
and take a Sex offendeRS PRogRam which Requi
this admittion           From 1995 To Date

2.)    How many TReated sex offendeR Re-offend same cRime

3.)    How many untReated   "    "    "    "    "    "    "

4.)    Sgt mcandRew + cpsheRman at SCI waymart How man
GRievances do they have against them and what Disciplina
action if any has The Doc given them.

5.)    have a either one of these officeR taken AA oR NA
       becouse of a dRinking PRoblem

6.)    have they been chaRged with excess force or abuse
       against a PRisoneR befoRe.    Respectfully

inclosed Please find Exhibits B-4 to B-7 Showing
Tampering with my mail RHU sgt not stamping my cash slips
and putting it in the mail Box also letters not open with machine the
way the mail Room usually opens mail. Show someone else open my mail

Proof of Service                    Clearly mark legal mail This
                                    is Done To Hinder my access
                                              To Court

DOC                          PBPP
Po Box 598                   1101 S Front St
Camphill
~~Harrisburg~~ Pa 17101-0598   Harrisburg Pa 17104-2519


                    Unsworn Decalration

I affirm that the above is True under
Penalty of the Law


                                    Respectfully
Date 8-27-02                        William B Ranch CF3750
                                    Po Box 256
                                    Waymart Pa. 18472


also Exhibit B-7
  appeal of misconduct #~~A250~~ A275201
  I mailed this out 7-26-02 I have not heard
  anything   B-6 is a letter To the chief counsel
  asking about my appeal as he was To Respond in 7 days
  This is holding up my Exhaustion of administrative Remed

Wm. Branch CF3752
Po Box 256
Way mart Pa 18472

*legal mail*

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS.
FOLD AT DOTTED LINE

7099 3400 0009 3162 5884

*legal mail*

Legal
Mail

pull
open HERE

J. Connor
P.O. Box 983
Harrisburg Pa. 17108-0983

INMATE MAIL
PA. DEPT. OF CORRECTIONS

WAYMART
PA
AUG 28 02

PB METER
7035062

$3.13
U.S. POSTAGE

Name & No. *William Black CF3956*
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

*Legal
Mail*

*certified mail
See Back*

D.O.C
Po Box 598
Champ Hill Pa 17101-0598

## Certified Mail Provides:
- A mailing receipt
- A unique identifier for your mailpiece
- A signature upon delivery
- A record of delivery kept by the Postal Service for two years

**Important Reminders:**
- Certified Mail may ONLY be combined with First-Class Mail c
- Certified Mail is *not* available for any class of international m
- NO INSURANCE COVERAGE IS PROVIDED with Cert valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to delivery. To obtain Return Receipt service, please complete and Receipt (PS Form 3811) to the article and add applicable post fee. Endorse mailpiece "Return Receipt Requested". To receiv a duplicate return receipt, a USPS postmark on your Certifie required.
- For an additional fee, delivery may be restricted to th addressee's authorized agent. Advise the clerk or mark the m endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please cle at the post office for postmarking. If a postmark on t receipt is not needed, detach and affix label with postage ar

**IMPORTANT: Save this receipt and present it when makir**

PS Form 3800, July 1999 *(Reverse)*

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS.
FOLD AT DOTTED LINE.

**CERTIFIED MAIL**

7099 3400 0009 3162 1770
7099 3400 0009 3162 1770

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided*

Article Sent To:

D.O.C Po Box 598 champhill Pa 17601

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Name (Please Print Clearly) (to be completed by mailer)
Wm Branch CF3956
Street, Apt. No.; or PO Box No.
Po Box 256
City, State, ZIP+4
waymart Pa 18472

PS Form 3800, July 1999                    See Reverse for Ins

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Name & No. CESILE Brady
P.O. Box 256
Waymart, PA 18472-0256

EX-B4

Legal
mail

Certified
Mail
See Back

P.B.P.P
101 S. front St
Harris burg Pa. 17104-2519

## Certified Mail Provides:
- A mailing receipt
- A unique identifier for your mailpiece
- A signature upon delivery
- A record of delivery kept by the Postal Service for two yea

**Important Reminders:**
- Certified Mail may ONLY be combined with First-Class Ma
- Certified Mail is *not* available for any class of international
- NO INSURANCE COVERAGE IS PROVIDED with C valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested delivery. To obtain Return Receipt service, please complete a Receipt (PS Form 3811) to the article and add applicable po fee. Endorse mailpiece "Return Receipt Requested". To rece a duplicate return receipt, a USPS postmark on your Certi required.
- For an additional fee, delivery may be restricted to addressee's authorized agent. Advise the clerk or mark the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, pleas cle at the post office for postmarking. If a postmark on receipt is not needed, detach and affix label with postage a

**IMPORTANT: Save this receipt and present it when maki**

PS Form 3800, July 1999 *(Reverse)*

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF THE RETURN ADDRESS.
FOLD AT DOTTED LINE

7099 3400 0009 3162 1763
7099 3400 0009 3162 1763

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provide*

Article Sent To:

P.O.P.P. 1101 S. Front St. Harrisburg Pa. 1710

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Name (Please Print Clearly) (to be completed by mailer)
Wm Branch CF3156
Street, Apt. No.; or PO Box No.
Po Box 256
City, State, ZIP+4
Waymart Pa 18472

PS Form 3800, July 1999                    See Reverse for Ins