*Exhibits B-4*

copy 99

MR-504                    COMMONWEALTH OF PENNSYLVANIA   N)

1:CV-00-172P

DATE: 8-27-02                 1011

SUBJECT:    UNDER ADMINISTRATIVE DIRECTIVE 803

TO: Branch, Wm CF3756

FROM:    LILIAN ROLLISON
         MAIL INSPECTOR SUPERVISOR
         SCI-WAYMART

**FILED**
HARRISBURG, PA
AUG 3 0 2002
MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

### YOUR MAIL IS BEING RETURNED TO YOU BECAUSE:

☐ Your letter exceeds the one ounce limit. Attach cash slips and resubmit.

☐ You have exceeded your 10 one-ounce, first-class letters.

☐ All Outgoing Mail shall include on the envelope the Inmate's full committed name and Institutional number printed legibly.

☐ Permission is required to correspond with Inmate's in other jails.

LR/rf

☒ *Need Official Approval*

*SCI WAYMART PRINTING SCHOOL*

Exhibit B-5

JUDGE'S COPY +00-cv-1728

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER) RHU Sgt. Helkner
2. DATE: 8-27-02
3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF3456
4. COUNSELOR'S NAME: M McDonnell
5. WORK ASSIGNMENT: Unassigned
6. QUARTERS ASSIGNMENT: RHU

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir I have mailed out legal mail and your shift has put my mail in the mail Box without stamping it

This is the Second time this has happen I am Letting you know in order to correct this behavior

Also need some more envelopes because the mail Room opens those and you only give 10 per month

also I need 7 certified mail slips

Respectfully

Inclosed are 3 Envelopes open not in the way the mail Room opens mail a Exhibits

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

**FILED**
HARRISBURG, PA

AUG 3 0 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                                    DATE

Exhibit B-6

~~Judge~~ Initial Appeal   1-00-cv-1728   Misconduct # A275201
(office of chief counsel)

8-27-02                                Wm Branch CF3756
Attn: Chief Hearing Examiner            PO Box 256
1451 N. Market St. Elizabethtown Pa.    Waymart Pa 18472
Sir.    17022

I sent in my appeal to Misconduct No. A275201 on 7-26-02 to this Date I have not heard from you can you Respond as the 7 days allowed by your office is well Passed I await your Reply

Respectfully
William Branch

**FILED**
HARRISBURG, PA

AUG 30 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Exhibit B-7

page 1 of 3

JUDGE'S COPY 1:00-cv-1728

Final Appeal
(office of chief counsel)

FILED
HARRISBURG, PA
AUG 3 0 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Misconduct No. A275201

ATTN: Chief Hearing Examiner
1451 N Market St
Elizabethtown Pa. 17022

WM Branch CF375
PO Box 256
Waymart Pa. 18472

Sir/Madame I reported an abuse by sgt. McAndrews he Punched Pushed me and called me a asshole C/O Sherman standing by state "I did not see a thing". This was done in Good Faith! the Prison after investigating the matter stated that because No one witness the assault and I did not go to the Hospital, that I was lying and wrote a misconduct.

this misconduct Violates the DC-ADM Policy 001 which has no Punishment for a allegation of abuse that is unproven or Frivolous. The Inmate Handbook does so there is a conflick between the two, Procedurally the Policy controls (see) first Page Inmate HandBook at the Bottom. 2.) Point Exhaustion Rule under Subchapter 42 USCA § 1997e, 1997d, 1997. call for Exhaustion of all administrative Remedies and that a person exersing this Right can not Be

Page (1)

1 quot "[N]o person Reporting conditions which may constitute a violation under this subchapter shall be subjected to Retaliation in any manner for so Reporting."

<u>Inmate Grievance Policy</u> DC-ADM 804
  IV Definitions
    N. Retaliation an act of vengeance or a threat of action taken against a inmate or staff in Response to an inmate complaint of a problem. Examples include unnecessary discipline etc.... unjustified ~~pto~~ transfers or placements, unjustified denials of privileges and services.

<u>Crawford-el v. Britton</u>   523 U.S. 572 588 N.10, 118 S.Ct 1584, 140 L.ed. 2d 759 (1998)

stating that "[the reason why..... Retaliation offends the Constitution is that it threatens to inhibit exercise of the Protected Right]."

the Right to petition the government for Grievances First amendment and the 8th amend. 14th amend.

In summery the Prison was not authorise by DC-ADM 801 ~~the~~ ~~entire~~ to write a misconduct by virtue of confliction between the inmate Handbook and the controlling policy. also when the law Requires Exhaustion of administrative remedies there can be no Punishment for so doing. (you may need to change your

as it now stands it offends the constitution)
I intend to sue the Prison and the C/O's
involved. I will be asking for damages of
$100,000.00 one Hundred thousand dollars.
as it is Required of me by the courts.
I Reported these C/O's to the Prison in Good faith
and I told Lt Vergus that I would
not sign anything for the Prison untill
I spoke with an attorney. my Reasons
are simple see How they put me in the
RHU and gave me 90 days the max
all to cover up for two men that mistreat
Prisoner and lie about it. out of control

Respectfully

I affirm that the above is true to the Best
of my Knowledge under Penalty of the Law.
also I have been injured at court by this Prison
in that I have missed my court date in
CV-99-3507   Third Circuit appeals court.

Date 7-26-02

William Branch
Po Box 256
Waymart Pa 18472

Page (3)