

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. BRANCH,
    Plaintiff

v.

Mr. RUSSIAN, et. al.,
    Defendants

: CIVIL NO. 1:CV-00-1728
:
: (Judge Conner)
:
:
:
:

FILED
HARRISBURG PA

SEP 9 - 2002

MARY E. D'ANDREA CLERK
Per _____

**ORDER**

AND NOW, THIS 9th DAY OF SEPTEMBER, 2002, upon consideration of Plaintiff's motion to add defendants to complaint (Doc.84), and no brief in support thereof having been filed, said motion is deemed **WITHDRAWN** pursuant to M.D.Pa.L.R. 7.5.

_____
CHRISTOPHER C. CONNER
United States District Judge