IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. BRANCH,
    Plaintiff

: CIVIL NO. 1:CV-00-1728

v.

: (Judge Conner)

Mr. RUSSIAN, et. al.,
    Defendants

**ORDER**

AND NOW, THIS 9TH DAY OF SEPTEMBER, 2002, upon consideration of the Plaintiff's motion for preliminary injunction (Doc.91), and the Plaintiff having failed to effect proper service of said motion, **IT IS HEREBY ORDERED THAT** said document (Doc.91) is stricken from the record. See Document 5 of the record, pp. 1-2; M.D. Pa. Local Rule 7.2 ("The movant and respondent shall serve copies of their respective papers upon the opposing party at the time such papers are filed with the clerk"); M.D. Pa. Local Rule 4.2 ("Proof of Service of All Other Pleadings and Papers"); Fed. R. Civ. P. 5(d) ("Filing; Certificate of Service"). **IT IS FURTHER ORDERED THAT** the Clerk of Court is directed to return this document to the Plaintiff, and to retain a copy in the record.

                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge