# JUDGE'S COPY

Copy
(102)



```
Mon Sep  9 15:37:13 2002

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   111 137203
Cashier           jill

Tender Type  CHECK

Check Number: 94739

Transaction Type   AR

DØ Code    Div No    Acct
4667        1       0869PL

Amount          $     4.00

SCI WAYMART WAYMART, PA 18472-0256

PARTIAL FILING FEE FOR APPEAL IN 1:C
V-00-1728



cn


Mon Sep  9 15:37:13 2002

Check No. 94739
Amount:       4.00
Payment Entered: Cash or
Paper Check/Money Order Credit
United States District Court Sec...
```

1: CV-00-1728

FILED
HARRISBURG, PA

SEP 0 9 2002

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk