(103)

```
Fri Oct  4 13:44:41 2002

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.   111 137336
Cashier       pamela

Tender Type   CHECK

Check Number: 95253

Transaction Type   AR

D0 Code    Div No     Acct
4667         1        0869PL

Amount              $     3.00

STATE CORR WAYMART WAYMART, PA 18472

PARTIAL APPEAL FEE FOR 00-1728



bn
```

**FILED**
HARRISBURG, PA
OCT 0 4 2002
MARY E. D'ANDREA,
Per _____
Deputy Clerk

00-1728
partial appeal
fee