```
Mon Nov  4 14:01:39 2002

UNITED STATES DISTRICT COURT
     SCRANTON      , PA

Receipt No.   111 137530
Cashier       pamela

Tender Type  CHECK

Check Number: 95754

Transaction Type   AR

DØ Code    Div No     Acct
4667         1        0869PL

Amount              $    8.00

STATE CORR WAYMERT WAYMART, PA  1847

PARTIAL APPEAL FEE IN 00-CV-1728



     bn
```

Filed
~~RECEIVED~~
HARRISBURG, PA

NOV 0 4 2002

MARY E. D'ANDREA, CLERK
Per _____