*1st*

**MARCIA M. WALDRON**
CLERK

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle - Harrisburgh_    Clerk of District Court    Date _11/12/02_
  (District)

_Branch v. Russian_    C. of A. No. _02-1248_
Caption)

_William Branch_
  (Appellants)

_00-cv-1728_
  (D.C. No.)

Enclosures:

RECEIVED
NOV 25 2002
PER HARRISBURG   DEPUTY C

_____ _November 12, 2002_ _____ Certified copy of C. of A. Order by the Court/Clerk
     (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
     is recalled.

                    _Susan M. Acerba_    (267)-299- _4920_
                    Deputy Clerk        Telephone Number

Receipt Acknowledge:
_Acknie_
  (Name)
_11/25/02_ _STR_
  (Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd

DPS-224                                                    July 3, 2002

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **02-1248**

WILLIAM R. BRANCH

VS.

RUSSIAN, ET AL.

(M.D. PA. CIV. NO. 00-CV-01728)

Present:    NYGAARD, ROTH and BARRY, <u>CIRCUIT JUDGES</u>

Submitted by the Clerk for possible dismissal due to a jurisdictional defect in the above-captioned case.

Respectfully,

Clerk

MMW/WMS/zm/sma

_____ORDER_____

This Court may hear appeals only from final orders of the District Court. 28 U.S.C. § 1291. The order must end the litigation as to all claims and all parties. <u>Carter v. City of Philadelphia</u>, 181 F.3d 339, 343 (3d Cir.1999), <u>cert</u>. <u>denied</u>, <u>Roe v. Carter</u>, 528 U.S. 1005 (1999). Because the November 6, 2001 order dismissing one defendant from the complaint did not terminate the action as to all parties and was not certified by the District Court under Fed. R. Civ. P. 54(b), said order is not appealable at this time. Accordingly, the appeal is dismissed for lack of appellate jurisdiction.

By the Court,

/s/
Circuit Judge

Dated: NOV 12 2002

A True Copy:

/s/ Marcia M. Waldron
Marcia M. Waldron,
Clerk