```
Mon Jan  6 14:07:34 2003

UNITED STATES DISTRICT COURT

    SCRANTON        , PA

Receipt No.   111 137901
Cashier       pamela

Tender Type   CHECK

Check Number: 96809

Transaction Type  AR

DO Code    Div No    Acct
4667         1       0869PL

Amount              $    18.00

STATE CORR WAYMART WAYMART, PA  1847

PARTIAL APPEAL FEE IN 00-1728, APPEAL
NO 02-1248


bn
```

**FILED**
HARRISBURG, PA

JAN 0 6 2003

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

00-1728
partial fee
appeal #
02-1248