**JUDGE'S COPY**

108

Thu Feb 6 14:18:29 2003

UNITED STATES DISTRICT COURT
SCRANTON, PA

Receipt No: 111 138096
Cashier: jill

Tender Type: CHECK
Check Number: 97395
Transaction Type: AR

DM Code  Div No   Acct
4667     1       0869DE

Amount                $ 3.02

SCI WAYMART WAYMART, PA 18472

PARTIAL FILING FEE FOR APPEAL IN CV-00-1728

CV-00-1728

FILED
HARRISBURG, PA

FEB 0 6 2003

MARY E. D'A_____ HK
Per _____
         Deputy Clerk