FILED
HARRISBURG, PA

MAR 0 6 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

partial fee
for appeal
00 - 1728

Thu Mar  7 15:30:46 2002

UNITED STATES DISTRICT COURT

SCRANTON          PA

Receipt No.    111-138299
Cashier               Pamela

Tender Type: CHECK

Check Number: 97864

Transaction Type:  WP

DO Code      Div No      Acct
 4667          1        086904

Amount            $    14.00

STATE CORR MAYNARD MAYNARD, DR  1047

PARTIAL FEE FOR APPEAL IN 00 CV 1728

bn

FILED
HARRISBURG, PA

MAR 0 6 2003

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

*partial fee
for appeal
00-1728*