```
Mon Aug  4 1:41:26 2003

UNITED STATES DISTRICT COURT
    SCRANTON      , PA
Receipt No.  111 139212
Cashier          jill

Tender Type  CHECK

Check Number: 100357

Transaction Type  AR

DW Code   Div No    Acct
 4667       1      0869PL

Amount           $    6.00

SCI WAYMART WAYMART, PA 18472

PARTIAL FILING FEE FOR APPEAL IN CV-
00-1728 RE: WILLIAM BRANCH


cn
```

CV-00-1728
USCA No. 02-1248

FILED
HARRISBURG, PA
AUG 4 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk