```
Thu Sep  4 14:59:31 2003

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.   111 139425
Cashier         jill

Tender Type  CHECK

Check Number: 100869

Transaction Type   AR

D Code    Div No    Acct
4667         1      0869PL

Amount              $   3.80

SCI WAYMART WAYMART, PA 18472-0256

PARTIAL FILING FEE FOR APPEAL IN CV-
00-1728 RE: WILLIAM BRANCH

cn
```

CV-00-1728
USCA. No. 02-1248

**FILED**
HARRISBURG, PA

SEP   4 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk