IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. BRANCH,  :  NO. 1:00-CV-1728
    Plaintiff,  :
    :
v.  :  (Judge Conner)
    :
DEPARTMENT OF CORRECTIONS,  :
et al.,  :
    Defendants  :

## ORDER

AND NOW, this 5th day of November, 2003, upon review of the court's calendar and the fact that no dispositive motions were filed by the deadline of sixty (60) from the date of this court's order dated January 14, 2002, it is hereby ORDERED that:

1. A non-jury trial in the above-captioned action is scheduled to commence **at 9:30 a.m. on Monday, February 23, 2004**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

2. If Plaintiff is incarcerated, a writ will issue before trial to secure his attendance.

3. If Plaintiff intends to present witnesses, he shall file, within thirty (30) days, a statement giving the name and address of each witness, and <u>a detailed statement of the facts to which the witness will testify</u>. Writs will issue to secure the attendance of inmate-witnesses who have relevant and admissible testimony to offer. Plaintiff shall advise the court of any change of address for said witnesses.

BY THE COURT:

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge