IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM BRANCH** | : | |
| **Plaintiff** | : | |
| | : | No. 1:CV 01-1728 |
| v. | : | |
| | : | |
| **CO RUSSIAN, et al.** | : | (Judge Conner) |
| **Defendants** | : | |
| | : | |

## ORDER

AND NOW, this          day of        , 2003, upon consideration of defendants' motion for continuance of trial now scheduled for February 23, 2004, it is hereby ORDERED that the motion is GRANTED. Trial in this case is continued to a later date to be determined by the Court.

BY THE COURT:

_____
J. CONNOR