IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM R. BRANCH,<br>        Plaintiff, | : NO. 1:00-CV-1728 |
| v. | : (Judge Conner) |
| DEPARTMENT OF CORRECTIONS,<br>et al.,<br>        Defendants | : |

### ORDER

AND NOW, this 26th day of November, 2003, upon consideration of defendants' motion to continue trial (Doc. 116), it is hereby ORDERED that trial in this non-jury matter is rescheduled from February 23, 2004, to **9:30 a.m. on Thursday, May 20, 2004**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. It is further ORDERED that the deadline for filing dispositive motions and supporting briefs is extended to the close of the business day on **Wednesday, December 31, 2003**. All other instructions set forth in this court's order dated November 5, 2003, shall continue to apply to this case.

BY THE COURT:

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge