FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
PENNSYLVANIA

WILLIAM R BRANCH  CF-3756
(Enter above the full name of
the plaintiff in this action)
address: PO BOX 256  WAYMART Pa. 18472
vs.
1. Russian, 2. Friedman, 3. Griffin, 4. ms. Martin,
5. ms. Surace, 6. Gorman, 7. Wellington, 8.
Hefferman, 9. Richards, 10. Jone, 11. Gavin, 12.
Burke, 13. Gagas, 14. Scalzo, 15. horn, 16. Kyler,
17. McAndrew, 18. Bikos, 19. Sherman, 20. Beard,
21. Rollison, 22. Freethy, 23. James, 23. bitner,
24. O'Hara, 25. Walsh, 26. Karwowski, 27. Suchy,
28. VEINA, 29. MS. WILBUR IN INDV. AND OFFICIAL CAP.
(NAMES OF DEFENDANTS)

(case number)

1:CV 1-00-1728

(Judge Conner)

FILED
HARRISBURG PA
NOV 26 2003
MARY E ~~~~
Per ~~~~ CLERK

I. Previous Lawsuits

   a. Have you begun other lawsuits in state or federal court dealing
      with the same facts involved in this action or otherwise relative
      to your imprisonment? yes (X) no ( )

   b. If your answer to A is yes, describe the lawsuit in the space
      below. (If there is more than one lawsuit, describe the add-
      itional lawsuits on another piece of paper, using the same
      outline.)

      1. Parties to this previous lawsuit:  CA#99-3507
         Plaintiffs BRANCH V. HORN, et. al. 1:cv-99-0670, 1999
                    BRANCH V. FABERICTORE 1:cv-95-0751
                    Judge RAMBO PRESIDED OVER ALL MY CASE'S

         Defendants _____

                    _____

      2. Court (if federal court, name the district.    MIDDLE DIST. COURT
         if state court, name the county.)   _____

PAGE 1

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  __x__ Yes ____ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? __x__ Yes ____ No

C. If your answer to "B" is <u>Yes</u>:

1. What steps did you take? <u>I SPOKE WITH STAFF MEMBERS FIRST THEN I WROTE THE GRIEVANCE, I APPEAL IT ALL THE WAY UP TO THE SEC. OF INMATE GRIEVANCE</u>

2. What was the result? <u>SOME OF THE GRIEVANCES WERE ANSWERED OTHERS WERE NOT ANSWERED BY THE STAFF/NO RESPONSE GIVEN TO ME PROVIDING AWAY FOR THE SEC. OF INMATE GRIEVANCE TO DISMISS MY GRIEVANCE FOR NOT SENDING IN ALL THE REQUIORED INFORMATION.</u>

D. If your answer to "B" is <u>No</u>, explain why not: __N/A__

III. **DEFENDANTS**

(1) Name of first defendant: **C/O RUSSIAN**
Employed as **CORRECTIONS OFFICER** at **S.C.I. WAYMART**
Mailing address: **PO BOX 256 waymart pa. 18472**

(2) Name of second defendant: **MR. FRIEDMAN UNIT MANGER**
Employed as **UNIT MANGER** at **S.C.I. WAYMART**
Mailing address: **P.O. BOX 256 WAYMART P.A. 18472**

(3) Name of third defendant: **CPT GRIFFIN**
Employed as **CORRECTIONS OFFICER** at **S.C.I. WAYMART**
Mailing address: **P.O. BOX 256 WAYMART PA. 18472**

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. SEE: ATTACHMENTS ALSO! See:#7 7 Pages Denied Parole in Violation of the U.S. Const. THE STAFF OF THE D.O.C. HAS ENGAGED IN AN ONGOING CONSPIRAY TO RETALIATE AGAINST ME BECOUSE I AM SUEING THE STAFF AND THE D.O.C. IN BRANCH Vs. HORN(MD PA. civil action No. 99-cv-00670)(C.A. No.99-3507 THIS CONSPIRACY IS Design TO FORCE MAE TO DROP MYS 1983 COMPLAINT INCOMPASSING FALSE CHARGES AGAINST ME TO PUT ME IN THE R.H.U., TAKing my LEGAL WORK, AND HINDERING MY ACCESS TO THE COURTS, NOT PROVIDING ME WITH RESPONSE'S TO MY GRIEVANCES CAUSEING MY GRIEVANCE'S TO BE DISMISSED, RETALIATING AGAINST ME FOR REPORTING MISCONDUCT

page 2

BY THE STAFF, FORCEING ME TO CUT MY HAIR, WHICH VIOLATES MY RELIGIOUS BELIEF'S (NAZARITE), HARASSEMENT FROM MORNING TO NIGHT DAY AFTER DAY EVERY THING I DO I AM CHALLENGED AND WRITTED DOWN (THE STAFF STALKS ME) I'AM NOT TREATED AS OTHER INMATE'S IN SIMILARLY SITUATION.

