*US Dist court*

THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM R. BRANCH | : | CIVIL No. 1: CV-00-1728 |
|     Plaintiff | : | |
| Vs. | : | (Judge CONNER) |
| Mr. RUSSIAN, et. al., | : | |
|     Defendants | : | |

## MOTION FOR DISCOVERY

IF IT PLEASE'S THE COURT HERE COME'S WILLIAM R. BRANCH A INMATE AT S.C.I. WAYMART ASKING THIS HONORABLE COURT TO GRANT MY MOTION FOR DISCOVERY.

I HAVE TRIED TO INFORMALLY REQUEST NEEDED INFORMATION FORM THE DEPT. OF CORRECTION, INCLOSED PLEASE FINE EXHIBIT OF CERTIFICATE OF MAILING ON THE LAST DATE OF 9-17-03 TO THIS DATE I HAVE NOT HEARD FORM THE D.O.C., THIS HAS BEEN GOING ON FOR OVER 2 YEARS. *also inclosed a copy of my Request for interrogator an my amended complaint (w/s) to add Defendants*

I AM STILL HAVING PROBLEMS WITH MY MAIL AND REQUEST A COPY OF MY DOCKET IN ORDER TO MAKE SURE ALL MY PLEADINGS HAVE REACHED THE COURTS AS I HAVE FILED AND AMENDED COMPLAINT ADDING MORE CONSPRIATORS AND THE USE OF UNAUTHORIZE FORCE ON ME.

THERFORE I AM ASKING THIS HONORABLE COURT TO GRANT ME DISCOVERY AND A COPY OF MY COURT DOCKET AS I PREPARE FOR COURT, THIS INFORMATION WILL ADD THE COURT IN ITS TRUTH FINDING OF THE FACTS.

I AFFIRM THE ABOVE TO BE TRUE UNDER PENALTY OF THE LAW

DATE 11-21-03

RESPECTFULLY

*William Branch*
CF-3756

Po Box 256
Waymart PA 18472

FILED
HARRISBURG PA
NOV 26 2003
MARY E. D'ANDREA
Per ___