THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM R. BRANCH<br>    Plaintiff<br>Vs.<br>McRUSSIAN et. al.,<br>    Defendants | :<br>:<br>:<br>:<br>: | CIVIL No. CV-00-1728<br><br>(Judge CONNER) |

## ORDER

IT IS HEREBY ORDERED THAT THE DEFENDANTS PROVIDE TO THE PLAINTIFF:

1.) A COPY OF HIS COMMITMENT PAPERS, CHARGES, AND CRIME.

2.) A COPY OF HIS QUOTERS CARD.

3.) THE POLICY ON LINE MOVEMENTS, ALLOWED TIMES AND PASSES.

3.) ALSO THE ANSWERS TO ALL QUESTION AS OUTLINED IN MY REQUEST FOR INTERROGATORIES SET #1, COVERING THE YEARS OF 1993 TO date

4.) AND THAT ALL STAFF THAT PREPARE THESE ANSWERS SIGN THIER NAMES UNDER PENALTY OF THE LAW.


THE ORDER FOR DISCOVERY IS HEREBY GRANTED ON THIS DATE _____

BY _____

JUDGE _____

7099 3400 0009 3162 5792

**DC-138A**

# CASH SLIP

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

W. Branch

**1. REQUISITIONING INMATE**

| FACILITY NUMBER | LOCATION | DATE |
|---|---|---|
| CF-3756 | F-2 | 12-24-02 |

**2. RECEIVING INMATE**

| FACILITY NUMBER | LOCATION | DATE |
|---|---|---|
| | | |

**3. ITEMS TO BE CHARGED TO MY ACCOUNT**

Please take Postage and Certified mail, No Return
7099-3400-0009 Proof of Delivery
3162-5712
amended § 1983 Complaint

Judge Conners
Po Box 983
Harrisburg Pa 17108

Thank you

**APPROVED REQUEST NO. 9**
DATE 12-24-02
OFFICER Nachtu
TIME 0740
UNIT F-2

**4. INMATE'S SIGNATURE**
W'm Branch

**5. OFFICIAL APPROVAL**

**6. BUSINESS OFFICE'S SPACE**

| CHARGE ENTERED | DATE | BOOKKEEPER |
|---|---|---|
| $ 3.13 | DEC 24 | |

---

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: Judge Conners, Po Box 983, Harrisburg Pa. 17108

Postage $ .83
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) N/A
Restricted Delivery Fee (Endorsement Required) N/A
Total Postage & Fees $ 3.13

Name (Please Print Clearly): W Branch CF3756
Street, Apt. No.; or PO Box No: Po Box 256
City, State, ZIP+4: Waymart Pa 18472

WAYMART PA 18472 Postmark DEC 24 2002 USPS

PS Form 3817, Mar. 1989
CERTIFICATE OF MAILING
U.S. POSTAL SERVICE
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
W Branch CF3756
Po Box 256
Waymart Pa. 18472

One piece of ordinary mail addressed to:
John Talabor, MW, R.N. Deans
Governors office of Gen. Counsel
55 Utley Drive
Camphill Pa. 17011

WAYMART PA 18472 DEC 24 2002 USPS

PD METER 7134271  U.S. POSTAGE  $ 0.90  SEP 17 03 WAYMART PA

---

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. BRANCH,
   Plaintiff
   vs.                                : CIVIL No. 1: CV-00-1728
Mr. RUSSIAN, et. al.,                 : (Judge CONNER)

EXHIBITS OF INFORMAL REQUEST FOR DISCOVERY FROM THE DEPT. OF CORRECTION.

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

US Dist Court (J. Conner)
Middle Dist of PA.
PO Box 983
Harrisburg Pa 17108

John Talabew / R.N. Sears
Govenor of mw. at DOC General Counsel
55 utley Drive
Camp Hill Pa- 17011

## ~~MOTION TO PROCEED IN FORMA PAUPERIS~~

I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: 11-23-03

William Branch CF-3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3