THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM BRANCH : CIVIL No.1: CV-00-1728
    Plaintiff
V. : (Judge CONNERS)
Mr. RUSSIAN, et., al.
    Defendant :

attn: _____
P.O.Box 983
Harrisburg Pa 17108   REQUEST FOR INTERROGATORIES  SET #1

THIS IS A REQUEST FOR DISCOVERY IN THE FORM OF INTERROGATOR PER F.R.C.P. RULE 33 THEY ARE REQUIRED TO BE GIVEN UNDER OATH PER RULE 33(b)(1). ALL ANSWERS ARE TO BE BY RACE, COMPLETER'S AND NONE COMPLETER'S OF THE SEX OFFENDER'S PROGRAM AND PAROLED & NOT PAROLED

QUESTIONS: APPLY TO THE YEARS OF 1993 TO DATE

PAROLE STATISTICS

1) HOW MANY INMATES IN THE WHOLE STATE ARE SEX OFFENDERS LIST BY SEPERATE STATE PRISON.

PRISON     WHITE / BLACK   COMPLETER'S    NONE COMPLETER'S
                            W / B            W / B

FILED
HARRISBURG PA
NOV 26 2003
MARY E. D'ANDREA, CLERK
Per ____

PAGE (1)

Page(2)

REQUEST FOR INTERROGATORIES   CV. No.1:CV-00-1728

QUESTION:
cont. 1)

| PRISON | WHITE / BLACK | COMPLETER'S W / B | NONE COMPLETER'S W / B |
|---|---|---|---|
| | | | |

TOTALS   _____  _____   _____  _____   ___  _____

2) HOW MANY ARE PAROLED AND THOSE NOT PAROLED BY AND BY S.O.P. COMPLETION.

| PRISON | PAROLED W / B | N/PAROLED W / B | COMPLETER'S W / B | N/COMPLETER'S W / B |
|---|---|---|---|---|
| | | | | |

Page(3)
REQUEST FOR INTERROGATORIES CV. No.1:CV-00-1728

QUESTION:
cont. 2)

| PRISON | PAROLED W / B | N/PAROLED W / B | COMPLETER'S W / B | N/COMPLETER'S W / B |
|---|---|---|---|---|
| TOTALS | | | | |

3) HOW MANY SEX OFFENDERS REOFFEND WITH THE SAME CRIME BY RACE AND BY PAROLED & N/PAROLED & OF THESE HOW MANY COMPLETED S.O.P.

| PRISON | REFFEND W/S/C $_{W}$ / $_{B}$ | COMPLETED S.O.P. $_{W}$ / $_{B}$ |
|---|---|---|
| PAROLED | | |
| N/PAROLED | | |

Page (4)
REQUEST FOR INTERROGATORIES    CV. No.1:CV-00-1728

QUESTION:
cont. 3)

| PRISON | REOFFEND W/S/C | | COMPLETED S.O.P. | | TOTAL |
|---|---|---|---|---|---|
| | W | B | W | B | |
| PAROLED | | | | | |
| N/PAROLED | | | | | |
| | | | | | |
| TOTAL | _____ | _____ | _____ | _____ | |

4) HOW MANY INMATES WERE DENIED PAROLE BASED UPON MISCONDUCTS WRITTEN BY DEFENDANTS & A TOTAL OF ALL MISCONDUCTS EACH ONE WROTE BY YEAR.

| PRISON | NAME | No. OF MISCONDUCTS | YEAR | RACE--W/B |
|---|---|---|---|---|
| | | DENIED/P | | |
| | | TOTAL /ALL | | |

Page ( 5 )
REQUEST FOR INTERROGATORIES CV. No.1:CV-001728
QUESTION: USE ATTACHMENT PAGES IF NECESSARY

5. **HOW MANY OF** THE DEFENDANTS HAVE BEEN ORDER TO ENTER A DRUG OR ALCOHOLIC PROGRAM, NOW OR IN THE PAST.

6. **HOW MANY OF** THE DEFENDANTS HAVE HAD GRIEVANCES WRITTEN AGAINST THEM AND WHAT WERE THEY ABOUT

7. **HOW MANY OF** THE DEFNDANTS WHO HAVE GRIEVANCES WRITTEN AGAINST THEM HAS THE D.O.C. OR THE UNION OR THE COURTS, FOUND GUILTY AND PUNISHED FOR MISTREATING INMATES OR OTHER STAFF MEMBERS

8. **HOW MANY OF** THE DEFENDANTS HAS THE D.O.C. FOUND GUILTY OF ANY MISCONDUCT; WHAT WAS THE MISCONDUCT, AND WHAT WAS THE PUNISH.

Page (6)
REQUEST FOR INTERROGATORIES   CV. No.1:CV-00-1728
QUESTION:

9) ON WHAT DATE WAS THE STATE POLICE INFORMATION ADDED TO MY FILE AT THE D.O.C. AND THE P.B.P.P. ADDING OTHER CHARGES TO MY RECORD OR CONVICTIONS.

|   | DATE | BY WHOM AND WHO REQUEST & REASON |
|---|---|---|
| D.O.C. |   |   |
| P.B.P.P. |   |   |

10) IN PHILA BY RACE HOW MANY PEOPLE ARE ARRESTED FOR SEXUAL OFFENSE'S HOW MANY ARE CHARGED WITH A SEXUAL OFFENSE AND HOW MANY ARE CONVICTED OF A SEXUAL OFFENSE AND HOW MANY SERVE TIME FOR A SEXUAL OFFENSE ?

|   | ARRESTTED | CHARGED | CONVICTED | SERVE/TIME |
|---|---|---|---|---|
| WHITE |   |   |   |   |
| BLACK |   |   |   |   |
| TOTAL |   |   |   |   |

I AFFIRM UNDER PENALTY OF THE LAW THAT THE ABOVE FACTS ARE TRUE TO THE BEST OF MY KNOWLEDGE

DATE _____

NAME _____
TITLE _____
ADDRESS _____
CITY _____ Pa. _____

## PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

Ms. Mosley sup
strawberry sq
Harrisburg Pa.
17120

Attn: John J. Talaber
55 utley Drive
camphill Pa. 17011

Rambo J.
U.S.D.C.,
U.S.D.C.M.D.
Penna.

D.O.C. Dr Beard
Po Box 598
champhill Pa.
17001

mW + R.N. Sears
Governors office Gen.
Counsel

P.B.P.P.
1101 S Front St
Suite 5300
Harrisburg Pa.
17104-2519

N/A ~~I, the undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.~~

## VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Respectfully submitted,

Dated: ~~5-30-02~~ (WB) 9-16-03

William Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3