IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. BRANCH  
    Plaintiff  
Vs.  
Mr. RUSSIAN, et. al.,  
    Defendants

: CIVIL No. CV-00-1728

: (Judge CONNER)

:

**REQUEST FOR A COMPLETE DOCKET SHEET**

FILED DEC 1 0 2003 PER HARRISBURG PA DEPUTY CLERK

SIR/MADAME:

I SENT A REQUEST TO YOU FOR A COPY OF MY DOCKET SHEET. WHAT I RECIEVED IN THE MAIL WAS A INCOMPLETE DOCKET SHEET CAN YOU PLEASE SEND ME A COMPLETE COPY, IT MAY BE A MISTAKE AT YOUR OFFICE OR SOMEONE IS TAMPERING WITH THE MAIL.

RESPECTFULLY

I AFFFIRM UNDER OF PENNELTY OF THE LAW THAT THE ABOVE IS TRUE.

Date 12-5-03

William Branch  
P.O. BOX 256  
Waymart Pa. 18472