IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLAVNIA

WILLIAM R. BRANCH : CIVIL No.-00-1728
    Plaintiff
Vs. : (Judge CONNER)
Mr.RUSSIAN, et. al., :
    Defendants

FILED DEC 1 0 2003 PER ____ HARRISBURG, PA. DEPUTY CLERK

A MOTION TO ALLOW
A SUPPLEMENTAL PLEADINGS

    IF IT PLEASE'S THE COURT HERE COMES <u>WILLIAM BRANCH</u> CF-3756 A INMATE AT S.C.I. WAYMART ASKING THIS HONORABLE COURT TO ALLOW ME TO SERVE A SUPPLEMENTAL PLEADING, PER FEDERAL RULES OF CIVIL PROCEDURE RULE 15(d) RESPECTFULLY.

    YOUR HONOR SINCE I HAVE FILED THIS COMPLAINT THE STAFF HAS SYSTEMATICALLY CONSPIRIED TO HARASSE ME IN AND EFFORT TO FORCE ME TO DROPE MY CIVIL ACTION AGAINST THE STAFF, THIS HAS LEAD TO THE USE OF RETALIATION AND USE OF EXCCESS FORCE BY STAFF MEMBER Sgt. McANDREW.

    523 U.S.572 CRAWFORD-eL Vs. BRITTION PAGE 588 n.10 STATING THAT "(THE REASON WHY ......RETALIATION OFFENDS THE CONSTITUTION IS THAT IT THREATENS TO INHIBIT EXERCISE OF THE PROTECTED RIGHT)

    THAT RIGHT IN THIS CASE IS ACCESS TO THE COURTS, THE FIRST AMENDMENT. I HAVE REPORTED SgT. McANDREW FOR MISCONDUCT NOT BECOMING A STAFF MEMBER AND A VIOLATION OF MY CONSTITUTION RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT 8 th. AMENDMENT. BY ALLOWING ME TO SUPPLEMENT MY PLEADING IT WILL BE CLEAR(THE PATTERN) TO THE YOUR COURT.

    § 42 1997d. <u>PROHIBITOIN OF RETALIATION</u>

    No person reporting conditions which may constitute a violation under this subchapter subjected to retaliation in any manner for so reporting.

THIS WAS DONE TO ME IN BOTH THE CASE'S OF C/o RUSSIAN AND Sgt. McANDREW AS WELL A ALL THE STAFF WHO WERE TO DETERMINE THE FACTS OF MY MISCONDUCT EVEN THOUGHT I CITED THE ABOVE STATUTES

1

YOUR HONOR THE INTERREST OF JUSTICE WILL BE GREATLY SERVED BY THE ALLOWING OF THIS SUPPLEMENTAL PLEADING, THEREFORE I RESPECTFULLY ASK THAT YOU ALLOW THIS MOTION.

## PROOF OF SERVICE

I THE UNDERSIGNED VERIFY THAT I HAVE SERVED A COPY OF THIS PETITION AND ANY ATTACHMENTS THEREOF BY U.S. MAIL TO THE FOLLOWING PARTIES AT THE BELOW LISTED ADDRESSES:

Judge Conner
Po Box 983
Harrisburg Pa 17108

Ms Mosley Esq.
Strawberry sq. 15 Fl
Harrisburg Pa. 17120

## VERIFICATION

I, THE UNDERSIGNED VERIFY THAT THE ABOVE STATEMENT IS TRUE AND CORRECT UNDER PENNELTY OF THE LAW

DATE 12-5-03

William Branch  CF-3756
P.O. BOX 256
Waymart Pa. 18472