*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*



**MARY E. D'ANDREA**
*Clerk of Court*

*(570) 207-5600  FAX (570) 207-5650*
*Internet address:* www.pamd.uscourts.gov

*Divisional Offices*

*Harrisburg: (717) 221-3920*
*Williamsport: (570) 323-6380*

December 11, 2003

Mr. William R. Branch
CF-3756
SCI-Waymart
P.O. Box 256
Waymart, PA 18472

    Re:  <u>Branch v. D.O.C. John Does, et al.</u>,
           Civil No. 1:CV-00-1728

Dear Mr. Branch:

    I am writing in response to your recent correspondence regarding the case referenced above. Enclosed for your information is a current docket sheet. Although there is usually a $.50 per page charge for copies, this copy is being provided to you on this one occasion free of charge.

                                       Sincerely,

                                       Lois A. Fuller
                                       Pro Se Writ Clerk

laf
Enclosure