In the United States Court
Of the middle District of Pennsylvania

Wm. Branch
    Plaintiff

vs.

Mr Russian, et. al.,
    Defendants

NO. 1: CV 00-1728

(Judge) Conner

FILED
HARRISBURG
DEC 23 2003
MARY E. D'ANDREA
Per _____ Deputy

## Motion to the Court for a Jury Trial

If it Please's the court here come's William Branch CF-3756 a inmate at SCI· Waymart asking this Honorable Court for a Jury Trial and informing the court that I have not Recieved all the orders issued by the Judge and I ask this Honorable court to check and get verification from the Prison that they delivered all my Legal mail in Particularlly those court orders "Dismissel" of my motions for Discovery and injunctions and motions to add defendants.

I believe that my motions to add defendants should have been Granted Based upon Federal Rules of Civil Procedure Rule #15 (d) Supplemental Pleading. as it pertains to Transactions or occurances or Events which happen since the Date of the Pleading Sought to be Supplemented. This may be Granted if the court deems it advisable.

I ask this Honorable court to Grant this motion and check on the misconducts of Those Responcible for getting your court orders as well as my mail to me

Respectfully

### Proof of Service

Judge Conner
Po Box 983
Harrisburg Pa 17108

Ms. Mosley Esq·
Strawberry Sq. 15 fl.
Harrisburg Pa. 17120

### Unsworn Decalration

I affirm that the above is True under Pennelty of the law

Date 12-15-03

William Branch CF-3756
Po Box 256
Waymart Pa 18472