United States District Court
of the Middle District of Pennsylvania

Wm. Branch,
    Plaintiff

    vs.

Mr. Russian, et. al,
    Defendants

No. 1: CV 00-1728

(Judge Conner)

FILED
HARRISBURG
DEC 23 2003
MARY E. D'ANDREA
Per _____ Deputy Clerk

Motion to Enlarge
Time for filing of motion
and Dispositions

If it please's the Court Here comes Wm Branch CF-3756 an inmate at SCI. Waymat asking this Honorable Court to Enlarge the time for filing motions and Disposition from Dec. 29, 2003 to Jan. 29, 2004.

As Defence counsel has been granted a continuance of May 20, 2004 and will not be injured nor will this Honorable Court, and this will Remove the burden placed upon me to prepare during the Holidays and the Law Library being closed

I Respectfully as this Honorable Court to Grant me This motion to ~~enlarge~~ enlarge the Time of filing all Dispositions and motions and Briefs.

Respectfully

Proof of Service

Judge Conner
Po Box 983
Harrisburg Pa. 17108

Ms Mosley esq
Strawberry sq. 15 FL
Harrisburg Pa. 17120

Unsworn Declaration

I affirm under penalty of the Law that the above is true.

Date 12-15-03

Wm Branch CF-3756
P.O. Box 256
Waymart Pa. 18472