IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **William Branch**<br>　　**Plaintiff**<br><br>v.<br><br>**CO Russian, et al.**<br>　　**Defendants** | :<br>:<br>: No. 1:CV 00-1728<br>:<br>:<br>: (Judge Conner)<br>:<br>: **ELECTRONICALLY FILED** |

## DEFENDANTS' MOTION FOR LEAVE
## TO FILE A BRIEF WHICH EXCEEDS FIFTEEN PAGES

Defendants, by their attorneys, hereby move the Court pursuant to M.D.L.R. 7.8 (b) for leave to file a brief which exceeds fifteen pages in the above-captioned case. In support of this motion, defendants state the following:

1. Pursuant to Court order, defendants filed a motion for summary judgment and supporting brief and materials on December 31, 2003. These documents were filed electronically.

2. Defendants' supporting brief is 22 pages in length.

3. The supporting brief was not completed until shortly before it was filed; therefore, counsel for the defendants did not realize until then that their brief would exceed fifteen (15) pages. Counsel was therefore unable to seek authorization pursuant to L.R. 7.8 in a timely fashion.

4, Defendants request leave to file their supporting brief of 22 pages.

WHEREFORE, defendants ask the Court to grant them leave to file the brief in support of their summary judgment of 22 pages.

                                                 **Respectfully submitted,**

                                                 **GERALD J. PAPPERT**
                                                 **Acting Attorney General**

                                 **By:**   **s/GWENDOLYN T. MOSLEY**
                                                 **GWENDOLYN T. MOSLEY**
                                                 **Senior Deputy Attorney General**

                                                 **SUSAN J. FORNEY**
                                                 **Chief Deputy Attorney General**
                                                 **Chief, Litigation Section**

**OFFICE OF ATTORNEY GENERAL**
**15th Floor, Strawberry Square**
**Harrisburg, PA   17120**
**717-787-8106**

**DATE:**     **January 5, 2004**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **William Branch** | : | |
| **Plaintiff** | : | |
| | : | No. 1:CV 00-1728 |
| v. | : | |
| | : | |
| **CO Russian, et al.** | : | (Judge Conner) |
| **Defendants** | : | |
| | : | ELECTRONICALLY FILED |

## CERTIFICATE OF SERVICE

I, **GWENDOLYN T. MOSLEY**, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on January 5, 2004, I caused to be served a true and correct copy of the foregoing document **Defendants' Motion for Leave to File a Brief Which Exceeds Fifteen Pages**, by depositing it in the United States mail, first-class postage prepaid to the following:

William Branch, CF-3756
SCI-Waymart
P.O. Box 256
Waymart, PA  18472

                                            s/GWENDOLYN T. MOSLEY
                                            **GWENDOLYN T. MOSLEY**
                                            **Senior Deputy Attorney General**