IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Branch<br>    Plaintiff | :<br>:<br>:   No. 1:CV 00-1728 |
| v. | :<br>: |
| CO Russian, et al.<br>    Defendants | :   (Judge Conner)<br>:<br>: |

## ORDER

And now, this _____ day of January, 2004, upon consideration of defendants' motion for leave to file a brief which exceeds fifteen (15) pages, the motion is hereby GRANTED. Defendants are hereby permitted to file the brief in support of their motion for summary judgment of 22 pages.

By the Court:

_____
Judge Conner