IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **William Branch**  :<br>     **Plaintiff**    :<br>                          :  No. 1:CV 00-1728<br>  **v.**                 :<br>                          :  (Judge Rambo)<br>**CO Russian, et al.**  :<br>     **Defendants**   :<br>                          : | |

### ORDER

AND NOW, this      day of         , 2004, upon consideration of defendants' motion for summary judgment and plaintiff's answer to it, the motion is hereby GRANTED. Summary judgment is granted in favor of defendants Martin Horn, Raymond Colleran, Julie Suchy, Barry Karwowski, Martin Walsh, William Gagas, Christina Wilbur, Wayne Gavin, Timothy Welling, Milton Friedman, Richard Russian, Carol Surace, Elaine Martin, Kim Griffiths, David Gorman, Neil Heffernan, Christopher Jones, Ronald Richards, Edward Burke, Emanuel Patterson and Joseph Scalzo and against plaintiff William Branch.

By the Court:

_____
**Judge Christopher Conner**