**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | |
| **Plaintiff** | : | **CIVIL NO. 1:CV-00-1728** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MR. RUSSIAN, et. al.,** | : | |
| **Defendants** | : | |
| | : | |

**ORDER**

AND NOW, THIS 7th DAY OF JANUARY, 2004, upon consideration of defendants' motion for leave to file a brief in excess of fifteen (15) pages, IT IS HEREBY ORDERED THAT said motion (Doc 128), is GRANTED. Defendants are permitted to file a twenty-two (22) page brief in support of their motion for summary judgment.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge