**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 7th day of January, 2004, upon consideration of plaintiff's motion for a jury trial (Doc. 124), and it appearing that the motion was not served on defendants within ten days after "service of the last pleading directed to such issue," see FED. R. CIV. P. 38, it is hereby ORDERED that the motion (Doc. 124) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge