# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 7th day of January, 2004, upon consideration of plaintiff's motion for an extension of time to file dispositive motions (Doc. 125), it is hereby ORDERED that the deadline for filing dispositive motions and supporting briefs in this case is extended to the close of the business day on **Friday, January 30, 2004**. All previous case management and scheduling orders remain in full force and effect except as modified herein.

                                                    S/ Christopher C. Conner  
                                                    CHRISTOPHER C. CONNER  
                                                    United States District Judge