**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 7th day of January, 2004, upon consideration of plaintiff's amended complaint (Doc. 118), and it appearing that a responsive pleading to the original complaint has previously been served and that plaintiff did not obtain leave of court or consent of defendants prior to filing the amended complaint, <u>see</u> F<small>ED</small>. R. C<small>IV</small>. P. 15(a), it is hereby ORDERED that the amended complaint (Doc. 118) is STRICKEN from the record. The Clerk of Court shall return the amended complaint (Doc. 118) to plaintiff but shall retain a copy of the document in the docket in the above-captioned case.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge