## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MR. RUSSIAN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 7th day of January, 2004, upon consideration of plaintiff's motion for discovery (Doc. 119), and it appearing that plaintiff may secure discovery through the methods outlined in the Federal Rules of Civil Procedure, it is hereby ORDERED that the motion (Doc. 119) is DENIED.  Plaintiff's request for interrogatories (Doc. 120) is DENIED as moot.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge