**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 7th day of January, 2004, upon consideration of plaintiff's motion to allow supplemental pleadings (Doc. 122), and it appearing that permitting a supplemental pleadings would unduly prejudice defendants, who have filed a motion for summary judgment with respect to plaintiff's claims, and would unduly delay trial, scheduled to commence on May 20, 2004, it is hereby ORDERED that the motion (Doc. 122) is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge