OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

January 9, 2004

FILED
SCRANTON

JAN 0 9 2004

PER _____
DEPUTY CLERK

Inmate Accounts
SCI Waymart
PO Box 256
Waymart, PA 18472

Re: CA 02-1248  00-1728-M.D.
    Branch v Does, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for William Branch CF-3756 indicates that Mr. Branch is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Administrator