COURT COPY

United States District Court
for the District Middle of Pennsylvania

Wm Branch,
   Plaintiff
vs
Mr Russian,
   Defendant

Civil Action No. 1:00-CV-1728

(Judge Conner)

FILED
HARRISBURG, PA
JAN 23 2004
MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

Motion for allowance of ~~appeal~~
Discovery or Compel Discovery

If it please's the court here comes Wm Branch -F3756 a inmate at SCI Waymart Praying This noble and august court will grant this motion to allow Discovery or compel Discovery.

Per Federal Rules of Civil Procedure 56(f) in order for me to show causal link I need this most Distinguish Tribunal to Grant this motion.

Respectfully

Proof of Service

Ms Mosky esq
Strawberry Sq 15 FL
Harrisburg Pa. 17120

Unsworn Declaration

I affirm under Penalty of the law that the above is true

Date 1-16-04

William Branch (F3756
Po Box 256
Waymart Pa 18472