Court copy

United States District Court
for the middle District of Pennsylvania

Wm. Branch, Plaintiff
vs.
Mr Russian, Defendant

Civil action No. 1:00 CV-00-1728
(Judge Conner)

FILED
HARRISBURG, P
JAN 23 2004
MARY E. D'ANDREA, Cl
Per _____ Deputy Clerk

Brief in Support of motion for Discovery or to Compel Discovery

If it please's the court inmate William Branch CF3756 humbly prays this august Tribunal, will grant this motion to allow Discovery or Compel the Defendants to provide me with information in their possession, per. Fed. Rules of Civil Procedure 26(A) 33(a)(b)(3) these rules call for the Defendants to cooperate with me in Discovery, Judge Rambo set 30 days to complete Discovery per Docket Sheet #64 entered 1-15-02, but to this day Defense has not cooperated nor objected to my motion for Discovery, I recieved one letter from Sear Sry. at D.O.C. but no answer in over 2 yrs It is inpermissble to grant summary judgement when there exist meritorious issue's Fed Rules Civil Procedure 56(f).

The defendants argue the C/O Russian was only doing his duty but he does not state that I had wrote request to staff prior to his issuing a misconduct an me, the request complained about his abuse of said Safety and Security checks I also wrote a grievance about said checks which staff never answered

Ms. Surace states she never retaliated against me a close check of misconducts written by her on me will reveal Two misconducts were issued # 295142 Dated 10-10-97 and # 990495 Dated 9-25-97 Both were up held

Page 2   Brief in support of motion for
The allowance of Discovery or to compel
Discovery

I was found Guilty and Removed from my Job, on misconduct 990495 I had asked Mr Friedman Mr Long and Ms Surace for Time off becouse I had a court date in Dist. court w/Judge Rambo first they Refused and I pressed the issue. So they agreed at the end of the 30 days all this happen. Ms Surace Retaliated against me and on the misconduct stated that She ordered me not to go to the Law Library, Capt Gavin okayed this misconduct, Hearing Examiner Welby lied on the Guilty Plea, I never Pleaded Guilty no Due Process. With each one of these defendants they have misstated what actually occured. I have been Physically attacked by Staff without any Provocation from me in fact the officer denied that anything happen I Reported the attack and was put in the Hold for 90 days, now these Doc. Employee's Look out for each other do you believe I Received a fair investigation at their hands, Their attitude is "what are you a Nigor Lover"
Respectfully I ask this Just Tribune to grant This motion for Discovery or to compel Discovery

Proof of Service

Ms Mosley esq.
Strawberry Sq 15FL
Harrisburg Pa 17120

unsworn Declaration
I affirm under Penalty of the Law that the above is true.

Date 1-16-04

William Branch  CF3756
P.O. Box 256
Waymart Pa 18472