United States District Court
of the Middle District of Pennsylvania

William Branch
                    Plaintiff

Vs.

MR Russian et. al.,
                    Defendants

Civil Action No. 1:CV-00-1728

(Judge Conner)

FILED
HARRISBURG

JAN 23 2004

MARY E. D'ANDREA, CLE
Per _____
       Deputy Clerk

Motion to the Court for the allows
of Supplemental Pleading

If it Please's the Court inmate William Branch CF3756
Prayes this august court will permit this humble inmate
to submit this Supplemental Pleading Per Rule 15(d) of federal
Rules of Civil Procedure.

the staff has attacked and harassed me these
Past three years Violating 42 USCA § 1997(d)
Retaliation is strickly Forbidden as it threatens those
who would exercise their Constitutional Rights

Therefore I Respectfully Request this noble
Court to Grant the motion

Proof of Service

Ms Mosley esq
Strawberry Sq 15 FL
Harrisburg Pa. 17120

Unsworn Declaration

I affirm under Penalty of the law that the above
is True.

Date  1-16-04

William Branch CF3756
Po Box 256
Waymart Pa. 18472