*court copy*

United States District Court
for the middle District of Pennsylvania

Wm Branch,
  Plaintiff

vs.

Mr Russian et.al.,
  Defendants

: Civil Action No. 1:00-CV-1728
:
: (Judge Conner)
:
:

## Brief in support to allow Supplemental Pleading

If it please's the court inmate William Branch CF3756 askes this noble and august court to allow this humble inmate to enter this supplemental Pleading on this Pending complaint.

In your order to deny my Supplemental Pleading you stated that it would unduly prejudice defendants.

Respectfully sir the Defendants have had this Pleading since 12-24-02 Per the date I signed and posted the amended complaint, I am only adding new Defendant the Practice the staff employees to force inmates to stop accessing the courts is still on going for three years. Rule 15(d) provides the means to do this, as I am asking this Honorable court to allow Discovery and Summary Judgement Should not be Granted untill Discovery is completed Per 3rd Circuit Gabriel St Surin. 21 f 3d. 1309 at 1314 (3rd cir. 1994) also Trial Date is 5 months away w/ 60 days for discovery there still remain's 90 days to prepare for trial.

For the Reasons stated I Respectfully Request this most noble court to Grant my motion to allow Supplemental Pleading. I affirm the above is true and that I have served Defendants w/a Copy under penalty of the law     Wm Branch CF 3756

Date 1-16-04   Ms Masley Esq, Strawberry    PO Box 256 + 1847 2
              Harrisburg PA 17120  1st Way

Name & No. CF3156 Black
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Legal Mail

**FILED**
HARRISBURG, PA
JAN 23 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

J. Conner
Po Box 983
Harrisburg Pa 17108

