United States Dist. Court
for the middle Dist. of Penna.

COURTS COPY

ORIGINAL    none to ct    Civil Action No. 1:CV-00-1728

William R. Branch,
Plaintiff

vs.

Mr. Russian, et. al.,
Defendant

(Judge Conner)

FILED
HARRISBURG, PA
JAN 2 3 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Motion to Deny Summary Judgement
OR a Stay in Proceedings OR a Continuance

Per Rules of federal Rules of Civil Proced-
ure *Rule 56(f), 26(a), 33(b)(3); 37.

If it's this most august court inmate CF-3756
William Branch Housed at SCi Waymart Prayes the
noble Judge Conner will Deny Defendants
motion for Summary Judgement. In that Pleadings
are not closed per court order Dated 1-7-04

As to genuine issue Defendants Concede in
their Brief in support of their motion for Summ-
ary Judgement, on Page 19, 20 that I have already
satisfied the first and Second Prongs of Rauser.

I can establish a causal Link between my
Protected activities and the adverse actions that
Defendants acknowledge in their statement of undis-
puted material facts. all I need is Discovery *an
my Supplemental Pleading, un the court well see
a pattern based on the timing of misconducts to
deny Paroles as well as Retaliate against inmates
Who Report their misConducts          Wm Branch CF-3756
Date 1-16-04    There fore I ask that summary  Pc Box 256
                Judgement Be Denied               Waymart Pa 18472

Motion To Deny Summary Judgement

## Proof of Service

Ms Mosely esq
Strawberry Sq 15 FL
Harrisburg Pa. 17120

J. Conner
Po Box 983
Harrisburg Pa 17108

## Verification

l affrim that the above is true under Penalty
of the Law

Date 1-16-04

William Branch CF3256
Po Box 256
Waymart Pa 18472