United States Dist. Court
for the middle Dist of Penna

William Branch, Plaintiff  :  Civil action No. 1:CV-00-1728

Vs.  :  (Judge Conner)

Mr Russian et. al., Defendant  :

Brief in Support of motion to Deny Summary Judgement

FILED
HARRISBURG, PA
JAN 2?
MARY E. D'ANDREA
Per_____ Deputy Clerk

If it Please's this Honorable and august Court Inmate CF-3756 Wm Branch Humbly Prayes this noble Court Deny Defendants motion for Summary Judgement. for the Reason Stated blow

1. There are material issues
2. it has been conceded by defence in their Brief
3. Rules of Federal Rules of Civil Procedure #56(f) Bar's the Granting of Summary Judgement until discovery is Completed
4. I can establish a causal link between my Protected activities and the adverse actions Taken against me by Staff
5. Timing: Farrell vs. Planters Life Savers Co. 206 F3d 271, 280 (3rd Cir 2000) (stating that Suggestive timing is Relevant to Causation in Retaliation case's) misconduct Written near Parole Hearing or Staffings for Parole or Raisels
I can Show that the defendant conspired to Punish me.

<u>Brief in Support of motion to Deny Summary Judgement</u>
<u>Woods v Smith 60 F 3d 1161 (5 CIR 1995)</u>

[6] Prison Law key 4(10.1), 13(4)
Prison officials may not Retaliate against or harass inmates for exercising Right of access to Courts or for complaining to supervisor about guards misconduct.

[8] Civil Law key 135  Prison disciplinary action motivated by Retaliation for Prisoner's exercise of constitutionally protected Right is actionable even if act, when taken for different Reason, might be Legitimate.

The defendants have already conceded in their support Brief for Summary Judgement that I have Satisfied the two prong's of Rouser Page 17-20 There for I will focus on the causal Link between his Protected activities and the adverse action.

What Russian does not say is that prior to his writing a misconduct alleging I threaten him I had spoken to Capt Griffin, I wrote a Request to Mr Friedman and to Supt Wakefield Dated 7-15-00 Ex AA-? and a Grievance Dated 7-20-00 which was (No # issued) Never answered I also wrote a second Grievance which they/staff did give me a number and answered while I was in the RHU, but they allow Mr Friedman to investigate my Grievance # WAM-0232-00. I charged Mr Friedman with Conspiracy and he Should not have been allowed to investigate himself (a Red light should go on) in each instance the Staff has used Klandestine tactics to deny me due Process

Brief in Support of Motion to deny Summary Judgement

and to Retaliate against me for exercising my First amendment to Redress the Government and Reporting their misconducts.

In this setting where the People I Report to (ask for Relief) don't want me to Report any misconducts [a person of sound mind would have dropped/stop any court action and Reporting any misconducts].

Brooks vs. Andolina 826 F.2d 1266 (3d Cir. 1987) Inmate who was sentenced in disciplinary proceeding to 30 days punitive Segregation for writing letter complaining that female Guard had searched one of his visitors in a very seductive manner brought § 1983 action against prison officials

Court of appeals held: disciplinary action taken against inmate violated his first amend, Fourteenth amend Rights.

Fed. Rules of Civil Procedure   Rule 56(f)

I have established w/ the help of the defence that there are material issues in my pleadings. a cause by which Relief may be Granted Therefore according to the 3rd Cir Appeal's Court Summary Judgement Should not be Granted untill Discovery has been completed

Citing: Gabriel St Surin vs. Virgin Islands Daily 21 F.3d 1309 at 1314 (3rd Cir. 1994).

Because I am in forma Pauperis I can not afford to copy and pay postage as the prison has systematically Kept my Pay at .19¢

Brief in support of motion to deny Summary Judgement

To hinder my access to court C/O Karwowski was my Block C/O and he Removed a inmate who cleaned the Bath Rooms at night and Refused to give me Razors at the 3 months interval as D.O.C. Policy States... I know I will not be able to meet all the files the court Requires Therefore I am asking this august court to apoint me counsel as the instant action is exceedingly complex and the Prison Law Library is Profoundly deficient to pursue this complex litigation in that a/ the Prison Law Library Restricts the Petitioners access to the Law Library, B/ the Prison Limits the time the Petitioner can utilize the Law Library c/ the materials in the Prison Law Library are incomplete ~~unusually~~ emanciated, emasculated, and consummately inadequate to pursue this intricate legal action

In light of the aforesaid Petitioner Respectfully Request this Honorable and august court to Grant the appointment of Counsel, Denial of Summary Judgement, a Stay or Deferement of action until such time Petitioner is Released from Prison at which time The Petitioner will Resume the action within 60 days

Proof of Service

Ms Mosely esq Deputy attorney General   Strawberry Sq 15Fl
harrisburg Pa 17120

Unsworn Declaration

I affirm under Penalty of the law that the above is true
Date 1-16-04

_[signature]_ CF-3256
P.O. Box 256
_[illegible]_ Pa 19472

Name & No. CF3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Legal mail

J. Conner
Po Box 983
Harrisburg Pa. 17108

FILED
HARRISBURG, PA
JAN 2 3 2004
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

