# united States District Court
# for the middle District of Pennsylvania

william R Branch
        Plaintiff

Vs.

MR Russian et aly,
        Defendants

**FILED** Civil Action No. 3CV00-1728
**HARRISBURG, PA**
        (Judge Conner)

FEB 3 2004

**MARY E. D'ANDREA, CLERK**
**Per** _____

Documents and Declaration of Brief
    in support of motion to deny Summery
        Judgement w/ Exhibits

Certified mail #
7002-1000-0005-3999
-2818

I william R Branch do hereby state under Penalty of PerJury that the following is true and correct and based upon my personal knowledge.

I have been a Inmate housed at S.C.I. waymart for all times Relevant to this Law suit.

all named defendants did conspire together to Violate my Constitutional Rights of due Process, Equal Protection, Freedom of Religion, access to court, Free -dom From Retaliation. 1, 8, /4 amend. 42 & 1994, 2000 (c.5.1983(A) USCA

Page 1

<u>Ms Julie Suchy</u>, has sworn under Penalty of PerjuRy That the following is True and correct, and she state Misconduct # 191014 is her Proof that she is telling the Truth. <u>I charge Ms Suchy with PerjuRy!</u>

A Reading of Misconduct # 191014 AA-5 state: " He told mason that I told him to do it" She also stated: " Inmate mason Took the Garbage out and later told me "Branch told him—l said (Ms. Suchy) to Do it." copy inclosed

in her Declaration she states: that I Gave inmate mason The option of performing another Task or taking out the garbage but, She is lying as to what happen on the misconduct, also She ~~lied~~ Lied on mr mason he never told her I said She said for him to do anything. See a signed statement by mr mason in Exhibits AA-5 inclosed P. 9,8 it was Pasted to the court. enclosed Please find a copy of misconduct" 191014 and P. 9 inmate masons sign and written in his own hand and Ms Suchy atest to the true of mason verison in her Decalration

Ms Suchy "Causal Link" is timing. this misconduct was timed * as I was coming up for Parole, I had filed a §1983 claim against a kitchen staff member Branch vs Faber ictore 1: cv-95-0751, and a check of my Parole dates will show the staff files misconducts against me around the time I come up for Parole in Retaliation for my accessing The courts and Reporting their Misconducts!

Ms Suchy and other Defendants conspired to Deny me Parole and to force me to drop my law suits. as well as intimidate a witness of the court.

She is not intitle to summary Judgement Per. Rauser 241 F 3d at 334 " <u>suggestive temporal proximity</u> "

*by Glokaewrski see: Misconduct #701497; date ?-?-? also written around the date of my next Parole Hearing Not inclosed Ran out of money

<u>Richard Russian</u>   C/o Russian is not telling the truth if I am allowed discovery of the misconducts that C/o Russian has issued during his tenure here at S.C.i waymart will Prove the type of C/o he Really is.

1. Russian has only written one misconduct against me

2. I had informed his Superior's about his violations of the safety and security checks see: Request to spt. colleran Dated 7-15-00 2 Pg. and a Grievance No # was issued and no answer, the Date of the Grievance was 7-20-00

* also see: motion to the united states court of appeals third circuit Dated 7-15-00 sending copy of Request slip to mr colleran and naming two inmate witness mr Blow & Mr Presser Both have been Released

The fact that I had contacted supt colleran and mr friedman, mr Gorman, cpt Griffin, is atested to in mr friedman's initial Review Response wam-0232-00 Dated 8-3-00 stating:

* you were told that your protesting about mr Russian Looking into you cabinet was far in excess of what is considered "normal" and Gave the impression that you were hiding something. this caused and investigation inspection! which Mr Friedman ordered * as I stated in my Grievance # wam-0232-00 Dated 8-3-00 on Page 5 of Exhibit AA-6

Request in Exhibit "inclosed" wam-0232-00 Pg.1 AA-6

along with talking under my clothes hinting that "inclosed" I was Gay to create a Rift between myself and other inmates in and atempt have them harass me as well demonstrating his sadistic charactor!

C/o Russian hold Black inmates in contempt and he was and is a willing co-conspirator in the staff's efforts to Deny me access to court, To Retaliate against me for so doing and Reporting their misconducts. I wish to state for the Record I have been in Prison for 7 yrs at the Time this all happen and untill C/o Russian came to

M-2 I never had a complaint about the safety and security checks c/o Russian not only through my personal property all over my area and told everone within ear sight what was in there but he also did it to other inmates to intimidate the entire Block To say " if you get on my bad side this could happen to you" but he picked on those who were Religiouse, Protestant + Muslim's.

at this time I had a Law suit pending against MR Fried man and other staff members CA #99-3507 M.D. civil action #1:cv-99-0670. Presently stayed in the Third circuit

The misconduct c/o Russian wrote was a complete Lye and it was done becouse it Reported is misconduct to his superiors, MR friedman knew the type of officer c/o Russian was and used him to Retaliate against me he set him on me like a hound to the prey, as state above c/o Russian was and is a willing Co-conspira-or.

The causal link between c/o Russian is that after I wrote him up w/ a Grievance and complained to his superiors he along with the Leading of MR fried man ordered and investigative Search ( which found nothing) and after I had open my Lock cabinet and c/o Russian Rifle: Rifled through my Personnel Property (which the DoC Policy states is not to be disturbed, nor was my Presents Asse necessarily, his calling me demonstrates his attitude and confirms my stating he said becouse he could. a Reading of said Policy D.O.C. Policy 203 will confirm This fact.

Copy Policy Page 5 (F) section inclosed. in Exhibit Grievance #wam-0232-00

C/o Russian has lyed about the misconduct he wrote and the Reason he wrote it " Suggestive Temporal Proximity " he has states that I spoke to him about about the policy but he does not say that PRIOR to The misconduct his SuperioRS Spoke to him about me Reporting his behavior, Calling his credibility into question. he does not state that inmates have Reported him also, C/o Russian Violated my 1 amendment Rights and he Retaliated against me because I Reported his misconduct and he has Lyed to this CourT he is guilty of PER JuRy

if I am Grant discovery it will show the heavy handed TReat ment of inmates by C/o Russian.

milton friedman  Should have Recused himself onces he
*Exhibt GRievance Read the *GRievance and saw his name mention calling
# wam-0232-00
Pg 5   into question his Focusing on what the DoC Policy Did not say Rather than the Retaliation of C/o Russian

This approach was designed to Justify C/o Russians actions. the due Process is not meet unless the Hearing is impartial, likewise the investigation must also be impartial, otherwise the Evidence ~~Rely~~ Relied upon To Justify the decision has to bee Thrown out.

MR FRiedman Knew he was violating my Rights but was deliberately indifferant, his motive was to allow C/o Russian enough time to complete his TasK in this over all conspiracy to Retaliate against me for my Civil action against them and my Reporting their misconducts.

I have been very active in the 7 years I was on M-2 and this was not to the staff's liking, the issues of a none smoking Block Being over a smoking Block and the smoke coming up through cracks and the vents along with many other issues I have addressed one of which lead to my filing a 42 USCA § 1983 naming MR friedman as a defendant, he told me: "unless you Do the s.o.p you will max out". this gives mr friedman a motive and "suggestive temporal proximity" thereby a causal link.

Friedman

MR friedman did not check the policy before the grievance he answered as he stated on Pg 2 of his Declaration #6 " In investigating the grievance, I Reviewed Administrative Directive 203 governing security inspections. #7. is a Lye this grievance was written 8-3-00 I was in the R.H.U per misconduct # *A151773 Dated 7-31-00 in #7 MR friedman states he then spoke with Branch and officer Russian, a conflict between c/o Russian and friedman who does not mention speaking with MR friedman.

*Exhibit Previously sent to the courts # AA6 2

if Russian or MR friedman acknowledge they spoke before I went to the Hole etc..... also I could not be moved from the side Room at this point, I am in the R.H.U, also when MR friedman and I did speak as I stated he was not aware of what a Safety and security check intailed yet he allow this c/o to continue on conducting them in violation of D.O.C. A.D 203. #10. MR friedman never watched c/o Russian conduct a safety and security check, even after the Supt told him to

Handle my First. and the statement of if I hear any more arguments from anyone in this Room I will move all of you, from Mr Friedman was not needed, at the time my Two cell mates were arguing. in fact I was not even in the Room I came up Later and I explained to him That it was them, he was adamant. so I asked to be moved out to avoid any misconduct becouse of Some one else's Lack of control. out in the dorm area C/o Russian acted up w/ the understanding he and Mr Friedman had of keeping the Pressure up on me.

The Causal Link with Mr Friedman is his ascribing To me a Trouble maker when at the Time I was not Causing Trouble and the memory Lapse as to the order of events and slothful Review of the initial Request and in failing To watch C/o Russian do a safety and Security check.

Mr Friedman stated that C/o Russian acted properly This is a "suggestive Temporal proximity"

C/o Russian checked my area Two Time's and he had me open my Lock yet he Mr Friedman ordered a investigation Search as stated in the ~~investigati~~ inital Review Response WAM-0232-00 included in C/o Russian Exhibits.

No one found any thing so I did not have anything To hide, so I was not acting or Giving the impression that I was hiding any thing. making this a Tromped up charge. I am not to be Retaliated against and Mr Friedman and C/o Russian had No Legitimate Reason for moving me from the Bottom Bunk To the Top Bunk

as he stated it was not to punish me but he does not state why he did it seeing I had Bottom Bunk Status from the medical Dept a check of my medical Records will attest to this, yet I was still moved and the inmate they moved in Snoored and I mean he Snoored so bad the ~~Cons~~ C/O did not want him near him but becouse this man was so unpleasent they put him under me in the second smalls Room with 2 other men if you Know anything about snoorers this man would Keep them from sleeping, but Mr friedman states I never did anything to Punish Mr Branch for sueing me Can he be Trusted?

Donald Fiske   I have nothing Bad to say about Bro fiske he is a Born again christian. nor do I feel mr Neil Heffernan did anything wrong. My Reason for naming Mr Heffernan is that the staff used his name on the document used to change my calories count and he stated that he did not order it* at the time I was in the Hole/RHU and Relates to the amount of food I Receive and the change would Reduce my food also my Bread was stepped on by the C/O's and my drinks were spit in the air condition was Kept so low my Bone's ached, now Remember I was in the RHU Becouse the C/O Russian said I threaten him and Raised my hand to strike him. the staff made every effort to make my stay as stressfull as Possible This shows a conspiracy the "Causal Link" and Retaliation by staff

*See: Request to Heffernan Dated 8-7-00 and Diet order form Dated 7-30-00 included in

Lt. Wellington was head of the R.H.U. during the time I was in the
R.H.U. at the time I was in the R.H.U. I had a criminal
appeal Found Pending as well as Civil complaints
I was deny denied pending injuctions and motions as well
as my Criminal actions. these facts are a matter of Public
Records. Case # and Courts   C.a. No. 99-3507
Comwealth Court 9304-4634   M.D. No: 1:CV-99-0670
                            Motion denied as moot sept 11,
                            2000 (injunctive Relief)

Letter Dated 9-9-00 To Superior Court on Green Paper becouse I
was not Given Proper Line White Paper, asking for the appointment
of Counsel motion was denied becouse I was not allowed the ~~help~~

*Grievance #
WAM-0 255-00
Not allowing
the help of another
inmate and
other staff members
who I contacted
inclosed*

help of * Request AA6 inclosed No money Joe King a⁴inmate same Status as myself being held
in the R.H.U. where the D.O.C. Policy clearly stated that 2
inmates could use the mini Law Library at the same time
See letter included and court order denying motion
for lack of showing a strong Prima facie Com.wealth
Vs. Branch in the Superior Court No. 2429 EDA 2000 C.P
Phila. County No. 90-04-4634-464 filed Oct 4,2000. Copy inclosed
Request Slip to PRC inclosed copy complaining about not Receiving
my legal material and not being allowed to attend mini Law
Library, the extreme cold along with other Problems medical
needs Knee Braces and my Knee's acheing from the cold
and they continue to keep it cold and Refused to give me
another Blanket or Grease and a Proper comb to maintain
my Religious Based uncut hair ( nazarite ) which must
be well Kept (''combed and cleaned and Greased'')
other wise it will fall out and Violate my Belief.
        Exhibit AA-6 I had my legal Papers w/ held from me
Not/sent Page 5 *on Request Exhibit Date 8-9-00 I was placed in
     5B The R.H.U. 27th they kept my Papers

<u>Lt wellington</u>    had my legal Papers for over 30 days  then they turned up stating they were Placed in another area and they just found them. My Request was answer 8-22-00 Pg 4 <u>AA-6</u> Grievance dated 9-05-00 Returned telling me to write Lt. Wellington. During all this time I had legal motions pending and the appeal of my crimnial conviction was in Process.

    On 07-05-1996 my legal papers were mailed out, without my permission see Exhibit AA-13. Pg 7. I Bring this to the courts attention to show a pattern of Past violations

    I was told I had to mail out my property I packed my Property, But I did Not Put any legal work in what I Packed

I was in the middle district court  CV-1: CV-95-0751 Branch Vs Faberictore.

    The staff put my legal work in my property To be mailed out I wrote a Request asking them not to mail it out Before it went out but they mailed it out any way I was Put in the hold for stopping a fight and let out the same night but while I was in the RHU. They made me mail out my Property Lt Griffin now Capt got me out, Looking back I believe he is a Team player

    Lt Wellington balled up <u>Request</u> (Stamp Dated 8-3-00 from supt collerans office and it was Returned to me on 8-15-00) sent to court and threaten me To stop Reporting his staff To the supt. or he would stop being nice "<u>Causal link</u>"

    To this officer I hold out a olive Branch If he will admit his wrong doing and cooperate with this court, I will ask this Noble court To grant him amnesty on Prejury and Prejury carrres Time in Jail. I will be asking for No Jail Time

FOR Lt Wellington    and it's protection and confidential PROtection
The only one's to Know of this proposition is ms mosley esq
and the court unless the staff opens my mail to the
courts.

in any event I fill Lt wellington should be
informed of this proposal. as the courts already
have this Request and if this august court turns
it over to the F.B.I I am confident that a palm
print will be present and prove in what manner
Lt wellington handle this Request slip. Exhibit AA-3 Docket
# 37 10/10/01 also his statement of ("if you Do not stop Reporting my
staff I will stop being nice") qualifies as causal link
"Suggestive temporal proximity"

C/O Karwowski   starts his Declaration Prejuring himself there
is no Top Bunk on F-2 in Cube #1. in that cube #1 I was
in a bottom bunk, I put in a Request to be moved and C/O
Karwowski denied the move Knowing the type of inmate
housed next to me MR Pennington who latter on went
to the RHU for exposing himself to the Lady C/O at
night MS. P.   MR Pennington is a muslim and I am a Christian
and when I Tried to pray he would start saying I need
Some womb or I want some Guts. I wrate ms martin
3 Request and I spoke directly to her about this problem
See AA-10 2 Pgs. dated 11/26/00 & 11/27/00.
C/O Russian delayed moving me Hoping I would be beat up.
When he did move me it was to a Top Bunk after allowing
Several Lower Bunks to be Filled as they became open.
I was moved by C/O Karwowski but to a Top Bunk

c/o KARwowski    and at this time I had a Bottom bunk Status in fact the medical Dept had given me this Status on M-2 because of my Knees still MR Friedman and c/o Karwowski and the c/o on D-2 Put me on a Top Bunk as well as C-1. a check of the control Records of inmate Beding will show that the staff was deliberatly indifferant to my medical needs Placeing me in a position where I could be hurt.

About 3 oR 4 weeks Later I was moved again this Time To a Lower Bunk in a cRamped aRea c/o Karwowski moved a man out of the cRamped area to a bed with more Room and put me in that cRamped aRea. Latter on I asked him to move me to a bed with more space he Refused and he kept me in that Bed for over a year moving other inmate as they asked him a Review of the Records will show this.

