*none to us*

THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BRANCH<br>    Plaintiff | :   CIVIL No. CV-00-1728 |
| Vs. | :   (Judge CONNER) |
| MR. RUSSIAN, et. al.,<br>    Defendants | : |
| | : |

FILED
FEB 1 3 2004
PER _____
HARRISBURG, PA  DEPUTY CLERK

## MOTION FOR INJUNCTION RELIFE

IF IT PLEASE'S THE COURT HERE COMES WILLIAM BRANCH CF-3756 ASKING THIS HONOR COURT TO GRANT ME INJUNCTIVE RELIEF.

TO THIS END THE PRISON HAS AGAIN ASKED ME TO CUT MY HAIR. AS IAM BEFORE THIS NOBLE COURT ON THIS SAME ISSUE, AND THE COURT HAS NOT RENDER A DECISION PER MY COMPLAINT THIS ACTION CAN ONLY BE RETALIATION FOR MY ACCESSING THE COURT.

I HAVE WRITTEN A GRIEVANCE ON C/O GOWAT AND CAPT. GRIFFITH AND CAPT. GAVIN FOR NOT ALLOWING ME TO SHOWER BEFORE CHURCH ON SATURDAY MORNING MR. FRIEDMAN ANSWERED THE REQUEST AND INFORMED ME THAT I COULD SHOWER AT 8:00 am, BUT THERE IS A SIGN POSTED THAT YOU MAY NOT SHOWER UNITILL 8:30 am WHICH c/o GOWAT ENFORCED ON TWO SATURDAYS.

C/O GOWAT TOLD ANOTHER INMATE THAT HE HAD SOMETHING FOR ME ABOUT MY BEARD, TODAY HE ORDERED ME TO SIGN UP FOR THE BARBER SHOP AND STATED THAT I HAD TWO DAYS TO GET AND EXEMPTION OR HE WAS GOING TO WRITE ME UP.

FOR THE ABOVE REASONS I AM ASKING THIS AUGUST COURT TO ENTER AN ORDER TO THE PRISON DENYING THEM THE RIGHT TO ORDER ME TO GET MY HAIR CUT OR ANY ISSUES BEING ARGUED BEFORE THE COURT SHALL THEY INTERFERE WITH BY RETALIATING AGAINST ME

## UNSWORN DECLARATION

I AFFIRM UNDER PENALTY OF THE LAW THAT THE ABOVE IS TRUE

## PROOF OF SERVICE

MS MOSLEY Esq. Strawberry Sq. 15 fl. Harrisbrug Pa. 17120

Date 2-6-04

William Branch
P.O. BOX 256
Waymart Pa. 18472