THE UNITED STATES DISTRICT COURT

IN THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM BRANCH
    Plaintiff
Vs.
Mr. RUSSIAN et. al.,
    Defendants

:    CIVIL No. CV-00-1728

:    (Judge CONNER)

:

BRIEF IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF

If it please this auguest Court Here Come Wm Branch CF3756 a inmate at S.C.I. Waymart asking this Court for a Temperay or a Permanet injunction; forebidding the D.O.C from cutting my Hair (Based upon my Religious Beliefs as stated in the Holy Bible at numbers 6:1-21, 2, 5. [Reading from the Oxfrod N.I.V Scofield study bible also Footnotes #6:1] the key word being wants appearing in verse 2 if a man or a woman wants to make a special vow, a vow of Separation to the Lord as a Nazirite See Footnote 6:1)

also this Request come's after I wrote up C/O Gowat and Mr Friedman for Dening me a shower before I go to church on the Sabbath at 8:30 AM when the Prison Policy was that shower start at 8:00 AM For 3 Saturdays I was denied Showers. C/O Gowat, Capt Griffith, Capt Gavin, and Mr Friedman knew this policy was in effect sence December 16, 2003 yet they Refused to allow me to shower and did not state that 8:00 AM was the correct time to shower: Grievance # 74377 + # 74742

C/O Gowat along with all defendants name Retaliated against me By demanding I cut my hair, this is a Conspiracy and the "Causal Link" is the "Suggestive Temporal Proximity" becouse I Reported C/O Gowat and he stated to another inmate that he would fix me [inmate aka Columbia] 2/9/04 #5, and this coming on the heal of my Reporting is Misconduct, along w/ the fact that I showed them DOC Policy # 819 Pg. 8 (2.)(b), Religious activity Policy they still insisted I should follow the last order given.

There is No Security issue with Regard to my hair it is pulled Back and my Beard is Tied under my chin as Cited: in BenJamin vs. Coughlin 905. F2d 571 US.Cert denied 112 Lc 335 (1990) There appears to Be an altenitive means whereby the Religious Right will not Be under minded. Today 2-9-04 the D.O.C., forced me to get a hair cut or face a write up. To show the D.O.C. and the Court

Pg 1

That I follow the Rules and the C/O directions, and I Look to this noble Tribune for Relief

## Questions Presented to the Court

1. Can the D.O.C. force me to cut my Hair while the court is still Reviewing my complaint
2. Can the D.O.C. deny me a Shower before church on my Sabbath in violation of it's own Stated Policy and no other Restriction on showers were in place i.e. Broken pipe or water Restriction.
3. Can the D.O.C. Retaliate against me of exercising my const. Rights. Title 42 U.S.C.A. 2000 cc 5.(J)(A)

### answer
1. No
2. No
3. No

The DOC is ingaging in a form of <u>Iconoclastice</u> Behavior when it is duty bound to uphold the First amendment, not seek out ways to violate the freedom of Religion Rights. For three years I was allowed to exercise my Belief, sense the court has set a date for Trial, I have been transferred back to MR Friedman unit and been attacked by these named Defendants in a effort to Retaliate and punish me and to write Disciplinary misconduct in order to put me in the RHU so they can Read my Legal material and the premis they put forth is : if he is sincere he will not allow us to cut his hair. (from christians this should not be)

Romans 14:4, 1-3  To his master he stands or falls -(13:1-3) I was given an order I am in court for the same matter. I have tried to practice my Belief for the Last 5 years and the D.O.C. has ordered me to cut my Hair.

My Sincerity has been atested to these past 5 years the names I have been called the mistreatment I have Recieved By staff and inmates No one/man told me to take this upon myself. this is a Revelation from <u>GoD</u>. I Recieved no special ~~propis~~ props, I can't get new cloths or shoe's or a Belt. same shoes 5yrs some clothes 4yrs I ask for new clothes for church with a hem, "<u>Nothing</u>" Just one! GoD see's and he knows the truth I am trusting him to show you the truth of my plight.

For these Reasons I ask this august court to order the D.O.C. To stop it's Retaliation and it's forceing me to cut my Hair.

Pg. 3 and Remove Mr Friedman from this prison and C/o Gowat as well, also I want Damages of 200,000.00 Becouse they Knew I had put in a Religious Exemption DC-52 on Friday 2-6-04 and I showed them DOC Policy 819 Pg.8 (b.) This was the only Hair accomadation I have put in sense the D.o.C. changed its policy, Mr Friedman tried to play dum and say I already had 15 days and the Exemption was denied!

I Pray this noble court will grant my Request for an Injunction

Respectfully

### Proof of Service

I affrim that I have mailed the named parties this motion by first class mail.

Ms Mosley esq.
Strawberry sq 15 Fl
Harrisburg Pa 17120

J Conners
Po Box 983
Harrisburg Pa 17108

### Unsworn Declaration

I affrim under Penalty of the Law that the above Is true

Date 4-9-04

William Branch CF3756
Po Box 256
Waymart Pa. 18472





Name & No. CF3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Legal Mail

J. Conner
Po Box 983
Harrisburg Pa 17108

17108+0383    11