Run 000617

02/17/2004 03:33 PM

**U.S. Courts**
**Final Check Register**
Check Detail Information

Page 1 of 3

00234173 - 00234189

FILED
SCRANTON
FEB 18 2004
DEPUTY CLERK

Disbursing Office: 4667
Disbursing Office Name: MIDDLE DISTRICT O PENNSYLVANIA

| Check Number | Check/Void Date | Vendor Code | Vendor Name | Check Amount | Voucher Number | FY | Fund | Org | Object Cost | Per Ind | Check Check | Manual Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00234173 | 02/17/2004 | MISCCASE | 40518 050 VUKUSIC SLAVKO | $25.00 | JA 040512476 5016 | 2004 | 6855XX | | PER | | | No |
| 00234174 | 02/17/2004 | MISCCASE | 10059 067 MILLER RODNEY | $25.00 | JA 040512476 5015 | 2004 | 6855XX | | | | | No |
| 00234175 | 02/17/2004 | MISCCASE | 54017 066 MILLER TIMOTHY | $25.00 | JA 040512476 5014 | 2004 | 6855XX | | | | | No |
| 00234176 | 02/17/2004 | MISCCASE | ANTHONY URBAN | $9.50 | JA 040512476 5013 | 2004 | 6855XX | | | | | No |
| 00234177 | 02/17/2004 | MISCCASE | LEROY NEWSOME AF 4013 | $3.43 | JA 040512476 5012 | 2004 | 6855XX | | | | | No |
| 00234178 | 02/17/2004 | MISCCASE | LAMB WINDLE MCERLANE | $25.00 | JA 040512476 5011 | 2004 | 6855XX | | | | | No |
| 00234179 | 02/17/2004 | MISCCASE | WILLIAM BRANCH CF-3756 | $16.58 | JA 040512476 5010 | 2004 | 6855XX | | | | | No |
| 00234180 | 02/17/2004 | MISCCASE | MICHAEL RUCKER BL-6446 | $5.05 | JA 040512476 5009 | 2004 | 6855XX | | | | | No |
| 00234181 | 02/17/2004 | MISCCASE | JERRY WOOD AY-5175 | $10.23 | JA 040512476 5008 | 2004 | 6855XX | | | | | No |
| 00234182 | 02/17/2004 | MISCCASE | JAMES D ENGLISH | $500.00 | JA 040512476 5007 | 2004 | 6855XX | | | | | No |
| 00234183 | 02/17/2004 | MISCCASE | RODNEY J MILLER 10059-067 | $133.32 | JA 040512476 5006 | 2004 | 6855XX | | | | | No |
| 00234184 | 02/17/2004 | MISCCASE | CNA INSURANCE COMPANY | $25.00 | JA 040512476 5005 | 2004 | 6855XX | | | | | No |
| 00234185 | 02/17/2004 | MISCCASE | USPS DISBURSING OFFICER | $115.00 | JA 040512476 5004 | 2004 | 6855XX | | | | | No |
| 00234186 | 02/17/2004 | MISCCASE | USPS DISBURSING OFFICER | $50.00 | JA 040512476 5003 | 2004 | 6855XX | | | | | No |
| 00234187 | 02/17/2004 | MISCCASE | MARY E DANDREA TRUSTEE | $750.00 | JA 040512476 5002 | 2004 | 6855XX | | | | | No |
| 00234188 | 02/17/2004 | MISCCASE | MARY E DANDREA TRUSTEE | $190.00 | JA 040512476 5001 | 2004 | 6855XX | | | | | No |
| 00234189 | 02/17/2004 | MISCCASE | FIDELITY DEPOSIT AND | $932.94 | JA 040512476 4001 | 2004 | 604700 | | | | | No |

VERSION 3.0

CHK 234179 9/16/58
Return Overnmt Atton Fee - A02-1248 Branch
M.D. 1:00-1728.