**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 19th day of February, 2004, upon consideration of plaintiff's motion for supplemental pleading (Doc. 141), in which plaintiff seeks leave to file a supplemental pleading to allege violations of 42 U.S.C. § 1997(d), and it appearing that 42 U.S.C. § 1997 is a definitions section and provides no substantive cause of action, see id., and that defendants have filed a motion for summary judgment (Doc. 129) and would be unduly prejudiced by granting leave to plaintiff to file a supplemental pleading, see FED. R. CIV. P. 15(d); Owens-Illinois, Inc. v. Lake Shore Land Co., 610 F.2d 1185, 1188-89 (3d Cir. 1979); Hassoun v. Cimmino, 126 F. Supp. 2d 353, 360-61 (D.N.J. 2000), it is hereby ORDERED that the motion (Doc. 141) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge