IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **William Branch** | : | |
|     Plaintiff | : | |
| | : | No. 1:CV 00-1728 |
| v. | : | |
| | : | |
| **CO Russian, et al.** | : | (Judge Conner) |
|     Defendants | : | (Electronically Filed) |

## DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTION

### STATEMENT OF THE CASE

This is a civil rights action by a state prisoner alleging, *inter alia,* retaliation and denial of access to the courts.

Plaintiff is William Branch, who is a prisoner confined at the State Correctional Institution at Waymart("SCI-Waymart"). Branch has been granted *in forma paperis* status and is proceeding *pro se.*

Defendants are the former Secretary of the Department of Corrections, Martin Horn, and a number of present and former employees of the Department: Raymond Colleran, SCI-Waymart Superintendent; Kim Griffiths; Wayne Gavin; Timothy Welling; William Gagas; Milton Freidman; Elaine Martin; Ronald Richards, Christopher Jones; Martin Walsh; Christina Wilbur; David Gorman; Joseph Sclazo; Neil Heffernan; Carol Surace; and Richard Russian.

The complaint is said to be premised upon the First, Sixth, Eighth and