COURT COPY

In The United States District Court
for The District Court for The middle District
of Pennsylvania

WM Branch
Plaintiff                    :    Civil Action No. 1:00-CV-1728

                             :
Vs.                          :    (Judge Conner)

Mr Russian, et. al.,         :
     Defendants

FILED
MAR 0 4 2004
PER _____
HARRISBURG, PA   DEPUTY CLI

<u>Reconsideration</u>
<u>of Motion for allowance of</u>
<u>Supplemental Pleading</u>

If it Please's this most Esteem Court Here
Come's Inmate <u>William R. Branch CF-3756</u> Pray in this
Efficacy, Tribune will Grant my motion for Recon-
Sideration of Supplemental Pleading <u>Per</u>: Rule 15(d)
of federal Rules of Civil Procedure.
     <u>Citing</u>: adam Vs. Gould inc. 739 F2d 858, 864
(3 cir 1984) Cert denied 469 us 1122, 105 Sct 806, 83
Led 2d 799 (1985) Perfect Plastic industries v. Cars
and concepts 785 FSupp 1080, 1081 (WD Pa. 1991)
Fed Rules of Civil Procedure: Key 824, 833, 834, 851
     Supplemental Pleadings and amended complaints
are to be Liberally Granted, the Court docket will
Show that I have been trying for over Two years
To amend my Complaint, and before the Court
denied my motion it should have informed me
what I needed to do inorder to Conform to the
Rules of Civil Procedure as I am Pro Se.
     Therefore I Respectfully ask this Sagacious
Court to Grant my motion and allow Supplemental
     Pleading                    ①