US Dist Court

IN the United States District Court
For the middle District Court of Pennsylvania

Wm Branch,
  Plaintiff

vs.

MR Russian et. al,
  Defendants

: Civil Action No. 1: CV-00-1728
:
: (Judge Conner)
:
:

FILED
MAR 0 4 2004
PER _____
HARRISBURG, PA  DEPUTY CLERK

Brief in Support of
motion to Reconsider allowance of Supplemental
Pleading

If it Please's this most august Court inmate CF3756 Wm Branch Beseeching this esteem Tribune to Grant Plaintiff motion for Reconsideration of allowance of supplemental Pleading Per Fed. Rules of Civil Procedure 15(d) for the Reasons stated below

1. amended Complaints and Supplemental Pleading should be liberally Granted
2. Pleadings by Pro Se are to be liberally Read
3. Before denying a motion due notice are to be Given to Pro Se Pleadings Per Rule 11 an unsigned paper shall be stricken unless omission of signature is corrected promptly after being called * to the attention of the Attorney or Party
4. I moved for the allowance of amended complaint
* Two years before a trial date was set and before Defendants moved for Summary Judgement was maid.

①

## Brief in support of motion to Reconsider allowance of Supplemental pleading

<u>Forman vs. Davis</u> 371 US 171, 181-82, 83 S.Ct. 227, 229-30, 9 L.ed 2d 222 (1962)

The Rule governing amendments and Supplemental Pleadings are Generally Liberally construed in favor of permitting such pleading, Consistent with the Goal of ~~ins~~ [E]nsuring that all Related claims are litigated in a Single action

followed by <u>adam vs Gould</u> 739 F2d 858, 864 (3 CiR 1985) cert denied 469 US 1122, 105 Sct 806, 83 Led 2d 799 (1985) <u>Perfect Plastices industries v. Cars and Concepts</u> 758 F Supp 1085, 1091 (w.D. Pa. 1991)

<u>Skehan vs. BD of trustee of Bloomsburg State Col.</u> 590 F2d 470 at 492 (3Rd CiR 1998) <u>citing</u>: <u>forman vs. Davis</u> 371 US 178, 182; 83 Sct 227, 9 Led 2d 222 (1992

<u>Bronze Shield jr. vs. NJ Dept of Civil Service</u> 667 F2d 1086 following: <u>forman vs. Davis</u> 371 US. 178, 182 : Summary Judgement must be Reversed in light of facts that complaint with affidavit

The Courts interditions are clear, that supplemental Pleading and complaints amended are to be ~~lit~~ literally Granted, This was not done in my case.

The court denied my motions and failed to instruct me as to how I (being pro se) could correct my motion.

The Court Docket will also show that I filed for

③

<u>Brief in support of motion to Reconsider allowance of Supplemental Pleading</u>

Supplemental Pleading and amended complaint Starting in September and even before the Defendants for Summary Judgement 12-31-03.

 I filed Dec. 12-5-03 motion for Supplemental Pleading
     Dec. 12-17-03 Brief in support of motion for Supplemental Pleading
    Nov. ~~15.~~ 11-25-0~~3~~ motion to amend complaint
    ~~Sept~~ ~~9-17-03~~ motion to amend complaint
    Dec. 12-24-02 " " " "

Before these motion were dismiss I Respectfully Believe the Court should have Let me know I was in ERROR and allowed to Correct and supply the Court with need information.

As Rule 15(d) is designed to Add defendants and Setting forth transactions, or occurrances, or events, which have happen since the Date of Pleading sought to be Supplemented.

Based upon the Supreme Court of the United States I Should have been Granted amended Complaint and Supplemental Pleading Long Before Defendants filed a motion for Summary Judgement, So all Related claims are Litigated in a single action i.e <u>Forman vs Davis</u>.

As the Court ERRed in not allowing me amendment of complaint or supplemental Pleading the Relief I am asking should be Granting

<u>Brief in support of motion to Reconsider allowance of Supplemental Pleading</u>

The Defense Attorney will not be Prejudiced because Both events and occurrances will be dealt with now as appose to another 42 § 1983 complaint,

in fact as I write this motion many occurrances and Events have already taken place, I have been made to cut my Religious Based hair, I Reported C/O Gowat for not allowing me to shower before I go to church the Supt. Colleran made Mr Fried man and C/o Gowat Post the correct time for Showers and to take down the incorrect sign they posted

C/o Gowat and Mr friedman forced me to cut my hair or Be put in the RHU/hole in Retaliation for my Exercising my 1 Amend. Rights To Petition the Government for Redress Freedom of Speech and the Free exercise of Religion. <u>Woods Vs. Smith</u> 60 F 3d 1161 (5 CIR 1995)

[6] Prison Law Key 4 (10.1), 13 (4)
   Prison officials may not Retaliate against or harass inmates for Exercising Right of access to Courts or For Complaining to Supervisor about guards misconducts

[8] Civil Law Key 135 Prison disciplinary action motivated by Retaliation for Prisoner's exercising of constitutional protected Right is actionable even if act; when Taken for different Reason, might be Legitimate C/o Gowat and Mr friedman Conspired to Retaliate against me the Causal "<u>Link</u>" is the <u>Suggestive temporal</u> Proximity

Brief in support of motion to Reconsider allowance of Supplemental Pleading

When I informed Mr Friedman that he was not allowed to order me to cut my hair per DOC Policy 819-3 Pg 8 he replied what are we suppose to do wait while this matter drags its way thru the courts!

The courts must protect me and all person who stand before it seeking relief.

<u>Brooks vs Andolina</u> 826 F.2d 1266 (3cir 1987) Inmate who was sentence in disciplinary proceeding to 30 days punitive segregation for writing letter complaining that female guard had searched his visitor in a very seductive manner brought §1983 action against prison officials.

Court of appeals held: disciplinary action taken against inmate violated his first amend, Fourteenth amend Rights.

Also I have filed Grievance's on C/O Gowat and the supt. has not answered me nor assigned a Grievance number to my Grievance to change DOC Policy 814-3 Pg 8 or C/O Gowat Grievance. They think the court is Blinded by Summary Judgement

Therefore I respectfully ask this most nable and esteem Tribune to grant this motion

Proof of Service

SDAG Ms Mosley Strawberry Sq 15 Fl Harrisburg Pa 17120

Unsworn Declaration

I affirm under penalty of the law that the above is true.

Date 2-29-04        William Brinch CF3756
                    A Box 256 Waymart Pa 18472





Name & No. CE3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

J. Conner
Po Box 983
Harrisburg Pa 17108

FILED
MAR 04 2004
PER _____
HARRISBURG, PA / DEPUTY CLERK