In the United States District Court
Middle District of Pennsylvania

Wm Branch, Plaintiff
Vs.
Russian, et. al., Defendants

FILED
HARRISBURG, PA
MAR 12 2004
MARY E. D'ANDREA, CLERK
Per _____

Civil Action No. 1: CV-00-1728
(Judge CONNER)

## Reply to Defendants motion to deny my motion for injunctive Relief

If it please's this most majestic Tribune Here come's <u>William Branch cf3756</u> a inmate at SCI-waymart Repling to Defendants motion to deny ~~my~~ me injunctive Relief.

(inclose Please find a copy of a letter I sent to ~~defense~~ Requesting a meeting to discuss Discovery Per your order)

Your Honor the defense continue to argue the controling D.O.C. Policy is 807 and that they have the Right to force me to cut my hair or face ~~Dis~~ Disciplinary action. either Ms Mosley has not Read this Policy and is depending on the information supplied by D.O.C. Staff or she has Read it and does not understand it!

In any case D.O.C Policy (a copy) contained in her Brief number 807 a Reading at VI. Procedure A.(2.d.) states: an inmate Request for a hair style emeption based on Religion shall be in accordance with Dept. Policy DC-ADM 819, Religious activities a cop of Pg 8 inclosed in my <u>Documents and Declaration of Brief in support of my motion to deny Summary Judgement</u> about page 21-24, citing Pg: 8 of DC-ADM 819 G.2 b. - f

①

## Reply to Defendant motion to dey Injunctive Relief

Pg. 8 D.O.C. Policy G.2.6 was issued after I open this complaint in 2000, which I had Grieved and should be Payed legal fee's for causing the D.O.C. to change its Policy.

As this change happen after my initial complaint I did not have a chance to apply under the new Policy I also wish to Point out that for three yrs. the D.O.C. had not ask me to cut my hair, the fact that staff Transferred me to M-2 under Mr. Friedman show's a conspiracy!

I should have been allowed to apply for a hair Exemption, This injunctive Relief comes on the heel of staff Violating its D.O.C. Policy, Pastor Gagas never sent my Request to the Religious accommodation Review Committee thereby denying me Due Process also the Timing of this action as Summary Judgement was asked and Supplemental Pleading Denied, they (staff) demonstrates it Klandestine conspiracy.

<u>for the Record I was ordered to cut my Religious Based hair or Recieve a misconduct</u>, when the Policy clearly states that durning the time a inmate seeks and exemption no action can be taken against him.

Mr Friedman state he was not going to wait while this issue "<u>Dragged</u>" it's way through the court system (he alludes to this at number 14 in Def. Documents in opposition to my injunction). his words were "We" denoting others but in his statement he Lays it all on C/o Gowat. at this same time Mr Friedman had Read this Policy I was showing it to him. I also spoke with Deputy Andrew who told Mr Del Rosso to look into this matter they were all in the loop.

### Reply to Defendants motion to deny my motion for Injunctive Relief-

A main Point of this motion for Injunctive Relief is the Request to cut my hair did not accure unitill I complained about the shower, for the Record I asked C/O Gowat if I could shower before 8:30 in order to Go to church he said: "why can't you shower the night before!" and he denied me to shower. No one was working on the shower for a three week period, as he would have the court Believe, nor did he allow me to shower Before 8:30 unitill Supt Colleran ordered him to change the shower Time.

What I am asking this noble court for is its Protection as one pleading before it, not to MICRO-munge the D.O.C. as counsel allege's.

The Staff has not followed it's own Policies, it has violated my First amendment Rights of Freedom to exercise my Religious Beliefs: To clean myself before I Go Before my GOD
   To keep a Razor off my hair as Long as I am under a Vow of a Nazarite

14th amendment Due Process, a fair and impartial hearing Equal Protection: other Religions are allowed to show before their Service. and not being Processed for a hair Exemption to as outlined in DOC. Policy

There are inmates that are indians who converted and the prison Gave them six months to see if they were sincere then they gave them exemption for their hair. (5yrs I have practice my Belief)

Champhill

Benjamin V. Coughlin 905 F2d 571 at 577 (z cert 1990) cert Denied. Stating: "There Exits an alternative means of accommodating Plaintiffs Religious Rights without under minding the Legitimate Penological interests!"

Reply to defendants motion to deny my motion for injunctive Relief

For the Reasons stated below

Therefore I ask this august Court to Grant me ~~Enjunctive~~ Injunctive Relief, Remove CO/Gowat and Mr Friedman so they can understand Justice will not be lied to, and others will understand Retaliation and conspiracy to violate the constitutional Rights of others and Racial discrimination will not Be Tolerated as I am a Black man, along with the fact that my Beliefs Run counter to what they Believe [R]eligious Prejudice is at the Root of these actions.

Most Honorable Judge I ask that the D-O-C change the exemption Policy to conform to 42 § 2000 CC 5(7.A) and that they Be forbidden to write misconducts on me or force me to cut my hair any more. P.S. Mr Friedman Come on the Block and Called C/o Gowat my Co-Defendant

Respectfully

### Proof of Service

Ms Mosley S.D.A.G. Strawberry Sq 15Fl Harrisburg Pa 17120

### Unsworn Declaration

I affirm under Penalty of the Law that the above is True

Date 3-4-04

William Branch CF3156
Po Box 256
Waymart Pa. 18472

3-1-04    Per court order    CF3756
          Dated 2-19-04      P.o Box 756
                             Waymart Pa. 18472

RE: Branch vs. Russian
    Civil action No: 1-00-1728

Attn: Ms Mosley SDAG
      Strawberry Sq- 15 FL
      Harrisburg Pa 17120

Madame Per Rules of Civil ~~Peirce~~ Procedure 26, 56(e).... answers to interrogatories etc, etc....

I would appreciate you suppling me with answers to my interrogatories that I have supplied the D.O.C with if you do not want to meet with me. I will forward a copy to you. as I am suppose to consult with you about discovery.

Please Respond as soon as possible as the court has set a dead line.

I also want to inform you that your Defendant have not Responded to my Grievance's on C/O Gowat and Mr Friedman and my Grievance's to change the DOC Policy on hair cut exemptions, there by denying me access to court and my Request to attend law library are not being processed by the unit mangement team, Mr ~~freed~~ man a defendant is head of and he made me cut my Religious hair a issue now being adjudicated this is the second time please speak to you clients! I also wish to speak to you about Supplemental Pleading, this will save us a lot of time if you will agree to allow supplemental pleading now, because I will file a motion for injunction to stay proceedings pending appeal which I believe will be granted.

Respectfully

William Branch CF3756

Name & No. CF3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

legal
mail

J. Conner
Po Box 983
Harrisburg Pa. 17108

FILED
HARRISBURG, PA
MAR 12 2004
MARY E. D'ANDREA, CLERK
Per ___



WAYMART PA
MAR 05 04
PB METER
7134271
$00.37
U.S. POSTAGE