**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 25th day of March, 2004, upon consideration of defendants' motion for summary judgment (Doc. 129) and the order of court permitting additional discovery for purposes of the motion for summary judgment (Doc. 152), and it appearing that trial in the above-captioned non-jury action is currently scheduled to commence on May 20, 2004 (Doc. 117), it is hereby ORDERED that:

1. Trial in the above-captioned non-jury action is rescheduled to commence at **9:30 a.m. on Monday, August 16, 2004**, in Courtroom No. 1, Ninth Floor, 228 Walnut Street, Harrisburg, Pennsylvania.

2. If plaintiff is incarcerated, a writ will issue before trial to secure plaintiff's attendance.

3. If plaintiff intends to present witnesses at the trial in the above-captioned action, plaintiff shall file, within thirty (30) days of the date of this order, a statement giving the name and address of each witness whom plaintiff intends to present at trial, <u>as well as a detailed statement of the facts to which each witness will testify</u>.  Failure to comply with this order may result in plaintiff being precluded from presenting witnesses at trial in the above-captioned action.  See FED. R. CIV. P. 16(b), (e), (f); L.R. 16.5, 43.3, 43.10, 83.3.1.

4.   Writs will issue to secure the attendance of inmate-witnesses identified in plaintiff's statement who have relevant and admissible testimony to offer.  Plaintiff shall advise the court of any changes of address for said witnesses.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge