United States District Court
for the Middle District of Pennsylvania

Wm. Branch, Plaintiff
vs.
Mr Russian et. al., Defendants

Civil Action No. 1:CV-00-1728

(Judge Conner)

FILED
APR 01 2004
PER ___
HARRISBURG, PA   DEPUTY CLERK

## Motion for Extension of time to file Brief to oppose Summary Judgement

If it Please's the Court inmate Wm. Branch Pray's this august tribune will Grant an Extension of time, As I have not Received a answer to my Request for Interrogatories and I can not Predict, when the defendants will Provide me with Discovery. and I do not want to miss the Briefing Date/Default (WB)

also the defendants have filed false charges against me and sanction me with 7 days cell Restriction

Garment Plant instructor Ms Dippel alleged that I Told her I was Going to Jumah a muslim service (although I had attend those Services in the Past, I have not attended those service since 9-11-01 as I felt it would create a stumbling-block for other Christian's here at Waymart)

I offirm under Penalty of the Law that I never told Ms Dippel I was going to Jumah, She Lied on me, also DC ADM Policy 801 F.(4) was violated By the staff in it's Disciplinary informal Resolution, Policy 801 F (4) States that the write up must Be Served on the Day

Page ①

of the incident if not the Reason must be placed/ Stated on the misconduct, this was not Done. (Violation of due Process) ~~Second~~ this alleged incident was ~~also~~ Dated 3-19-04, although I did not Report to work after Lunch, the Reason was not Because I had Told Ms Dippel I was going to Jumah, but because I ~~fail~~ a sleep.

I have over 10 yrs in this Prison never have I been charged Like this, I know the staff calls the Block and ask the Block officer if you are on the Block, it is Ridiculous to try to get out of work Like Ms Dippel alleged! (I know the staff is waiting for any Reason to Put me in the RHU in order to Punish me for Exercising my first amend Rights)

I charge Ms Dippel, Capt Griffin, Ms Surace, Mr Friedman with Retaliation, Conspiracy, denial of Due Process for my accessing the Court. See: Exhibit R-2 in motion to order Defendants to Dicovery (Misconduct # 295183) Posted to court 3-25-04 also asking for Default by Defendants

for the Reasons Stated above I Pray most Noble Tribune you Grant my motion

Proof of Service                                    Respectfully
S.D.A.G. Ms Mosley esq 15th fl. Strawberry Sq Harrisburg Pa 17120

Unsworn Declaration
I Affirm under Penalty of the Law that the above is true

Date 3/29/04                         W. Branch CF-3756
                                      Po Box 256
                                      Waymart Pa 18472

Name & No. CE-3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

J. Conner
Po Box 983
Harrisburg Pa. 17108

RECEIVED
APR 01 2004
MARY E. D'ANDREA, CLERK