**Affidavit of** _WM Branch_ for a motion of Emergency Injunctive Relief an Restraining order
Civil Action No. 1:CV-00-1728
Branch vs Russian

FILED
HARRISBURG
APR 05 2004
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

State of Pennsylvania  )
                       ) SS.
County of              )

I, _William R. Branch_, do declare the following statements: Lt Freethy threaten me, stating that if I continue to access the courts Ms Dippels would Rewrite the misconduct and the Hearing Examiner would give me more time.

that Ms Dippel Lied on her misconduct No-295183 I never told her I was going to Jumah, in fact thursday I had asked her if I could attend mass, surely she would have asked you are only allowed one Religious service a week or I thought you were Christian!

and that everthing in the motion for Injunctive Relief is true and that I was threaten by a muslim inmate who was told by Ms Dipple that I told her I was Going to Jumah and did not go to get out of work!.

I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S., Section 4904 relating to unsworn falsification to authorities.

Dated: _February 12, 2004_

(WB) 3/31/04
_William R. Branch_

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

NOTARIAL SEAL
ROBERT ANDREWS, Notary Public
Canaan Twp., Wayne County
My Commission Expires May 15, 2004

_Robert Andrews, Notary Public_

P1