Page ①

United States District Court
for The Middle District of Pennsylvania

Wm. Branch, Plaintiff
vs.
Mr Russian et. al., Defendants

Civil Action No. 1:CV-00-1720
(Judge Conner)

FILED
HARRISBURG
APR 05 2004
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

Brief in support of motion for Emergency Injunctive Relief and a Restraining order

If it please's this most august tribune Here come's inmate William Branch cf-3756 submitting this Brief in support of his motion for Emergency Injunctive Relief and a Restraining order Per fed. Rules of Civil Procedure Rule 65.(b)(d)

I was falsly charged by ms Dipple with lying to a staff member Misconduct No. 295183 Down Graded to informal Resolution. I was Give 7 days Cell Restriction which I have served, I posted a Request to Supt. Colleran and to the court stating the due Process Violation and denying that I told ms Dippel I was going to Jumah see: Exhibit R-1 of Exhibits To Compel Discovery Dated 3-25-04. As stated in the D.O.C Policy 801 Dated 4-17-2000 Pg. 5 A.②(3) the misconduct must be submitted before the tour of duty if not the Reason must be included. the incident Date 3-19-04, Date Reported 3-22-04 Per misconduct No Reason stated for the delay yet I was sanction to 7 days Cell Restriction.

Today march 31, 2004 at approximately 3:pm I was approached by Lt. Freethy who made threats against my Physical Person if I Did not Discontinue my Present Civil suit Against Ms Dippel, capt. Griffin, Ms Surace, Mr Friedman

all friends and co-workers of Lt freethy (also a Defendant in my supplement pleading) here at S.C.I. waymart. Because of my imprisonment at this prison, I am in no position to leave, or avoid Mr freethy or the Defendants in my suit. Who because of their position as D.O.C. staff, have virtually unlimited access and control over my person. This relationship places me in an unduely hazorous predictament, and after todays encounter, I feel I can trust no prison staff to go against superiors, co-workers, or friends to insure my safety.

Your Honor, as this court is aware I am involved in an on-going legal battle against the staff, which has resulted in continued harrasments, and abuses against. Now, as a hearing to determine the outcome of these matters approaches I witness the verbal, threats, harrassments and abuses against me are escalating toward dangerous levels, and I feel my health, safety and well being are in danger, and because of the uniqueness of my relationship to the Defendants, I feel my life is in peril. It is my opinion that misconducts, solitary confinements and abuse of power that have been previously used to intimidate, chill and frustrate my legal redress have matured (Point: the muslim inmate approaching me stating "I do not appreciate you playing with my Religion" after Ms Dippel asked him if I was at Jumah.) This is a legitimate and potentially life threatening level.

Lt freethy also told me that they would have Ms Dippel rewrite the misconduct and that I would get more time and not a informal resolution.

I feel that the longer I am in this prison, the closer I come to physical harm. Also, that due to the nature of the relationship would not quash the potentially life-threatening enviroment I presently find myself in. Therefore, I request that I be moved to a federal judisdiction for my safety.

Wherefore, I pray the most august tribune will grant this Ignoble inmate William Branch CF-3756 Emergency Injunctive Relief and of Restraining Order, forbidding them to take any action against me in any form and that a transfer be ordered to a federal jurisdiction/prison as soon as possible.

<u>Per.</u> Fed. Rules of Civil Procedure Rule 65.(b) affidavit inclosed affirming that there exist and immediate and irreparable injury, loss of being in General Population as they have already violated my du process rights with Right up No. 295183 and because this can happen again before the matter can be heard I ask for a temporary order also

Prayerfully I ask this most Honorable court to grant Requested Emergency Injunction and Transfer

I also want to state for the record that when I was studying the muslim faith I had attended Jumah But after 9-11-01 the Twin Towers I have not attended Jumah as I felt it would create a stumbling block for my Brothers.

Respectfully

<u>Proof of Service</u>
Ms. Mosley any SAAG- 15th floor Strawberry Sq Harrisburg Pa 17120
<u>Unsworn Declaration</u>
I Affirm under penalty of the Law that the above is true

Date 3-31-04                William Branch CF3756
                            PO Box 256
                            Waymart Pa 18472



7042 1000 0005 9449 2610
Waymart, Pennsylvania 18472-0256

Wm Burch CF3756
Po Box 256
Waymart PA 18472

Mail    Cml/Judge Conner
        Po Box 983
        Harrisburg PA 17108

RECEIVED
APR 05 2004
PER
HARRISBURG, PA.
DEPUTY CLERK



$2.90 U.S. POSTAGE
APR 01 '04