United States District Court
for the Middle District of Pennsylvania

Wm Branch, Plaintiff

vs.

Mr. Russian, Defendant

: Civil Action No. 1:00-CV-1728
: (Judge Conner)
:
:

FILED
HARRISBURG PA
MAR 29 2004
MARY E. D'ANDREA
per [signature]
Deputy Clerk

Motion to the Court to Grant a Motion to Order Defendants to Discovery and find them in Contempt

If it please's this Noble Tribunal here come's this ignoble inmate Wm Branch CF3756 asking this most Judicial Tribune to Hold these Defendants in contempt of the Court for not answering an interrogatories Per fed. Rules of Civil Procedure Rules 33, 37(b)(2)(D)(C)(B) Rule

On 2-19-04 This august court issued an Order for Discovery To be complete by 3-19-04 to this Date 3-25-04 Defendants have not answered any of my interrogatories.

Therefore I Pray this Honorable Court will Vouchsafe to Grant my Motion to Hold these Defendants in Contempt of Court Rule 37(b)(2)(D), Rendering a Judgement in Default against the Defendants Rule 37(b)(2)(C) Rule 37(C)(1) the Defendants Shall Pay Reasonable legal fees, I am asking for $10,000 So the Defendants will never again Disobey your court orders.

Respectfully

unsworn declaration
I affirm under Penalty of the Law that the above is true

Proof of Service
Ms Mosley Esq SDAG. 15th Fl Strawberry Sq Harrisburg Pa 17120

Date 3-25-04

William Branch CF3756
PO Box 256 Waymart Pa 18472

Exhibits from Compel to Discovery
Dated 3-25-04

| | |
|---|---|
| Exhibit D | Affidavit of Certification of Serving Interrogatories for Discovery |
| *R-1 | Request slip to Supt Colleran about Ms Dippel lying about me going to Jumah |
| D-2 | Letter from ~~Ms Rollisim mail Room stating~~ Ms Mosley stating she received my letter Dated 3-1-04 but she does not have interroggatories |
| D-1 | Certified mail Receipt |
| D-~~2~~ 1 | Cash slip + D-1 cash slip  Dated 3/10/04   Dated 3/19/04 |
| D-~~3~~ 2 | Letter to Ms Mosley Dated 3-9-04 stating a true copy of Request for interrogatories and for her to contact me |
| D-3 | Letter to Ms Mosley Dated 3-1-04 asking for a conferrance and asking her to allow supplemental Pleading. |
| D-~~3~~ | Request slip to mail Room questioning the cost and a Reply from Ms Rollisim that the package went out Priority mail & Confirmation of Delivery |
| *R-2 | Misconduct 295183 ⎫ |
| *R-~~3~~ | Sanction 295183 ⎬ Retaliation |

Court copy
Exhibits D

FILED
HARRISBURG, PA
MAR 29 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

# Affidavit of Certification of Serving interrogatories
## For Discovery and motion to Compel Discovery

State of Pennsylvania  
County of Wayne  
SS.  

Branch  
Vs.  
Russian et. al.,  

CV.-1:00-CV-1728  
Judge Conner

I, William R. Branch, do declare the following statements: Per Rules of federal Civil Procedures #37(a) in Good faith have asked the attorney for Defendants Russian et. al., for Discovery in the form of interrogatories #1.

Per court order issued 19th of February 19, 2004 I wrote ms mosley esq a letter Dated 3-1-04 asking her for a meeting inclosed copy, She was also sent not one but two copies of interrogatories the last being post dated 3-19-04

Per Rules of federal civil Procedures 33(A), I inclose copies of proof of mailing post Dated, and a letter from her atesting to a letter she received Dated 3-1-04 Her letter posted 3-17-04, I received 3-19-04, asking for the interrogatories,

all this I have Done in Good faith to comply with your court order and Rule 33 (A) of Discovery Respectfully on the Date 3-25-04 I have No Discovery From Defendants

I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S., Section 4904 relating to unsworn falsification to authorities.

