UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM BRANCH                    :      CIVIL ACTION No.1:00-CV-1728
Vs.                               :      (Judge CONNER)
RUSSIAN et. al.,                  :

MOTION TO THE COURT FOR A COPY OF MY
DOCKET SHEETS

FILED
HARRISBURG, PA
MAY 10 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

IF IT PLEASE THE COURT HERE COMES WILLIAM BRANCH INMATE AT S.C.I. WAYMART REQUESTING A COPY OF MY DOCKET SHEETS IN TWO CASES CIVIL ACTION No.1:00-CV-1728 and CIVIL ACTION No. 99-CV-0067.

BOTH CASES ARE MIDDLE DISTRICT CASES RESPECTFULLY

Unsworn Declaration
I affirm under Penalty of the Law that the above is True

DATE 5-4-01

William Branch CF3756
P.O. BOX 256
WAYMART PA. 18472

Name & No. CF-3756 Balvich
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

INMATE MAIL
PA DEPT. OF CORRECTIONS

J Conner
Po Box 983
Harrisburg Pa 17108

17108/0383



WAYMART PA
MAY 05 '04
PB METER 7134271
037
U.S. POSTAGE