**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MR. RUSSIAN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 10th day of May, 2004, upon consideration of plaintiff's

motions for injunctive relief (Docs. 148, 161), in which plaintiff requests the entry of

an order "denying [prison officials] the right to order [plaintiff] to get [his] hair cut"

and directing certain prison officials to refrain from issuing misconduct notices to

plaintiff (Docs. 148, 161), and it appearing that plaintiff lacks a reasonable

probability of success on the merits of his claims, <u>see</u> <u>Crissman v. Dover Downs</u>

<u>Entm't, Inc.</u>, 239 F.3d 357, 364 (3d Cir. 2001), and that irreparable injury will not

result in the absence of injunctive relief, <u>see</u> <u>id.</u>, it is hereby ORDERED that the

motions are DENIED.


    <u>S/ Christopher C. Conner</u>
CHRISTOPHER C. CONNER
United States District Judge