# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM R. BRANCH,** | **: CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | **: (Judge Conner)** |
| v. | : |
| **MR. RUSSIAN, et al.,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 10th day of May, 2004, upon consideration of plaintiff's motion for an extension of time in which to file a supplemental brief and exhibits in opposition to defendants' motion for summary judgment (Doc. 160), as permitted by previous order of court (Doc. 152), which directed plaintiff to complete discovery on or before March 19, 2004, and to file a supplemental brief and exhibits in opposition to defendants' motion for summary judgment on or before March 31, 2004, and it appearing that plaintiff has filed a motion to compel discovery (Doc. 164) in which he alleges that defendants have failed to respond to plaintiff's discovery requests in accordance with the Federal Rules of Civil Procedure, and that the court has directed defendants to file a brief in opposition to the motion to compel on or before May 17, 2004, it is hereby ORDERED that:

1. Plaintiff shall file a supplemental brief, not to exceed fifteen (15) pages, <u>see</u> L.R. 7.8, and any additional exhibits in opposition to the motion for summary judgment (Doc. 129) on or before May 31, 2004.

2. Defendants may file a brief in reply to the brief in opposition to the motion for summary judgment (Doc. 129) on or before June 7, 2004.

3. No further briefs with respect to the motion for summary judgment (Doc. 129) shall be filed and no further extensions of time shall be granted absent exceptional circumstances.

4. All previous case management and scheduling orders remain in full force and effect except as modified herein.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge