**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 10th day of May, 2004, upon consideration of plaintiff's motion for discovery and for contempt (Doc. 164), in which plaintiff alleges that defendants have failed to respond to plaintiff's discovery requests in accordance with the Federal Rules of Civil Procedure, it is hereby ORDERED that

1. The motion for discovery and for contempt (Doc. 164) is construed as a motion to compel or for sanctions under Federal Rule of Civil Procedure 37.

2. Defendants shall file a brief in opposition to the motion (Doc. 164) as construed in this order on or before May 20, 2004.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge