**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 10th day of May, 2004, upon consideration of plaintiff's motion for reconsideration (Doc. 156) of the order of court denying plaintiff's motion for supplemental pleading, and it appearing that the motion for reconsideration merely repeats arguments raised by plaintiff in the original motion and addressed by the court in the previous order, see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa. 1994) ("A motion for reconsideration is not to be used as a means to reargue matters already argued and disposed of."), it is hereby ORDERED that the motion for reconsideration (Doc. 156) is DENIED.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge