Court Copy

United States District Courts
for the Middle District of Penna.

Wm. Branch
Plaintiff
Vs.
Russian et. al.,
Defendants

Civil Action No. 1:CV-00-1728

Judge Conner

Response to Defendants Brief in opposition
To Plaintiff motion for Emergency injunctive Relief
and Restraining order

If it Please's the court here comes inmate William Branch CF3756 Humbly asking this Noble Tribune to Grant my motion for Emergency injunctive Relief and a Restraining order.

Sir The attorney Generals Senior Deputy Ms Mosley esq. has chosen to oppose my Request for a Restraining order asking this Honorable Court to enforce a Condition that the Constitution states is a violation of my Rights

the actions on the part of Lt. Freethy, Capt. Griffin, Ma. Surace and Ms Dippel along with Mr Friedman, if proven violate my Const. Rights of due Process, access to Court, and Retaliation, 1 amend. + 14 amend also my Freedom of speech, which Ms Mosley esq is sworn to protect, and the D.O.C. is duty bound to provide.

yet I find myself at odds with those appointed to secure my Rights quite a parody of justice!

I am today posting a new complaint naming all defendants and charging them with conspiracy to Retaliate against me for accessing the courts and writing false misconducts, violation of due Process (not following D.O.C Policy in preparing and serving misconducts), violation of my Religious Beliefs, (forcing me to cut my hair) + denying me to shower before I attend church) Threatening me for exercising my Rights to access the courts (Lt Freethy would take back a misconduct Rewrite it and enlarge the punishment) this now makes these staff members defendants and it create more paper work for the courts and it cost me $150.00 (Justice is not cheap)

(1) I have stated that these defendants conspired to Retaliate against me for accessing the courts and for Reporting their misconducts, I Reported C/o Gowat for not allowing me to shower, he in turn ordered me to get a Hair cut (a matter presently before this court) of which I enformed him and which Mr Friedman knew about and as his superior not only allowed but worked to secure. He spoke with pastor gagos and security and the supt. on this matter, also stating "we can not wait while this matter drags through the courts"

page (1)

FILED
HARRISBURG
MAY 12 2004
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

Response to Defendants Response in Opposition to
Motion for Emergency injunctive Relief and Restraining order

At this point I am waiting for the exhaustion of administrative Remedies on Grievance #

| | | |
|---|---|---|
| 80278 | Ms Dippel filing false charges Dated 3-31-04 | No Response to Date 5-5-04 |
| 74742 | C/o Gowat forcing me to cut my hair Dated 2-04-04 | No Response to Date 5-5-04 |
| 74377 | C/o Gowat not allowing me to Shower Dated 2-02-04 | No Response to final appeal to Thomas James at chief grievance coordinator to Date 5-05-04 |

and I could not file until the Grievance process was complete. I ask the Court to please note that the D.O.C. has not answered my Grievance and that the exhaustion be waived for administrative Remedies.

In the above I have stated a cause of action by which Relief may be granted based upon this the likelihood of my prevailing at final hearing seem to favor plaintiff, with the Grace of God and His Honors judgment.

(2) irreparably harmed Layton Vs. Beyer 953 F2d 839 (3Rd Cir 1992) at 844 citing: Hewitt Vs. Helms 459 U.S. 460, 103 S.Ct. 864, 74 L.ed 2d 675 (1983) Stating: "The Pennsylvania statutory frame work governing the administration of Pennsylvania's state prisons gave Raise to a liberty interest in a prisoner's continuing to Reside in general Population I.d. at 466, 103 S.Ct at 868"

I have a protected Liberty interest in not having false misconducts written against me and being placed in the RHU/Hole along with not being threaten by Staff for accessing the Courts, the D.O.C. is suppose to provide me with a Reasonable Expectation of Safety, I have charged Lt. Freethy not just a C/o but a member of the administrative staff threatening me this give Rise Raise to not just a staff member but to the one's who told Lt. Freethy to investigate this Grievance! Violating my due Process. Translation: This John Doe can order Someone to increase the punishment of a misconduct demonstrates a state of mind of deliberate Indifference.

(3) irreparable harm to defendants
There is no irreparable harm to the defendants if anything my transferre will be welcome

I am a level 3 custody inmate in a level two prison a level three not because I pose a danger to myself or others but for not doing Sex offenders programs, I sing in the choir and attend church Regularly

Motion for Emergency injunctive Relief and Restraining order

I teach Bible study on monday Evening "Walking in faith" I really believe that the Staff would Breath a lot better if I were transferred (they would not have to worry if I am going to sue them and they would not be angry because I am suing their co-workers and want to hurt me in some way to help their Family or Friend.

④ ~~the public interest~~ the Public interest will not be injured, I will still be in prison serving my time!

if anything the public interest would be Better served with my transferre, the treatment that I am Receiving here at S.C.I. waymart would shock the conscious of our Society just as the actions of the M.P. in the prison of iraqu, has embarrassed the whole nation!

⑤ at not time has Ms Mosley denied that Lt. Freethy Threaten me!

Lt. Freethy has investigated my Grievances over the past years if Ms Mosley would Familiarize herself with Lt. Freethy by asking him if he knew about the law suits she would not just assert issue's that dimonstrate Her prepared-ness, and if she look at my Grievances they all state that I will be suing the staff member. a Review of Grievance # WAM-149-01 initial Response Dated 7-25-01 inclosed in Lt freethy investigation of a Grievance on C/O Kawalski Paragraph 6 from top. Lt. Freethy states I told him I was filing lawsuits against the Block officers. C/O Kawalski is a defendant in this case, Capt Griffin, Ms Suracey who asked me before Ms Dippel wrote the misconduct what was I doing "up to your old tricks" she stated Capt. Griffin was the shift Commander and his duty was to determine if Ms Dippel write up was legal or did it violate my due process ~~and~~ Rights! He Violated my Rights the misconduct was written three day after the alleged infraction (which was a lie) and No Reason for the Delay as D.O.C. Policy Require's