DC-ADM 804, Inmate Grievance System                                                    Attachment B

DC-804
Part 2

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA 17001

OFFICIAL INMATE GRIEVANCE
INITIAL REVIEW RESPONSE

GRIEVANCE NO. **WAM-149-01**

| TO: (Inmate Name & DC No.) **BRANCH, William, CF3756** | FACILITY **SCI-Waymart** | HOUSING LOCATION **F2** | GRIEVANCE DATE **July 25, 2001** |
|---|---|---|---|

The following is a summary of my findings regarding your grievance:

1. This is in response to your grievance WAM 149-01, dated 7/14/2001. I spoke with you on 7/23/2001 regarding the issues stated in your grievance. Upon reviewing these matters, my findings are as follows: Officer Karwowski states he did not call you an asshole on 7/14/2001. No one else on the unit heard him make such a statement. *a statement inclosed by inmate Davis who heard C/O Karwoski (WB)*

2. Upon reviewing your quarters card, the one and only entry by CO Sawchuck was on 12/20/2000, when you were ordered to sit for count. This is the officer's job; all officers are instructed to make quarters card entries on all infractions and let the inmate know the entry was made. *a warning should have been given C/O Sawchuck was not a Regular on this Block (WB)*

3. The most recent entries on your quarters card, 6/5/2001 and 7/14/2001, include the same infraction. An infraction for which you could have received a misconduct, but the officer chose to use lesser means attempting to correct the problem.

4. Concerning your meals, you are on a medically prescribed diet which is served three specific times daily. These times are the same time everyday. On 4/15/2001, you left the block (F2) 30 minutes after diet line was called. You were ordered by CO Karwowski not to leave the block without permission. On 7/9/2001, you left the block 17 minutes after diet line were called. You were given a misconduct and received a reprimand and warning. On 7/17/2001, you went to diet line, (this was verified by kitchen staff). You then came back to the block and expected the block officer to let you go to main line. *This is not correct (WB) from meds or looked if they called diet line as I had Returned choir practice*

5. On 7/24/2001, Lt. Vargas and Mr. McDonnell spoke with you about your behavior concerning you being timely and you also trying to incite other inmates to make trouble for the block officer due to diet line running late. *I Did not try to incite anyone (WB)*

6. Finally, during my conversation with you, you admitted that you wanted to push this grievance because of the lawsuit you are filing against the block officers. *He Refused to speak with C/O Karwoski because I would not sign off this Grievance (WB)*

7. I find no evidence of any officers treating you in a demeaning or harassing manner. I suggest to you to become familiar with the rules and regulations and institutional policies as outlined in the inmate handbook and adhere to them. *(WB)*

If you have any further issues to address, contact myself or any staff member to assist you.

EF/kt

cc:    Superintendent Colleran
       File

*\* No answer from mr Colleran on my appeal to him to date 10-4-01*

*page 1*

| Print Name and Title of Grievance Officer **ERIC FREETHY CO III** | SIGNATURE OF GRIEVANCE OFFICER *Lt. Eric Freethy* | DATE **7-25-01** |
|---|---|---|

Page (4)   Response to Defendants Brief in opposition to Plaintiff
Motion for Emergency injunctive Relief and Restraining
order.

finally lets look at what Lt Freethy said. "If you continue with this Grievance we will take back the misconduct and have Mr Dippel Re-write-it and make sure you get more time"!

it's for this Reason and a fear for my life that I ask this most august tribune to grant my motion fore Emergency injuctive Relief and a Restraining order forebidding the staff from writting misconducts on me and a Transfere to a Federal Prison.

Respectfully

Proof of service
S.D.A.G. Ms Mooley esq 15th Fl. Strawberry sq Harrisbury Pa 17120


Unsworn ~~Declamation~~ Declaration
I affirm the above is true under Penalty of the Law


Date 4-5-04

William Branch CF3756
Po Box 256
Waymart Pa 18472