UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM R. BRANCH                    :    CIVIL ACTION No.1:00-CV-1728
      Plaintiff
Vs.                                  :    (Judge CONNER)
Mr. RUSSIAN et.al.,                  :
      Defendants           :

## MOTION TO SUBPOENA DUCES TECUM

IF IT PLEASE THIS MOST ILLUMINANT TRIBUNAL HERE COME'S THIS IGNOBLE INMATE william branch cf-3756 ASKING THIS TRIBUNE TO GRANT THIS MOTION TO SUPOENA THESE WITNESSES AND THE DOCKMENTS LISTED IN THIS MOTION AS WELL AS THE EXPERT WITNESS FROM THE F.B.I. PER YOUR ORDER TO SUPPLY A LIST OF ALL WITESS WITHIN 30DAYS WHAT THEY WILL STATE ASWELL SEE ATTACHED 2 PAGES

DATE 4-28-04

*William Branch* CF3756
P.O. BOX 256
WAYMART PA. 18472

Name & No. CF3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Legal Mail

J. Conner
Po Box 983
Harrisburg Pa 17108

this was mailed and Returned to me

Name & No. CF3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

J. Conner
Po Box 256
Harrisburg Pa 17108

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER



