UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM BRANCH            :     CIVIL ACTION No.1:00-CV-1728
Vs.                       ;     (Judge CONNER)
Mr.RUSSIAN,et.al.,        :

## LIST OF WITNESS AND WHAT THEY WILL BE STATING

1. MR KEVIN BLOW          MR BLOW WILL TESTIFY OF THE TREATMENT THAT
   3218 N.17th ST.        I RECIVED UNDER CO.RUSSIAN AS HE WAS INMATE
   PHILA. PA.19123        HOUSED ON THE SAME BLOCK AS MYSELF DURING
                          SAID TIME AND CAN STATE THE ROUTINE EMPLOYED
                          BY THE STAFF AT SCI WAYMART WHEN A STAFF MEM
                          -BER IS REPORTED FOR A MISCONDUCT BY A INMATE

2. DECON BIAGI            DECON BIAGI WILL STATE THAT ON MANY OCCAISONS
   P.O. BOX 256           HE HAS SPOKEN WITH THE STAFF ON MY BEHALF AND
   WAYMART,PA.18472       WHAT THEY TOLD HIM, AND WHAT HIS UNDERSTANDING
                          AS MY RELIGIOUS ADVISER WAS TO THESE ISSUES.

3. all defendants         they will testify as to their sworn declaration
                          and the contradictions based on the D.O.C.Policy.
                          AND THEIR VIOLATIONS OF MY CONSTITUTIONAL RIGHTS.

4. M-2 and F-2  Records and Decon Biagi records of his performance at
   S.C.I.Waymart I SUBPOENA DUCES TECUM I request that decon Glen
   Biagi compile  a.the green tablets that the co's use to record what
   has happen on the block with reguard to a inmate from sept.2000 ON F-2
   to January 2004 along with the green tablets on M-2 from January
   1994 to July 2000 and from January 2004 include my quota cards
   FOR THE ENTIRE TIME I HAVE BEEN AT S.C.I. WAYMART UNTILE NOW
   WITH REGUARD TO GREEN TABLES ON M-2

5. I WOULD ALSO REQUEST THAT THE STAFF AT S.C.I.WAYMART PREPARE AND
   PROVIDE DECON GLEN BIAGI WITH THE FOLLOWING DATA
   a) A LIST OF ALL INMATES PAROLED WHO DID NOT COMPLETE THE SEX
      OFFENDERS PROGRAM HERE AT WAYMART FROM 1994 TO 2004
   b) HOW MANY OF THESE WERE WHITE AND HOW MANY WERE BLACK
   c) HOW MANY OF THESE REOFFENDED WITH THE SAME CRIME

   d) A LIST OF ALL INMATES PAROLED WHO DID COMPLETE THE SEX OFFENDERS
      PROGRAM(AND ANSWERS TO QUESTIONS aTHRU C ON THIS QUESTION)

PAGE 1

Page 2             Wm.BRANCH Vs.RUSSIAN et. al., CV-No.1-cv-1728
WITNESS LIST AND WHAT THEY WILL BE STATING

6. D. MASON  CD-8108 PAROLE  WILL STATE THAT Ms.SUCHY LIED IN HER MISCONDUCT STATING THAT I TOLD MR. MASON SHE TOLD HIM TO TAKE OUT THE TRASH AND THAT WE HAD BEEN TOLD BY MR. PULMINSKI TO COMMUNICATE WITH EACH OTHER TOO BETTER GET THE WORK DONE AND NO AREA WAS NOT COVERED.

7. CHARLES DAVIS DW-8054 PAROLE  WILL STATE THAT C/O KARWAWSKI DID CALL ME A ASSHOLE " COME UP HERE ASSHOLE" ON 7-14-01 DURNING 1630 count GREIVANCE # WAM-149-01

8. I REQUEST THAT DOCUMENT REQUEST TO STAFF MEMBER BY WILLIAM BRANCH TO SUPT. COLLERAN LISTED ON DOCKER SHEET BE HANDED OVER TO THE F.B.I. FOR FINGER PRINTING AND A EXPERT TO APPEAR IN COURT TO STATE WHO BALL UP THE REQUEST USING LT.WELLINGTON FINGER PRINTS AS I HAVE STATED THAT HE DID BALL THIS REQUEST UP AND THROUGH IT IN MY CELL AND THREATEN ME NOT TO REPORT HIM OR HIS STAFF AGAIN OR HE WOULD STOP BEENING NICE.

CERTIFICATE OF SERVICE
S.D.A.G. MS. MOSLEY Esq. 15 Fl. STRAWBERRY SQ. HARRISBRUG PA.17120

UNSWORN DECLARATION
I AFFIRM UNDER PENALTY OF THE LAW THAT THE ABOVE IS TRUE

DATE 4-28-04

*William Branch* CF3756
PO BOX 256
WAYMART PA.18472