United States District Court
For The Middle District of Pennsylvania

Wm Branch, Plaintiff
vs
Russian et. Al., Defendants

: Civil Action No. 1:00-CV-1728
: (Judge Conner)
:
:
:

FILED
HARRISBURG, PA
MAY 20 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Demand for a Trial by Jury

To this most noble court the Ignoble inmate Wm Branch CF-3756 Humbly and Respect-fully Demand a trial by Jury in the civil Action of Branch vs Gowat § 1983 Complaint Posted to this court 5-10-04.
 Per: Rule 38(b) Fed. Rules of Civil Procedure

Proof of Service
S.D.A.G. Mr. Mosley esq 15th fl. Strawberry Sq.

Unsworn Declaration
I affirm under Penalty of the Law that the above is true

Respectfully
William Branch CF3756
Po Box 256
Waymart Pa 18472

Date 5-14-04



Clerk of Court
Judge Conner
PO Box 983
Harrisburg PA 17108

Name & No. CF-3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS