**EXHIBIT A**

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ATTn: Mosley eq
SADb. Ms Mosley

WILLIAM BRANCH             :     CIVIL No.1: CV-00-1728
       Plaintiff
    V.                     :     (Judge CONNERS)
Mr. RUSSIAN, et., al.
       Defendant           :

attn: ~~Tire Canner~~
P.O.Box - 985
Harrisburg, Pa 17168     REQUEST FOR INTERROGATORIES SET #1

THIS IS A REQUEST FOR DISCOVERY IN THE FORM OF INTERROGATOR PER F.R.C.P. RULE 33 THEY ARE REQUIRED TO BE GIVEN UNDER OATH PER RULE 33(b)(1). ALL ANSWERS ARE TO BE BY RACE, COMPLETER'S AND NONE COMPLETER'S OF THE SEX OFFENDER'S PROGRAM AND PAROLED & NOT PAROLED

QUESTIONS: APPLY TO THE YEARS OF 1993 To DATE
PAROLE STATISTICS

1) HOW MANY INMATES IN THE WHOLE STATE ARE SEX OFFENDERS LIST BY SEPERATE STATE PRISON.

| PRISON | WHITE / BLACK | COMPLETER'S | NONE COMPLETER'S |
|--------|---------------|-------------|------------------|
|        |               | W / B       | W / B            |

RECEIVED
Office of Attorney General
MAR 2 2 2004
Litigation Section

Page(2)

REQUEST FOR INTERROGATORIES   CV. No.1:CV-00-1728

QUESTION:
cont. 1)

| PRISON | WHITE / BLACK | COMPLETER'S W / B | NONE COMPLETER'S W / B |
|---|---|---|---|
| | | | |
| TOTALS | _____ ____ | ____ ____ | ___ ____ |

2) HOW MANY ARE PAROLED AND THOSE NOT PAROLED BY AND BY S.O.P. COMPLETION.

| PRISON | PAROLED W / B | N/PAROLED W / B | COMPLETER'S W / B | N/COMPLETER'S W / B |
|---|---|---|---|---|

Page(3)
REQUEST FOR INTERROGATORIES CV. No.1:CV-00-1728

QUESTION:
cont. 2)

| :ON | PAROLED | N/PAROLED | COMPLETER'S | N/COMPLETER'S |
|---|---|---|---|---|
| | W / B | W / B | W / B | W / B |

TOTALS  _____  _____   _____  _____   _____  _____

3) HOW MANY SEX OFFENDERS REOFFEND WITH THE SAME CRIME BY RACE AND BY PAROLED & N/PAROLED & OF THESE HOW MANY COMPLETED S.O.P.

)N     REFFEND W/S/C (Reoffend)     COMPLETED S.O.P.
              W / B                      W / B
       PAROLED
       N/PAROLED

Page (4)
REQUEST FOR INTERROGATORIES   CV. No.1:CV-00-1728

QUESTION:
cont. 3)

| PRISON | REOFFEND W/S/C | | COMPLETED S.O.P. | | TOTAL |
|---|---|---|---|---|---|
| | W | B | W | B | |
| PAROLED | | | | | |
| N/PAROLED | | | | | |
| | | | | | |
| TOTAL | ----- | ----- | ----- | ----- | |

4) HOW MANY INMATES WERE DENIED PAROLE BASED UPON MISCONDUCTS WRITTEN BY DEFENDANTS & A TOTAL OF ALL MISCONDUCTS EACH ONE WROTE BY YEAR.

| PRISON | NAME | No. OF MISCONDUCTS | YEAR | RACE--W/B |
|---|---|---|---|---|
| | | DENIED/P | | |
| | | TOTAL /ALL | | |

Page ( 5 )
REQUEST FOR INTERROGATORIES CV. No.1:CV-001728
QUESTION.:       USE ATTACHMENT PAGES IF NECESSARY

5. HOW MANY OF THE DEFENDANTS HAVE BEEN ORDER TO ENTER A DRUG OR ALCOHOLIC PROGRAM, NOW OR IN THE PAST.

6. HOW MANY OF THE DEFENDANTS HAVE HAD GRIEVANCES WRITTEN AGAINST THEM AND WHAT WERE THEY ABOUT

7. HOW MANY OF THE DEFNDANTS WHO HAVE GRIEVANCES WRITTEN AGAINST THEM HAS THE D.O.C. OR THE UNION OR THE COURTS, FOUND GUILTY AND PUNISHED FOR MISTREATING INMATES OR OTHER STAFF MEMBERS

8. HOW MANY OF THE DEFENDANTS HAS THE D.O.C. FOUND GUILTY OF ANY MISCONDUCT; WHAT WAS THE MISCONDUCT, AND WHAT WAS THE PUNISH.

