Exhibit
W-1

Mr. Kevin Blow
3218 North 17th St.
Phila, Pa 19123

February 10 2004

To Whom It May Concern:

My Name is kevin Blow, I was a prisoner at SCI Waymart Pa, I was released as of Last year.

I write these statements in regards to the prejudices, and the racial profiling allotted by the officers and those in authority at that institution, I have filed grievances and a lawsuit stating the very same matters of that of Mr. William Branch.

Yes it is very much true that the officers there are prejudice against afro americans, officers such as C/O Russian, C/O Sawchuck, C/O Laird, C/O Hixon amongst others such as SRGT Sherriff, Lt., and so forth all the way up to the chain of command.

In fact I have grievance, request slips and so forth stating these matters, the problem is that the authority there prevents most grievances from reaching all 3 phases, therefore stopping the final process.

If there is any need to contact me please do at the above address.

DATED 2/10/04

MR. KEVIN BLOW

*Kevin Blow*

Sworn to and subscribed before me
this 10 day of Feb A 2004

*Ruth L. Robinson*

NOTARIAL SEAL
Ruth L. Robinson, Notary Public
City of Philadelphia, County of Philadelphia
My Commission Expires Jul. 19, 2004

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17011

**OFFICIAL INMATE GRIEVANCE**

**INITIAL REVIEW RESPONSE**

GRIEVANCE NO: **WAM-0232-00**

| TO: (Name & DOC No.) | INSTITUTION: | QUARTERS: | GRIEVANCE DATE: |
|---|---|---|---|
| **BRANCH, William   CF-3756** | **SCI-WAYMART** | | 8/3/00 |

The following is a summary of my findings regarding your grievance:

The structural integrity of your cabinet cannot be tested without opening the cabinet door. This cannot be done when it is locked.

Your were told that your protesting about Mr. Russian looking into your cabinet was far in excess of what is considered "normal" and gave the impression that you were hiding something. This caused an investigation inspection.

Mr. Russian's conduct was appropriate.

cc:   Superintendent Colleran
      Officer Russian
      File

Refer to DC-ADM 804, Section VIII,
For instructions on grievance
System appeal procedures.

SIGNATURE OF GRIEVANCE OFFICER: Milton J. Freedman

DATE: 8/17/00

Page 2

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI WAYMART
570-488-5811
April 29, 2003

**SUBJECT:** Your Request Slip Dated 4-25-03

**TO:** William Branch
CF-3756

**FROM:** Raymond J. Colleran
Superintendent

I appreciate your correspondence of April 25, 2003 and I certainly appreciate your strong religious beliefs. I also want to personally thank you for your efforts, over the years, at sharing your fine vocal talents for the benefit of the inmates and staff at this institution.

Please keep up the good work.


RJC/rb

cc: Deputy Nish

### D. Investigative Cell Search

Investigative cell searches require a reasonable suspicion the inmate is concealing contraband or involved in other activity, which potentially threatens the security of the facility. Investigative searches require the prior approval of the Shift Commander, Security Office Supervisor, or higher-ranking authority. The inmate may be present during an investigative search except as provided by Section VI, B, 2.

### E. K-9 Inspection

The use of a narcotics detection K-9 to scan a cell for narcotics may be done without the presence of the assigned inmate. The K-9 scans the air to detect the possible presence of narcotics (this is not an actual search). If contraband is suspected, the proper procedure for a cell search should be followed.

### F. Security Cell Inspection

A security inspection is to be conducted by facility personnel for health, safety, and security reasons. A security inspection is for the observation and physical testing of the structural components of the cell, such as doors, windows, bars, electrical fixtures, and plumbing. Inmate personal property will not be searched or disturbed during a security inspection except to the extent necessary to gain access to the structural components of the cell. Presence of the inmate occupant(s) is not required during a security inspection.

### G. Searches of Inmate's Person

All inmates are subject to search at any time. Staff personnel of either sex may conduct pat searches in any area of the facility. They will be conducted in a professional manner with tact and proper attitude displayed.

1. Pat Search

    All inmates are required to comply with the following procedures when being pat searched:

    a. the removal of all items from pockets and placing them in a hat or on a shelf, desk, or other suitable place;

    b. standing still with his/her feet apart and arms extended outward, palms upward; and

    c. following the verbal direction given by the staff member conducting the search.

2. Strip Search

    a. A strip search shall be conducted when necessary for the security and good order of the facility, including the following situations:

        (1) before and after every contact visit;

        (2) upon an inmate's return from outside activities, supervised outside leave and furloughs;

Exhibit AA6

DC-13 A

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

C/O's name is Rushen

INSTRUCTIONS

Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.

1. TO: (NAME AND TITLE OF OFFICER) Mr Colleran Supt.
2. DATE 7-15-00
3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF-3756
4. COUNSELOR'S NAME Mr Long
5. WORK ASSIGNMENT unassign
6. QUARTERS ASSIGNMENT M-2
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Sir: I wish to inform you of a C/o acting in "Retaliation" for me telling him and Reporting him to the shift commander Cpt. Griffin on 7-14-00 C/O Rushen has been using safty security inspections to Retaliate against any inmate who he gets angry with.

first he in cage's them in a conversation which he use's to speak demeaning to them and when they Respond a goes into I'll show you mode, next that inmate is being "searched" his property all over the place inmate chapman had spoken to Mr long and asked him to have C/o Rushen leave him alone.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

I pointed out to C/o Rushen That DC ADm 203 That a Security inspection is for structural observation and testing not Personal property and that a inmate need not be present, he acted as if I was Reading this procedure in correctly so I spoke with Capt Griffin he told me C/o Rushen knew that he was using this procedure incorrectly.

