IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MR. RUSSIAN, et. al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of June, 2004, upon consideration of plaintiff's motion (Doc. 160) for enlargement of time within which to file a brief in opposition to defendants' motion for summary judgment (Doc. 129), it is hereby ORDERED that the motion for enlargement of time is GRANTED as follows:

(1) Briefing of defendants' motion for summary judgment is STAYED pending disposition of plaintiff's motion (Doc. 164) to compel.

(2) Plaintiff shall file a brief in opposition to defendants' motion for summary judgment within twenty (20) days of the denial of plaintiff's motion to compel or, if granted, within twenty (20) days of receiving the requested discovery.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge