**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIAM R. BRANCH,** : | **CIVIL ACTION NO. 1:00-CV-1728** |
| : | |
| **Plaintiff** : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **MR. RUSSIAN, et al.,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 9th day of July, 2004, upon consideration of plaintiff's list of witnesses that plaintiff intends to present at trial in the above-captioned case, and it appearing that the none of the designated witnesses are presently incarcerated[1] and that all of the designated witnesses potentially have relevant and admissible testimony to offer, it is hereby ORDERED that:

1. The following individuals identified in plaintiff's list of witnesses shall be permitted to testify at trial in the above-captioned case: Kevin Blow, Decon Biagi, Martin Horn, Raymond Colleran, Kim Griffins, Wayne Gavin, Timothy Welling, William Gagas, Milton Friedman, Elaine Martin, Ronald Richards, Christopher Jones, Martin Walsh, Christina Wilbur, David Gorman, Joseph Scalzo, Neil Heffernan, Carol Surace, Edward Burke, Emanuel Patterson, Julie Suchy, Richard Russian, D. Mason, and Charles Davis.

2. The Clerk of Court is directed to issue to plaintiff subpoenas for the above-named individuals. See FED. R. CIV. P. 45(a)(3) ("The clerk shall issue a subpoena, signed but otherwise in blank, to a party requesting it . . . .").

---

[1] Two witnesses, D. Mason and Charles Davis, are designated as former inmates currently on parole.

3. Plaintiff shall complete the subpoenas in accordance with Federal Rule of Civil Procedure 45 and shall file the completed subpoenas on or before August 9, 2004.

4. The court shall direct service of properly completed subpoenas on the above-named individuals as appropriate.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge