IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| WILLIAM BRANCH | : | |
| | : | |
| Plaintiff | : | No. 1:00-CV-1728 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| RUSSIAN, et al., | : | |
| | : | |
| Defendants | : | ELECTRONICALLY FILED |

## CERTIFICATE OF SERVICE

    I, Gwendolyn T. Mosley, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on July 9, 2004, I mailed a postal money order in the amount of $10.00 to William Branch,#CF -3756 in accordance with the Court's order dated June 29, 2004 , first-class postage prepaid at the following address:

SCI-Waymart
P.O. Box 256
Waymart, PA 18472

                                              s/Gwendolyn T. Mosley
                                              Gwendolyn T. Mosley
                                              Senior Deputy Attorney General