ORIGINAL

United States District Court
For the Middle District of Pennsylvania

Wm. Branch, Plaintiff
vs.
Russian et. al., Defendants

Civil Action No. 1:00-1728
(Judge Connor)
FILED
HARRISBURG, PA
JUL 0 8 2004
MARY E. D'ANDREA, CLERK
Per ____

**Motion**

Request for clarification of the amount awarded and a Request to allow question one thru five Be answered by Defendants on my Parole issue

If it Please's this most ~~august~~ august Court, Here come's inmate William Branch CF3756 asking this most noble Court to clarify the amount of award granted by this Honorable Court as your order states $10.00 ten dollars and Motion of Sanction askes for $10,000. Ten thousand dollars Respectfully

also a Request to allow question one thru five be answered by Defendants, as my Pleads do Raise a Parole issue from Start to finish, Respectfully

**Proof of Service**

S.DAG Ms Mosley esq 15th Strawberry sq Harrisburg Pa 17120

**Unsworn declaration**

I affirm under Penalty of the Law that the above is True

Date 7-5-04

William Branch CF3756
PO Box 256
Waymart Pa 1~~####~~
18472