# Doc. 164

United States District Court
for the Middle District of Pennsylvania

**ORIGINAL**

Wm Branch, Plaintiff
vs.
Mr. Russian, Defendant

: Civil Action No. 1:00-CV-1728
: (Judge Conner)
:

FILED
HARRISBURG, PA
JUL 08 2004
MARY E. D'ANDREA, CLERK
Per [signature]

Motion to the Court to Grant Motion to order Defendants to ~~Discovery~~ and find them in Contempt

[Margin note: I forgot to inclose this in motion to Request clarification of amount awarded and to allow question 1 thru 5 to be answered by defendants]

If it please's this noble Tribunal here come's this ignoble inmate Wm Branch CF3756 asking this most Judicial Tribune to Hold these Defendants in contempt of the Court for not answering an interrogatories per fed. Rules of Civil Procedure Rules 33, 37 (b)(2)(D)(C)(B) Rule

On 2-19-04 This august court issued an Order for Discovery to be complete by 3-19-04 to this Date 3-25-04 Defendants have not answered any of my interrogatories.

Therefore I Pray this Honorable Court will Vouchsafe to Grant my Motion to Hold these Defendants in Contempt of Court. Rule 37 (b)(2)(D), Rendering a Judgement in Default against the Defendants Rule 37 (b)(2)(c), Rule 37 (c)(1) the Defendants Shall Pay Reasonable legal fee's, I am asking for $10,000 so the Defendants will never again Disobey your Court orders

[Margin: Cost →]

Respectfully

unsworn declaration
I affirm under Penalty of the Law that the above is true

proof of service
Ms Mosley esq SDAG. 15th Fl Strawberry Sq Harrisburg Pa 17120

Date 3-25-04

William Branch CF3756
PO Box 256 Waymart Pa 18472



Judge Conner
Po Box 983
Harrisburg Pa 17108

Name & No. CF37L Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS