United States District Court
For the Middle District of Pennsylvania

Wm Branch, Plaintiff
vs.
Russian, Defendants

Civil Action No. 100-1728
(Judge Conner)

### Brief in support of Request for clarification of The award amount and Request to allow question one thru 5 Be answered By Defendants on my Parole issue.

If it Please's this most majestic tribune Here come's ignoble William Branch CF-3756 a inmate at S.C.I Waymart, First to thank this Honorable Court For his just order to allow Discovery, "Thank you Sir".

I do not want to seem ungrateful Sir, but is there a Typo in the amount, of $10.00 inclosed Please Find a True Copy of motion Doc #164 Requesting $10,000. Please advise.

On the Discovery, again Ms Mosley has lied to your Honor in her Reply Brief Stating: "there is No pleading about Parole".

In my 42 § 1983 Complaint see: attachments Page A-1 Line 16 Handwritten *Stating: this happen as I came up for Parole" The write up by Ms Suchy was planned around the time I came up for Parole also see: Exhibit AA-6 misconduct #A151 773 on Second Page letter to Sec Horn complaining about the way the staff has denied me parole and the conspiracy

Sir. this is not a new issue as Ms Mosley contends a Reading of Greivance WAM 0-118-01 Line 13 Pg 6 in this Exhibit sent to the court, stating:

> I have a law suit pending in the third circuit one concerning Parole issues, in which MR Friedman + Govenor Ridge are named

also in my finnal appeal same Grievance Line 9 Pg 4 To Supt Colleran stating: "I am asking 300,000 in my Parole civil action now stayed in the third circuit appeals.

also in the initial Review Response same Grievance From Mr Nish stating at Parograph #8: "as for as Parole issues are concerned, you have not been Recommanded for Parole because you are not in compliance with you Prescriptive Program Plan which indicates that you need to attend the Sex offenders Program based on your current convictions."

also Appeal to Secretary's office of inmate Grievance starting at Line 7 thru 12 Pg 2-A Same Grievance Stating: "this is a ongoing conspiracy to harass and Retaliate against me by staff at S.C.I. Waymart for Reporting misconducts by staff and to force me to drop my civil case against the parole Board + Govenor + Sec. of the D.O.C. I am sueing for 3,000,000 in my Parole case.

Now look at 42 § 1983 complaint and Read Pg A-1 attachment #1. "in an attempt to force withdrawal of Pending law suits. page ②

Sir my complaint is about a conspiracy to Retaliate against me this Retaliation can and does include any way the staff can mistreat me, Point I have a cold which has turned to walking Pneumonia, while it was a cold I went to med Lines and saw the P.A. lumus and asked for medicine.

I was told I don't need any medicine, I was in Pain, and she denied me pain Relief medicine (The C.I.A. has Just changed it's interrogation techniques They No longer allow denial of Pain Relief medication)

I am also under a fan and the staff Runs it full Speed in order for me to sit on my Bunk I need a coat, Blank, and a hat in July, I asked them to turn down the Fans the Refussed, I asked to Be moved to a bed not Directly under a fan I was Told by Mr Friedman "I got you Just where I want you"

Your Honor have you Read the Book cold Storage? it's about this institution Farview/S.C.I Waymart, make informed Reading.

My 42 § 1983 complaint against C/o Russian et.al., does State Parole was denied me in Retaliation and the D.O.C will Say that they did this because I did not attend the Sex offenders Program Per: Mr Nish in informal Review Response.

I need the Discovery answers to parole in order to show that their Reasons have no bases it will show that inmates who do not take their Program do not committe Sex offences and that those who

Page ③

do take the programs do Reoffend with same crime, these statistics will show that this is not a valet Reason for denying me Parole and the only Reason I was denied Parole was for accessing the courts and in Retaliation for seeking Redress from the government

Contractors assn of eastern Pennsylvania inc vs. City of Phila 6 F.3d 990 on Remand 893 F Supp 419, affirmed 91 F3d 586 certiorari denied 117 S.ct 953 136 L.Ed 2d 841

[16, 17] Federal Civil Procedure Key 2497.5
(anecdotal and statistical evidence presented by city was sufficient to withstand summary judgement by contractors who Raised Equal Protection challenge to Racial Preference in awarding city contracts to disadvantage business enterprises owned by women and ~~Racia~~ minorities USCA const amend 14

The Parole Board has already violated my Rights in that they interviewed me under the 1996 Guide Line and not the 1941 Guide Line's, This is a Expost Violation as well these people acted under color of Law and deprived me of my Rights and as these actors are white and I am Black a check To see if they have Been Bias toward me and that a Pattern exist.

page (4)

For the Reason Stated above I Pray this Honorable Court will Grant this motion to allow Discovery on questions 1 thru 5 In that this will also serve the interest of the courts as well, Respectfully was the amount awarded me on the order a Typo.

Respectfully

**Proof of Service**

S.D.A.G. Ms Mosley esq. 15th Strawberry Sq, Harrisburg Pa. 17120

~~Sworn~~ ~~Declare~~
**Unsworn Declaration**

I affirm under Penalty of the Law that the above is True

Date 7-5-04

William Branch CF3756
Po Box 256
Waymart, Pa. 18477

Page 5

Name & No. CF3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

legal mail

Judge Conner
Po Box 983
Harrisburg Pa 17108



17108+0383  11