United States Dist. Court
for the Middle Dist. of Pennsylvania

Wm. Branch, Plaintiff

vs.

Mr Russian et. al., Defendants

Civil Action No. 1:00-1728

(Judge) Conner

FILED
HARRISBURG, PA
JUL 16 2004
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

### Motion for a un Publish case and a complete Docket sheet

if it Please's this most august court Here come's William Branch CF 3756 A ignoble inmate Praying this most noble Tribune will grant this motion for and un published case cited by Ms mosley esq " Robins vs. Horn et. al., No. 99-1841 (MD Pa. Sept. 30, 2001) and a Request for a complete copy of my Docket sheet Civil action No. 1:00-1728   Respectfully

### Proof of Service

S.D.A.G. Ms Mosley esq 15th fl Strawberry Sq. Harrisburg Pa. 17120

### unsworn Declaration

I affirm under Penalty of the Law that the above is true

Date 7-10-04

William Branch CF 3756
Pa Box 256
Waymart Pa. 18472