ORIGINAL

United States District Court
for the Middle District of Pennsylvania

Wm. Branch, Plaintiff
vs.
Mr. Russian et. al., Defendants

FILED
HARRISBURG, PA
JUL 19 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Civil action no. 1:00-1728
(Judge) Conner

## Motion to modify Discovery

If it please's the Court, Here come's inmate William Branch CF-3756 Praying this Radient Tribune will modify it's order Dated June 29th 2004.

1. With Reguard To the question:
   (a) all Parde question be allowed
   (b) question #6 be allowed

2. With Reguard to the award of money:
   (a) the award was a token award but it was not enough to make the point, what Ms Mosley sent me was a open display of her being offended w/ your order. It provided nothing and it did not include any pay information as ordered.

I have written Ms Mosley esq letter inclosed, Stating if She needs to conferre with me I am avilable, if She does not understand what is needed. Respectfully

~~Unsworn~~ Proof of Service
S.D.AG Ms Mosley 16th fl. Strawberry Square Harrisburg Pa. 17120

Unsworn Declaration
I affirm under Penalty of the Law that the above is true
Date 7-14-04
William Branch CF 3756
P.O. Box 256
Waymart Pa. 18472



J. Conner
Po Box 983
Harrisburg Pa. 17108

Name & No. _CF 3756 Branch_
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS