United States District Court
For The Middle District of Pennsylvania

Wm Branch, Plaintiff

vs.

Mr. Russian et. al., Defendant

Civil Action No. 1:00-1728

(Judge) Conner

FILED
HARRISBURG, PA
JUL 19 2004
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

## Brief in Support of Motion to Modify Discovery

If it please's the Court here come's ignoble inmate William Branch CF-3756 praying this gracious Tribunal will modify it's Discovery order issued June 29, 2004.

Reason: the narrowness of the discovery order created a misunderstanding question #6 would have eliminated the chance to misunderstand "How many Defendants have had Grievance written against them and what were they about" the Relevance of this question would show a pattern and practice, also the parole question are needed as stated in Complaint 42 §1983. Looking at the Response Ms Mosley did not answer any of my question, this is a badfaith Response Rule 37(B)(3) Evasive or incomplete Disclosure, answer, or Response.

The award was not enough to drive your point home sir as I am Pro Se I am entitled to attorney fee's as well The $10.00 you awarded me did not cover one mailing, this is why Ms Mosley has no Reverencial Fear of your Tribunal, Sir I Respectfully pray you will modify your order Respectfully

### Proof of Service
Ms Mosley 15th Fl. Strawberry Square Harrisburg Pa 17120

### Unsworn Declaration
I affirm under penalty of the law that the above is true.
Date 7-14-04
William Branch CF3756
P.O. Box 256 Waymart Pa. 18472

July 13, 2004
Branch vs Russian C.A M.D. No. 1:00
—1728

William Branch CF-3756
P.O. Box 256
Waymart Pa. 18472

RE. S.D.A.G. Ms Mosley esq

Madame with Reguard to the Discovery you Provided, I see you misunderstood the question and that maybe you and I need to conferre

1. what did they do when I informed them that a staff member was violating a D.O.C. policy and mistreating myself or another inmate?

2. How many Grievances have been written on them (There is a Grievance Tracking system in place, all Grievances must be numbered) and what were they about. This is needed to show a patteren and practice by staff

3. Question on Pay you provided nothing making you ~~Comply~~ compliance with Judge ~~Conners~~ Conner's Order Violated.

4. I will be asking Judge Conner to include question #6 on I so because he did not, this created a misunderstanding

5. also there is a time ~~preiod~~ period of 1995 to Date

Respectfully if you have any questions Please contact me

Proof of Service
Ms Mosley 15Fl Strawberry Sq ~~Harrisburg Pa~~ 17120
I affirm under Penalty of the law unsworn Declaration that the above is True
Date 7-13-04
William Branch CF 3756