IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | CIVIL ACTION NO. 1:00-CV-1728 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |



## ORDER

AND NOW, this 26th day of July, 2004, upon consideration of plaintiff's motion for an unpublished case and a complete docket sheet (Doc. 188), it is hereby ORDERED that the motion (Doc. 188) is DENIED. Plaintiff is directed to address future requests for records in the above-captioned case through letter to the Clerk of Court rather than through formal motion to the court.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge