IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | CIVIL ACTION NO. 1:00-CV-1728 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| Defendants | : | |



## ORDER

AND NOW, this 26th day of July, 2004, upon consideration of plaintiff's motions to clarify and to modify discovery (Docs. 186, 190), both of which request reconsideration of sanctions imposed on defendants in a prior order of court granting plaintiff's motion to compel (Doc. 182), and it appearing that plaintiff identifies and the record suggests no error of law or fact in the prior order of court, it is hereby ORDERED that the motions (Docs. 186, 190) are DENIED.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge