*and Ten*
*to ms mosley*

# United States District Court
## For the Middle District of Pennsylvania

Wm Branch, Plaintiff
Vs.
Mr. Russian et. al., Defendants

Civil Action No: 1:00-1728
Judge Conner

Certified mail # 7002-1000-0005-3998-5551

Motion Extention of time and ~~Motion for Docket Sheet~~

FILED
HARRISBURG, PA
[date stamp]
MARY E. D'ANDREA, CLERK
Per 40A Deputy Clerk

If it please's this most Honorable Tribunel Here come's inmate William Branch CF-3756 Humbly Requesting a copy of my Docket Sheet, as I have filed numerous motion and to date have had no Response or acknowledgement of Receipt in particular a Request to clarafy the amount of award I asked For $10,000.00 you award $10.00 also a Request to allow question 1-5 on the interrogatories and a letter informing the court about the answers Ms Mosley sent me, She latter sent me Page to it was not sent on the 9th as you ordered!

Respectfully I am now sending Her a Letter to try and clear up some of the question, but She will not Respond in time for me to file a Brief on the 30th

**Proof of Service**
SDAG Ms Mosley esq 15th Fl. Strawberry Sq Harrisburg Pa 17120

**Unsworn Declaration**
I affirm under penalty of the law that the above is true

Date 7-22-04

William Branch CF3756
PO Box 256
Waymart Pa. 18472

Date

Re: Wm Branch
Vs.
Russian et. al.,

Civil Action No. 1:00-1728
Judge Conner

Subject: <u>Discovery</u>

Dear Ms Mosley esq. I have written you offering to help you with any question you may have in order to answer the interrogatories, To Date you have not Responded only to send me a Statement of the defendants Earning Gross, the questions you were ordered to answer, were: 5, 7, 8, and un number questions about pay/Salary of defendants. To No. 5 you Stated none of the defendant have ever been ordered to enter a Drug or alcoholic program now or in the past. I know ms martin had a Drug and alcoholic problem, I was in her Drug and alcoholic class and she told us she was a Drug user and a alcoholic and that she was Raped by bickers. The D.O.C. gave her a Job as Unit manager.

What I need from you is, how many and which of the defendants have every had a Drug or Alcoholic Problem.

Question #7 Require you to check the D.O.C. Grievance Tracking System to find out which of the Defendants have been written up, what for, and the action if any taken by the d.o.c.. This will show the character of the defendant and a pattern and practice by the defendants and the D.O.C.

You answered none [illegible]

①

against [illegible]

[illegible paragraph]

question: On unnumbered pay questions, these questions ask for the defendants Base Pay separate overtime pay separate and the average pay of other D.O.C. employees in the same position; this was to be from 1993 to Date

question: [illegible] what is alleged by me, and what did they do when I informed them of an act by another [illegible] Chiplin Gagas [illegible] send out my hair accommodation per DC-ADM 814 Page 8 G. 2. a. threat in 2000 and in 2005 when I requested a [illegible] exemption and what did [illegible] when I informed them [illegible] this [illegible] 819 [illegible]

2. C/O Russian what did the staff do when I sent the request dated 7-15-00 to say? about C/O Russian violating Base Policy DC-ADM 203 (10), running safety and Security Inspection Inmates personal property will not be searched or disturbed (Mr. Bloom will testify that C/O Russian did violate this policy on a Regular) and what did the staff do with the grievance I wrote on 7-20-00 both [illegible] in Exhibits to court [strikethrough] Ex AA6/2 alleging C/O Russian Retaliating against me, Why did our Captain not Stop [illegible] This is a Conspiracy with the Freedman

C/O Russian and Capt Griffen to Retaliate against me for filing a §1983 Law suit against Staff M R Friedman and the Parole Board. Why did the Supt keep assigning my Grievance's and complaints to M R Friedman knowing I was Sueing M R Friedman! also what did the Supt. do when I informed him that C/O Russian had been Bragging that M R Welby the hearing Examiner was his uncle and the fix was in for anyone he wrote up! (M R Blow will also Testify to this.

(3) Ronald Richards, what did you do with the grievance filed on 7-20-00 on C/O Russian and with all the grievances filed by me that he did not answer. [illegible] ...

... harassing ... retaliating against me because I am sueing them, and why did he not answer or [illegible].

It is clear that you will not have these answer and the other answers I need in time to meet the Judges schedule so I will ask him for more time.

Upon your answers to these question, I will base my action to the court. Please understand I have other Discovery questions that come under the Topic questions for Discovery. Respectfully

PROOF of SERVICE
S.D.A.G. M Mosley 15th Fl. Strawberry Sq Harrisburg PA 17120
Judge Conner PO Box 983 [illegible] PA 17108

UNSWORN DECLARATION
I affirm under penalty of the law that the above is true
Date 7-22-04
William Branch CE 3256
PO Box 256
Waymart PA 18472

Wm BRanch CF 3756
Po Box 256
Waymart Pa. 18472

Judge Conner
P.O. Box 983
Harrisburg Pa. 17108

legal mail

INMATE MAIL
PA. DEPT. OF CORRECTIO[NS]