## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MR. RUSSIAN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of August, 2004, upon consideration of plaintiff's motion for an extension of time (Doc. 194) in which to file a supplemental briefs and exhibits in opposition to defendants' motion for summary judgment, and it appearing that the motion is predicated on an ongoing discovery dispute between the parties (see Doc. 182) and on the pendency of several related motions (see Docs. 188, 190), which were recently resolved by order of court (see Docs. 192, 193), it is hereby ORDERED that the motion (Doc. 194) is GRANTED. Plaintiff shall be permitted to file additional exhibits and a supplemental brief, not to exceed fifteen (15) pages, in opposition to the motion for summary judgment (Doc. 129) on or before August 13, 2004.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge