IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM R. BRANCH,** : | CIVIL ACTION NO. 1:00-CV-1728 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **MR. RUSSIAN, et al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 3rd day of August, 2004, upon consideration of plaintiff's motion for subpoenas (Doc. 173), and it appearing that the court subsequently ordered the issuance to plaintiff of subpoenas for those witnesses identified in plaintiff's list of proposed witnesses (Docs. 174, 183), it is hereby ORDERED that the motion (Doc. 173) is DENIED as moot.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge