AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

| | |
|---|---|
| **William R. Branch,**  **Plaintiff** | **SUBPOENA IN A CIVIL CASE** |
| V. | |
| **Mr. Russian, et al.,**  **Defendants** | Case Number:[1] **1:00-CV-1728** |

TO:  Christopher Jones

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  all misconducts written on me and sanctions any and all notes about me

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA) by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)  **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

| | |
|---|---|
| **William R. Branch,**    **Plaintiff** <br> V. <br> **Mr. Russian, et al.,** <br>    **Defendants** | **SUBPOENA IN A CIVIL CASE** <br><br> Case Number:[1] **1:00-CV-1728** |

TO: *Joseph Scalzo*

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by **Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

William R. Branch,     **Plaintiff**

V.

Mr. Russian, et al.,

**Defendants**

SUBPOENA IN A CIVIL CASE

Case Number:[1] **1:00-CV-1728**

TO:  Elaine Martin

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by **Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108** (See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

| | |
|---|---|
| **William R. Branch,** Plaintiff | **SUBPOENA IN A CIVIL CASE** |
| V. | |
| **Mr. Russian, et al.,** Defendants | Case Number:[1] **1:00-CV-1728** |

TO: *Ronald Richards*

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): *all Grievance written against The defendants those processed and those signed of and a List By name Tell what the Grievance was and who wrote it and the out come*

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA) by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108** _____ (See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

William R. Branch, **Plaintiff**

V.

Mr. Russian, et al., **Defendants**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:00-CV-1728

TO: Clerk of the Court For the middle Dist of Penna. U.S. Dist cou

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Present at court the Request to staff Sheet Lt Wellington Balled up and through in my cell after the fbi dust it for finger prints to determine how Lt wellington handle it also a fbi expert to explain how he determined it was Lt Welling to

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court – Mary E. D'Andrea (MiddleDist of PA)** by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) (717)221-3920

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

| | | |
|---|---|---|
| **William R. Branch,** **Plaintiff** | | **SUBPOENA IN A CIVIL CASE** |
| V. | | |
| **Mr. Russian, et al.,** **Defendants** | | Case Number:[1] **1:00-CV-1728** |

TO:  Richard Russian

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)** **by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

**William R. Branch,**    **Plaintiff**

V.

**Mr. Russian, et al.,**

**Defendants**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **1:00-CV-1728**

TO:  Julie  Suchy

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA) by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108** (See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

| | |
|---|---|
| **William R. Branch,** **Plaintiff** | **SUBPOENA IN A CIVIL CASE** |
| V. | |
| **Mr. Russian, et al.,** **Defendants** | Case Number:[1] **1:00-CV-1728** |

TO: *Neil Heffernan*

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by **Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

William R. Branch,    **Plaintiff**

V.

Mr. Russian, et al.,    **Defendants**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **1:00-CV-1728**

TO: Decon Biagi

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): His D.o.c. File (work), the prayer Book of special intentions, the Block Tablets of F-2 From 2000 oct. † 2003 Dec. and the Block Tablets of M-2 From 1995 to 2000 June, 2003 Janto Date, my quoton Card, the D.o.c will have to collect these items and give them to Decon Biagi also How many inmate were Paroled Who did not Complete S.o.p. and Reoffended w/same CRime, as well as those who were not Parded and Reoffended w/ the same CRime and those who Completed the S.o.p and were Parded and Reoffended w/ the Same CRime

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

William R. Branch,    **Plaintiff**

        V.

Mr. Russian, et al.,

        **Defendants**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **1:00-CV-1728**

TO:  MR. Kevin Blow
    3218 N. 17th St.
    Phila Pa. 19123

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by **Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108** (See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

MIDDLE        DISTRICT OF        PENNSYLVANIA

| William R. Branch, **Plaintiff** | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| Mr. Russian, et al., **Defendants** | Case Number:[1] **1:00-CV-1728** |

TO: *MS Carol Sukace*

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by **Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108**      (See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

MIDDLE                    DISTRICT OF                    PENNSYLVANIA

William R. Branch, **Plaintiff**

V.

Mr. Russian, et al., **Defendants**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **1:00-CV-1728**

TO: David Gorman

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): any and all notes about my state of mind    three copies

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER  **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)  **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88  (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE                    DISTRICT OF                    PENNSYLVANIA

William R. Branch,  **Plaintiff**

V.                                          **SUBPOENA IN A CIVIL CASE**

Mr. Russian, et al.,

**Defendants**                    Case Number:[1] **1:00-CV-1728**

TO:  Capt Kim Griffins

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  all Reports and Disciplinary action you have taken against any of the Defendants, any notes you put in their Personal Record.

| PLACE | DATE AND TIME |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

　　Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER  Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)
by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108        (717)221-3920

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____  DISTRICT OF _____  PENNSYLVANIA

| | |
|---|---|
| William R. Branch,  **Plaintiff**<br>V.<br>Mr. Russian, et al.,  **Defendants** | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1] **1:00-CV-1728** |

TO: Ms. Christina Wilbur

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): any and all Records that deal with my attending your English class and the Reason why you dropped me

| PLACE | DATE AND TIME |
|---|---|
|  | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Kimberly A. McKinney_ | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court – Mary E. D'Andrea (MiddleDist of PA)**
**by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88  (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

MIDDLE            DISTRICT OF            PENNSYLVANIA

William R. Branch,    **Plaintiff**                SUBPOENA IN A CIVIL CASE

V.

