COURT COPY

United States Appeal Court
for the Third Circuit

SMA Closed.

Wm Branch, Plaintiff
vs.
Mr Russian et.al., Defendant

M.D. Civil Action No. 1:00-1728
Judge Conner

RECEIVED AUG - 2 2004 U.S.C.A. 3rd. CIR.

## Notice of appeal and asking for a stay in proceedings

If it please's the court here come's ignoble inmate Wm Branch CF3756 asking this noble court to grant me an appeal of a court order by his august Honor, Conner of the middle District, who awarded me $10.00 as reasonable cost for informal and formal expenses, this after 2 yrs of pleadings, motions for discovery, had been dismissed as premature, a violation of Fed. Rules of Civil Procedure 26, 33, 37, per Judge Conners order,

Discovery is to be done without a court order and the attorney General Ms Mosley refused to participate opting to file a motion for Summary Judgement see court docket as to the time and Judge Conners ruling on my motion's

In the order I am appealing Judge Conner's stated that in (Doc. 164) I identified my cost to be $10.00 this is not true a copy of (Doc. 164) is inclosed I asked for $10,000.00 [See Exhibit #1 next page] Reason that I spent at least 80 hours over the last two years on discovery and as I am Pro Se, pleading before the court as a #1 lawyer $125.00 a hour as attorney fee moreover Ms Mosley esq is guilty of violating Fed Rules of Discovery and she is Senior Duputy attorney General
#1 Aaron Helms vs. Hewitt supt. 780 F.2d 367 (3rd Cir. 1986) §1988

#164
Doc. 164
Exhibit

United States District Court
for the Middle District of Pennsylvania

Wm Branch
  Plaintiff
vs.
Mr. Russian
  Defendant

: Civil action No. 1:00-CV-1728
: (Judge Conner)
:
:

## Motion to the Court to Grant a Motion to order Defendants to Discovery and find them in Contempt

If it Please's this noble Tribunal here come's this ignoble inmate WM Branch Cf3756 asking this most Judicial Tribune to Hold these Defendants in contempt of the Court for not answering an interrogatories Per fed. Rules of Civil Procedure Rules 33, 37 (b)(2)(D)(C)(B) Rule

On 2-19-04 This august court issued an Order for Discovery to be complete by 3-19-04 to this Date 3-25-04 Defendants have not answered any of my interrogatories.

Therefore I Pray this Honorable Court will Vouchsafe to Grant my Motion to Hold these Defendants in contempt of Court Rule 37 (b)(2)(D), Rendering a Judgement in Default against the Defendants Rule 37 (b)(2)(c) Rule 37 (c)(1) the Defendants shall Pay Reasonable legal feeds, I am asking for $10,000 So the Defendant will never again Disobey your court orders

Cost →

Respectfully
I affirm under Penalty of the Law that the above is true.  
unsworn declaration  
Proof of service  
Ms Mosley eqe SD.A.G. 15th Fl Strawberry Sq Harrisburg Pa 17120

Date 3-25-04

William Branch Cf3756
PO Box 256 Waymart Pa 18472

in Judge Conners order Dated June 29th 2004 He stated that Ms Mosley admits that the motion was properly served and offered no Reason to justify her failure other than to object to the Relevance of the discovery, but a look at her letter to this effect she does not object only stated she should have objected see: Def. Brief in opposition to plaintiff's motion to compel or for Sanctions Pg 7 Dated May 7, 2004, Judge Conners also stated in his memorandum that Ms mosley was the Reason he had to Reschedule the Trial his words " counsel's dereliction has also necessitated another delay of these proceeding". he also stated that Navient mktg. Solutions, inc. vs. Larry Tucker, inc. 339 F.3d 180, 185 (3rd Cir. 2003) conferred him with power to sanction Ms mosley esq. this Case also states Reasonable Cost and attorney fee's.

On this matter of award if the Judge stated in is order that Doc. 164 has the amount of cost I ask for and that cost is $10,000.00 also atested to in Ms mosley Brief in opposition to Plaintiff's motion to compel or for Sanctions Dated may 7 2004, and he stated "Identified by plaintiff is approximately $10.00 see Judge Conners memorandum page 4 dated 6-29-04. I should be given the $10,000.00 because the $10.00 is not what I Identified as my cost and he stated in Parenthesis (Doc. 164) where in my Request for award this could be found Respectfully

For the Reasons stated I am asking for a stay in Proceeding from this Date 7-28-04 pending appeal a Review of the award of Reasonable cost and Denial of Supplemental Pleading and the limited scope of Discovery

Page ③

I have been denied discovery on question about parole statistics. Contractors ass'n of Eastern Pennsylvania in Vs. City of Phila 6 F.3d 990 on Remand 893 F.Supp. 419 affirmed 91 F.3d 586 cert iorari denied 117 S.ct. 953 136 L.Ed 2d 841 [16,17] Federal Civil Procedure Key 2491.5 anecdotal and statistical evidence presented by city was sufficient to withstand summary Judgement by contractors who raise equal protection. I have alleged that the defendants have retaliated against me by denying me parole and that they wrote misconduct within the time or near the time I was to come up for parole, the law suit the staff was trying to force me to drop was a parole § 1983 presently in 3rd Cir. Court of Appeals Civil action No. 99-3507

My interrogatories on the sex offender program are relevant as the defendant will argue that I was not retaliated against by denying me parole but I was denied parole because I did not complete the program. See § 1983 complaint No. 1:00-1728

I wish to show the court the these program have no rehabilitation components/benifits that more inmate who do not take these sex offenders programs stay out of prison (do not reoffend with same crime) and those who take these sex offenders reoffend w/ same crime also as I was convicted before 1996 ex post facta attaches yet the parde board keeps reviewing me under 1996 standards I have been beat up and ~~then~~ when I reported

Page ④

I was written up and put in the RHU/Hole and I tried to get this put in my case with amended complaint and supplemental pleading Judge Conner Refused and said the defendants would be prejudice.

 becouse of Judge Conner not allow me discovery before the defendent filed for Summary Judgement I was not allow full Discovery and he has narrowly allowed Discovery to issue's of summary Judgement, but even with this he allowed questions about misconducts against defendant but Refused questions on How many Grievance's were written by others and what they were for

I Recieved a Letter from the 3rd Cir. marked open in presents of inmate but it was olready open. Respectfully I pray this most Honorable Tribunal will modify Judge Conners order Dated 7-29-04 to allow all interrogatorie's be answered and the award for defendants failer To participate in discovery be change to $10,000.00 as Doc. 164 calls for and what I asked for which would be Reasonable 80 hrs at a Rate of $25.00 a hour over a period of 2 yrs. as a Relief Obtained Attorney Fee's  Arron Helms Vs Hewitt Supt  780 F2d 367 (3rd Cir 1986)   42 § 1988

Proof of Service  by first class mail
Judge Conner  Po Box 983 Harrisburg Pa. 17108

unsworn declaration
I affirm under penalty of the law that the above is true
Date 2-28-04
                                 William Branch CF-3756
                                 Po Box 256
                                 Waymart Pa 18472

Name & No. CF3136 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

U.S.M.S. X-RAY

The United States court
for the Third Circuit Court of appeals
6th & Market
Phila Pa 19106




RECEIVED AUG - 2 2004 U.S.C.A. 3rd CIR.

WAYMART JUL 29 '04

19106/9999