OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |

August 4, 2004

Mary E. D'Andrea, Clerk
United States District Court
228 Walnut Street
Room 1060
Harrisburg, PA 17108-0983

            Re: Branch v. D.O.C. John Does, et al.
            UNDOCKETED IN COURT OF APPEALS
            (M.D. Pa. No. 1:00-cv-01728 (CCC))

Dear Ms. D'Andrea:

     Pursuant to Rule 4(d), <u>Federal Rules of Appellate Procedure</u>, and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>, we are forwarding the attached notice of appeal which was filed with this office in error. <u>See</u> Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u>. The notice was postmarked July 29, 2004.

     This document is being forwarded solely to protect the litigant's right to appeal as required by the <u>Federal Rules of Appellate Procedure</u>. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

     Thank you for your assistance in this matter.

                                    Very truly yours,

                                    Marcia M. Waldron, Clerk

                              By: /s/ Patricia S. Dodszuweit
                                 Legal Coordinator
                                 Enclosure

cc: William R. Branch (w/out enclosure)
    Gwendolyn T. Mosley, Esq.