certified mail
# 7002-1000-0005-3998-5537

# Affidavit of William Branch CF3756
## Declaration of facts

State of Pennsylvania  
County of Waymart

Branch vs Russion  
Brief ~~reply~~ to Deny Summary ~~Judgement~~  
ss.

CV-No. 1:00-1728  
Judge Conner

I, William Branc[h], do declare the following statements:

I was Retaliated against for Reporting misconducts of staff member working under Color of the Law at SCI-Waymart they falsified misconducts and conspired to put me in the RHU/Hole to force me to drop my Law Suit in federal Court, they forced me to cut my Hair which was protected by the first amend, freedom to exercise my Belief which was Sincerely held Since 1998 and still are Held.

Every statement I have written to the court is true and I include it as part of my Declaration of facts

I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S., Section 4904 relating to unsworn falsification to authorities.

Dated: 7-29-04

William Branch CF3756

FILED  
HARRISBURG, PA  
AUG 05 2004  
MARY E. D'ANDREA, CLERK  
Per _____ Deputy Clerk

S.C.I. Waymart  
P.O. Box 256  
Waymart, PA 18472-0256

P1