*This is what Ms Mosley sent me first no page ② and page four she says I need more information to answer*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM BRANCH : 
 : 
    Plaintiff : No. 1:00-CV-1728
 : 
   v. : (Judge Conner)
 : 
RUSSIAN, et al., : 
 : 
    Defendants : ELECTRONICALLY FILED

FILED HARRISBURG, PA AUG 0 5 2004 MARY E. D'ANDREA, CLERK Per ___ Deputy Clerk

## DEFENDANTS' RESPONSES TO PLAINTIFF'S INTERROGATORIES

"5.   How many of the defendants have been order[sic] to enter a drug or alcoholic program, now or in the past.[sic]"

ANSWER:   None. *Ms Martin admitted she was in Drug + alcoholic program, and that she was a Biker Babe meaning she freely had sex with the whole club and was also Raped*

"7.   How many of the defendants[sic] who have grievances written against them has the D.O.C. or the union or the courts, found guilty and punished for mistreating inmates or other staff members." [sic] *yet no Record*

ANSWER:   None. *Mr Boyer a inmate eq 3494 was kicked in the Butt by Mr Scalzo yet no misconduct in his Record [sic]*

"8.   How many of the defendants has the D.O.C. found guilty of any misconduct; what was the misconduct, and what was the punish[sic]."[sic]

Milton Friedman - Mr. Friedman's responses to plaintiff's allegations are set forth in his declaration which is contained in Documents in Support of Defendants' Motion for Summary Judgment filed on December 31, 2003 as Appendix C.

Kim Griffith - The complaint alleges that plaintiff shared with Griffith his view that Officer Russian had abused the policy concerning security searches. *See* Complaint at p. 3. The complaint also alleges that plaintiff advised Mr. Griffith of his view that Officer Russian had retaliated against him and that Mr. Friedman could not fairly investigate his grievances. The complaint does not allege that Griffith did anything unlawful.

Elaine Martin - The complaint alleges that Ms. Martin moved plaintiff to a different cell block after he complained. *See* Complaint at p. 5. This allegation is admitted.

Carol Surace - Ms. Surace's responses to plaintiff's allegations are set forth in his declaration which is contained in Documents in Support of Defendants' Motion for Summary Judgment filed on December 31, 2003 as Appendix K.

David Gorman - The complaint alleges that plaintiff advised Mr. Gorman of his complaints about Officer Russian's searches. It does not allege that Mr. Gorman did anything unlawful.

Timothy Welling - Lieutenant Welling's responses to plaintiff's allegations are set forth in his declaration which is contained in Documents in Support of Defendants' Motion for Summary Judgment filed on December 31, 2003 as Appendix E.

Wayne Gavin - Captain Gavin's responses to plaintiff's allegations are set forth in his declaration which is contained in Documents in Support of Defendants' Motion for Summary Judgment filed on December 31, 2003 as Appendix H.

William Gagas - The Reverend Gagas' responses to plaintiff's allegations are set forth in his declaration which is contained in Documents in Support of Defendants' Motion for Summary Judgment filed on December 31, 2003 as Appendix G.

3

Joseph Scalzo - The complaint does not allege that Scalzo did anything.

Christina Wilbur - Ms. Wilbur's responses to plaintiff's allegations are set forth in his declaration which is contained in Documents in Support of Defendants' Motion for Summary Judgment filed on December 31, 2003 as Appendix J.

Ronald Richards - The complaint does not allege that Mr. Richards did anything unlawful.

Martin Walsh - Mr. Walsh's responses to plaintiff's allegations are set forth in his declaration which is contained in Documents in Support of Defendants' Motion for Summary Judgment filed on December 31, 2003 as Appendix I.

Barry Karwowski - Officer Karwowski's responses to plaintiff's allegations are set forth in his declaration which is contained in Documents in Support of Defendants' Motion for Summary Judgment filed on December 31, 2003 as Appendix F.

Julie Suchy - Ms. Suchy's responses to plaintiff's allegations are set forth in his declaration which is contained in Documents in Support of Defendants' Motion for Summary Judgment filed on December 31, 2003 as Appendix A.

Christopher Jones - Mr. Jones denies depriving plaintiff of due process.

Martin Horn - Mr. Horn denies legal responsibility for the actions of subordinates of which he had no personal knowledge or involvement solely because of his former position as the Secretary of the Department of Corrections.

"What did [the defendants] do when I informed them of an act by another staff member"[sic]

**ANSWER:** This interrogatory does not provide sufficient information to permit the defendants to respond to it.

4

Respectfully submitted,

GERALD PAPPERT
Attorney General

<u>s/ Gwendolyn T. Mosley</u>
By:  GWENDOLYN T. MOSLEY
Senior Deputy Attorney General
Attorney I.D. No. 29157

Office of Attorney General
15th Floor, Strawberry Square
Litigation Section
Harrisburg, PA 17120
(717) 787-1180

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Counsel for Defendants

Dated: July 9, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BRANCH | : | |
| Plaintiff | : | No. 1:00-CV-1728 |
| v. | : | (Judge Conner) |
| RUSSIAN, et al., | : | |
| Defendants | : | ELECTRONICALLY FILED |

### CERTIFICATE OF SERVICE

I, Gwendolyn T. Mosley, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on July 9, 2004, I caused to be served a true and correct copy of the foregoing document titled Defendants' Responses to Plaintiff's Interrogatories, by depositing it in the United States Mail, first-class postage prepaid to the following:

William Branch, CF 3756
SCI-Waymart
P.O. Box 256
Waymart, PA 18472

                                                    *s/ Gwendolyn T. Mosley*
                                                    Gwendolyn T. Mosley
                                                    Senior Deputy Attorney General

Open Here

Judge Conner
Po Box 983
Harrisburg Pa 17108

7002 1000 0005 3998 5537

CF3756 Branch
Po Box 256
Waymart Pa 18472

INMATE MAIL
PA. DEPT. OF CORRECTIONS

legal mail