2. I CHARGE ALL THESE DEFENDANTS WITH ABUSE OF POWER, HARASSEMENT FALSIFYING OFFICIAL DOCUMENTS, CONSPIRIACY TO INTIMIDATE TO FORCE ME TO WITH DRAW MY PENDING LAW SUITES VIOLATION OF MY CONSTITUTIONAL RIGHTS, INCLUDING THE EXERICSE OF RELIGIOUS FREEDOM, AND DUE PROCESS, RETALIATION FOR WRITTING GRIEVANCE'S, USE OF EXCCESS FORCE.

3. See: 7 Pages 93. On 6-15-02 I Reported an attack to C/o Veina a Replacement Block officer who did not send me to medical nor did He Report this to the Shift commander nor did He fill out a DC-121 Part 3, Employee Report of Extraordinary Occurrence, as Required by the DC-ADM-001 Policy of the D.O.C. for inmate abuse allegation monitoring, but he did take the time to enter on my quaters card that Sgt V Mc Andrews had counseled me about being late, which he knew was false because He made a entry in the Block Log Book that diet line was called at 6:35 and Sgt Mc Andrew called at 6:45 and asked him what time was the meal called. So clearly I was not late and there was No need for Counseling me about being late. C/o Veina is Liable for Not coming forward and telling the Truth!

V. **RELIEF**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. **SEE ATTACHMENTS:** 7 Pages

2. 

3. 

3

ATTACHMENT #1

1. ABUSE OF POWER, HARASSMENT, FALSIFYING OFFICIAL DOCUMENTS, CONSPORACY TO INTIMIDATE IN AN ATTEMPT TO FORCE WITHDRAWAL OF PENDING LAWSUITES, VIOLATIONS OF CONSTITUTIONAL RIGHTS: (RETALIATION FOR WIRTTING A GRIEVANCE, FAILING TO PREVENT VIOLATIONS OF MY CIVIL RIGHTS, ACCESS TO THE COURTS, DENIAL OF DENIAL OF THE EXERCIE OF RELIGIOUS FREEDOM, AND DUE PROCCESS. _Parole Denial in violation of U.S.A. Const; Retaliation for Exercie my const. Rights To access the courts_

STATEMENT OF FACTS

1. IN FEBRUAUY 2000, WHILE EMPLOYED IN THE STAFF DINING ROOM I RECEIVED A WRITE-UP BASED UPON FALSE ALLEGATIONS AND LIES.
2. MS. SUCHY, A KITCHEN INSTRUCTOR, ACCUSED ME OF REFUSING TO OBEY AN ODER AND LYING TO STAFF.
3. SHE STATED I ORDERED ANOTHER PRISONER TO EMPTY THE GARBAGE AND RETURN THE CARTS TO THE MAIN KITCHEN.
4. THE OTHER PRISONER MADE AWRITTEN STATEMENT THAT HE ACTED ON HIS OWN
5. I SENT COPIES OF THIS STATEMENT TO MR. NISH.
6. I ALSO ADVISED THE HEARING OFFICER OF THE STATEMENTS MADE BY MS. SUCHY OF HER INTENTIONS TO GET ME OUT OF THE STAFF DINING ROOM, BUT THE WRITE-UP WAS STILL UP HELD.
7. THIS HAPPEN AS I CAME UP FOR PAROLE
8. IN JULY 2000, WHILE HOUSED ON BLOCK M-2, CO RUSSIAN CONDUCTED SARCHES OF MY PERSONAL PROPERTY, LEAVING IT IN DISARRAY, STATING THAT HE COULD DO IT PER D.O.C. POLICY 203, SAFTY AND SECURITY.
9. HOW EVER THE POLICY PERMITTED THE CHECKING OF EQUIPMENT, FURNITURE, ELECTRICAL OUTLETS, ECT., BUT NOT THE SEARCHING OF PERSONAL PROPERTY.
10. AFTER NOTIFYING HIS SUPERVISOR, CPT. GRIFFIN, OF THE ABUSES BY CO RUSSIAN OF THIS POLICY (203) I WAS RETALIATED AGAINST BY CO RUSSIAN WITH ABUSIVE LANGUAGE, BY INCREASING THE FREQUENCY AND AEVERITY OF HIS SEARCHES, THE VERBAL ABUSE INCLUDED INSTIGATING RUMORS ABOUT MY SEXUAL ORGAN SIZE AND PREFERENCE.
11. I SPOKE TO THE PSYCHOLOGIST, MR. GORMAN, AND FILED A GRIEVANCE.
12. MR. FRIEDMAN WAS ASSIGNED TO INVASTIGATE MY COMPLANT, WHICH WAS A CONFLICT OF INTEREST, BECOUSE MR. FRIEDMAN IS A DEFENDANT IN MY LAWSUIT AGAINST THE DOC (1:cv-99-6670) ANDIS UNABLE TO BE FAIR AND IMPARTIAL WITH HIS INVESTIGATION.
13. IN THE MIDST OF THE PSYCHOLOGICAL AND VERBALATTACKS I WAS MOVED FROM MY BOTTOM BUNK, TO A TOP BUNK WHEN I HAD A BOTTOM BUNK STATUS FROM MEDICAL BECOUSE OF MY BAD KNEES
14. THE INMATE THEY MOVED INTO THE ROOM AND PLACED UNDER ME HAD A HISTORY OF BEING ARGUMENTATIVE AND A VERY LOUD SNORER.
15. I COMPLAINED ABOUT THE SITUATION AND MY BELIEF THAT THIS WAS DONE TO PROVOKE A FIGHT BETWEEN MR. LEWIS AND MYSELF AND TO HARASS ME.
16. MR FRIEDMAND IGNORED MY COMPLAINTS AND THREATEN TO PENALIZE ME BY MOVE ME FROM THE ROOM FOR BEING A TROUBLE MAKER.
17. TO AVOID THE LABELING OF TROUBLE MAKER I VOLUNTARILY MOVED OUT OF THE ROOM IN AN ATTEMPT TO ALSO AVOID DISCIPLINARY REPERCUSSIONS.
18. THIS HAPPEN AROUND APRIL 2001