Along with this move c/o Karwowski had Placed me next to a N.O.I muslim who hated People with long hair he had a Z code because he had Beat his cell mate up Before because he had a afro and the hair kept sticking To the wall. This Happen at another PRISON.

c/o Karwowski has being violating my civil Rights for over three years. He wRote me up stating I was not sitting up for count when I was I had three witness who testified at the Hearing, yet I was found Guilty "Go figure" See: Exhibit AA-8 mailed to couRt NoT to ms mosley one c/o counted me on 11-17-01 I was sitting up c/o Karwowski Passed this same c/o at my dorm aRea and yelled sit up BRanch then wRote me up Please Note the PRC membeRs on Pg. 5 of

C/O Karwowski Exhibit AA-8 MR Friedman! How fair can he be? Misconduct #627233 10 Pages, after I was found Guilty C/O Karwowski said: "you are sitting when I say you are sitting" implying that I may have been sitting, but if he said I was not then I was not. "Go figure". The other C/O who counted me was C/O Muir. and conspired with C/O Karwowski by not stating the Truth we Live in a dorm area, a officer can see all inmate on their Bunks C/O Muir in Passing could have asked me to sit for count by him not asking me means I was sitting for count. My Knowing C/O Karwowski did not Like me and that he would be Looking for any chance to write me up. Common sence would Lead me to be sitting properly, his impatients Lead him to fabricate this misconduct in a effort to Retaliate against me. Exhibit AA-8 Misconduct #627233 has already been Posted with the court Per Docket sheet # 62 Date 1-14-02.

Not Posted to anyone No money

C/O Karwowski also openned my mail and Read it See: Grievance # ~~Misconduct~~ Wam-12215 also used foul Langue calling me a asshole and denied that he did it and Exhibit AA-4 Posted to court not MS Mosley Grievance# WAM-149-01 and witness statement by Charles Davis DW 8054 in his own hand writing and Return of inmates Grievance by Supt. Colleran where a staff member I Believe C/O Karwowski wrote WAAAA! becouse it was un stapled. Please not that C/O Karwowski had whitten me up on 7-9-01 but I was not Given a Hear it went to informal Resolution, This angered him prompting his utterance:" Come up here you asshole" The write up also comes at a time of my

Page 13

C/O Karwowski of my Parole Interview, there by Giving Rise to C/O karwowski filing this false misconduct to Retaliate against me for Reporting his Passed misconducts and my filing a § 1983 complaints against Staff and C/O Karwowski. I wish to inform the court that supt Colleran fails to answer Grievances or his Staff does not deliver them to him and any event this amounts To Conspiracy! a ~~convient~~ convenient mishap. C/O Karwowski used the quatars card to support his action I had 7 yrs in this Prison Prior to C/O Russians Lye that I threaten him and I only had about 3 quator cards infact the Prison had to Remove most of what a Block C/O had written about me on the quator cards becouse he had wrote next to my name "Religious fucker" on A-3 Block I informed the Courts in 1: CV-95-0751 MD Branch vs. faberictore. and he use's other C/O's I help C/O Sawchuck worked the block F-2 one day when I was on the top Bunk he insisted that he make a entry he Latter told me Mr Branch I never had a problem with you C/O Karwowski does not Like you! "Casual Link" Misconducts written around the time of Parole hearings and other adverse action Taken against C/O Karwowski as well as statements uttered by him met the Third Prong ~~Requiared~~ Required in Rousner "Suggestive Temporal proximity" I was on F-2 for three years and this C/O had a field day mistreating me.

C/O KARWOWSKI: GRIEVANCE # 21373 + 21394 is about The staff harassed me about getting my Deit Food and going to church. I was Given Permission by one officer to go to diet Line when it was closed I was told to go To ~~diet~~ to the main Kitchen to get my Diet bag and to eat in another Dinning Hall by staff. these staff I am complaining about ~~who~~ wanted me to miss the meal Know I am Diabetis / I have sugar Diabetes and Hi Blood Pressure they were Trying To Kill me with these threates to Put me in the RHU and constant Pressure.

C/O Karwowski not only harassed me he placed me in three Hostle positions, with mr Pennington over mr Hodges who beat mr Wembely up with a Lock in his hand and kept telling me "why don't you move" he would come to his bed and throw his books or whatever he had at the wall (to make me afraid.) and finnally beside mr James Bond a N.O.I. muslim who had a Z code ~~status~~ status, as well as Tell other staff members to write me up. and being Threaten with what the staff Terms "Put on the Bus" if I didn't stop writing up staff and filing Law Suits. This Term means, I would be Transferred and When I Reached one Prison I would be Transferred again and this would con~~tinue~~ over and over No end.

"Suggestive Temporal Proximity"

C/O Karwowski and his conspirators did this to Punish me ~~and~~ in Retaliation for my exercising my Constitutional Rights and Reporting their Misconducts and accessing the courts.

C/O KARNOWSKI and his co-conspirators attacked my Religious freedom by seting Rules for attending Service that violated the Prison Policy to Leave for Service's, Choir Practice, and Bible Study See: Grievance #WAM 13578 where the Zone Sgt Shariest (the one with the Longer Strips) and C/O Bikos came to bible study and Removed me Stating I told you you could not Go. I came to the Desk at about 6:12 PM the call out was for 6:10 he stated I had to be there 5 mins before 6:10 the Prison Policy is if the class is for 6:10 you have to 6:20 to Leave or there about I was well within this Range See: inmate Warren Myers EG5427 statement attached in his own hand writting

I was denied to Practice my faith by these conspirator Per the ~~note to~~ notation on the Block ~~tale~~ C/O Pad as the Linking [Nexus] Citing : Woods Vs. Smith 60 F3d 1161 (1995th) Civil Law Key 135 Prison disciplinary action motivated by Retaliation for Prisoner's exercise of constitutionally Protected Rights is action able even if act, when taken for different Reason, might be Legitimate.

All these action were motivated to Retaliate against me and deny me due Process

---

**Chaplan Gagas** in view of Gagas Statements I now Request Legal fee's as well as damages I have Requested becouse the Policy Employed by the D.O.C. Violate the Expressed ~~Deff~~ Definition Congress has stated in 42 U.S.C.A 2000 e.e. 5. (7)(A) That the Exercise of Religion under the 1 amendment now means [any] Exercise of Religion [W]hether or not compelled or Central to a system of

<u>Chaplin Gagas</u>  Religious belief. Plain Language

a inmate come's to Prison studing the bible Receives a Revelation from God about Numbers 6:1-21 old Testament of the Holy bible this was Practice by Paul and members of the Early church Put themselves under a vow To God Acts 18:18 Paul cuts his hair at the end of his vow Acts 21-26 Paul pays for these men who were under a vow and he took them to the Temple to Purify himself with them to Let all know that when the days of the vow were complete they would bring a offering for each man.

Based upon this the bible supports a man Putting himself or a woman under a vow to God Romans 12:1,2 Tells us to submitt ourselves as Living Sacrifices Holy and acceptable unto God which is your Reasonable Service

My life I live in a deep Relation ship with God I for sake ~~world~~ worldly ways I crucified my carnal ways, what so ever is pure and true those things I meditate on. Now whether this is a central tenant or not it does not matter, it is scriptual and I Believe it, and Practices it. the dept of Correction can not Require any one To prove what they believed Before they came To prison in order to Recieve and Exemption. Logic Prison Brings about change a man comes into Prison Believing one thing thru studying and attending church as he draws near to God. I teach bible study Here at SCi waymart on monday for Second Chance ministry Rev Tom Duggan PO Box 3275 steranton Pa. 18505. Conversion is part of Religion

Page 17

Chaplin Gagas and the D.O.C. in their Policy has not allowed for that Pastor Gagas has not Listen to God But has ~~Rely~~ Relied on the D.O.C. Policy because he does not wish to Lose his Job Thereby he has Violated my Constitutional Rights of Freedom of Religion by his own words he use's the policy at #7 of his Declaration that an exemption Require's a inmate To Provide ~~an inmate~~ in addition to the Request a a Letter or Certification from the out side / a Group from the outside. Congress has stated that my beliefs do not have to be held by anyone in my church. I am an ordained minister of the Universal Life church See: United States Dist Court of eastern Dist California Universal Life church Vs. United States of america Civil No. S-1954   order Dist Judge James f Battin Neither this court nor any Branch of this Government Will consider the merits or fallacies of a Religion. nor compare the Beliefs, dogmas, and Practice of newly organized Religion with older more Establish Religion etc.....

it's so order that plaintiffs be and is entitled To Federal Tax exemption etc.... See Exhibits AA1 based upon the fact that I am a ordained minister in a Reconized church I am best able to say what I Believe and Receive and exemption as this has happen since I came to prison.

That being said Pastor Gagas is also a Conspiritor To Relaliate against me for exercising my Constitutional Rights and he has violated my Equal Protection Rights by taking my

chaplin GaGas Name off the call out for choir and he has left other inmates names on the call out who have gone to the Hole as well as inmates who ~~are~~ No Longer serve in that office MR Perez, MR Henry, MR White was in the Hole MR Brynn ~~Griffin~~, MR Evans, M Wesley all these inmates do not function in these capacity yet he has not Removed their names demonstrating his alliance with the staff To Punish me foR Reporting his Misconducts and Retaliate against me foR exercising my ~~constitutional~~ constitutional Rights of freedom of Religion, as a nazarite my hair was not to be cut I approached Pastor Gagas and asked him to help me deal with capt. Gavin untill I could Recieve and Exemption he told me I am to ~~business~~ busy, I said they are going to force me to cut my Hair on monday he said I cannot be ~~bro~~ bothered with that now and walked of. he did not say see me after church or I will call you down in the morning or I'll call capt. Gavin and ask him to give me more Time untill he Looked into my issue, he states he Knows the Policy, them at the time of our conversion he Knew this was a issue dealing with my Belief and a violation of my constitutional Rights.

chaplin Gagas is Prejudice toward my nazarite Belief and inmates with Long HaiR his Belief aRe you don't need Long hair to worship God, he has a Right To his beliefs, but when he allows his Belief to pRevent him fRom PRotecting my constitutional Right to FReedom of Exercising my faith, he is lieable To me!

<u>chaplin Gagas</u>   the next Day my hair was cut. I was brought a Pass after I spoke with MR Burk counselor on c-l who would not allow me more Time nor would he allow me to contact chaplin Gagas the fix was in they had all talked about this and formulated a plain Conspiracy to violate my First amendment Rights C my hair was not down over my Collar it was Braded up and my beard was Rolled up under my chin there was no Security issue only that they did not Like the way I looked.

I am not on the callout yet <u>see</u> Exhibit AA-1 Request asking chaplin Gagas To put me on the call and To consider me to be minister of musice. Dated 1-07-04 to this Date I am still not on the call out this come on the heal of a notice to him that the Trail is about to be held This is not the only time he has Retaliated against me by taking my name of the call out for Choir Practice Choir Practice and worshipping God are the ways in which I show my devotion to him a Part of my Beliefs. as well as taking a show before going to church the Prison does not allow inmates to show before 8:30 AM on Saturday I am on the Catholic Choir also and the Choir is called out at 8:00 I asked the Block c/o MR Gowatt to allow me to Show he and Capt Griffin said no, contact the major.

I point this out to show that in light of the facts of inmate argueing and being Granted this Religious exercise the staff still applies this benefit by allowing the c/o on each Block to say yes or no this Policy also must

Page 20

<u>Chaplin GaGas</u> be change and I ask the court To Grant legal fee's as Relief for helping the Doc. to better protect the constitutional Rights of inmates "causal link" Pastor GaGas by his own word affimed that he was familiar with the D.O.C Policy of inmates Grooming Policy as it Relates to Freedom of Religion in light of this § 42 U.S.C.A 2000 cc 5. (7) (A) copy inclosed stating That any belief [W]hether or Not Central to the Religion is covered by the Term Freedom of Religion as stated in the First amendment! Chaplin Gagas also stated: "That No where in the bible does it (state) basis Not to Cut his hair" see: Page 3 of Gagas Declaration in Documents in support of Defendant's motion for Summary Judgement. The bible at Numbers Six chapter fifth verse:" all the days of the vow of his seperation there shall <u>"No Razor"</u> come upon his head ___ he shall be Holy and shall Let the Locks of the hair of his Head GROW. Pastor Gagas his Prejuried himself! demonstrating a conspiracy with the staff to punish me and put me in the RHU by writting a misconduct for me exercising myFreedom Religion Right. 429 U.S. 274 1977 a Plaintiff Bears the Burden of Proving That his Protected constitutional Conduct was a substantial or motivating factor for the decison to discipline him. the D.O.C trained Chaplin Gagas to handle This type of issue he gave his input and they Gave theirs, using the Policy to accomplish the Prejudice Regardles of know Law stating that hair pulled Back and Tied up possess No security Risk

claimant's use or development of land (including a structure affixed to land), if the claimant has an ownership, leasehold, easement, servitude, or other property interest in the regulated land or a contract or option to acquire such an interest.

### (6) Program or activity

The term "program or activity" means all of the operations of any entity as described in paragraph (1) or (2) of section 2000d–4a of this title.

### (7) Religious exercise

#### (A) In general

The term "religious exercise" includes any exercise of religion, whether or not compelled by, or central to, a system of religious belief.

#### (B) Rule

The use, building, or conversion of real property for the purpose of religious exercise shall be considered to be religious exercise of the person or entity that uses or intends to use the property for that purpose.

(Pub.L. 106–274, § 8, Sept. 22, 2000, 114 Stat. 806.)

### HISTORICAL AND STATUTORY NOTES

**References in Text**
This chapter, referred to in text, was in the original "this Act", meaning Pub.L. 106–274, Sept. 22, 2000, 114 Stat. 803, knows as the Religious Land Use and Institutionalized Persons Act of 2000, which enacted this chapter and amended sections 1988, 2000bb–2, and 20000bb–3 of this title. See Tables for complete classification.

### LIBRARY REFERENCES

**American Digest System**
    Constitutional Law ⟺84.1.
    Key Number System Topic No. 92.

**Encyclopedias**
    45C Am. Jur. 2d Job Discrimination §§ 2546, 2547, 2680.
    60 Am. Jur. 2d Penal and Correctional Institutions § 122.

### WESTLAW ELECTRONIC RESEARCH

See WESTLAW guide following the Explanation pages of this volume.

### Notes of Decisions

Exercise of religion  1
Land use regulation  2

**1. Exercise of religion**
Determination that individuals describing themselves as evangelical Christians were not substantially burdened in exercise of their religion by National Park Service regulations prohibiting sale of message-bearing t-shirts on National Mall, and thus that their rights under Religious Freedom Restoration Act

Page 21

<u>Chaplin Gagas</u>    <u>Citing:</u>  <u>BenJamin V. Coughlin</u>
905 F2d 571 at 577 (2 CIR 1990) Cert denied
498 U.S. 951 (1990)    Stating there exists an
alternative means of accommodating Plaintiffs
Religious Rights without underminding the
Legitimate Penological interests.

Per: Capt. Gavin's Declaration Pg.3 #9 states the
Penological interest all of these being address
by the courts and as stated above there are
alternative means that exist that will not undermind
the Legitimate Pendogical interests, this is the
Law of the Land as the United states Supreme
court has denied cert. in 1990 10yrs before
this alleged violation of DC-ADm 807. an
infringe ment of a inmates Rdigious Rights is
allowed if ~~there~~ it serve's a Legitimate Pendogical
interest. as stated above there exist alternative
means to accommodate Plaintiffs Religious Rights
    In light of this and Pastor Gagas statement
I don't have time of that and MR Burke calling the
c/o to write me a pass to Go to the ~~Barbers~~
Barber Shop and his stating that the Bible does
not support me not cutting my hair and capt Gavin
Threatening me, to write a misconduct and Putting
me in the RHU Cas I was Just Released for
c/o Russians misconduct and the fact that he

## F. Food Service

All inmates who are assigned to work in Food Service shall adhere to Department policy **DC-ADM 610, "Food Service"** regarding sanitation and hygiene during working hours. Inmates with a hair exemption shall be required to secure their hair and wear the appropriate headwear during working hours. All religious headgear must be kept clean and completely covered by a hair restraint approved for use in Food Service.