Dated: Feb 12, 2004

3-25-04 (WB)
William Branch

S.C.I. Waymart  
P.O. Box 256  
Waymart, PA 18472-0256

NOTARIAL SEAL  
ROBERT ANDREWS, Notary Public  
Canaan Twp., Wayne County  
My Commission Expires May 15, 2004

Robert Andrews, Notary Public

P1

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Supt. Colleran | 2. Date:<br>3-24-04 |
| 3. By: (Print Inmate Name and Number)<br>Wm Branch CF-3756<br>Wm Branch<br>Inmate Signature | 4. Counselor's Name<br>Mr Zong<br>5. Unit Manager's Name<br>Mr. Friedman |
| 6. Work Assignment<br>G. Plant | 7. Housing Assignment<br>M-2 |

8. Subject: State your request completely but briefly. Give details.

Sir I have Recieved a informal Resolution and Sanction with 7 days cell Restriction.
I was charge with telling Ms Dippel that I was going to Jumah, I never told Ms Dippel that in fact I have not attended Jumah Service since 9-11-01 and this informal Resolution was illegaly written on the day that Ms Dippel became aware of this alleged infraction this write up should have been written, it was not.
I was also confronted by a muslim inmate who stated that he was asked if I attended Jumah this To is a violation of my Constitutional Right Ms Dippel put my live at Rick, and when has the D.O.C. began to use other inmates to check on the location of other inmates

9. Response: (This Section for Staff Response Only)

Respectfully, I ask that you check this out and that Decon Glen do the investigation Please I also Request if what I have stated is true that difference be given to any charges leveled against by your staff becouse they all Know I am sueing some staff members

Please Remove this Restriction, and ask the instructors to stop discriminating against me becouse of my exercise of my Constitutional Rights by not allowing me to earn the bonus

| To DC-14 CAR only ☐  CC. Judge Conner | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name _____ / _____ Date _____
                        Print              Sign

Revised July 2000

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

March 17, 2004

Gerald J. Pappert
Attorney General

15th Floor, Strawberry Sq.
Harrisburg, PA 17120
(717) 783-1471
FAX: (717) 772-4526

William Branch, CF-3756
SCI-Waymart
P.O. Box 256
Waymart, PA 18472

Re:   **Branch v Russian, et al.**
      USDC-MD No. 00-1728

**Dear Mr. Branch:**

I received your letter requesting that I supply you with answers to interrogatories that you sent to the Department of Corrections if I do not wish to meet with you.

I regret that I am unable to supply you with the answers that you have referred to in your letter because you have not identified the interrogatories. I would appreciate it if you would send me the interrogatories that you wish the defendants to answer rather than sending them to someone at the Department of Corrections. I will then promptly provide you with answers.

I also regret that I am unable to meet with you. The institution in which you are confined is located a great distance from my office and my heavy workload will not permit me to travel there to meet with you concerning discovery.

If you require additional time to get your questions to me, I will join in your request to the Court for more time.

Very truly yours,

Gwendolyn T. Mosley
Senior Deputy Attorney General

GTM/llm



March 9, 2004

WILLIAM BRANCH CV-3756

P.O. BOX 256
Waymart Pa. 18472

ATTN: S.D.A.G. Ms. MOSLEY Esq.
Strawberry Sq. 15 fl.
Harrisburg Pa. 17120

MADAME PLEASE FIND INCLUDED A TRUE COPY OF A REQUEST FOR INTERROGATORY'S PER JUDGE CONNER'S ORDER DATED 2/19/04 to COMPLETE DISCOVERY BY THE 3/19/04.

IF YOU NEED TO CONTACT ME I AM MORE THAN WILLING TO ACCOMMADATE YOU IN ANY WAY I CAN, I HAVE WRITTEN YOU BEFORE (LETTER DATED 3/1/04 A TRUE COPY SENT TO JUDGE CONNER)

RESPECTFULLY

WILLIAM BRANCH

Exhibit 3-1-04 per court order dated William Branch CF3756
Case 1:00-cv-01728-CCC Document 164 Filed 03/29/2004 Page 8 of 10
P.O. Box 256
Waymart Pa. 18472

RE: Branch Vs. Russian
civil action No: 1-00-1728

Attn: Ms Mosley SDAG
Strawberry Sq 15 FL
Harrisburg Pa 17120

Madame per Rules of civil ~~Perce~~ Procedure 26, 56(e).... answers to interrogatories etc, etc....

I would apprecate you suppling me with answers to my interrogatories that I have supplied the D.O.C with if you do not want to meet with me I will forward a copy to you. as I am suppose to consult with you about discovery.

Please Respond as soon as possible as the court has set a dead Line.