5(A) <u>Request for interrogatories set #1</u>

THE BASE PAY OF ALL DEFENDANTS FROM 1999 TO DATE (ATTACH ADDISONAL PAGES IF NEEDED)

OVERTIME EARNED BY DEFENDANTS FROM 1999 TO DATE (ATTACH ADDISONAL PAGES IF NEEDED)

TOTAL OF PAY PER YEAR WITH OVERTIME EARNED BY DEFENDANTS

a    AVERAGE OVERTIME EARNED BY OTHER STAFF MEMBERS IN SAME JOB DURNING SAME TIME FRAME.

TOTAL PAY PER YEAR WITH OVERTIME EARN BY OTHER STAFF MEMBERS

DID MICKENS-THOMAS COMPLETE SEX-OFFENDERS PROMGRAM, AND WHY WAS THE PAROLE BOARD AGAINST HIS BEING RELEASED ON PAROLE?

PLEASE PROVIDE ME WITH ACCESS TO THE C/O'SGREEN TABLET KEPT AT THE DESK OF BLOCKS M-2,&F-2, ALSO MY QUOTER CARDS FOR EXAMINATION AND COPY F-2 FROM 2000 TO 2004 AND M-2 FROM 1995 TO 2000,AND 2004 JAN.TO DATE

also what type of medication c/o Gowat is taking he l·

ON ALLQUESTION PLEASE USE ADDISONAL PAPER IF NEEDED

Supply answers from all named Defendants, did they do what is alleged by me, what did they do when I informed Them of an act by another staff member

Page (6)
REQUEST FOR INTERROGATORIES   CV. No.1:CV-00-1728
QUESTION:

9) ON WHAT DATE WAS THE STATE POLICE INFORMATION ADDED TO MY FILE AT THE D.O.C. AND THE P.B.P.P. ADDING OTHER CHARGES TO MY RECORD OR CONVICTIONS.

                DATE          BY WHOM AND WHO REQUEST & REASON

D.O.C.



P.B.P.P.



10) IN PHILA BY RACE HOW MANY PEOPLE ARE ARRESTED FOR SEXUAL OFFENSE'S HOW MANY ARE CHARGED WITH ASEXUAL OFFENSE AND HOW MANY ARE CONVICTED OF A SEXUAL OFFENSE AND HOW MANY SERVE TIME FOR A SEXUAL OFFENSE ?

|       | ARRESTTED | CHARGED | CONVICTED | SERVE/TIME |
|-------|-----------|---------|-----------|------------|
| WHITE |           |         |           |            |
| BLACK |           |         |           |            |
| TOTAL |           |         |           |            |

I AFFIRM UNDER PENELTY OF THE LAW THAT THE ABOVE FACTS ARE TRUE TO THE BEST OF MY KNOWLEDGE

DATE_____                               NAME_____
                                             TITLE_____
                                             ADDRESS_____
                                             CITY_____ Pa.____

PROOF OF SERVICE

I, the undersigned, verify that I have served a copy of this petiton by U.S. postage paid mail to:

```
(WB)3/18/04  Ms. Mosley sup      Rambo J.        D.O.C. Dr. Beard    P.B.P.P.
             Strawberry sq                       Po Box 598          1101 S Front St
             Harrisburg Pa.      U.S.D.C.M.D.    champhill Pa.       suite 5300
             17120               Penna.          17011               Harrisburg Pa.
(WB)9-16-03  Attn: John J. Talaber/ mw + R.N. Sears                  17104-2519
             55 utley Drive     /Governors office Gen.  (WB) J. Conner
             camphill Pa-17011    Counsel              Box           12-24-02
                                                       u.S.DC.mD     certified
                                                       Penna         mail No.
                                                                     7099-3400-009-3162-
                                                                     5792
```

I N/A undersigned, move this Honorable Court for an order permitting me to proceed In Forma Pauperis. I had previously been granted In Forma Pauperis status. My financial situation has not changed. I am still unable to pay the cost of the said proceedings.

VERIFICATION

I, the undersigned, verify that the above statements are true and correct and that any false statements herein are made subject to Title 18 Pa.C.S.A. section 4904 relating to unsworn falsification to authorities.

Dated: ~~5-30-02~~ (WB)3/18/04 (bB) 9-16-03

Respectfully submitted,

William Branch CF3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

B3