When I informed C/o Rushen that Cpt Griffin had told me he knew he was improperly Requiring inmate's to Return to their area and to open their locks upon his direct orders this happen to me on 7-13-00 on 7-14-00 I was Random cell Searched (I want to point out we are Housed in a domitory.

☐ TO DC-14 CAR ONLY    ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER

Page 1

DATE

**DC-135A**

**INMATE'S REQUEST TO STAFF MEMBER**

**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Mr Colleran Supt
2. DATE: 7-15-00
3. BY: (INSTITUTIONAL NAME AND NUMBER) Wm Branch CF 3756
4. COUNSELOR'S NAME: Mr Long
5. WORK ASSIGNMENT: unassign
6. QUARTERS ASSIGNMENT: M-2
7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

and as the C/O comes to the Bed area the windows and electic fixture's are to be checked C/O Rushen is under mattress and in the Cabinets and as stated before calling inmates to their area's to open locks and he later yell's over the entire dorm what is in this inmates property and where it is in their Cabinet In my case C/O Rushen knows I am involved in a law suit against the Parole Board mr Freidman and the Sec. Horn et.al, and that I have a motion in for injuctive Relief ("I told him") yet he still went on to Retaliate against me.

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

cc U S Court of Appeals
Third Circuit

☐ TO DC-14 CAR ONLY        ☐ TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                            DATE

Page 2

-804
RT 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA. 17001-0598

*This was not answered*

**OFFICIAL INMATE GRIEVANCE**      GRIEVANCE NO. [         ]

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MCCOLLEERN SUPT. | S.C.I. WAYMART | 7-20-00 |
| FROM: (Commitment Name & Number) WILLIAM BRANCH CF-3756 | INMATE'S SIGNATURE | |
| WORK ASSIGNMENT unassign | QUARTERS ASSIGNMENT M-2 | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Brief, clear statement of grievance:

C/O RUSHEN HAS RETALIATED AGAINST FOR:

1. TELLING HIM THAT HE WAS NOT USEING THE SECURTY INSPECTION AS IT WAS INTENDED. [as outline in DCC. ADM. 203 of inmate handbook]

2. FOR SPEAKING WITH CAPT. GRIFFIN TO FINE OUT IF HE KNEW THAT WHAT HE WAS DOING WAS WRONG.

C/O RUSHEN SAID HE WAS DOING A SECURITY INSEECTION I WAS ON MY BED HE STARTED AT Mr. BLOW'S BED I WENT TO THE BATHROOM UPON MY RETURN C/O RUSHEN CAME BACK AND ORDERED ME TO OPEN MY LOCK [this *policy states* that the inmate does not have to be there for the c/o to accomplish the inspection] I OPENED THE LOCK PER HIS ORDER. THIS WAS THE SECOND TIME C/O RUSHEN HAS ORDERED ME TO OPEN MY LOCK FOR HIS INSPECTION. THIS TIME I ASKED CAPT. GRIFFIN IF HE UNDER-STOOD THAT THIS INSPECTION WAS NOT A SEARCH, I TOLD C/O RUSHEN WHAT THE CAPT

B. Actions taken and staff you have contacted before submitting this grievance:

SAID. THE NEXT DAY 7-18-00 I WAS SEARCHED THEY LEFT MY PROPERTY A MESH.

FOR A MORE DETAIL STATEMENT see: DC-135A PPREVIOUSLY SUBMITTED TO YOU

C/O RUSHEN IS A VINDICTIVE IRRATIONAL PERSON HIS ACTIONS *FORMS* THE BASES OF OFFICIAL OPPRESSION WHICH IS A CRIMINAL OFFENCE *He violated my Constitutional Rights*

Your grievance has been received and will be processed in accordance with DC-ADM 804.

*William Branch*   CF-3756             7-20-00
Signature of Grievance Coordinator        Date

*Page 4*

WHITE—Grievance Coordinator Copy    CANARY—File Copy    PINK—Action Return Copy    GOLDENROD—Inmate Copy

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS
P.O. BOX 598
CAMP HILL, PA. 17001-0598

**OFFICIAL INMATE GRIEVANCE**

GRIEVANCE NO. **Wam-0232-00**

| TO: GRIEVANCE COORDINATOR | INSTITUTION | DATE |
|---|---|---|
| MR Colleran Supt | SCI Waymart | 8-3-00 |
| FROM: (Commitment Name & Number) | INMATE'S SIGNATURE | |
| Wm Branch CF3756 | William Branch | |
| WORK ASSIGNMENT | QUARTERS ASSIGNMENT | |
| | RHU | |

**INSTRUCTIONS:**
1. Refer to the inmate handbook Page 12 and DC-ADM 804 for information on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. Next, you are required to list in Block B the specific actions you have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A. Brief, clear statement of grievance:**

Page 3 I was supose to hear from him I never did, I wrote a grievance on the next day Based on the fact that he informed me that he authorized the the cell search when the inspection was Friday at or about 8:00 and the search happen on Saturday, at what Point did mr fredman okay this at home? His Reason is I did not open my lock and I acted suspicious and Protested. I did open the lock, I have a right to speak up and He was violating the policy. the day after I sent in the Grievance, mr fredman Passed me

**B. Actions taken and staff you have contacted before submitting this grievance:**

in the Hall he stated "okay Tiger" and Keep walking. 10 days later and still no Reply on my Request or my grievance

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Grievance Coordinator      Page 5      Date

**WHITE**—Grievance Coordinator Copy   **CANARY**—File Copy   **PINK**—Action Return Copy   **GOLDENROD**—Inmate Copy