Mr. Russian, et al.,

**Defendants**                Case Number:[1] 1:00-CV-1728

TO: Martin Horns/Replacement Sec. Beard of D.O.C.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Statistis on parole in the form of inmate Black and white who are Sex offenders from 1993 to Date were parole and did not complete Sop, How many Reoffended w/same crime, of those who completed Sop how many Reoffended w/same crime three copies for the court, Attorney General, and my self, Respectfully the personel Employment application of ms Elaine martin and her Personel File

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)
by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108                (See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)  (717)221-3920

[1] If action is pending in district other than district of issuance, state district under case number.

AO88  (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

William R. Branch,     **Plaintiff**

V.

Mr. Russian, et al.,

**Defendants**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **1:00-CV-1728**

TO:  D. Mason

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court – Mary E. D'Andrea (MiddleDist of PA) by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE            DISTRICT OF            PENNSYLVANIA

William R. Branch,    **Plaintiff**
V.
Mr. Russian, et al.,
                      **Defendants**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **1:00-CV-1728**

TO:   Milton Friedman

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER, Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)
by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court,
Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983,
Harrisburg, PA 17108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)  **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88  (Rev. 1/94) Subpoena in a Civil Case

### Issued by the

# UNITED STATES DISTRICT COURT

MIDDLE              DISTRICT OF              PENNSYLVANIA

William R. Branch,     **Plaintiff**                    SUBPOENA IN A CIVIL CASE
              V.
Mr. Russian, et al.,

              **Defendants**                    Case Number:[1] **1:00-CV-1728**

TO:  MAJOR Wayne Gavin

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
   testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
   in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
   place, date, and time specified below (list documents or objects):  DC-ADM 807, and 819 and
any and all REPORTS OR NOTES you have put in any of the defendants PERSONEL
RECORD

| PLACE | DATE AND TIME |
| --- | --- |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated,
the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
|  | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER  **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by **Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court,
Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983,
Harrisburg, PA 17108**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)  **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | PENNSYLVANIA |
|---|---|---|

William R. Branch,     **Plaintiff**

V.

Mr. Russian, et al.,

                       **Defendants**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **1:00-CV-1728**

TO: Timothy Welling Lt.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): any and all Records + notes you have caused to be placed in any of the defendants personel files

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)
by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) (717)221-3920

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

| | |
|---|---|
| **William R. Branch,**   **Plaintiff** | **SUBPOENA IN A CIVIL CASE** |
| V. | |
| **Mr. Russian, et al.,**   **Defendants** | Case Number:[1] **1:00-CV-1728** |

TO:  Chaplin William Gagas

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): any and all Records you have on inmates with hair Exemption, and PRoof that you sent my accommodation To camp Hill, bring your copy of my accommodation

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER. Clerk of Court - Mary E. D'Andrea (MiddleDist of PA) by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE                DISTRICT OF              PENNSYLVANIA

William R. Branch,    **Plaintiff**                  SUBPOENA IN A CIVIL CASE
              V.
Mr. Russian, et al.,

              **Defendants**              Case Number:[1] **1:00-CV-1728**

TO: Martin Walsh

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by **Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108**
(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)  **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE                    DISTRICT OF                    PENNSYLVANIA

William R. Branch,    **Plaintiff**

V.                                              **SUBPOENA IN A CIVIL CASE**

Mr. Russian, et al.,

**Defendants**

Case Number:[1] **1:00-CV-1728**

TO: Charles Davis

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER, Clerk of Court – Mary E. D'Andrea (MiddleDist of PA) by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108                (717)221-3920

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

William R. Branch,    **Plaintiff**

        V.

Mr. Russian, et al.,

        **Defendants**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **1:00-CV-1728**

TO: *Charles Davis    on parole*

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Kimberly A. McKinney* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)
by Kimberly A. McKinney, Deputy Clerk, Office of the Clerk, United States District Court, Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983, Harrisburg, PA 17108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page) **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

William R. Branch,    **Plaintiff**

V.

Mr. Russian, et al.,

    **Defendants**

### SUBPOENA IN A CIVIL CASE

Case Number:[1] **1:00-CV-1728**

TO:  *D. mason    on parole*

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 7/9/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER **Clerk of Court - Mary E. D'Andrea (MiddleDist of PA)**
by Kimberly A. McKinney, Deputy Clerk/Office of the Clerk, United States District Court,
Middle District of Pennsylvania, U.S. Courthouse, 228 Walnut STreet, P.O. Box 983,
Harrisburg, PA 17108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)    **(717)221-3920**

[1] If action is pending in district other than district of issuance, state district under case number.

CF3756 Branch
STATE CORRECTIONAL INSTITUTION
Route 6, P.O. Box 256
Waymart, Pennsylvania 18472-0256

1710840383 11

J. Conner
Po Box 983
Harrisburg Pa. 17108