ATTACHMENT # 2

## STATEMENT OF FACTS

19. ONCE OUT OF THE ROOM AND INTO THE OPEN DORMITORY AREA CO RUSSIAN CONTINUED HIS ILLEGAL SEARCHES , AND VERBAL HARASSMENT, STATING TO THE INMATES ON BOTH SIDES OF ME THAT THE "FIX" WAS INIMPLYING THAT OTHER STAFF MEMBERS WERE INVOLVED IN HIS RETALIATORY PRACTICES A CONSPIRACY.

20. HE ALSO STATED THAT THE HEARING OFFICER MR WELBY WAS HIS UNCLE.

21. APPROXIMATELY TEN DAYS LATER I WAS PLACED IN THE RHU BASED ON FALSED CHARGES BY CO RUSSIAN STATING THAT I THREATEN HIM.

22. THESE ACTIONS WERE PART OF AN ON-GOING CONSPIRACY TO COERCE ME INTO WITHDRAWING MY CIVIL LAWSUITS AGAINST THE GOVERNOR, DOC, AND PRISON STAFF.

23. WHILE IN THE RHU MY SPECIAL DIET MEALS WERE TAMPERED WITH--DRINK LIDS OPENED OR LOOSE, BREAD HAD A HEAL IMPRINT ON IT.

24. ALSO, THE CALORIES, ORDER WAS CHANGED AND WHEN I ASKED THE PERSON WHO' NAME APPEARED ON THE ORDER HE STSTED ON A REQUEST SLIP THAT HE HAD NOT CHANGED THE ORDER THE TIMING HERE IS IMPORTANT (PSYCHOLOGIC-ALLY)THIS INCREASED MY FEARS MAKING MY TIME IN THE RHU TORTURE, NOT BEING ABLE TO TRUST MY FOOD OR MAINTAIN MY DIET.

25. IN ADDITION TO THE FOOD I WAS AFRAID TO CONSUME, THE UNAUTHORIZED REDUCTION OF MY REQUIRED CALORIC INTAKE COMBINED TO JEOPARIZE MY HEALTH, SAFTY, AND WELL-BEING.

26. ALSO WHILE IN THE RHU, I WAS DENIED ACCESS TO MY LEGAL WORK WHICH WAS NEEDED FOR COMPLETING PENDING CIVIL AND CRIMINAL ACTIONS. includes #27+28

29. WITH ACCESS TO MY LEGAL PAPERS I WAS UNABLE TO PROPERLY OR TIMELY MAKE AND FILE ARGUMENTS, WHICH RESULTED IN THE DISMISSAL OF AND DELAYED OF PENDING INJUNCTIONS AND MOTIONS.

30. MY CRIMINAL CASE WAS ALSO DISMISSED AND DELAYED BECOUSE OF MY INABLITY TO ACCESS MY LEGAL PAPER WORK, FORCING ME TO TAKE APPEALS TO THE NEXT LEVEL OF APPELLATE COURT DELAYING MY APPEAL.

31. I SOUGHT THE ASSISTANCE OF ANOTHER INMATE MORE LEGALLY KNOWLEDGEABLE THAN MYSELF WHICH IS PERMISSIBLE BY D.O.C. POLICY, BUT I WAS DENIED. Inmate Joe King

32. THIS DENIAL OF LEGAL ASSISTANCESFURTHER HINDERED AND FRUSTRATED MY EFFORTS TO ACCESSTHE COURTS.

33. AFTER BEING RELEASED FROM THE RHU I WAS PLACED ON C-1 BLOCK IN A ROOM WITH A SMOKER, WHO HAD A HOLE IN HIS HEAD WITH A METAL PLATE, HE HAD PROBLEMS.