## G. Accommodations[3]

1. Special foods and diets may be provided as required for the celebration of major religious holidays consistent with established Department of Corrections policy. Otherwise, food preparation shall conform to Department policy **DC-ADM 610, "Food Services."**

2. A request for a religious accommodation that is not covered elsewhere in Department policy shall be made as follows:

   a. Each inmate must use a **DC-52, Inmate Religious Accommodation Request Form (See Attachment A)** to submit his/her request for accommodation to the FCPD.

   b. In cases of an inmate request for an exemption from Department policy **DC-ADM 807, "Inmate Grooming and Barber/Cosmetology,"** the inmate must submit a **DC-52** within 15 working days of receiving the order to cut his hair. If no **DC-52** is submitted within 15 working days of the initial order to cut his hair or no religious accommodation is claimed, the inmate shall be subject to discipline in accordance with Department policy **DC-ADM 801, "Inmate Discipline."**

   c. The inmate shall obtain written information from his/her outside faith group, including any publications that describe the goals, beliefs, and practices of the group and supply this information to the FCPD for review.

   d. The Religious Accommodation Review Committee shall review each inmate's request for a religious accommodation within 45 days of receipt and forward a recommendation to the affected Regional Deputy Secretary.

   e. The Regional Deputy Secretary shall, within 15 days of receiving the recommendation from the Director of the Bureau of Inmate Services/designee, approve/disapprove the request and notify the Director of the Bureau of Inmate Services of the decision.

   f. The Director, Bureau of Inmate Services shall, within 10 days, inform the Facility Manager and the FCPD of the requesting facility of the determination and ensure copies of all final determinations are provided to all Deputy Secretaries and Facility Managers. The FCPD shall be responsible for

[3] 3-4459, 1-ABC-5F-06

Page 22

<u>Chaplin GaGas</u>  Capt. Gavin and Deputy Shemo
moved me back to the Block after I was forced
To cut my hair. Came to the Block to Gloat
about having me cut my hair (We can do whatever
we want to you and no body can stop us).

    a deliberate in differance to my Constitutional
Rights a violation of Established Law, Placing
me on a top Bunk on C-1 with inmates who smoke
    Knowing I don't smoke M-2 is a none smoking
Block and I had Bottom Bunk Status Pre medical
Dept up Rooting me from one Block to another
moving me after threaten me if anyone in this Room
argue's I will move everyone when I was not even
in the Room etc...... demonstrates the
    "~~a~~ "Suggestive Temporal Proximity"
The D.O.C has changed their Policy and allows
15 days to get a exemption for your Hair but
as I stated above it does not allow for a Revelation
from God bring about a ~~Converison~~ Conversion
by a inmate to this end I am Requesting Legal
Fee's as well for Show the necessity of a Policy
Change ~~of~~ along with other Damages Previously
outlined.


<u>Capt. Wayne Gavin</u>
    Capt Gavin Gives the Court a clear and
Ponderable statement in his Declaration on

Page 23

<u>Capt Wayne Gavin</u>    Page 2 #7 "I do not afford them the opportunity to disRegard my my diRection and then Request a Religious exemption."

This state is contRARY to D.O.C Policy 819 Pg.8 G.2.b. which PRovides a 15 day grace period before a inmate can be foRced to get his hair exemption DCADM 819 G.2.b. What he goes on to say is equally (I conoslast) Revealing "I have neveR inteR feRed with Branch's efforts to apply foR oR Receive a Religious exemption fRom the hair cutting RequiRements of DC-ADm 807."

I asked him foR time to get the exemption by his own mouth he stated above I do not affoRd them the opportunity also the fact that they Rushed me to get the hair cut (MR BuRke, c/o SheRman, Lt PatteRson, PastoR Gagas Being to Busy, Just as I needed the exemption) this also show's a conspiRacy To Violate my FReedom of Religion Rights

Capt Gavin name appeaRs on many of my misconducts that Violate my constitutional Rights, Ms SuRace fiReRing me foR Going to the Law LibRaRy. He should not have authoRized that misconduct, he also held oveR misconducts The should go to infoRmal Resolution foR HeaRing aRound the time of PaRole and to put me in

Page 24

Capt Gavin for Reporting misconducts of staff and accessing the court, the sgt who wrote misconduct #627263* Sgt mc andrew I had Reported him for abuse he punched and Pushed me for no Reason, the staff said I was Lieing and Put me in the RHU for 90 days I filed a amend&1983 complaint at the time, Sgt mc andrew filed this misconduct which should not have been filed NoR Authorized by capt. Gavin a confication slip should have been written and the piece of wire taken I had put the wire in the Trash can

I am still Pleading w/ the court to allow me supplemental pleading this will further show the abuse's of the staff against me and the Length of their conspiracy. I know PRison is not Home sweet home, I only wanted to do my Time and Go home but the staff wanted to make me suffer and the did for 11 yrs but along the way the violated my constitutional Rights and when I Reported them Rather than back up the got more aggrieve in the hope that I would dRop my complaints.

"Causal link" Capt Gavin and Deputy Shemo his superior moving me to M-2 and Gloating of my hair being cut and Capt. Gavin incouraging his staff to write me up and his authorizing these false and questionable misconduct demonstrates the "Suggestive Temporal Proximity" I have

*also see:
GRIevance #
232251 approval
By capt Gavin
a write up for
Report-ing the
abuse of sgt.
McandRews
Date 6-16-03
against me

Page 25

Capt Gavin    over Heard the Capts telling C/O
Karwowski, C/O Gowatt, and other staff members
To watch my ever move and write me up for
all violations that they will okay them!
the C/O's often call them before they write a mis-
conduct on me So if a misconduct violates a
constitutional Right they have conspiried with
that C/O. Mailing out my mail without my Permission
Exhibit AA-2 Miscounduct #990495 dated 09-25-1997
Page 5 and misconduct #295142 dated 10-10-1997 Same
Exhibit. Page 6 Centered around legal Paper stated above
I had a law Suit Pending and a appeal for my
criminal conviction, This is a ~~substantial~~ substantial
Burden on my access to court, thereby denying me
due Process. also See AA-13 Pg. 7 Dated 07-05-1996
The Response was Dated 07-08-1996 the Staff
intentionally waited until they had mailed out my legal
Papers before Responding.

Martin Walsh    Mr Walsh has the charge of Education and
the law Library. he has allowed the most Strictes
Rules possible in allow inmates to access the law library
thereby hindering my access to the courts and frustrate
my Pleading to the courts awell as my Research ing case
Law. These are substantial hinderance's and thereby they
deny me due Process. he and his staff have Retaliated
against me for Reporting their misconducts and

Page 26

<u>Martin Walsh</u>   the misconducts of other staff member and filing § 1983's against the D.O.C.. they also Retaliated against me for exercising my Freedom of Religion by dropping me from night School ( <u>ms wilbur</u> ) who change the days of the class so there was no class on wednesday, but Refused to allow me to attend stateing: " because you open your mouth to fast" as I had stated "I Belief that choir practice is a part of my Religion and that I have made a vow with God, and in order To keep my vow I have to attend choir practice"

also the school had been allowing other inmate to attend choir practice (inmate ayers, weldon DM 9082) was on the choir and was allowed to go to practice! But I was not allowed. <u>See</u>: Exhibit AA-7 & 428 2000 CC.S. 7A

the staff stated that they do not consider choir practice Religious exercise, this stated in his Declaration Pg. 2 #5 and by MS wilbur in her Declaration Pg. 1 #3 . this was don't to Retaliate against me for accessing the courts and to force me To withdraw my law suit, as well as limit ability to pay court cost, make copies, pay postage, these are major issues as I was being payed to attend class and at the time I was going to class 4 nights a week not two as ms wilbur states. I would point out that I already had my G.E.D. I got it the first Time I took the test with a score of 292 ~~there~~

Page 27

<u>Martin Walsh</u> Third in my class in 1995 or 94
I was in class in order to attend the Typing
class a class that would have helped me plead
my cases better and the this date I have not
been allowed to enter a Typing class or computer
class. I have tried Two other English class's to
Raise my understanding of Punctation Punctuation
and Grammer I finish one class doing very well
I was Told I need a Second sum term and I did
When I spoke with mr Orr about Typing Class he
told me I need a Test and the the teacher should
have Tested me. at this time the D.O.C. had mandated
all inmates had to bring up their Reading and as
I already had my G.E.D I was not allowed to enter
the next class. I have Spoken To mr Orr in Passing
and he has state that there is no Room. other
inmates were allow to Stay. This all was done
in Retaliation for acceing accessing the Courts and
for Reporting Misconduct by staff, the staff entered
into a conspiracy to deny me Equal Protection and
access to court and to Retaliate against. and the
Violated my Right to Exercise my Religion (Iconoslast)
   becouse I am a Nazarite and Wear my hair long and
Exercise my Freedom of Religion and access the Court
They want to Punish me and deny me the Benefits the
Constitution of America Provide's us all.
   the next Point Mr Walsh is head of the

Page 28

<u>Martin Walsh</u> Library, Employed under him are Ms Derrick and Ms Colachina. They have taken Books and Put them in Ms Derricks office and have not Listed them and Placed the List out in the Law Library So inmate can ask for them. they have Played with My Request slips To attend the Law Library they have held up my Request and said the Just Recieve it to Late for me To be Put on the call out Sheet, they have Placed me on Stand by and called me down with 1/2 hour to Research. the copier has been down for months on end.

 MS Derrick has attempted to cause me To be beat up by Shouting out Loudly what my charges are for being in Prison. in Retaliation for my accessing the Court against Staff and my Religious Belief and for writting her up. See. Exhibit AA-16

The Law Library is a Substantual Element in my access to the Courts, Ms Derrick, Mr Walsh, Ms Colachina, have all hindered my access to Court by these acts and others <u>see:</u> Grievance # 18763 although she did not State what I was here for She accused me of a Sexual crime give other inmate's the impression that I am a Sex offender, to show a Conspiracy when I spoke to Mr MC Donnell my counsel, he told me he told her what I was in prison for and that she as a Staff member was intitle to have that information

Page 29

<u>Mr Walsh</u>  So when she asked me why I need information about Computer Generated imageing, she knew already and her talking out loud like that was well planed because Mr Mc Donnell said thats not what you are here for are you!

"<u>Causal link</u>". Ms Derrick is a conspirator with Mr McDonnell and Staff to Retaliate against me for exercising my ~~Constitution~~ constitutional Right of accessing the Courts and Reporting mis-conducts by her and Staff.

"Suggestive Temporal Proximity"


<u>Carol Surace</u>

Retaliated against me because I had a court date and got ~~Premmission~~ Permission from Mr Friedman my counselor Mr Long I spoke with Ms Surace, She said you will not be Payed.

at the end of the 30 days I tried to Return to work Ms Surace called the Block spoke to C/o obelenus who placed it in the log Book that I had been Layed in!

I never Pleaded Guilty yet the Hearing Examiner Said I did why would I do that Knowing I was not Guilty. Mr Welby did to me on both of these write ups 990495 and 295142. they all conspired to Retaliate

Page 30

Ms Surace against me for exercising my constitutional Rights to access the court in her misconduct she stated that I was going to the Law Library and because of that she wrote a misconduct! if c/o obelenus had not foiled their plans by writing it in the Log Book, at the time this was happening I was Sueing a staff member that was a good friend of Ms Surace, she was trying to help him out! See: A A-12 Pg. 7 also Please Not Capt. Gavin okayed this misconduct he also is a friend of these staff members (conspiriacy).

I was Given the Job Back and on my Return Ms Surace yelled all morning at me Herrry up faster. my Blood Pressure went sky High when I Returned to the block I took a aspirin and I fell asleep the c/o called and asked if I was going to work I said yes but Ms Surace told him not to send me and wrote me up again and cited the same thing as a Reason see Page 4 Misconduct 295142 Dated 10-10-97 and capt Gavin okayed it again, MR welby said I Pleaded Guilty when I did not. Ms Surace said this is a on going Problem with f/m Branch not Reporting to work! I was Retaliated against for accessing the courts and the staff conspiried together.

Page 31

<u>Ms Surace</u>   To Punish me for exercising my
Constitutional Rights by filing a false misconduct
in the my not Going to work becouse I was at the
Law Library does not constitute and unexcused
absence and should not have been used as evidence
against me! this is clearly a Vidation of due Process
   therefore Ms Surace, Capt. Gavin, MR Welby, MR nish, MR
DelRosso, MR Sobotor, and other John Doe Staff member
conspiried to Remove me from the Garment Plant becouse
I went to the Law Library to Prepare my Legal papers and
did Research in order to meet a Court Date. the did
this to Retaliate against me to force me to Drop my
Law Suit and to Stop Reporting their misconducts
      now to the issue of the Statute of limitations
the Courts are to Read Pro se Pleading liberaly and
amendments are to be Granted as well as supplemental
Pleadings. I am not a Lawyer and the Court as
a matter of Justice has a duty to tell me where
to Plead my case's as well as how to Correct
motion Titles or to open another §1983 complaint
on 9-28-97 I filed a motion in the united
States Court of appeals for the third Circuit
C.A. No. 95-cv-00751 check the Court Docket
the motion to order injunction and to add
Defendants to my 1983 claim. this should
cover the Statute of Limitions. if not this will

Page 32

<u>Ms Surace</u>   Serve to show the mind set of the staff. I would also like to point out that the D.O.C. allowed me to Represent this issue in Grievance # way-118-01 Pg.2-A at the Bottom of appeal to Secretarys office of inmate Greivances and appeals, also cited on initial Grievance Pg. 9 Generally "I have Been fired from Jobs on false charges... Hearing Examiners stating I Pleaded Guilty when I had not. The courts are aware that the D.O.C can allow a Inmate a opportunity to Exhaust ~~all~~ administrative Remedis before a inmate can open a §1983 complaint the fact that Initiated the amendment in 1997 and the court did not do it's duty but dismissed my motion and did not tell me to open a new §1983 which I think would have been wrong as this was a Retaliation act of going to the law library to meet a court Date for the Third Circuit appeals court.

        "<u>Causal Link</u>" has been stated and show by the up holding of this Misconduct and the false statement of My Pleading

        "<u>Suggestive Temporal Proximity</u>"

Page 33

<u>Statement of the issues Presented</u>

①  Ronald Richards is a fellow Conspirator in
the he is suppose to handle all Replies to mis
conducts & Grievance's to this end if I inform
MR Richards that I have not Receive a ~~a~~ Reply
to either a Grievance or a misconduct he should
Provide me with such.  <u>See: Exhibit  B-B-B</u>
    he did this and other similar acts in conspiracy
to have appeals to Grievance's and misconducts
~~dismi~~ dismissed for failer to Provide the Hearing
counsel with all need Response's.