I also want to inform you that your Defendant have not Responded to my Grievance's on C/O Gowat and Mr Friedman and my Grievance's to change the DOC Policy on hair cut exemptions, there by dening me access to court and my Request to attend Law Library are not being processed by the unit mangement team, Mr Freed man a defendant is head of and he made me cut my Religious hair a issue now being adjudicated this is the see second time please speak to you clients! I also wish to speak to you about Supplemental Pleading, this will save us a Lot of time if you will agree to allow supplemental pleading now, because I will file a motion for injunction to stay proceedings pending appeal which I believe will be granted.

Respectfully  william Branch CF3756

Exhibit R-2

| FORM DC-141 Rev. 6-84 | PART I | COMMONWEALTH OF PENNSYLVANIA | | | 295183 |
|---|---|---|---|---|---|
| ☐ MISCONDUCT REPORT  ☐ OTHER  *Inmate Resolution* | | DEPARTMENT OF CORRECTIONS | | | |
| DC Number CF 3756 | Name William R. Branch | Institution SCI-Waymart | Incident Time 24 Hr. Base 1250 | Incident Date 3-19-04 | Date of Report 3-22-04 |
| Quarters | Place of Incident Garment Shop | | | | |

### OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)

| DC Number | Name | I | W | BC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**MISCONDUCT CHARGE OR OTHER ACTION**

#42 - Lying to an employee    #49 - failure to report or unexcused absence from work school or mandatory program

**STAFF MEMBER'S VERSION**

On Friday March 19, 2004 Inmate Branch # CF 3756 specifically told me that he was going to Jumah in the afternoon. When he did not report to work in the afternoon, Foreman Gambini called his block officer and the officer reported Branch was sleeping. Monday morning March 22 2004 Inmate Branch admitted to sleeping and not going to Jumah.

**IMMEDIATE ACTION TAKEN AND REASON**

| PRE-HEARING CONFINEMENT | | | | |
|---|---|---|---|---|
| | IF YES | | | |
| ☐ YES | TIME | DATE | | |
| ☐ NO | | | ☐ FORMS GIVEN TO INMATE REQUEST FOR WITNESSES AND REPRESENTATION | ☐ INMATE'S VERSION |

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY    SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY | |
|---|---|---|---|
| A.M. Uppel - Foreman I | Capt K Tyrell | DATE | TIME 24 HOUR BASE |
| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER DATE    TIME | Misconduct Category ☑ CLASS 1   ☐ CLASS 2 | Signature of Person Serving Notice | |

**NOTICE TO INMATE**

You are scheduled for a hearing on this allegation on the date and the time indicated or as soon thereafter as possible. You may remain silent, if you wish. Anything you say will be used against you both at the misconduct hearing and in a court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you will be asked no further questions. If you are found guilty of a Class I misconduct, any pre-release status you have will be revoked.

WHITE—DC-15    YELLOW—Inmate Cited    PINK—Staff Member Reporting Misconduct    GOLDENROD—Deputy Superintendents

| DC-141 Part 2B Rev. 6-84 | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| DISCIPLINARY HEARING REPORT | DEPARTMENT OF CORRECTIONS |

| DC Number | Name | Facility | Hearing Date | Hearing Time | No. from Part 1 |
|---|---|---|---|---|---|
| CF3756 | William R. Branch | WAM | 3/23/04 | 1240 | 295183 |

| INMATE PLEA | ☐ Guilty  ☐ Not Guilty  ☐ No Plea  ☐ Other | Verdict | ☐ Guilty  ☐ Not Guilty |
|---|---|---|---|

**CHARGES:** Class I B#4 Lying to AN Employee #49 Failure to work/Fay to Report or unexcused absence from work, school or mandatory program.

**HEARING ACTION**

FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED

7 days cell Restriction

3/23/04 through 3/29/04

| ☐ YES ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. |
| ☐ YES ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. |
| ☐ YES ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. |
| ☐ YES ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. |

SEE APPENDICES ☐

NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED)

MR LONG
MR FRIEDMAN

Hearing Report and all appended information must be signed. Signature indicates finished report with appendices.

*[signature]*
SIGNATURE OF HEARING EXAMINER/COORDINATOR

WHITE - DC-15    YELLOW - Inmate Cited    PINK - Staff Member Reporting Misconduct    GOLDENROD - Deputy Superintendent