35- 34. I AM NOT A SMOKER AND BASED ON HEALTH REASONS I HAD REQUESTED A NONE SMOKING ROOM, WHEN I CAME TO THIS PRISON AND NOW THEY PUT ME IN THIS ROOM WITH THIS CRAZY MAN WHO SMOKES AND THEY HOPE THIS MAN WILL BEAT ME UP OR RETURNED TO THE RHU FOR ANY NUMBER OF REASONS, EVEN AFTER I INFORMED THEM THAT I DID NOT SMOKE AND THAT I WOULD LIKE TO BE MOVED TO A NONSMOKING AREA ALL THIS WAS DONE IN RETALIATION AND FOR HARASSMENT FOR SUEING THE STAFF AND THE D.O.C.

36. FROM C-1 I WAS MOVED TO D-1 WHICH IS A SMOKING BLOCK SEE WHAT I MEAN.

37. AGAIN I MADE NUMEROUS REQUESTS TO BE MOVED TO A NON-SMOKING BLOCK FOR HEALTH REASONS

38. AGAIN FOR TWO WEEKS MY REQUEST WERE IGNORED.

ATTACHMENT #3

39. IN OCTOBER 2000, I WAS FINALLY MOVED TO A NON-SMOKING BLOCK, F-2 BUT ONLY AFTER BECOMING SICK AND BEING ORDERED BY MEDICAL TO MOVE ME.

40. I WAS PLACED IN A BUNK NEXT TO A PHYSICALLY LARGER, AND VERBALLY AGGRESSIVE MUSLIM PRISONER WHO CONTINUALLY VERBALLY ATTACKED ME AND MY RELIGION AND WHAT I WAS IN PRISON FOR A(SEX OFFENCE) TO THE DELIGHT OF THE STAFF, WHOM I SAW LAUGHING.

41. HE THREATEN TO ATTACK ME PHYSICALLY, WHILE SPREADING RUMORS ABOUT ME(THAT I ASKED HIM TO LET ME SUCK IHS PENIUS) ALONG WITH OTHER DEGRADING RUMORS.

42. OUT OF FEAR FOR MY PERSONAL SAFETY AND FOR PEACE OF MIND AND A NEED TO PRAY WITH OUT THIS MAN SITTING BEHIND ME WATCHING TELEVISON SAYING " I WANT SOME WOMB OR I WANT SOME GUTS" I MADE NUMEROUS EFFORTS TO BE MOVED FROM THAT HOSTILE ENVIRONMENT, (MR PENDINGTON WAS LINE LINE FOR RE-LEASE WHICH HE LATTER WAS DENIED BECOUSE HIS LUST GOT TO A POINT THAT IT DROVE HIM TO SHOW HIS PENIUS TO THE NIGHT C/O A LADY WHO WROTE HIM UP) WHICH WERE IGNORED.

43. FINALLY AFTER APPROCHING MS MARTIN UNIT MANGER WITH MY INTENTIONS TO SEEK LEGAL REDRESS, I WAS MOVED TO A TOP BUNK WHEN I HAD BOTTOM BUNK STATUS.

44. I WAS MOVED BUT NOT TO ANY OF THE BEDS I HAD REQUESTED AND THEY WERE OPEN BUT ATOP A INMATE WHO HAD A KNOWN HISTORY FOR VIOLENCE AND DESTRUCTION OF OTHER PEOPLES PROPERTY.

45. I ADVISED C/O KARWOWSKI, WHO HAD BEEN HARASSING ME AND PROVKING OTHER PRISONERS AND STAFF TO DO THE SAMEOF MY BOTTOM BUNK SATUS, BUT HE DID NOTHING.

46. I LET HIM KNOW BECOUSE OF MY ARTHRITIS AND TENDINITIS THAT I WAS UNABLE TO KEEP CLIMBING UP AND DOWN FROM THE TOP BUNK, NOR COULD I SIT FOR COUNT WITH MY FEET HANGING BUT HE DID NOTHING.

47. NOT ONLY HAD HE PLACED ME IN TWO HOSTILE POSTIONS, HE ALSO INSTRUC- TED OTHER UNKNOWN GURDES TO MAKE ENTRIES ON MY QUARTER CARDS FOR FAIL- ING TO SIT ALL THE WAY UP DURING COUNT; KNOWING THAT I HAVE HEALTH REASON FOR NOT DOING SO.

48. AGAIN, THE MEDICAL DEPT. ORDERED THAT I BE MOVED.

49. AND AGAIN I WAS NOT GIVEN A OPEN BED OF MY CHOSE BUT WAS PLACED IN A CRAMPED HOSTILE SITUATION NEXT TO A INMATE WITH A Z, CODE KNOWN BY STAFF TO HAVE A PROBLEM WITH HIS CELL MATES : DONE BY CO KARWOWSKI

50. THIS INMATE WAS PHYSICALLY BIGGER THAN ME AND WAS A F.O.I. MUSLIM WHO VERBALLY ATTACKED ME AS MR PENNINGTON HAD. DESPITE AVAILABILITY OF OTHER SPACIER BEDS AREAS.