*See motion to
US court of Appeal
 Third cir
Title up Date
on prison
Position Dated
7-11-00 #
C.A. No 99-3551

Joseph Scalzo  is also a conspirator  he was
The union Rep. at the time of this violation and
May still hold that Position. this end he encouraged
the staff to band together inorder to show a united
front with Regard to my Sueing any staff member
and he at every ~~oppor~~ opportunity to show
staff members his Resolve. he denied me my
diet Bag on many occasions if I did not have
my Diet Card, if I had my Diet card, if I was
sent, to his Kitchen becouse they Ran out of
Diet bags, if the diet Bags were in his kitchen
he would Send me to the main Kitchen, I never
Received Equal Treatment from mr Scalzo, and
The Reason was Becouse He was Retaliating against
me for accessing the Courts and Reporting misconducts
by staff, He conspiried with staff to Harass and

Page 34

<u>Statement of the issues Presented</u>
hinder me at every opportunity.
<u>"Causal link"</u>
These overt action demonstrate a
complicity to and over all attack on Inmate
Branch for exercising his constitutional, Rights

[faded/illegible text]

[faded text] notified [illegible] by [illegible]
[illegible] 8-29-00 Posted to court
[illegible] # Remain [illegible] the [illegible] for 45 days
[illegible] of the [illegible] when [illegible] [illegible]
[illegible] violation by his staff he has
a duty to protect me. Thereby his conspiracy
with go Russian @stablish by failing to do
anything. "<u>causal link</u>" as [illegible] was
informed that I had Recorded go Russian for
[illegible] and I [illegible] [illegible] on his
[illegible] [illegible] [illegible]
[illegible]
[illegible] <u>[illegible] Proximity</u>

*see: Exhibit
<u>AA-6</u>
2 Pg. 4

[faded text] [illegible] the Book.
[illegible] staff [illegible] [illegible] [illegible] my [illegible]
before hand and did nothing to protect me
which was their duty nor did any thing to

Page 33

[illegible]

Because the violation of my constitutional Rights [illegible] allowed me to serve the 45 days in the RHU

I spoke with [illegible] Explaining To him what was happening with [illegible] Russian and his Safety [illegible] Security [illegible] and how he was [illegible] [illegible] violated [illegible] [illegible] me [illegible] Lieutenant, [illegible] that I had reported [illegible] "causal link" [illegible] violation of my constitution Rights [illegible] "Suggestive Temporal Proximity"

[illegible] I spoke with him also his duty was to make sure [illegible] Russian was not violating [illegible] Policy and to step forward and state that I was [illegible] by Russian and that I wrote Supt. [illegible] and that Russian most likely was willing [illegible] Conduct [illegible] Retaliation for me [illegible] him. [illegible] failed to respond [illegible] [illegible] "causal link" of "Suggestive Temporal Proximity"

Page 36

Gormess, Captin Gottschy, Mr. martin, Mr. Banker

Mr. martin having been informed about the problems
created by bunk uneckik to distrube in the Top Bunk and
did not check with the medical department about My
Bottom Bunk Status when there were other open Lower
Bunks and allowing me to stay in the Top Bunk

Sees Exhibits 4A-C Request again from Mr. martin the exper-
ments admit that Mr. martin authorized my bed move, but
it was not from a Top Bunk to a Top Bunk both Mr. martin
and Mr. Kowaloski state the same thing when there is only
one Top Bunks. this shows a conspiracy by these men to
make it appear, don't they say were in good in bad
Conduction a Top bunk to the same conduction of Top Bunk

       when in reality. Reality they intended to punish me
by putting me on the Top Bunk at the same time I was 40 yo
old with foot races Nr thoritis they were violating my freedom
Ski to medical as one violated my 1st Amendment Rights
To report Probolation to be free from Retaliation and
Depriving my first amendment Right to deposit griev-
ins Accounts, I and to Petition the Government for
Redress and seek the courts she been in a conspiracy
with Mr Kowaloski who is in a conspiracy with Gor
ness who when I first came in the Unit Laughing with
Mr Kowaloski and said for me to learn to be slick

Sees Exhibit T (Governments responses L) 4A-D not included I
Ran out of money to copy I will show it at court along w/other Evidence

Page 37

[illegible], [illegible] [illegible], [illegible] Martin, and Burke

[illegible] and [illegible] of my harassing me affirmed their conspiracy to force me to drop my law suit and to retaliate against me for accessing the court and [illegible] my freedom of [illegible] and [illegible] their misconduct and staff.

Ms. Martin [illegible] [illegible] to [illegible] me in [illegible] [illegible] [illegible] participant.

"[illegible] [illegible]" [illegible] [illegible] to make me and my family to [illegible] [illegible] to [illegible] [illegible] passing that [illegible] make [illegible] to be put on a [illegible] [illegible] my medical Record

"Suggestive temporal proximity"

Mr Burke was the counselor on C1 when I came from the [illegible] on the monday my hair was cut I went [illegible] Burke's office and ask him for help, to delay my hair cut until I spoke with [illegible] [illegible] to get an exemption.

He refused to call the [illegible] [illegible] [illegible] a hair cut and called the Block [illegible] and told him to write me a pass to the Barber Shop [illegible] and that the penological interest can be satisfied

Page 33

Gilbran, best staff to me Martin, the Pierse
without involving my Freedom o. Religion Rights
See Ryan v. etry By Turner v. Sanders, 82 Fzd 571
at 577 (1991) (The Law of the Land) (part b cont) 995 at 951 (1991)
McBurKes actions are as "Lawful Link" in the
attempt to take me away my constitutional that then
his attitude was the same as Capt Smith's as if I have
trusted a company that I may have filed a grievance
for exemption but he should not allow me to disregard
our Grooms direct order that, I, The would not
"Supporting Leongful Penalty"

Lt. Hussein    I Bring no charges against him, he
tried to advise me by informing what the Policy means
and how best to handle this conspiracy to retaliate
against me.
He is a witness of who did what was said by
staff.

Lt. Serio    Hearing examiner* being fully aware of
my Reverting to Russian and me writing a Grievance
10 days prior to Russian writing his misconduct found
me Guilty and sentence me 10 days, He should have
Checked the law as I argue that Lt Russian can
Retaliating against me. "Lawful Link" he was aware July
that Re                 me of if

Page 3i

_____ Hetterman_ P.A. ___ ___ exhibit A ___ ___ Previously not to code

Mr Hetterman stated he would change my diet. Court yet ___ ___ The ___ ___ the change in the diet.

I was on the R.D.a Being punished the staff for no medical Reason and without Mr Hetterman those ___ ___ real ___ ___ ___ ___ ___ by a reduction of food intake demonstrate a Conspiracy _Causal Link_ ___ ___ ___ ___ ___ ___ ___ and ___ ___ with ___ ___ ___ ___ ___ ___ ___ ___ ___ retaliate ___ by ___ about the violation of my ___ ___ ___ ___ ___ due ___ ___ by me Jones and all the three ___ ___ ___

_Suggestive Temporal Proximity_"

___ named defendants knowingly and with Malice Retaliated against me for exercising my Constitutional Rights.  I have served a true copy on Defendants: Mr Matey esq

_Proof of service_
Strawberry sq 15 FL
Harrisburg Pa 17120

_Usworn Declaration_

I William R Branch do attern under penalty or The Law That The above is True.

Date 1-26-04                    William Branch 1⁵ᵗ 3124

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*c/o Biko*
*c/o Karwack*

**OFFICIAL INMATE GRIEVANCE**      GRIEVANCE NO. | wam-13578

*final Grievance / formal*

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Supt Colleran | | 2-12-02 |

| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE |
|---|---|
| Wm Branch CF-3756 | William Branch |

| WORK ASSIGNMENT | QUARTERS ASSIGNMENT |
|---|---|
| Block Janitor | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance

2/4 on monday night c/o Bikos denied me the Right to attend Bible study at 6:12 "there is no all call for Bible study" I went into the Day Room an Played chess "about" 10 min. or so the Releif c/p called me to the Desk stated that the pastor had called and would I like to attend. (your staff his lied to capt Griffin) he then wrote me a Pass (which is what c/o Bikos should have done) Based upon the 42USCA 2000 cc-5. Definitions (7) A Page 2538 NO Rules that deny Religious exercise are to be established. I med they talked the matter over on the Block, now in a fit of Rage they Sgt Schariest and c/o Bikos came stoming into the church and Ready shacked my Pass out of my Pocket ordered me Back to the Block at which time c/o Kowarski was in Place to add is flavor of

B. Actions taken and staff you have contacted before submitting this grievance: quoters card entry and ask him what he is doing over there and safety and security inspections laughing and congradulations and tring to Provoke me in order to write me up. this 2 shift is out of control! Respectfully

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____
Signature of Grievance Coordinator

_____
Date

WHITE—Grievance Coordinator Copy    CANARY—File Copy    PINK—Action Return Copy    GOLDENROD—Inmate Copy

COMMONWEALTH OF PENNSYLVANIA
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 256
WAYMART, PA 18472

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO.

WAM-13578

| TO: (Name & DC NO.)<br>Branch, William   CF-3756 | INSTITUTION<br>S.C.I. WAYMART | QUARTERS<br>F-2 | GRIEVANCE DATE<br>February 6, 2002 |
|---|---|---|---|

I spoke to Officer Biko and Sgt. Schariest about your complaint. Officer Biko informed me that when Bible Study was called, you did not report to the desk for your pass in the proper amount of time. Bible Study was called out approximately 15 minutes prior to your request.

As you know, the policy on Passes states that you may go up to 10 minutes past your appointment time. You failed to do so and as such were denied. You at that time were told by Officer Biko that you would not be allowed to attend.

After that time, Officer Karwowski relieved Officer Biko for lunch. While it is true that the Pastor called, the reason for calling you was to verify that you were on the block. He then had the officer ask if you wanted to attend services.

You are correct that conversations ensued between Officer Karwowski and Officer Biko about your whereabouts. This is what the officers do; they pass along information of events that occurred while being relieved. During those conversations, Officer Biko asked if you told Officer Karwowski that you were denied the opportunity to go to Bible Study because of your time. When it was determined that you had not, and in fact had taken another 10-15 minutes to leave, it was decided to speak to Sgt. Schariest.

Officer Biko and Sgt. Schariest then went to the auditorium and spoke to the Pastor. He was unaware that you had been denied and was under the impression that he had to ask the officer to send you down if indeed you were on the block. When he was told the policy regarding Passes and the fact that the only reason he is to call is to verify your presence on the unit, he told Sgt. Schariest to return you to the block.

Contrary to your beliefs, that was not retaliation of any kind. I was not aware and I am not sure if the officers are aware of your complaints to OPR.

In this instance, the officers in question performed their duties as they should have been performed. I was on duty both the day of the complaint and the day after, and received no complaints from you. A review of my Lieutenants also revealed no complaints from you. As you are aware, you are to attempt to resolve any grievances prior to filing them. In this instance, you did not. In the future, please adhere to policy.

c:  Ron Richards
    File

C:\WINNT\Profiles\mpavlovich\Personal\2nd\Griev.BRANCH. 2.6.02.doc

| Refer to DC-ADM 804, Section VI<br>for instructions on grievance | SIGNATURE OF GRIEVANCE OFFICER | DATE<br>2/11/02 |
|---|---|---|

**DC-804**
**PART 1**

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA. 17001-0598**

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. WAM 13578

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Supt Ollcran | | 2-6-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Wm Branch   F-3756 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| Block Janitor | F-2 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

2/4 on Monday night C/o Bikos denied me the Right to go to Bible Study. I went in the Day Room Playing chess 10 mins later the Pastor called for me, the Relief C/o called me to the Desk and asked if I wanted to go I said yes he wrote me a Pass and I went 10 or 15 mins later Sgt Schariest and C/o Bikos came to the church went in the Pastors office called me in C/o Bikos shacked the Pass out of my Pocket ordered me back to the Block. where C/o Kowarski and C/o Bikos laughed and Harrassed me and made a quoters Card entry question every move I made, I also heard that before they got me they talk themselves

B. Actions taken and staff you have contacted before submitting this grievance:

into a frenzy "I told him he could not Go" these C/o's tried to provoke me so they could write me up I see this is Retaliation for My Reporting Misconducts by staff To the O.P.R. in Others.    Respectfully

Your grievance has been received and will be processed in accordance with DC-ADM 804.

action taken I wrote you a Request on 2/5/00

_____ | _____
Signature of Grievance Coordinator | Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

Grievance # WAM-13578

Mr Branch,

I can only say that on 2-4-02 Monday night I was in line behind you to get a pass for Bible study and I observed him tell you you were to late to go to Bible study. That we needed to be at desk 5min before the time stated. It was about 6:12 when we were at the desk. Seeing how the officer delt with you in the situation I refrained from asking him anything.

02/28/02

Warren Myers
EG5427

Lt Wellington

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INSTRUCTIONS**

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Sgt Heller RHU

2. DATE 7-2-02

3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch CF 3756

4. COUNSELOR'S NAME Mr McCorkall

5. WORK ASSIGNMENT Unassign

6. QUARTERS ASSIGNMENT RHU 1011

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir I would like to get my Religious material and my Legal material, I also need my Knee Bracers they are medically prescribed I also need a lager comb and hair Grease to maintan my Religious Hair as I am in court about this now which means your Policy can not be forced on me until the courts make a decision I am a nazorite

Respectfully

First of all This yellow Request is FoR Law Library only. You have A Request in for the Property Room - I Told you Tuesday you will be Taken To

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

The Property. You have To sign up for sick call To get ANY Knee Braces in the RHU. A larger Comb + Hair grease is denied. They ARe Not Allowed in The RHU As per Policy.

Sgt Heller

# LAW LIBRARY

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

Ms Martin

DC-135A

AA-1

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Mr Chipago Unit manger

2. DATE 10-8-02

3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch CF3756

4. COUNSELOR'S NAME Mr McDonald

5. WORK ASSIGNMENT unassign

6. QUARTERS ASSIGNMENT C-1

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Sir I am a none Smoker and I am housed with Smokers. I was in a Room by my self on a top Bunk your staff moved me out of that Room I informed the c/o that I do not Smoke. But he Knowing Placed me in the doRM and move two inmate both SmokeR in after me. this Puts my Health at direct RISK and is actionable

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

under Title 42 U.S.C. § 1983 your Staff Knows this already TheRefoRe this is malicious HatRed and because I am Black it's Raceism.

☐ TO DC-14 CAR ONLY              ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

I Did not send ms mosley a copy
Ran out of money

| | PASS SLIP | 6 14 59 |
|---|---|---|
| | | Date |

INMATE MUST TURN IN PASS IMMEDIATELY UPON
COMPLETION OF PURPOSE FOR PASS

No. C F 3756     Name: Isaac chAkA Walker

Block: M 2     Assgnt: #1

Destination: M 2

| ISSUING AUTHORITY | Skinner SIGNATURE | 1806 TIME |
|---|---|---|
| DESTINATION AUTHORITY | SIGNATURE | TIME |
| RETURN AUTHORITY | SIGNATURE | TIME |

My Name is not A K A Walker

Mr Walkers name being attached to mine
is a Bad Connotation by this staff member
skinner a Kitchen Stwert

page 2

*MS SuRACE*

| FORM **DC-141     PART II C** | COMMONWEALTH OF PENNSYLVANIA | | |
|---|---|---|---|
| Rev. 6-84     **HEARING SUPPLEMENT** | | | |
| **INMATE VERSION AND WITNESS STATEMENTS** | **DEPARTMENT OF CORRECTIONS** | | |

| DC Number | Name | Institution | No. from PART I |
|---|---|---|---|
| CF 3756 | BRANCH, W | SCIWM | 990495 |

**INMATE'S VERSION**

Dear Sir,

On or about the 18th of September Mr. (officer) Obelinus informed me that I was laid in from work until further notice from MR. Cribbs.

It is entered in the OFFicer's Log Book on M-2.

Also I have a court order that is due 10-6-97. That is why I was at the Law Library. Also I spoke with Mr. Frieman about going to the Law Library. he told me to speak with my supervisor and I did. She stated okay but I would not be paid for the time I was out.

*William Branch*

MS Surace

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

```
:
:
:
:
:
```

WILLIAM BRANCH                              No. 96-7498

    VS.                                   C.A.    No.95-cv-00751

TONY FABRICATORE, et, al.

MOTION TO ORDER

INJUNCTION AND TO ADD DEFENDANTS

TO MY 1983 CLAIM

If it Please the Court, here comes WILLIAM BRANCH asking the court to
enter an Order to add a defendant, Carol Surace(foreman at my job), to my
1983
claim for harassment and retaliation for me accessing the courts and a
injunction for relief from a misconduct for going to the law library to do
my brief; also, if I am in the RHU or on cell restriction, remove all
sanctions and to pay me for any lost time from work.


Gittlemack v. Prasse 428 F2d 1 (3rd cir 1970)
[11-13] Access to court is a guaranteed right of due process per the
fourteenth amendment.  Reasonable regulations which limit the time and places
and manner in which inmates may engage in legal reseach do not transgress
this constitutional protection so long as the regulations do not frustrate
this access to court.