51. THE HARASSMENT I RECEIVED ON THIS BLOCK WAS WAS A CONTINUATION OF THE ON-GOING CONSPIRACY BY THE STAFF TO FORCE ME TO DROP MY 1983 COMPL- AINT AGAINST THE STAFF AND THE D.O.C. AND THE GOVERNOR AND FOR REPORT- MISCONDUCTS BY STAFF AND ABUSE OF PRISONERS BY PRISON STAFF.

52. THESE ACTIONS ARE RETALIATORY IN NATURE AND INTENDED TO FORCE ME TO TO WITHDRAW MY PENDING LAWSUITS.

53. THE STRONG ARM TACTICS ARE DESIGN TO INTIMIDATE ME A WITNESS OF THE COURT AND THE HARASSMENT USED BY THE STAFF IS AN ABUSE OF POWER AND A VIOLATION OF MY CONSTITUTIONAL RIGHTS, THREATENED MY HEALTH, AND DENIED ME ACCESS TO THE COURTS.

ATTACHMENT #4.
2. DENIAL OF EXERCISE OF RELIGIOUS FREEDOM:

54. [A] DURING SEPT. 2000, I WAS ORDERED BY CAPT GAVIN TO CUT MY HAIR, DESPITE MY NOTIFYING THE PRISON OFFICIALS THAT DOING SO WOULD VIOLATE MY BELIEFS AND MY EXERCISE OF RELIGIOUS BELIEFS.
55. ON A SUNDAY I SPOKE WITH PASTOR GAGAS, WHO STATED "HE DID NOT HAVE THE TIME TO DISCUSS MY HAIRCUT EXEMPTION".
56. THE NEXT DAY I SPOKE WITH MR BURKE A COUNSELOR O C-1 WHO STATE THAT " I HAD NO WIN".
57. CO SHERMAN CAME TO MY CELL WITH A PASS, AND ORDERING ME TO GO TO THE BARBER SHOP AND GET MY HAIR CUT.
58. I SPOKED WITH LT. PATTERSON WHO ADVISEDED ME TO GET THE HAIR CUT, THEN CONTEST THE EXEMPTION POLICY LATTER.
59. I HAD BEEN ORDERED BY CAPT GAVIN TO GET THE HAIR OR GO TO THE RHU WITH BEING AFFORDED THE OPPORTUNITY TO GET APPROVAL OF A HAIRCUT EXEMPTION.
60. WHEN I RECEIVED WRITTEN CONFIRMATION FROM THE UNIVERSAL LIFE CHURCH OF MY "RIGHT" TO BE EXEMPTED FROM CUTTING MY HAIR BECOUSE I AM A MINISTER
61. I WAS STILL DENIED A HAIRCUT EXEMPTION SEE: GRIEVANCE # WAM-0118-01 .
62. THIS DENIAL AND FORCED CUTTING OF MY HAIR WERE PLOYS BY PRISON STAFF TO FORCE ME TO DROP PENDING CIVIL LAWSUITS BY RETALIATION AND THROUGH RELIGIOUS PERSECUTION ALL TACTICS TO INTIMIDATE IN VIOLATION OF MY CONSTITUTIONAL RIGHTS TO EXERCISE MY RELIGIOUS FREEDOM.

63. [B] IN JANUARY 2000 OR THERE ABOUT I WAS IN AN ENGLISH CLASS,
64. I SING IN BOTH THE CATHOLIC AND PROTESTANT CHOIRS, WHICH AT THAT TIME PRACTICE ON WEDNESDAY EVENING.
65. THE PRACTES WERE AT THE SAME TIME AS THE CLASS I WAS TAKING.
66. I TRIED TO GET AN "EXCUSED" ABSENCE FOR THE CHOIR PRACTICES, BUT WAS DENIED BY MS. WILBUR AND
67. MR. WALSH THE SHOOL PRINCIPLE, WOULD NOT GRANT PERMISSION. STATING "CHOIR PRACTICES ORE VOLUNTARY".
68. THE EDUCATION POLICY ALLOWS FORAN EXCUSED ABSENCE, ONCE A WEEK FOR RELIGIOUS FUNCTIONS.
69. OTHER PRISONERS WERE EXCUSED FROM CLASS TO PARTICIPATE IN CHOIR PRACTICE, BUT I WAS NOT AND MS WILBUR FORCED ME TOCHOOSE BETWEEN HER CLASS AND CHOIR PRACTICE.
70. THIS WAS A VIOLATION OF MY RIGHTS OF EQUAL PROTECTION CLAUSE OF THE FREEDOM OF RELIGION
71. I WAS SINGLED OUT FOR MY RELIGIOUS BELIEF AND PRACTICES, ALL THESE ARE PART OF AND ON-GOING CONSPIRACY BY THE STAFF TO RETALIATE AGAINST FOR REPORTING THEIR MISCONDUCTS AND ACCESS THE COURTS AND THEY WANT ME TO DROP MY LAWSUITS AGAINST THEM.
72. I ALSO WANT TOPOINT OUT THAT CAPT. AND CO HELBY NOW SGT. HELBY HAVE OVER THE YEARS BEEN INSTRUMENTAL IN A FEW ACTIONS AGAINST WHICH ARE QUESTIONABLE.
73. TWO INSTENCES OF WRITE-UPS AND LEGAL PAPERS BEING TAKEN SENT AND SENT OUT OF THE PRISON AFTER I CONTACTED THE AND ASKED THAT THEY NOT BE SENT OUT.