Smith v. Rowe No. 77-1089 (7th cir Aug.11,1978)
1 PLM 83 Prisoner restored to library job and case remanded to district court

Form DC-135A

AB-1

**INMATE'S REQUEST TO STAFF MEMBER**

**Commonwealth of Pennsylvania**
**Department of Corrections**

**INSTRUCTIONS**
Complete items number 1-8. If you follow
instructions in preparing your request, it can be
responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer) *Chaplian Gagas* | 2. Date: *1-07-04* |
| 3. By: (Print Inmate Name and Number) *Wm Branch CF-3756* | 4. Counselor's Name *Mr Mc Donnell* |
| Inmate Signature *William Branch* | 5. Unit Manager's Name *Mr Torres* |
| 6. Work Assignment *Garment Plant* | 7. Housing Assignment *F-2* |

8. Subject: State your request completely but briefly. Give details.

*Pastor Please Put me on call*
*Out for choir also I would like to*
*speak with the Board at their next meeting*
*i subject: ministering music and*
*church in general    Thank you*

9. Response: (This Section for Staff Response Only)

Mr. Branch,
    I appreciate your interest but right now I am not seeking a minister of music.
You are welcome to participate in choir.

To DC-14 CAR only ☐          To DC-14 CAR and DC-15 IRS ☐

Staff Member Name ___Rev. William Gagas___ / _signature_     Date _1-9-04_
                              **Print**                    **Sign**

Revised July 2000

*SCI Waymart Printing School*

**Pennsylvania Department of Corrections**
**State Correctional Institute at Waymart**
**Call List**

Date: 01/25/2004                                                                                         11:47:00

| Arrive | Depart | Location | Appointment | Inmt # | Name | Bg - Sc - Cell | Work Assignment |
|--------|--------|----------|-------------|--------|------|----------------|-----------------|
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FA0157 | ORTIZ, EDWIN | F -1 -1005 | GARAGE |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FA1958 | SANTIAGO, ALMONTE | F -2 -1004 | GARMENT PLANT |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FA3561 | RICHARDSON, TROY | F -1 -1010 | B.U. F-1 |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FC2090 | RIVERA, PEDRO | E -1 -1004 | KITCHEN |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FE6483 | LOPEZ, JORGE | M -2 -1015 | M-2 JANITOR |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FE9585 | STONE, MAURICE LYNN | B -2 -1016 | GARMENT PLANT |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FG1194 | ALEXANDER, DELBERT | J -1 -1004 | TC STUDENT J-1 |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FH3197 | NEWMAN, RYAN K | M -1 -1001 | KITCHEN |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FH6998 | MATIAS, CARMELO | M -1 -1007 | B.U. M-1 |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FJ7773 | LIPS, MICHAEL D | J -2 -1005 | TC STUDENT J-2 |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FL5326 | RODRIGUEZ, GREGORY | E -1 -1006 | U.G. #1-2 |
| 12:45 | | GYM BASEMENT | ART-SUNDAY | FP7135 | VANRANIZAN, ANDREW | L -2 -1017 | GARMENT PLANT |
| | | | | | | **37 Inmate(s)** | |
| 14:15 | : | AUDITORIUM | CHOIR | BY6393 | DELACRUZ, PEDRO JULIO | F -2 -1005 | REFRIGERATION |
| 14:15 | : | AUDITORIUM | CHOIR | CY5764 | SERRANO, EFRAIN RIVERA | N -1 -2010 | UNASSIGNED |
| 14:15 | : | AUDITORIUM | CHOIR | DA1592 | GRONINGER, MICHAEL | B -2 -1007 | KITCHEN SPECIAL |
| 14:15 | : | AUDITORIUM | CHOIR | DC1123 | MONN, EUGENE R | B -2 -1003 | LAUNDRY |
| 14:15 | : | AUDITORIUM | CHOIR | DK5741 | DAVIS, JOHNNY M | M -2 -1006 | GARMENT PLANT |
| 14:15 | : | AUDITORIUM | CHOIR | DL4921 | MACKIE, ANTHONY | F -2 -1007 | GARMENT PLANT |
| 14:15 | : | AUDITORIUM | CHOIR | DM9082 | AYERS, WELDON GENE | F -2 -1005 | TEACHER AIDE AI |
| 14:15 | : | AUDITORIUM | CHOIR | DP2224 | MOLINA, RAFAEL ANTONIO | M -1 -1002 | GARMENT PLANT |
| 14:15 | : | AUDITORIUM | CHOIR | DQ6614 | SMALL, ROBERT | E -1 -1010 | PAINTING |
| 14:15 | : | AUDITORIUM | CHOIR | EK7021 | EVANS, MICHAEL K | N -1 -1012 | UNASSIGNED |
| 14:15 | : | AUDITORIUM | CHOIR | EL7734 | PROCTOR, JOHN K | E -1 -1003 | BARBER SPECIAL |
| 14:15 | : | AUDITORIUM | CHOIR | EN0586 | WHITE, RICHARD J | L -2 -1010 | MUSIC RM JAN |
| 14:15 | : | AUDITORIUM | CHOIR | EQ0745 | LOPUS, DAVID MICHAEL | D -2 -1001 | GARMENT PLANT |
| 14:15 | : | AUDITORIUM | CHOIR | EQ8433 | EHRET, WALTER C | B -1 -1004 | KITCHEN |
| 14:15 | : | AUDITORIUM | CHOIR | ET4777 | GARBER, JEFFREY TODD | E -1 -1006 | CRAFTS |
| 14:15 | : | AUDITORIUM | CHOIR | EU0082 | VAREEN, DARRYL | B -2 -1014 | GARMENT PLANT |
| 14:15 | : | AUDITORIUM | CHOIR | EV9983 | LEWIS, THOMAS | B -1 -1009 | B-1 JANITOR |
| 14:15 | : | AUDITORIUM | CHOIR | EZ5424 | ALICEA, SAMUEL ELI | M -1 -1010 | ELECTRONICS #3 |
| 14:15 | : | AUDITORIUM | CHOIR | FB2064 | WESLEY, LARRY G | L -1 -1013 | B.U. L-1 |
| 14:15 | : | AUDITORIUM | CHOIR | FE6234 | WOLFE, BRADLEY | L -1 -1003 | LIBRARY |
| 14:15 | : | AUDITORIUM | CHOIR | FG8047 | RAWSON, WILLIAM O | C -1 -1024 | C-1 JANITOR |
| 14:15 | : | AUDITORIUM | CHOIR | FH6910 | OLIPHANT, KEITH LANIER | K -2 -1002 | SOTC PROGRAM |
| 14:15 | | AUDITORIUM | CHOIR | FM1750 | WILSON, JAMES | C -1 -1015 | B.U. C-1 |
| 14:15 | | AUDITORIUM | PROT.CHURCH COMMITTEE | BY6393 | DELACRUZ, PEDRO JULIO | F -2 -1005 | REFRIGERATION |
| 14:15 | | AUDITORIUM | PROT.CHURCH COMMITTEE | CC6536 | HENRY, WALTER F | L -2 -1016 | GARMENT PLANT |
| 14:15 | | AUDITORIUM | PROT.CHURCH COMMITTEE | DB0664 | PEREZ, ANTONIO | M -1 -1009 | GARMENT PLANT |
| 14:15 | | AUDITORIUM | PROT.CHURCH COMMITTEE | DM9082 | AYERS, WELDON GENE | F -2 -1005 | TEACHER AIDE AI |
| 14:15 | | AUDITORIUM | PROT.CHURCH COMMITTEE | DS7983 | GRIFFIN, BRYNN | F -2 -1001 | GYM |
| 14:15 | | AUDITORIUM | PROT.CHURCH COMMITTEE | EN1484 | SIMONS, RUSSELL | B -2 -1015 | KITCHEN SPECIAL |
| 14:15 | | AUDITORIUM | PROT.CHURCH COMMITTEE | EQ0745 | LOPUS, DAVID MICHAEL | D -2 -1001 | GARMENT PLANT |
| 14:15 | | AUDITORIUM | PROT.CHURCH COMMITTEE | EV7842 | LOCKER, WALTER | D -1 -1005 | B.U. D-1 |
| 14:15 | : | AUDITORIUM | USHERS | CJ3134 | BURNSIDE, CALVIN | M -2 -1015 | KITCHEN SPECIAL |
| 14:15 | : | AUDITORIUM | USHERS | DG0896 | GLOVER, JOHN | 20-2 -1002 | WAREHOUSE |
| 14:15 | : | AUDITORIUM | USHERS | DP2224 | MOLINA, RAFAEL ANTONIO | M -1 -1002 | GARMENT PLANT |
| 14:15 | : | AUDITORIUM | USHERS | DW6838 | MOLETTE, CHARLES | B -2 -1006 | CARPENTER #2 |

01/20/2004

**Pennsylvania Department of Corrections**
**State Correctional Institute at Waymart**
**Call List**

11:09:52

7 Inmate(s)

| Time | | Location | Activity | ID | Name | | Cell | Assignment |
|---|---|---|---|---|---|---|---|---|
| 14:45 | : | AUDITORIUM | CHOIR | BY6393 | DELACRUZ, PEDRO JULIO | F -2 -1005 | | REFRIGERATION |
| 14:45 | : | AUDITORIUM | CHOIR | CY5764 | SERRANO, EFRAIN RIVERA | N -1 -2010 | | UNASSIGNED |
| 14:45 | : | AUDITORIUM | CHOIR | DA1592 | GRONINGER, MICHAEL | B -2 -1007 | | KITCHEN SPECIAL |
| 14:45 | : | AUDITORIUM | CHOIR | DC1123 | MONN, EUGENE R | B -2 -1003 | | LAUNDRY |
| 14:45 | : | AUDITORIUM | CHOIR | DK5741 | DAVIS, JOHNNY M | M -2 -1006 | | GARMENT PLANT |
| 14:45 | : | AUDITORIUM | CHOIR | DL4921 | MACKIE, ANTHONY | F -2 -1007 | | GARMENT PLANT |
| 14:45 | : | AUDITORIUM | CHOIR | DM9082 | AYERS, WELDON GENE | F -2 -1005 | | TEACHER AIDE AI |
| 14:45 | : | AUDITORIUM | CHOIR | DP2224 | MOLINA, RAFAEL ANTONIO | M -1 -1002 | | GARMENT PLANT |
| 14:45 | : | AUDITORIUM | CHOIR | DQ6614 | SMALL, ROBERT | E -1 -1010 | | PAINTING |
| 14:45 | : | AUDITORIUM | CHOIR | EK7021 | EVANS, MICHAEL K | N -1 -1012 | | UNASSIGNED |
| 14:45 | : | AUDITORIUM | CHOIR | EL7734 | PROCTOR, JOHN K | E -1 -1003 | | BARBER SPECIAL |
| 14:45 | : | AUDITORIUM | CHOIR | EN0586 | WHITE, RICHARD J | N -1 -1019 | | UNASSIGNED |
| 14:45 | : | AUDITORIUM | CHOIR | EQ0745 | LOPUS, DAVID MICHAEL | D -2 -1001 | | GARMENT PLANT |
| 14:45 | : | AUDITORIUM | CHOIR | EQ8433 | EHRET, WALTER C | B -1 -1004 | | KITCHEN |
| 14:45 | : | AUDITORIUM | CHOIR | ET4777 | GARBER, JEFFREY TODD | E -1 -1006 | | CRAFTS |
| 14:45 | : | AUDITORIUM | CHOIR | EU0082 | VAREEN, DARRYL | B -2 -1014 | | GARMENT PLANT |
| 14:45 | : | AUDITORIUM | CHOIR | EV9983 | LEWIS, THOMAS | B -1 -1009 | | B-1 JANITOR |
| 14:45 | : | AUDITORIUM | CHOIR | EZ5424 | ALICEA, SAMUEL ELI | M -1 -1010 | | ELECTRONICS #3 |
| 14:45 | : | AUDITORIUM | CHOIR | FB2064 | WESLEY, LARRY G | L -1 -1013 | | B.U. L-1 |
| 14:45 | : | AUDITORIUM | CHOIR | FE6234 | WOLFE, BRADLEY | L -1 -1003 | | LIBRARY |
| 14:45 | : | AUDITORIUM | CHOIR | FG8047 | RAWSON, WILLIAM O | C -1 -1024 | | C-1 JANITOR |
| 14:45 | : | AUDITORIUM | CHOIR | FM1750 | WILSON, JAMES | C -1 -1015 | | B.U. C-1 |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | BP9120 | MILLER, ALVIN R | L -1 -1009 | | KITCHEN |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | CA4091 | ROSE, HAROLD E | F -1 -1002 | | COMMISSARY |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | CP0892 | CALLWITTS, RICHARD | L -2 -1015 | | GARMENT PLANT |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | CQ5102 | MCKINNEY, HAROLD | E -1 -1007 | | GARMENT PLANT |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | DF4644 | ARNER, BLAINE ALAN | E -2 -1001 | | ELECTRIC #3 |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | DG3211 | SCOTT, JOHN DENNIS SR | D -2 -1006 | | GARMENT PLANT |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | DM1264 | WALKER, RONALD JAMES | F -1 -1006 | | GARMENT PLANT |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | DZ6688 | BROCK, KEVIN | F -1 -1011 | | B.U. F-1 |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | EG9784 | LANTZ, KENNETH L | D -2 -1005 | | UNASSIGNED |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | EM4668 | CHURCHILL, KENNETH L | B -2 -1008 | | PAINTING #3 |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | EQ0370 | FOX, ALFRED OWEN | D -1 -1001 | | PAINTING |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | EQ0604 | WILSON, ALLEN E | F -1 -1006 | | B.U. F-1 |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | ES7489 | WEST, DONALD KEITH | F -1 -1006 | | U.G. #1-2 P.M. |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | FC1987 | WARREN, GERALD | B -1 -1008 | | PLUMBING #1 |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | FE8160 | KING, SHAWN M | J -2 -1002 | | TC STUDENT J-2 |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | FF4107 | KENNEDY, PAUL EDWARD | 20-2 -1006 | | POWERHOUSE |
| 14:45 | | AUDITORIUM/C-BASEME | NATIVE AMERICAN | FK9293 | RAUB, GLEN MERLIN | J -2 -1009 | | TC STUDENT J-2 |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | AM1653 | HARTZELL, JAMES | L -1 -1012 | | CARPENTER #2 |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | AP7657 | SHAWLEY, GEORGE | D -1 -1004 | | U.G. #3 |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | AS0135 | SPICER, RONALD | B -1 -1009 | | KITCHEN SPECIAL |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | BC7217 | MILLER, ALVIN | E -1 -1004 | | KITCHEN |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | BD7834 | SACCO, ANGELO | D -1 -1005 | | KITCHEN |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | BQ3338 | DIGGS, WILLIAM | L -2 -1002 | | KITCHEN SPECIAL |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | BT1982 | ███████████ | M -2 -1005 | | SL5 JANITOR |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | BZ6909 | ANDERSON, THOMAS | A -1 -1012 | | KITCHEN SPECIAL |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | CB6061 | FIGUEROA, ALEJANDRO | E -1 -1008 | | KITCHEN SPECIAL |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | CF0111 | ███████████ | M -2 -1015 | | GARMENT PLANT |
| 14:45 | | GYM BASEMENT | 40 + WTLIFT.-WED | CF7057 | FLEMING, RANDY | E -1 -1009 | | KITCHEN SPECIAL |

FORM **DC-141**   PART I         **COMMONWEALTH OF PENNSYLVANIA**        **A 191014**
Rev. 6-84

☑ **MISCONDUCT REPORT** ☐ **OTHER**   **DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| | Branch William | SCI-Pgh | 1600 | 2-5-00 | 2-5-00 |

| Quarters | Place of Incident |
|---|---|
| | Staff Dining Room |

## OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| | Mason | | ✓ | | | | |

**MISCONDUCT CHARGE OR OTHER ACTION** Class I Category B #7 Refusing to obey an order.
Class II Category C #26 Lying to an employee.

**STAFF MEMBER'S VERSION**   On the above date and time Inmate Branch
CE8756 Lied to this reporting staff member. After he was given
an order to take out the garbage in the staff dining room. Branch
didn't take the garbage out he told inmate Mason that I told him
to do it. Inmate Mason took the garbage out and later told me
Branch told him — I said (Ms. Suchy) to do it. Inmate Branch
deliberately refused an order and then lied about it.