(A) C/O Bikos denied me Bible study becouse I was Late, but the time for me to Leave was 10 min. after the state time c/o Bikos Left the Block Pastor Gagas called the Block for me the Replacement C/O Sent me to Bible Study, 20 mins Later c/o Bikos came and yelled at the pastor and Removed me from Bible Study, stating I told you not to go to bible study    add 11-14-03 WB

ATTACHMENT #5

### 3. VIOLATION OF DUE PROCESS:

74. WHILE EMPLOYED IN THE GARMENT PLANT I REQUESTED TIME OFF TO PREPARE MY LEGAL BRIEF FOR A CIVIL ACTION NUMBER 95-C.V.-00751.
75. THE REQUEST WAS APPROVED BY MY COUNSELOR AND UNITED MANGER, WHEN I TOLD MS. SURACE (MY INSTRUCTER) SHE AGREED.
76. BUT AFTER THE BRIEF WAS COMPLETED AND I TRIED TO RETURN TO WORK.
77. I WAS PLACED ON LAY-IN BY MS. SURACE AND NOT ALLOWED TO RETURN TO WORK. FOR FIVE DAYS.
78. THEN MS. SURACE WROTE ME UP ONFALSE CHARGES AND CAPT.GAVIN APPROVED THE WRITE UP THIS WAS DONE TO HAVE ME PUT IN THE RHU IN AND ATTEMPT TO FORCE ME TO WITHDRAW MY CIVIL ACTION AGAINST THE STAFF MEMBERS.
79. CO HELBING WITNESSED HER ACTIONS.
80. AND THIS WAS DONE IN RETALAITION OF MY EXERCISING MY RIGHT TO ACCESS THE COURTS
81. DURNING THE PERIOD I WAS BEING HARASS BY CO RUSSIAN I MADE SUPT. COLLERAN AWARE OF THE CONTINUED ATTACKS.
82. MR. COLLERAN ASSIGN MR FRIEDMAN TO INVESTIGATE MY GRIEVANCE, KNOWING THAT IT IS A CONFLICT OF INSTEREST BECOUSE I AM SUEING MR FRIEDMAN IN A PENDING LAW SUIT AND HE COULD NOT BE A FAIR AND IMPARTIAL INVESTIGATOR OR JUDGE OF THE CO'S ACTIONS AS THEY WERE WARKING IN A CONSPIRACY TO INTIMIDATE ME A WITNESS BEFORE THIS COURT.
83. I ADVISED THE HEARING EXAMINER MR. JONES THAT CO RUSSIANS WRITE-UP WAS IN RETALIATION FOR MY WRITING A GRIEVANCE AGAINST HIM AND MR. FRIEDMAN AND THAT THERE IS A CONFLICT OF INTEREST WITH MR FRIEDMAN INVESTIGATING MY GRIEVANCE.
84. I ALSO ADVISED MR GORMAN, CAPT GRIFFIN, THE PRC, AND SUPT. COLLERAN OF THESE FACTS
85. BUT NO WRITTEN STATEMENTS WERE GIVEN OR MADE APART OF THE RECORD AND NO ACTION WAS TAKEN ON MY BEHALF TO DEAL WITH THESE VIOLATIONS OF MY RIGHTS,THERE BY DENYING ME DUE-PROCESS AND A FAIR AND IMPARTIAL ADJUDICATION OF MY GRIEVANCES AND COMPLANTS
86. WHILE IN THE RHU I WAS DENIED ACESS TO MY LEGAL PAPERS, WHICH HINDERED AND FRUSTRATED MY ACCESS TO THE COURTS,RESULTING IN THE DISMISSAL AND DELAYING OF MY ATTEMPTS TO OBTAIN LEGAL REDRESS FOR MISTREAMENT RECEIVED.
87. I WAS ALSO DENIED THE RIGHT TO RECIEVE ASSISTANCE FROM ANOTHER PRISONER, MORE QUALIFIED IN THE LAW, WHICH LED TO IMPROPER FILING OF MOTIONS, PLEADINGS, AND ANSWERS TO THE WRONG COURTS, HINDERING AND FRUSTRATING MY EFFORTS TO ACCESS THE COURTS.
88. ALSO WHILE IN THE RHU I WAS DENIED REQUEST SLIPS,ENVELOPES, PAPER,AND OTHER NEEDED MATERIALS TO PETITION THE COURTS AND PRISON OFFICIALS IN ORDER TO EXHAUST ADMINISTRATIVE REMEDIES.
89. I TRIED TO CONTACT SUPT. COLLERAN CONCERNING THE SITUATION.
90. LT. WELLINGTON CAME TO MY CELL WITH MY REQUEST TO MR COLLERAN, BALLED IT UP,AND THREW IT INTO MY CELL.
91. HE TOLD ME NOT TO TRY TO REPORT HIM OR HIS STAFF, THREATENING RETALIATION IF I PERSISTED IN TRYING TO COMMUMICATE WITH SUPT. COLLERAN.
92. AS THE SECRETARY OF THE DOC MR HORN, IS DIRECTLY RESPONSIBLE FOR THE ACTIONS OF ALL THOSE UNDER HIM, AND ULTIMATELY LIEBLE TO ME, FOR FAILING TO TRAIN AND CONTROL HIS STAFF BY ALLOWING THESE CONSPIRATORIAL ACTS OF HARASSMENT THAT HINDERED AND FRUSTRATED MY EFFORTS TO ACCESS THE CUORTS AND VIOLATED MY CONSTITUTIONAL RIGHTS AS HE IS ALSO A DEFENDANT IN MY CIVIL SUIT NOW STAYED IN THE THIRD CIRCUIT APPEALS COURT.