**IMMEDIATE ACTION TAKEN AND REASON**

**PRE-HEARING CONFINEMENT**

|  | IF YES | |
|---|---|---|
| | TIME | DATE |
| ☐ YES | | |
| ☑ NO | | |

☑ REQUEST FOR WITNESSES AND REPRESENTATION   FORMS GIVEN TO INMATE   ☑ INMATE'S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY     SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY | |
|---|---|---|---|
| Jeannine M. Suchy | | DATE | TIME 24 HOUR BASE |
| Cook Manager | | 2/5/00 | 2020 |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | | Misconduct Category | Signature of Person Serving Notice |
|---|---|---|---|
| DATE | TIME | ☑ CLASS I  ☐ CLASS 2 | |
| 2-8-00 | | Page 8 | |

## NOTICE TO INMATE

You are scheduled for a hearing on this allegation on the date and the time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found guilty of a Class I misconduct, any pre-release status you have will be revoked.

**WHITE** —DC-15     **YELLOW**—Inmate Cited     **PINK**—Staff Member Reporting Misconduct     **GOLDENROD**—Deputy Superintendents

To Whom it may concern, On 2/8/00 I didn't show up at Branch's hearing or did I sign his affidavitt, due to the fact that I wanted to remain neutral. It's my understanding that Mr. Suchy did tell Branch to take out the garbage and take back the pastry racks.

I did not know that Mr. Suchy had told Branch to do it. Branch came to the rear of the dining room where I was at, he then stated to me what needed to be done. He ask me if I wanted to stay and clear the tables, or take garbage out along with returning pastry racks to main kitchen.

I choose to do it after Branch gave me an option to chose. This affidavitt is true and correct.

Last, but not lease - I don't take orders from any inmate

2/10/00          D. Mason     CO-8108

(Thank you for your time and consideration)

Page 9

c/o Russian

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA  17011

**OFFICIAL INMATE GRIEVANCE**

**INITIAL REVIEW RESPONSE**

GRIEVANCE NO     | WAM-0232-00

| TO:  (Name & DOC No.)<br><br>**BRANCH, William     CF-3756** | INSTITUTION:<br><br>**SCI-WAYMART** | QUARTERS: | GRIEVANCE DATE:<br><br>8/3/00 |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

The structural integrity of your cabinet cannot be tested without opening the cabinet door.  This cannot be done when it is locked.

Your were told that your protesting about Mr. Russian looking into your cabinet was far in excess of what is considered "normal" and gave the impression that you were hiding something.  This caused an investigation inspection.

Mr. Russian's conduct was appropriate.

cc:     Superintendent Colleran
        Officer Russian
        File

| Refer to DC-ADM 804, Section VIII,<br>For instructions on grievance<br>System appeal procedures. | *Milton J Friedman*<br>SIGNATURE OF GRIEVANCE OFFICER | 8/17/00<br>DATE |
|---|---|---|

Page 2

## D. Investigative Cell Search

Investigative cell searches require a reasonable suspicion the inmate is concealing contraband or involved in other activity, which potentially threatens the security of the facility. Investigative searches require the prior approval of the Shift Commander, Security Office Supervisor, or higher-ranking authority. The inmate may be present during an investigative search except as provided by Section VI, B, 2.

## E. K-9 Inspection

The use of a narcotics detection K-9 to scan a cell for narcotics may be done without the presence of the assigned inmate. The K-9 scans the air to detect the possible presence of narcotics (this is not an actual search). If contraband is suspected, the proper procedure for a cell search should be followed.

## F. Security Cell Inspection

A security inspection is to be conducted by facility personnel for health, safety, and security reasons. A security inspection is for the observation and physical testing of the structural components of the cell, such as doors, windows, bars, electrical fixtures, and plumbing. Inmate personal property will not be searched or disturbed during a security inspection except to the extent necessary to gain access to the structural components of the cell. Presence of the inmate occupant(s) is not required during a security inspection.

## G. Searches of Inmate's Person

All inmates are subject to search at any time. Staff personnel of either sex may conduct pat searches in any area of the facility. They will be conducted in a professional manner with tact and proper attitude displayed.

1. Pat Search

   All inmates are required to comply with the following procedures when being pat searched:

   a. the removal of all items from pockets and placing them in a hat or on a shelf, desk, or other suitable place;

   b. standing still with his/her feet apart and arms extended outward, palms upward; and

   c. following the verbal direction given by the staff member conducting the search.

2. Strip Search

   a. A strip search shall be conducted when necessary for the security and good order of the facility, including the following situations:

      (1) before and after every contact visit;

      (2) upon an inmate's return from outside activities, supervised outside leave and furloughs;

Exhibit AA6

DC-13 A

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be of more promptly and intelligently.

C/O'S name is Russion

| 1. TO: (NAME AND TITLE OF OFFICER) Mr Colleran Supt. | 2. DATE 7-15-00 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF-3756 | 4. COUNSELOR'S NAME Mr Long |
| 5. WORK ASSIGNMENT Unassign | 6. QUARTERS ASSIGNMENT M-2 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir: I wish to inform you of a C/o acting in "Retaliation" for me being telling him and Reporting him to the shift commander Cpt. Griffin. On 7-14-00 C/o Rushen has been using safty security inspections to Retaliate against any inmate who he gets angry with.

first he in cage's them in a conversation which he use's to speak demeaning to them and when they Respond a goes into li'll show you mode, next that inmate is being "searched" his property all over the place inmate chapman had spoken to me long and asked him to have C/o Rushen leave him alone.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

I pointed out to C/o Rushen That DC ADm 203 That a security inspection is for structural observation and testing not personal property and that a inmate need not be present, he acted as if I was Reading this procedure in correctly so I spoke with Capt Griffin he told me C/o Rushen Knew that he was using this procedure incorrectly.

When I informed C/o Rushen that Cpt Griffin had told me he knew he was improperly Requiring inmate's to Return to their area and to open their locks upon his direct orders this happen to me on 7-19-00 on 7-14-00 I was Random cell Searched (I want to point out we are Housed in a domitory.

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | | DATE |
|---|---|---|
| | Page 1 | |

DC-135A

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr Colleran Supt | 2. DATE 7-15-00 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF 3756 | 4. COUNSELOR'S NAME Mr Long |
|---|---|

| 5. WORK ASSIGNMENT unassign | 6. QUARTERS ASSIGNMENT M-2 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

and as the C/o comes to the Bed area the windows and electric fixture's are to be checked C/o Rushen is under Mattress and in the Cabinets and as stated before calling inmates to their area's to open locks and he later yells over the entire dorm what is in this inmates property and where it is in their Cabinet In my case C/o Rushen Knows I am involved in a law suit against the Parole Board mr Freidman and the Rec. Horn et al, and that I have a motion in for injunctive Reif Relief ("I told him ") yet he still went on to Retaliate against me.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

c/c U S Court of appeal
Third circuit

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER        Page 2 | DATE |
|---|---|

S-804
RT 1

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*This was Not answered*

**OFFICIAL INMATE GRIEVANCE**                    GRIEVANCE NO.

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MRCCOLLEERN SUPT. | S.C.I. WAYNART | 1-20-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| WILLIAM BRANCH CF-3756 | | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| unassigg | M-2 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

C/O RUSHEN HAS RETALIATED AGAINST FOR:

1.TELLING HIM THAT HE WAS NOT USEING THE SECURTY INSPECTION AS ITWAS

INTENDED. [as outline in DCC. ADM. 203 of inmate handbook]

2.FOR SPEAKING WITH CAPI. GRIFFIN TO FINE OUT IF HE KNEW THAT WHAT HE

WAS DOING WAS WRONG.

C/O RUSHEN SAID HE WAS DOING A SECURITY INSPECTION I WASON MY BED HESTARTED

AT Mr.BLOW'S BED I WENT TO THE BATHROOM UPON MY RETURN C/ORUSHEN CAME BACK

AND ORDERED ME TO OPEN MY LOCK[this *Policy states* that theinmate does not

have to be there for the c/o to accomplish the inspection] I OPENED THE LOCK

PER HIS ORDER. THIS WAS THE SECOND TIME C/O RUSHEN HAS ORDERED ME TO OPEN

MY LOCK FOR HIS INSPECTION. THIS TIME I ASKED CAPT. GRIFFIN IF HE UNDER

-STOOD THAT THIS INSPECTION WAS NOT A SEARCH,I TOLD C/O RUSHEN WHAT THE CAPT

B. Actions taken and staff you have contacted before submitting this grievance:

SAID.THE NEXT DAY 7-18-00 I WAS SEARCHED THEY LEFT MY PROPERTY A MESH.

FOR A MORE DETAIL STATEMENT see: DC-135A PPREVIOUSLY SUBMITTED TO YOU

C/O RUSHEN IS A VINDICTIVE IRRATIONAL PERSON HIS ACTIONS FROM *FORMS* THE BASES OF

OFFICIAL OPPRESSION WHICH IS A CRIMINAL OFFENCE *He Violated my*

*Constitutional Rights*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

*William Branch*        CF-3756

Signature of Grievance Coordinator        *Page 4*        *7-20-00*

Date

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. Wam-0232-00

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR Colleran Supt | SCi Waymat | 8-3-00 |

FROM: (Commitment Name & Number)
Wm Branch CF3756

INMATE'S SIGNATURE
William Branch

WORK ASSIGNMENT

QUARTERS ASSIGNMENT
RHU

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

Page 3    I was supose to hear from him I never did, I wrote a grievance on the next day Based on the fact that he informed me that he Authorized the the cell search When the inspection was friday at or about 8:00 and, the search happen on Saturday, at what Point did mr fredman okay this at home? His Reason is I did not open my lock and I acted suspious suspicious and Protested. I did open the lock, I have a Right to speak up and He was violating the Policy. the day after I sent in the Grievance. mr fredman Passed me

B. Actions taken and staff you have contacted before submitting this grievance:

in the Hall he stated "Okay Tiger" and keep walking 10 days later and Still no Reply on my Request or my grievance

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator          Page 5                Date

**WHITE**—Grievance Coordinator Copy   **CANARY**—File Copy   **PINK**—Action Return Copy   **GOLDENROD**—Inmate Copy

Mr Walsh    not sent to Ms mosley    No/money on copy Card

**DC-135A**

EXHIBIT AA-16
Page 4

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Ms Colechino Law Library | 2. DATE 2-17-02 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch CF3756 | 4. COUNSELOR'S NAME Ms McDonnell |
| 5. WORK ASSIGNMENT Block Janitor | 6. QUARTERS ASSIGNMENT F-2 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Please Put me on call out

for Law Library during the week

of ~ 2-17-02 ~

8:10 +12:45 Wednesday

↓ Thursday

↓ Friday

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Why 2x? Do you have a

new court deadline?

No Law Library Time
Give at all

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                    DATE 2/20/02

Exhibit B-8-B

DC-135A

Post to court
only

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Mr Kim Richard assistant to the Supt | 2. DATE 10/25/02 |
|---|---|

3. BY: (INSTITUTIONAL NAME AND NUMBER) Kedian BRANCH  CF3756

4. COUNSELOR'S NAME Mr Mc Donald

5. WORK ASSIGNMENT  Unassign

6. QUARTERS ASSIGNMENT  C-1  1039-1

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Sir This is a Request for Copies of the

Response's to Grievance # 27004 initial Response

from Mr Nish & initial Grievance # 21373 and

initial Grievance # 21394 and supt Response to 21394

My 6th / Six Request

Respectfully

8. DISPOSITION:  (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

DC-135A

*Exhibit*
*B-9*
*page 9A*

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)
Mr Richard    assist. To Supt.

2. DATE
10-1-02

3. BY: (INSTITUTIONAL NAME AND NUMBER)
William Branch CF3756

4. COUNSELOR'S NAME
Mr McDonald

5. WORK ASSIGNMENT
Unassigned

6. QUARTERS ASSIGNMENT
RHU

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.    GIVE DETAILS.

Sir This is the FifTh time I have written to staff about Grievance # 27004 initial Response from Mr Nish & initial Grievance @ # 21373 and initial Grievance # 21394 and Supt Response FoR 21394.

Inclose Please Find 3 cash slips

Respectfully

unsworn Decalration

I affirm that the above is True under Penalty of the LOW

Date 10-01-02

William Branch CF3756
Po Box 256
Waymart Pa 18472

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

By Ms Killer not stating what paper were needed and Mr Nish not placeing Both numbers on his Response answer and For the supt and not PRoviding me with information of what they had on Both numbers They conspiried to dismiss my Grievance  also I did send the initial Grievance in my packet someone Removed them
See Exhibit B9

answer to Page 8A on Ronald Richards assist to Supt. Stationary

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE



Exhibit
TO: Page 8 A
B-9
answer To

DATE: 9/17/02

SUBJECT:

FROM: **Ronald W. Richards**
**Assistant to the Superintendent**

SCI WAYMART

Mr Branch —
We have provided you copies
On your responses. If you desire
We can provide additional copies
But will Have to charge for them.
Please Advise.

I send in 3 ~~cash~~ cash slips
But was Never sent these copies
Wm Branch 4-16-03

Exhibit B-9

DC-135A

Page 8

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Tom Richards Supt assistant

2. DATE 9-16-02

3. BY: (INSTITUTIONAL NAME AND NUMBER) CF 3756 Branch

4. COUNSELOR'S NAME MR McLenndia

5. WORK ASSIGNMENT Unassign

6. QUARTERS ASSIGNMENT RHU

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

SIR This is the Third Time I have written To Staff about Grievance #27004 and initial grievance 21373 and initial Grievance # 21394 and Supt Response Please forward These items

Respectfully

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

DC-135A

Exhibit B-9  Page 9

**INMATE'S REQUEST TO STAFF MEMBER**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER)
Ronald Richards Assist. To the Superintendent

2. DATE
9-18-02

3. BY: (INSTITUTIONAL NAME AND NUMBER)
Wm. Branch CF3756

4. COUNSELOR'S NAME
MR McDonald

5. WORK ASSIGNMENT
Unassign

6. QUARTERS ASSIGNMENT
RHU

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.    GIVE DETAILS.

Sir This is the Fourth Time I have written To Staff about Grievance #27004 initial Response from Mr Nish I did not Get I do not Know Why or who But I never Recieved it, also I need initial Grievance I wrote on Sgt. McandrEW This was Taken by the Hearing Examiner McKeown, also I need the initial grievance #21373 and initial Grievance #21394 And the Supt. Response For #21394

These items are need Per a letter From the Sec. office of inmate Grievance. I inclose 3 cash slips Please make needed copies      *  ↗

May I Suggest you Find away To Deliver These items in the Future with a Tracking procedure. as any staff member can

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Destory These items and they are Legal
Papers covered by the 1 amend access To
The courts.

See: ~~Request~~ Letter to Supt. Colleran Dated July 11, 2002 from Sec. of inmate
       Grievance Re: DC-ADm 804-Final Review (if you had sent me
                Grievance No. 21373 - 21394 These item I would
Reques to PCR Dated 7-19-02                                  have sent them to
     asking For a copy of my appeal                          The Sec of inmate
       answerd by MR DelRossa                                Grievance)
Request to Supt Colleran Dated 8-22-02 asking For this material still
       not Provided by staff to me
     Letter To Supt colleran from Sec. office of inmate Grievance
              Dated 9-9-02 DC-ADm 804-Final Review Grievance #27004
     and still your staff has not Provided me with these items Respct
                                            unsworn declaration          fully

☐ TO DC-14 CAR ONLY                     ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER
I affirm under Penalty of Law The above is True. Wm Branch CF3756

DATE
Date   9-18-02

*MR Walsh Exhibit AA-16*

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**2520 LISBURN ROAD, P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

THE SECRETARY'S OFFICE OF
INMATE GRIEVANCES AND APPEALS

*I did not post this to ms mosley because I did not have enough money to copy WB 1-27-04*

May 14, 2002

William Branch, CF-3756
SCI Waymart

Re:    DC-ADM 804 – Final Review
       Grievance No. 14843

Dear Mr. Branch:

This is to acknowledge receipt of your appeal to final review of the above numbered grievance.