ATTACHMENT #6

## 4. EXCESSIVE FORCE

93. ON THE 15th of June 2002 SGT. MC ANDREW USED EXCESSIVE FORCE ON ME DURNING DIET LINE AT 6:47 am AND CO. SHERMAN STOODBY AND DID NOTHING STATING "I DID NOT SEE ANYTHING" HE DID NOT PREVENT THIS ATTACK NOR DID HE REPORT THIS ATTACK: THUS CREATING A CONSPIRACY ! AND A VIOLATION OF MY RIGHT TO BE FREE FROM CRUL AND UNSEL PUNISHMENT.
94. THIS ATTACK WAS UNPROVOKED BY ME
95. I WROTE A GRIEVANCE ON SGT. MC ANDREW AND THE PRISON INVESTIGATED MY COMPLAINT AND DETERMINED THAT I HAD LIED THEY THEN WROTE A MISCONDUCT AND PUT ME IN THE RHU FOR 90 DAYS.
96. THIS WAS DONE AS A COVER FOR SGT. MC ANDREW AND IN RETALIATION FOR MY REPORTING MISCONDUCTS BY STAFF WHICH VIOLATE MY RIGHTS TO ACCESS THE COURTS, RETALIATION FOR EXHAUSTING ADMINISTRATIVE REMEDIES.
99. SCE. BEARD PHD KNEW I WAS IN THE RHU IN VIOLATION OF 42 USC § 1997, USCA § 1997, § 1997 d, § 1997 e, § 1983, § 1983.
100. The DOC POLICY DOES NOT STATE THAT A MISCONDUCT MAY BE WRITTEN IF THE STAFF DETERMINES THAT A ALLEGATION OF ABUSE DID NOT HAPPEN PER DC-ADM 001 THE INMATE HAND BOOK STATE THAT A MISCONDUCT MAY BE WRITTEN, BUT IT ALSO STATES THAT IF THERE IS A CONFLICT THE POLICY CONTROLS (ON PAGE INTRODUCTION)
101. Lillian Rollison Mail SUP. OVER CHARGES AND CONSPIRITOR BY SENDING MAIL BACK (LEGAL) GIVING STAFF A CHANCE TO OPEN IT ALSO BY SUPPLING STAF WITH MR-504 FORMS WHEN THEY OPEN MAIL THAT THEY ARE NOT AUTHORIZE TO OPEN, THIS MAKES HER A CO-CONSPIRATOR WITH THE STAFF.
102. LT. FREETHY WAS TRAINING LT. VARGUS TO TAKE OVER HIS JOB AND IT IS HE WHO TOLD LT. VARGUS TO WRITE THE MISCONDUCT ON ME, HE HAS IN THE PAST COVERED UP FOR STAFF, WRITING TO MAKE THINGS FAVOERABLE FOR A STAFF MEMBER DURNING HIS INVESTIGATION. CASE CO KOWAWSKI.
103. THOMAS JAMES GRIEVANCE AND MS T.C. KYLE, BOTH ARE AWARE OF THE PRACTICE OF THE STAFF TO NOT SUPPLY A INMATE WITH THE PROPER RESPONSE'S SO THEY CAN DISMISS HIS GRIEVANCE ALSO THEY SEND A NOTICE STATEING THAT THEY DO NOT HAVE ALL THE REQUIRED PAPER BUT FAIL TO STATE WHICH PAPERS ARE MISSING, AND STATE THAT IF YOU COMMUNICATE WITH THERE OFFICE AND DO NOT HAVE THE PAPERS THEY WILL AUTOMATICELY DISMISS YOUR GRIEVANCE!
104 MR BITNER CHIEF HEARING EXAMINER IGNORES ALL CONSTITUTIONAL ISSUES RAISED BY INMATES IN THEIR APPEALS TO HIS OFFICE IN FACT NONE OF THE DOC'STAFF CHECK TO MAKE SURE THAT THE STAFF DOES NOT VIOLATE THE RIGHTS OF A INMATE.
105. MR. O'HARA OFFICE OF PROFFESIONAL RESPONSIBILITY I ALSO INFORMED HIM OF WHAT WAS GOING ON WITH THE STAFF HERE AT WAYMART AND HOW I WAS BEING RETALIATED AGAINST BY STAFF AND MY CONSTITUTIONAL RIGHTS ARE BEING VIOLATED, HE HAS A DUTY TO PREVENT THESE ACTS BY STAFF.
106 SEC. BEARD PHD. BECOUSE HE IS RESPONSIBLE FOR THE TRAINING AND OVER SIGHT OF THE DOC. HE HAS VIOLATED MY RIGHTS, BY NOT DOING HIS JOB.