In accordance with the provisions of DC-ADM 804, effective January 1, 2001, I have reviewed the entire record of this grievance; including your initial grievance, the grievance officer's response, your appeal from initial review and the superintendent's response. I have also carefully reviewed the issues you raise to final review.

Upon completion of this review, it is the decision of this office to uphold the responses provided by staff at the institutional level. Your allegations of staff denying you access to the courts is unsubstantiated. It appears they have done everything they could in order to meet your needs.

The responses provided at the institutional level are appropriate and in accordance with Department of Corrections policies and procedures. Accordingly, your appeal to final review must be denied.

Sincerely,

Thomas L. James
Chief Grievance Coordinator

TLJ:mr

cc:    Superintendent Colleran
       Grievance Office
       Central File

*Page1*

"Our mission is to protect the public by confining persons committed to our custody in safe secure facilities, and to provide opportunities to inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

**DC-804**
**PART 1**

Exhibit AA44
(2)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**    appeal to Secretary's office of inmate Grievance appeals

GRIEVANCE NO. 14843

| TO: GRIEVANCE COORDINATOR | INSTITUTION | |
|---|---|---|
| Chief, Sec. office of inmate Grievance | SCI Waymart | DATE 3-13-02 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Wm Branch    CF 3756 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| Block Janitor | F-2 | |

**INSTRUCTIONS:** I asked For the Dead line in January and it is march 13th and I am still not Told How much Time I have To File a Habeas Corpus

1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

see: inmates initial Grievance + inmates appeal to Supt; I inclose copys of Request slips and a inter library loan Request. during the Period of my court Deadline the library staff hindered my access to court. I asked for the Deadlines to put in Habeas Corpus to state and to the Federal Government/courts "they did not Know" told me to go Research the information. I could not find it and I told them I could not find it. meaningful access Place's a duty on the DOC. a simple thing like times to file motions should be at the staffs desk Reason being they give you time to visit the law Library and deny you extra time during this court dead line's. all this was done in Retaliation for me accessing

B. Actions taken and staff you have contacted before submitting this grievance:

the Courts and for Reporting misconducts by staff. these Request show that I was denied Law Library for a week by not giving me any time when I asked for twise a day and as I had Previously shown my Court Date's in January. I will

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Be sueing these people and asking for $50,000 as I have missed my deadline and am injured.    Respectfully

_____
Signature of Grievance Coordinator

_____
Date

**WHITE**—Grievance Coordinator Copy    **CANARY**—File Copy    **PINK**—Action Return Copy    **GOLDENROD**—Inmate Copy

**DC-804**
**PART 1**

Exhibit AA-16
Page 3

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. **14843**

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| Sgt. Colleran final appeal | SCI Waymart | 3-5-02 |

FROM: (Commitment Name & Number)
William Branch CF-3756

INMATE'S SIGNATURE
WM Branch

WORK ASSIGNMENT
Block Janitor

QUARTERS ASSIGNMENT
F-2

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance          Denial of access to court

see initial Grievance; to this Date your Law Library staff can not tell me or you How much time a inmate has to Put in a habeas Corpus after a denial of allowance to appeal to the State supreme court. I can't find it and I asked them to get this information! I spoke with Ms Colachina in Jan I show her all my Date's there should not have been a need for me to show her again. I have missed the 14 days to ask the court to reconsider and I am coming up on 60 days from the issuing of this order. if all court orders can be Reconsidered and you have 14 days to do this How can your STaFF say you can only get 2x a day The Last 2 weeks?          RespectFully

B. Actions taken and staff you have contacted before submitting this grievance Page 4 & 4A
also look at Request Dated 2-20-02 + 2-17-02 + 2-08-0
(3 Request)

Common sense: if I ask to come to law library and you Return the Request with no Data. Know I have court Case's pending and my 60 Days are still Running

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator                    Date

WHITE—Grievance Coordinator Copy      CANARY—File Copy      PINK—Action Return Copy      GOLDENROD—Inmate Copy



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI WAYMART
570-488-5811
March 8, 2002

**SUBJECT:** Appeal to Grievance No. 14843

**TO:** William Branch
CF-3756

**FROM:** Raymond J. Colleran
Superintendent

I reviewed your appeal to the above-mentioned grievance. In reviewing the information provided to you by Mr. Walsh, it appears that our library staff have afforded you an opportunity to come to the law library on a regular basis. Our library staff have tried to cooperate with your requests, but it appears that you may not have complied with the request that they have made to you.

We will not impede your access to the courts, but you must cooperate with our staff so they can accommodate your request to allow the maximum amount of time in the law library.

If you have any specific requests or concerns regarding the law library, I urge you to send a request to meet with Mr. Walsh, our school principal, along with the library staff.

RJC/fb
cc:    Mr. Walsh
       Mrs. Derrick
       Mrs. Colachino

"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**P.O. BOX 598**
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY

14843

GRIEVANCE NUMBER

**OFFICAL INMATE GRIEVANCE**

TO: FACILITY GRIEVANCE COORDINATOR

FROM: (INMATE NAME & NUMBER)

*Supt. Colleran*

*Wm Branch   CF-3756*

WORK ASSIGNMENT

*Block Janitor*

FACILITY: *SCI Waymart*

SIGNATURE of INMATE: *William Branch*

DATE: *2-23-02*

HOUSING ASSIGNMENT: *F-2*

*Denial of access to courts*

INSTRUCTIONS:
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B the specific actions you have taken to resolve this matter ▓▓▓▓ Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

*I received three court dates about the same time in January. I put in for 2 x a day. I was told that I could only get 2 x a day starting 2 weeks before my due date a change from getting 2 x a day for the full time of the order.*

*I explained to Ms Colaching that my criminal case was a final order from the state supreme court and that I did not know what options I had left once the time required to filed. (This information should be at her desk) I looked but I could not find the options or the timelyness requirements she said Paul could find out. (a law clerk)*

*To this date I have no answer also I put in for law library 2-17-02 asking for two times a day. I was not given any time and her reply was a question asking me why I wanted this time.*

B. List actions taken and staff you have contacted, before submitting this grievance. ▓▓▓▓▓▓▓▓▓▓▓▓

*Do I have a new Deadline on 2-20-02 I put in a Request the same response and no time for law library but asking for proof of my Deadline.*

*Friday Ms Colaching called me down to see my court order again denying all the above or to finding out the time requirements stated I want someone else to do my legal work. The state is required to provide meaningful access not just hand out Books. I sent a Request to Supt Colleran*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

*she also stated I am so persuitive secretive about my legal work*

Date

WHITE Facility Grievance Coordinator Copy   CANARY File Record Copy   PINK Action Officer Copy   GOLDENROD Grievant Copy

Revised
July 2000

*2/28/01*

DC-ADM 804, Inmate Grievance System

Attachment B

DC-804  Exhibit AA-16
Part 2  Page 3 C

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO.    **14843**

| TO: (Inmate Name & DC No.) **WILLIAM BRANCH, CF-3756** | FACILITY **WAYMART** | HOUSING LOCATION **F-2** | GRIEVANCE DATE **FEBRUARY 23, 2002** |
|---|---|---|---|

The following is a summary of my findings regarding your grievance: *I showed Ms Colachina my Legal Notice's 2 From the court as it is Required inorder togeta twice a day spot*

   I spoke with Mrs. Colachino about your three court deadlines. She acknowledged receiving the court papers. Two deadlines were clear, but you did not provide her with the appeal date of the Final Order Allowance of Appeal Denial. You were instructed to research it in the law library. You agreed to do this, but first wanted twice a day up to and including February 14, 2002. This was granted for the Discovery Motion. The Disposition Motion is due 60 days from 1/14/02. You will be given access twice a day, two weeks before that date by request.

   On February 17, 2002, you sent a request to Mrs. Derrick for law library twice a day. Since you did not indicate any new court deadline and the manner in which you wrote dates, lines, and arrows, she was somewhat confused of your intentions. She answered by asking about any new deadline. She never received an answer from you. You were called down by Mrs. Colachino to discuss this on Friday, 2/22/02. You did not provide a new date since you did not know. She suggested that you go to research that day, but you refused and preferred Saturday afternoon. When Mrs. Colachino and Inmate Stober tried to help you on Saturday, you would not cooperate with them. Instead you became irate, loud, argumentative, and disrespectful to Mrs. Colachino. Since you were vague about your case, you were advised about two possible options. You were given legal materials to decide what to do, and when to petition. In addition, you were called the morning of the 25th, but you refused. You never requested the 26th. Your latest request dated the 20th was just received by Mrs. Derrick on the 28th. You will be allowed twice on the 28th in order to research and come up with a new deadline if needed. All else will be once a day until you are two weeks from any deadline.

   Mrs. Colachino and Mrs. Derrick have done everything to help you. Therefore, I do not feel you were denied access to the court system.

*Here MR Walsh still does not tell me How much Time I have To File a Habeas corpus To the Federal courts.*

| Print Name and Title of Grievance Officer **MARTIN WALSH** **CORRECTIONAL SCHOOL PRINCIPAL** | SIGNATURE OF GRIEVANCE OFFICER *Martin Walsh* | DATE **3-4-02** |
|---|---|---|

**DC-135A**

Exhibit AA-16
Page 4

## INMATE'S REQUEST TO STAFF MEMBER

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Ms Colechino  Law Library

2. DATE 2-17-02

3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch  CF3756

4. COUNSELOR'S NAME Ms McDonnell

5. WORK ASSIGNMENT Block Janitor

6. QUARTERS ASSIGNMENT F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Please Put me on call out

for Law Library during the week

of  2-17-02

8:10 + 12:45 Wednesday

Thursday

Friday

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

This was a order
From The Court
30 days = 60 days
To complete

WhY 2x2    Do You have a

new couRt dead Line?

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER  MAD  DATE 2/20/02

DC-135A

Exhibit AA-16

(4A)

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Ms. Machina  Law Library | 2. DATE 2-20-02 |
|---|---|
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) William Branch   CF-3756 | 4. COUNSELOR'S NAME Ms. McDonnell |
| 5. WORK ASSIGNMENT  Block Janitor | 6. QUARTERS ASSIGNMENT  F-2 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Please put me on call out for

Law Library during the week of 2-24-02

8:10 & 12:45 Monday

Tuesday

Wednesday

Thank you ☺

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Do you have court deadline
please show Mrs DIC
written proof of a court
deadline

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                               DATE 2/21/02

Exhibit AA-116
Grievance
(1/3)

## INTERLIBRARY LOAN REQUEST

NUMBER: CF3756                    DATE: 2-19-02

NAME: Wm Branch                   BLOCK: F2

### Title and Author or Cite

#### *Must be specific in requesting legal materials

American Law Reports   2 ALR 4th 27

I want the Publication as it is listed as

a Souces for a Constitutional standard

✗ cited from Habeas Corpus 28 § 2254 also

also I need the Dead line to file a Habeas Corpus, from a State

conviction in a Federal Court Please

The above: book(s)/legal material(s)/photo-copy(ies) was/were
received by me from the loaning institution and inspected.  They
were found to be in good condition, except as noted below:

_____

_____

_____

Barbara Derrick

Barbara Derrick-Librarian

I received the above:
[ ] book(s), [✓] legal material(s), [ ] photo-copy(ies) on the date
indicated below.

/s/  Wm Branch  EF35

Borrower's Signature

Date Received  2 /28/0 2

These book(s) legal material(s)/photo-copy(ies) must be returned
to the library on or before the following date:

ITEM(S) DUE BACK: 3 /2/1 02

*If legal materials are available in the Law Library, the requested
materials will not be duplicated through an Interlibrary Loan.

AA-18  HC
Page 6

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INSTRUCTIONS**

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| | |
|---|---|
| 1. TO: (NAME AND TITLE OF OFFICER) Ms Derrick Law Library | 2. DATE 9-18-01 |
| 3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF 3756 | 4. COUNSELOR'S NAME Mr McDonnell |
| 5. WORK ASSIGNMENT Block Janitor | 6. QUARTERS ASSIGNMENT F-2 |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.  GIVE DETAILS.

Please Put me on Call out

for Law Library on :

9-20 Thur. 12:45

Or 9-21 Fri. 8:10

✓WRONG date → 9-23 Mon 12:45

Thank you ☺

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Rec'd 9-21-01

I put this in the
mail on the 18th
She stated the she
did not Rec. it until
The 21st, and She
Did not give any Time
mail come's in after 8:10 in
The morning so I could not have
Be Called in as noted!

Please note there is a pencil used
To sign in the law Library

9-23 - Sun, we're closed

☐ TO DC-14 CAR ONLY            ☐ TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | MsD | DATE 9/2/01 |
|---|---|---|

| DC-135A | |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **COMMONWEALTH OF PENNSYLVANIA**<br>**DEPARTMENT OF CORRECTIONS**<br>INSTRUCTIONS<br>*Complete Items Number 1-7. If you follow instructions in preparing*<br>*your request, it can be disposed of more promptly and intelligently.* |

1. TO: (NAME AND TITLE OF OFFICER)
*Ms Derrick Law Library*

2. DATE *12-12-01*

3. BY: (INSTITUTIONAL NAME AND NUMBER)
*WM Branch CF 3756*

4. COUNSELOR'S NAME *Mr McDonnell*

5. WORK ASSIGNMENT
*Unassign*

6. QUARTERS ASSIGNMENT *F-2*

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

*Please Put me on call out*

*for Law Library on the week of 12-16*

*Monday 8:10*

*Tuesday 8:10*

*Wednesday 8:10*

*Thank you (L)*

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

*This is dated the 12th!*

*Rec'd Fri @ 3:30 12/14/01 & you wanted the days before today??? Put in another request*

☐ TO DC-14 CAR ONLY

☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER
*P Colachino*  DATE *12-14-01*

AA16

Page 5

| DC-135A | |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | **COMMONWEALTH OF PENNSYLVANIA**<br>**DEPARTMENT OF CORRECTIONS**<br><br>**INSTRUCTIONS**<br><br>*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.* |

1. TO: (NAME AND TITLE OF OFFICER) Mr Walsh  Ed mod  Principal

2. DATE 3-8-02

3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch  CF-3756

4. COUNSELOR'S NAME Mr McConnell

5. WORK ASSIGNMENT Block Janitor

6. QUARTERS ASSIGNMENT F-2

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE.   GIVE DETAILS.

Sir, I need to know How much time I have to Put in a State Habeas Corpus after the state supreme court denies a P.C.R.A and I need to know all my options to the court and the time limits to file them I have looked in all the books your staff gave me and they didn't know.

I do know that 14 days to put in a motion for Reconsideration on all orders and based on that how can you limit 2x a day to the last two weeks 14 days is two week that start the day of the order also you library staff should have a list of Time limits

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

at the Desk when they Request to see our court date's the Law library can call the court and get this information and all this would not have happen

Respectfully

☐ TO DC-14 CAR ONLY              ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

DATE

AA
page 6

United States District Court
Middle District of Pennsylvania

Wm Branch

v.

Russian

1:CV-001728

Judge Rambo

Motion to Add
defendants to complaint

If it Pleases the court Here sends william Branch
asking this court to add Ms Derrick Zilvrasian to my
42 § 1983 complaint, I am charging her with conspiracy
to hinder my access to court, inclosed find 2 Request 2 grievance
and a inter library Loan request

Ms Derrick is a Handicap Librarian here at SCI waymart
and I have tried not to sue her because she is Handicap
But her involvement has become more prominent of late
and I am tired of her using her position to interferre
with my Research, and scheduling for law library
I have written Grievance's but the supt Mr Coleman
has not answer them, but she has become so outrages
I have to report what the staff is up to.