ATTACHMENT #7

## 5. RLIEF

107. FROM AT LEAST FEBRUARY 2000 TO THE PRESENT I HAVE BEEN CONSTANTLY HARASSED AND RETALIATED AGAINST IN A CONSPIRACY BY THE D.O.C. STAFF AND OFFICIALS WHO HAVE ABUSE THEIR POWER IN A CONCERTED EFFORT TO DENY ME ACCESS TO THE COURTS AND TO INTIMIDATE ME INTO WITHDRAWING MY LAW SUITS AGAINST THE GROVENOR, SECRETARY HORN, THE D.O.C. AND OTHER PRISON AND STATE OFFICIALS.
108. I HAVE ENDURED RELIGIOUS PERSECUTION, BEEN PLACED IN THE R.H.U. UNJUSTLY, SUFFERED MENTALA AND VERBAL ABUSE AND HARASSMENT AS WELL AS PHYSICAL ABUSE IN THE FORM OF EXCESSIVE FORCE AND BEING PLACED ON A TOP BUNK AND PLACED IN A SMOKING AREA WHEN I DO NOT SMOKE.
109. BASED ON THES NUMEROUS VIOLATIONS OF MY CONSTITUTIONAL RIGHTS AND RETALIATORY ACTS BY THESE PEOPLE WHO ARE CHARGED WITH THE DUTY TO PROVENT AND PROVIDE ME WITH THESE BENFITS AND RIGHTS.
110. I PRAY FOR THE FOLLOWING RELIEF FROM THIS HONORABLE COURT:

   (1) $200,000. IN COMPENSATORY DAMAGES, AND $1,000,000. IN PUNITIVE DAMAGES.

   (2) I WANT MY CURRENT QUARTERS CARDS, WHICH CONTAINS NUMEROUS FALSIFIED AND EXAGGERATED ENTRIES TO BE DESTROYED.

   (3) I WANT SANCTIONS, SUCH AS SUSPENSIONS, REPRIMANDS WRITTEN ON THEIR RECORDS, AND OTHER DISCIPLINARY ACTIONS TAKEN AGAINST THE D.O.C. AND IT'S EMPLOYEES WHO ABUSE AND OR IGNORED THEIR DUTIES AND AN APOLOGY PUBLICLY FROM CO RUSSIAN, AND ALL DEFENDANTS, I ALSO WANT CO RUSSIAN TO BE BARRED FROM POSTIONS SUCH BLOCK OFFICER, AS WELL AS ANY JOB THAT GIVES HIM DIRECT AUTHORITY OVER PRISONERS, AND FOR ALL RESPONSIBLE PARTIES TO BE HELD ACCOUNTABLE, BOTH INDIVIDUALLY AND OFFICIALLY, FOR THEIR ACTIONS.

   (4) I WANT THE STAFF AT SCI. WAYMART TO STOP THREATENING AND HARASSING PRISONERS FOR EXERCISING THEIR RIGHTSTO ACCESS THE COURTS

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Tuesday_ day of _December 24_, _2002_

_William Branch   CF3756_
(Signature of Plaintiff)

4

Legal Mail

WM Lynch CF3756
PO Box 256
Waymart Pa. 18472

Judge Conner
PO Box 983
Harrisburg Pa 17108

US Dist Court Middle Dist
of Penna.