I put in for a inter state library loan consisting of
a new case in the law. State v. Farmer, Tenn, No 40,003
12/11/01 it deals with Evidence; Presented by a Expert
Witness using Computer animation. Ms Derrick Refused
to put my Request through, this Requested case contains
the name of said Expert and the Rule of Procedure's all
use full in any case where a Expert maybe used
also Ms Derrick "shouted" to the entire Library that my
case involved putting a noke woman on a computer and
showing the court and my counselor defended her conduct
saying she did not say exactly what my Real case was
his name is mr McDonnell This is all childish and something
needs to be done

Respectfully william Branch
4-18-02                PoBox 256
                       waymart Pa 18472

*(left margin, written vertically):* Your Honor any inmate can order a Regular Book to Read why is legal material a issue;

Exhibit AA 16

Case 1:70-cv-01728-CCC   Document 145   Filed 02/03/2004   Page 82 of 92

ID NUMBER: CF 3756                          DATE: 4-17-02

NAME: Branch                                BLOCK: F-2

## Title and Author or Cite

*Must be specific in requesting legal materials

Law Case: (State v. Farner, Tenn, No. 40,003
12/11/01)   Evidence; Computer animated
Visualization Experts witness

_____

_____

The above: book(s)/legal material(s)/photo-copy(ies) was/were received by me from the loaning institution and inspected.   They were found to be in good condition, except as noted below:

Mr. Branch,

Please explain to me how the above law case is relevant

to your incarceration here at SCI-Waymart? Please answer

so that I can determine the
relevancy of your request.     Barbara Derrick
                               Barbara Derrick-Librarian

I received the above:
[ ] book(s), [ ] legal material(s), [ ] photo-copy(ies) on the date indicated below.

                    /s/ _____
                        Borrower's Signature

                        Date Received   /_/_____

These book(s) legal material(s)/photo-copy(ies) must be returned to the library on or before the following date:

ITEM(S) DUE BACK: ____/___/____

*If legal materials are available in the Law Library, the requested materials will not be duplicated through an Interlibrary Loan.

Please Note There is No Date

see Exhibit AA-16 I am still Asking For This in Page 8 Exhibit Page 3/13/02

+ also sent request on 3/13/02 a request on 3/13/02

Answered By the 3/13/02

M. Walsh

You were informed on two separate occasions of your options. Since you received a final order from the State Supreme Court as denied, you could file a Federal Habeas Corpus within one year (see Federal Rules of Court).

It is my understanding, along with Ms. Derrick and Mr. Colachino that since you filed a State P.C.R.A. and were denied for the last time, that it would not make sense to file a State Habeas Corpus at that same State level. But, if this is what you wish to do, it is your option.

Library staff, nor an inmate law clerk cannot act as a attorney and tell you what legal action to take. In addition, library staff will not call the court to enquire about rules of court when it can be found here in the law library.

It does not matter what type of motion a inmate submits to the courts. If he feels he cannot meet a court deadline, the Librarian allows that inmate to law library twice a day.

*Capt Gavin*

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER)
*Poperty Room*

2. DATE
*7-5-96*

3. BY: (INSTITUTIONAL NAME AND NUMBER)
*William Branch CF3756*

4. COUNSELOR'S NAME
*Mr Long*

5. WORK ASSIGNMENT
*Garmant Plant*

6. QUARTERS ASSIGNMENT
*C-2*

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

*Sir: I was in the hole and told I could only have two boxes of Personal Belongeing I was asked what did I want to send out I told the c/o not to send my legal material out that evening at 7:00 I was released only to find that Part of my legal material was being sent out; this is a Violation of my Constitutional Right of access to the courts.*

*Please check for this Package being shipped to Marcella Terry stop the maileing and return 2539 N Douglas St my legal papers Philo Pa 19132       Thank you*

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

*Mr. Branch,*

*Your signature authorizing the shipment of Your personal property is present on the Personal Property Inventory Sheet. Also it has been brought to my attention that you packed these items Yourself*

*This not TRUE I did not include My legal Papers !*

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER
*B Cole  C.II*          *Page 8*

DATE
*7/8/96*

FORM **DC-141**    PART II B
Rev. 6-84
DISCIPLINARY HEARING REPORT

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS    *Exhibit*

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. from PART I |
|---|---|---|---|---|---|
| CF3756 | BRANCH | SCIWM | 10/15/97 | 1010 | 295142 |

INMATE PLEA: ☑ Guilty  ☐ No Plea  ☐ Not Guilty  ☐ Other

Verdict: ☑ Guilty  ☐ Not Guilty

**HEARING ACTION**

CHARGES 32

FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED

plea   Witness for & view attached

guilty

I accept plea

remove from job LO Pay

eff 10/19/97

32    10-15-97

☑ YES ☐ NO — The inmate has heard the decision and has been told the reason for it and what will happen.
☑ YES ☐ NO — The circumstances of the charge have been read and fully explained to the inmate.
☑ YES ☐ NO — The opportunity to have the inmate's version reported as part of the record was given.
☑ YES ☐ NO — The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review.

SEE APPENDICES ☐

NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED)

WHITE—DC-15    YELLOW—Inmate Cited    PINK—Staff Member Reporting Misconduct    GOLDENROD—Deputy Superintendent

Part
Exhibit AA-12

*Not sent to Ms mcsley Ran out of money*

| DC-141  PART III<br>PROGRAM REVIEW COMMITTEE ACTION<br>☒ Misconduct Appeal ☐ Periodic Review ☐ Other | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF CORRECTIONS | | | |
|---|---|---|---|---|
| DC Number | Name | Institution | Date of Review | No. from PART I |
| CF-3756 | Branch, William | SCI-Waymart | 10/23/97 | 295142 |

PROGRAM REVIEW COMMITTEE'S DECISION AND ITS RATIONALE

Mr. Branch is appealing misconduct #295142 on the grounds that the punishment was disproportionate to the offense and the evidence was insufficient to support the decision.  The Program Review Committee reviewed the misconduct in question, the actions of the Hearing Examiner and Mr. Branch's appeal.  The Program Review Committee notes that Mr. Branch did indeed plead guilty during his misconduct hearing and even in his appeal stated that he overslept.  Mr. Branch currently has no noted medical limitations as a legitimate excuse to be laid-in from work.  Therefore, the Program Review Committee finds the punishment proportionate to the offense and the evidence was sufficient to support the decision, and sustains misconduct #295142.

## DECISION RELATIVE TO HEARING COMMITTEE'S VERDICT

☐ Not Applicable    ☐ Sustain    ☐ Sustain-Amend    ☐ Refer Back For Further Study    ☐ Exonerate Inmate

| Names of Program Review Committee Members | Signatures | Date |
|---|---|---|
| Acting Deputy Joseph P. Nish | *Joseph P Nish* | 10/24/97 |
| Paul DelRosso, Unit Manager | *Paul DelRosso* | 10/24/97 |
| Gerald Sobotor, Unit Manager | *Page 6 Gerald Sobotor* | 10/24/97 |

WHITE-DC-15      YELLOW—Inmate Cited      PINK—Staff Member Reporting Misconduct      GOLDENROD—Deputy Superintendent

FORM **DC-141**    **PART II B**
Rev. 6-84
DISCIPLINARY HEARING REPORT

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF CORRECTIONS

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. from PART I |
|-----------|------|-------------|--------------|--------------|-----------------|
| CE3756 | BRANCH | Sciwm | 10/15/97 | 1010 | 295142 |

| INMATE | ☑ Guilty | ☐ No Plea | | |
|--------|----------|-----------|---|---|
| PLEA | ☐ Not Guilty | ☐ Other | Verdict | ☑ Guilty |
| | | | | ☐ Not Guilty |

### HEARING ACTION

CHARGES 32

FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED

plea    Witness for & against attends

guilty

I accept plea

remove from job w/o pay

eff 10/10/97

| | | | |
|---|---|---|---|
| ☑ YES | ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. | |
| ☑ YES | ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. | **SEE APPENDICES** |
| ☑ YES | ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. | ☐ |
| ☑ YES | ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. | |

Page (5)

| NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED) | Hearing Report and all appended information must be signed. Signature indicates finished report with appendices. |
|---|---|
| J Welby | SIGNATURE OF HEARING EXAMINER/COORDINATOR |

WHITE—DC-15    YELLOW—Inmate Cited    PINK—Staff Member Reporting Misconduct    GOLDENROD—Deputy Superintendent

FORM DC-141   PART I
Rev. 6 84

☒ MISCONDUCT REPORT   ☐ OTHER

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

295142

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| CF3756 | BRANCH WILLIAM | SCI UNY MART | 12:30 | 10/10/97 | 10/10/97 |

| Quarters | Place of Incident |
|---|---|
| M2 | GARMENT Shop |

### OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)

| DC Number | Name | I | W | BC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| | LAURIA, MIKe CoI | X | X | | | | |
| | | | | | | | |
| | | | | | | | |

**MISCONDUCT CHARGE OR OTHER ACTION**   Class II #32

Failure To Report To work, unexcused Absence
From work.

**STAFF MEMBER'S VERSION**   On friday 10/10/97 AT Approximately 12:30 I
Called M2 Block To Check The where Abouts of
I/m BRANch. COI Lauria informed me That BRANch
was sleeping. This is an ongoing pRoblem with
I/m BRANch not Reporting To work.

**IMMEDIATE ACTION TAKEN AND REASON**

Lay in from work
until seen by the
Hearing Examiner

**PRE-HEARING CONFINEMENT**

| | IF YES | |
|---|---|---|
| | TIME | DATE |
| ☐ YES | | |
| ☒ NO | | |

☒ REQUEST FOR WITNESSES AND REPRESENTATION   FORMS GIVEN TO INMATE   ☐ INMATE S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY | |
|---|---|---|---|
| Carol Syeacg Carol Surace foreman | W J gym CoIV | DATE 10 OCT 97 | TIME 24 HOUR BASE 1425 |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | | 09 Misconduct Category | Signature of Person Serving Notice |
|---|---|---|---|
| DATE 10-11-97 | TIME 0900 | ☐ CLASS I   ☒ CLASS 2 | RICHARD EIby CoI |

### NOTICE TO INMATE

You are scheduled for a hearing on this allegation on the date and the time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found guilty of a Class I misconduct, any pre-release status you have will be revoked.

WHITE—DC-15    YELLOW—Inmate Cited    PINK—Staff Member Reporting Misconduct    GOLDENROD—Deputy Superintendents

Exhibit -

| DC-141  PART III<br>PROGRAM REVIEW COMMITTEE ACTION<br>☒ Misconduct Appeal ☐ Periodic Review ☐ Other | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF CORRECTIONS | | | |

| DC Number | Name | Institution | Date of Review | No. from PART I |
|---|---|---|---|---|
| CF-3756 | Branch, William R. | SCI-Waymart | 10/2/97 | 990495 |

PROGRAM REVIEW COMMITTEE'S DECISION AND ITS RATIONALE

Mr. Branch is appealing misconduct #990495. He is appealing the misconduct on the grounds that the punishment is disproportionate to the offense and the evidence was insufficient to support the decision. The Program Review Committee has reviewed his misconduct, has reviewed the hearing examiner's findings and has reviewed his appeal. It should be noted that inmate Branch pled guilty to a Class II misconduct, #32, Failure to Report to Work, Unexcused Absence. However, the Program Review Committee investigated this misconduct and found, after contacting all parties, that the inmate was laid in until further notice by Mrs. Surace, Correctional Industries Instructor. Correctional Officer Obelenus stated that he had placed this in the officer log and, due to this fact, the Program Review Committee has dismissed this misconduct.

DECISION RELATIVE TO HEARING COMMITTEE'S VERDICT

☐ Not Applicable      ☐ Sustain      ☐ Sustain-Amend      ☐ Refer Back For Further Study      ☐ Exonerate Inmate

| Names of Program Review Committee Members | Signatures | Date |
|---|---|---|
| Acting Deputy Joseph P. Nish | | 10/6/97 |
| Deputy John Shemo | | 10/7/97 |
| John Gelatt | Page 7 | 10/6/97 |

FORM **DC-141**    PART II B    COMMONWEALTH OF PENNSYLVANIA
Rev•6-84                         DEPARTMENT OF CORRECTIONS
DISCIPLINARY HEARING REPORT

| DC Number | Name | Institution | Hearing Date | Hearing Time | No. from PART I |
|---|---|---|---|---|---|
| CF 3756 | BRANCH BR. | SCI9KM | 9/30/97 | 0915 | 990495 |

INMATE PLEA: ☐ Guilty  ☐ No Plea  ☒ Not Guilty  ☐ Other

Verdict: ☒ Guilty  ☐ Not Guilty

**HEARING ACTION**

CHARGES 7 32

FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED

plea   no Witness or out that

Guilty 32
not Guilty 7

I accept guilty plea 32

Dismiss 7

Sanction

* Evidence does cated bell MsSweet + M.Cobbs   Remove from job to
who bell that Bund was never bad if   $ pay eff 9/25/97
more than one day.

☒ YES ☐ NO  The inmate has heard the decision and has been told the reason for it and what will happen.
☒ YES ☐ NO  The circumstances of the charge have been read and fully explained to the inmate.
☒ YES ☐ NO  The opportunity to have the inmate's version reported as part of the record was given.
☒ YES ☐ NO  The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review.

SEE APPENDICES ☐

NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED)

J Welby    Page 2 3

Hearing Report and all appended information must be signed. Signature indicates finished report with appendices.

SIGNATURE OF HEARING EXAMINER/COORDINATOR

YELLOW—Inmate Cited    PINK—Staff Member Reporting Misconduct    GOLDENROD—Deputy Superintendent

| FORM DC-141 Rev. 6-84 | PART I | COMMONWEALTH OF PENNSYLVANIA | | 990495 |
|---|---|---|---|---|

☑ MISCONDUCT REPORT ☐ OTHER    **DEPARTMENT OF CORRECTIONS**

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| CF 3756 | Branch W | SCI Waymart | 0800 | 9-2-97 9-25-97 | 9-25-97 |

| Quarters | Place of Incident |
|---|---|
| M 2 | Garment Shop |

### OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| | Helbing, Robert COI | X | X | | | | |
| | | | | | | | |
| | | | | | | | |

**MISCONDUCT CHARGE OR OTHER ACTION**   Class II #32

Failure to report to work, unexcused absence. Class I cat B #3 Refusing to obey an order.

**STAFF MEMBER'S VERSION** I have continuously told and ordered I/m Branch that he must report to work. He continuously disregards these orders and goes to law library. I've notified the Unit officer several times and he states that Branch is at law library.

**IMMEDIATE ACTION TAKEN AND REASON**   Lay in from work. Detant until Seen by the Hearing Examiner

| PRE-HEARING CONFINEMENT | | | FORMS GIVEN TO INMATE |
|---|---|---|---|
| | IF YES | | ☑ REQUEST FOR WITNESSES AND REPRESENTATION    ☑ INMATE'S VERSION |
| | TIME | DATE | |
| ☐ YES | | | |
| ☑ NO | | | |

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY    SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY | |
|---|---|---|---|
| Carol Surace Carol Surace Foreman | W J Jarvis CT | DATE 9/25/97 | TIME 24 HOUR BASE 1432 |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | | Misconduct Category | Signature of Person Serving Notice |
|---|---|---|---|
| DATE 9-30-97 | TIME 0900 | ☑ CLASS I    ☐ CLASS 2 | J. Jescavage COI |

### NOTICE TO INMATE

You are scheduled for a hearing on this allegation on the date and the time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found guilty of a Class I misconduct, any pre-release status you have will be revoked.

Page 9

WHITE —DC-15    YELLOW—Inmate Cited    PINK—Staff Member Reporting Misconduct    GOLDENROD—Deputy Superintendents



Mail    Legal    legal

INMATE MAIL
PA DEPT. OF CORRECTIONS

WAYMART
FEB 02 '04
PA

PB METER
7134371

$6.15
U.S. POSTAGE

7002 1000 0005 3999 2818

WM. R. Branch CF3756
Po Box 256
Waymart Pa 18472

Legal
Mail

J. ConneR
P.O. Box 983
HaRRisbuRg Pa 17108

FILED
HARRISBURG, PA

FEB 3 2004

MARY E. D'ANDREA, CLERK
Per _____



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE
www.usps.com

LABEL 107, JUNE 2000