United States District Court
for the middle District of Pennsylvania

WM Branch, Plaintiff
vs.
MR Russian et. al., Defendants

Civil Action No. 1:-00-1728
(Judge) Conner



Third Brief of motion to Deny Summary Judgement and Extension of time to Complete Discovery

Sir if it Please's this Honorable Tribunal ignable inmate William Branch CF-3756 Humbly Prayes for and Extension of time to Complete Discovery I have Received a Response from Ms Mosley who has stated that I did not supply her with enough information to answer these question I have written her and stated I will conferre with her on any question she may have I have also sent her what I feel will aid her in answering my questions of interrogatories, but to this Date she has not Responded, therefore I Respectfully state that Per Federal Rules of Civil Proceedure Rule 56.(f)

Most noble Tribunal Per Federal Rules of Civil Procedure 56.e if a material issue exist Summary Judgement must be denied.

1. the Grievance System is Required to be Exhausted Before a §1983 Complaint can be filed, this make the Grievance System an Element of my access

To exercise a first amend right my effort to access the court started when I wrote a Request to Supt Colleran about c/o Russian complaining about his mistreatment, at this point the D.O.C had a duty to protect me from any harassment and Retaliations, I Told c/o Russian he was doing cell Safety checks wrong (a) I had spoken with Capt. Griffin, Mr Gorman, Friedman still Mr Russian continued to Retaliate against me I then wrote a Request to Supt Colleran

My Right to access the court is constitutional protected I was Placed in the RHU/hole as part of a Planned conspiracy to punish me for Exercising my first amend. Rights, and this unconstitutional treatment is still going on with Lt. freethly THReating me with Rewritting a Misconduct and and increassing the punishment

filed MD CA 1cv-04-1054 These customs and practices have been going on in this prison for years, this is further atested to in the Response Ms Mosley esq Provide, In that none of the defendants have ever been discipline because of any Grievances written by a inmate from 1993 to Date this is the sign of major cover ups, I know for a fact that inmate Beye EG 3494 was kicked in the behind by Mr Scalzo and nothing happen No entery in his Record!

Material issue the Government may provide Benifits which the constitution does not Require but once it does due process must be followed, I filed a grievance due process Requires that it Be numbered and processed this was not Done Ronald Richards and How many other Grievances has he mis processed!

42 U.S.C.A § 1997a    Exhaustion of Remedies

Exhustion of Prison Grievance, where prisoner is required to exhaust established prisoner grievance procedure before securing relief in federal court, prisoners fundament right to access to the court hings on his ability to obtain access to prison Grievance System. Bradly Vs. Hall (C.A. 9 or. 1995) 64 F.3d 1276

<u>material issue</u> does the staff failer to process grievances whether properly filed or not, contitute a vidation of the access to court 1 amend. upon Receiving a inproper Grievance do they have a duty to speak to the staff member complained of and ask the inmate filing the greivance to correct his greivance

<u>Wood Vs. Smith</u> 60 F3d 1161 (5 cir. 1995)

[6] <u>Prison Law key</u>. 4. (10.1); 13 (4)

Prison official may not retaliate against or harass inmate for exercising right of access to courts or for complaining to Supervisor about Guards misconduct.

(the staff conspired w/ co Russian by not Restraining his actions)

[8] <u>Civil Rights Law key</u> 135

Prison Disciplinary action motivated By Retaliation for Prisoner's exercise of constitutional ~~Right~~ Protected Right is actionable even if action, when taken for different Reason might have been legitimate

<u>material issue</u>

Ms Surace wrote me up because I was accessing the courts this was a planned Retaliation with the other named Defendants showing a practice and custom

Employed By the staff here at S.C.I waymart. the chronology of events and action by the hearing examiner Mr welby, P.R.C. committee, Supt. colleran, the Sec. office of inmate Grievance's, prove that staff knew I was accessing the court and Ms Surace was Retaliating against me yet they supported the adverse action of Removing me from my Job and Loss of Bonuse's and Pay for 7 years

    did the Supt. allowing me to Regrieve this Disciplinary action Resurrect my Right to seek Redress via 42 USCA § 1983 [sic]

    a § 1983 claim can not be filed until administrative Remedies have been Exhuasted the final Exhaustion was august 30, 2001 Grievance No way -0119-01 Exhibit AA-1 see Pg 9 + 2-A letter to Sec. office of inmate Grievance's and appeals, this Tolls the Right to file a § 1983 complaint this power is vest in the D.O.C, they do not have to allow me to Regrieve an issue but if they do I have due process Rights.

    That attaches other Defendants capt Gavin okayed this misconduct both of them MR friedman knew I had asked to take off to meet a court Date but said nothing his in action proves conspiracy, Please not I had a §1983 in sexual Harassment by a staff member and a medical, the out/come of the sexual Harassment was a failer to Exhaust Remedies, I did not go forward with a new § 1983 on this matter becouse of the treatment I had Received while Trying to access the courts and I hoped it would stop, but it did not they keep on mistreating me [sic]

## Material issue

hair Exemption Pastor Gagas and Capt/Major Gavin, I did not Recieve due process as out Lined in The accommodation Policy DC-ADM 819 Religious activities Policy Pg 8 G 2. a. - F., see b. I was not given time to file a accommodation DC-52 the first time before my Hair was forced cut and the Second time I was not allowed due process or time MR Friedman Rushed the order to cut my hair, he has Retired, he had me moved Back to M-2 under him this was his Good by present to me. because I complained about his shower time, and he used C/o Gowat also in civil action MD ~~Custoto~~ §1983 C.V-04-1054, to order me to cut my hair also a Planned Disciplinary action to punish me for exercising a 1 amend Right to petition the Government for Redress all these action have the effect of chilling my exercising my 1 amend Rights and the fact that nothing has ever Been done Show's a custom and Patteren of conspiracy with the administraction and Staff ~~allowing~~ the Staff to harass and Retaliate against inmates who Report their misconducts. this is a violation of the first amend a. Protected Right, (Forcing me to cut my Hair Both Times, was Done in Retaliation for me Exercising my Const. Rights copt. Gavin after I Reported C/o Russian and C/o Gowat after I complained about the showers)

## Material issue

Pleading: I am not Required to plead the Law, I Plead the issue the Court is to apply the Law. if I Raise the issue of staff Retaliating against me for Reporting their misconducts and for accessing the

O The courts by timing misconducts around the time I come up for Parole (See: Exhibits Green Sheets) and that the standard they used to determine if I am to be Parole is a Ex post facto and the law of the Land states that the Parole Board also a Defendant with Mr friedman can not use a law that was not in effect when I was convicted, also shows a conspiracy to Retaliate by denying me Parole Based upon an Unlawful law and this happen not once but every time I came up for Parole

material issue  Sign a P.A. name to a order to change my Diet Bag without his approve constitute a crime forgery on a Business Document for the prepose of increasing my punishment while I was in the RHU/Hole in Retaliation for me exercising my first amendment Rights

See: Request Slips Exhibit Mr Heffeman motion to Dismiss.

issue a clear Demonstraction of Planned Disciplinary action falsifing misconduct and forged change of food alotment a medical prescription this is a violation of the law and their is no ~~Justity~~ Justification for using someone else's ~~me~~ name and signature if everything is on the up and up. this is and act of Retaliation w/ conspirators of the medical Dept as well as administraction and Hearing Examiner and staff, c/o Russian

material issue  Education

The courts have Ruled in Thomas 450 US at 715

—716, 101 S.ct 1425  Free Exercise Protections turns on whether they are sincerly held not on the ecclesiostical question. I believe that my ministry on the choir requires me to attend choir practice, upon entering school I was not told I could not attend choir practice in fact the prison allow you to take off for one Religious service a week and other inmates had been allow to go to choir practice <u>Weldon ayers Dm-9082</u> told me he was allowed to attend the church committee meeting also

This issue of dening me choir practice was made up to get at me for Reporting staff and accessing the court, Staff wanted to make my time a Living Hell becouse I accessed the courts and this is a violation of my Protected First amend Rights

further ms wilbur changed the days for class But Refused to allow me to attend becouse she said I Spoke to fast [sic] this to is a violation of my Constitutional Right to speak in my Defence and not Be punished or denied a Benifit for so doing USCA first amend. <u>Perry vs. Sinderman</u> 92 S.ct 2694 US.; [2] <u>Const. Law key</u> 90.1 (1) at <u>1597</u> for at

at least a quarter-century this court has made clear that even though a person has no "Right" to a valuable govern-mental Benefit and even though the government may deny him the Benefit for any number of Reasons there are some Reasons upon which the government may not Rely, It may not deny a benefit to a person on a bases that infrings on his constitutionally Protected interests — especially his interest in the freedom of speach first amend USCA.

**Material Issue** Racial Profiling

The fact that I am a Black man and all the defendants are white Racial Profiling always attaches as stated before even if I did not plead Racial Profiling the law of the land is there shall be no Racial Profiling and the courts are to apply the law of the land, The Elements are there

**Material Issue** Martinelli vs Duggar (CA 11 fla. 1987) 817 F2d 1499 Cert Denied 108 S.ct. 714, 484 U.S. 1012, 98 L.ed 2d. 664

**Const Law key 84.2**

Bona fide or sincerely held Beliefs, legitimacy of Religion Proof of connection between allegedly Protected Practice and Religious Belief is properly considered element of Plaintiffs Proof that he or she is sincere in asserting that Beliefs are Protected by the free exercise clause, However, although ~~Plaintiff claim must be Rooted~~ it is true that in order to have the Protection of the free exercise clause plaintiffs claim must be Rooted in Religious Belief, there is no Separate Requirement that the claim be <u>deeply-Rooted</u>

Rouser vs. White 944 F supp 1447 (E.D. Cal. 1996)

[U] <u>Federal Civil Procedure key 2491.5</u>

Material issues of facts to sincerity of Prisoners Religious Beliefs Preclude Summary Judgement for either party in Prisoners § 1983 action against Prison officials I have practice my Belief of Nazarite over 5 yrs Therefore I Pray this most august Tribune will deny this motion for Summary Judgement and Proceed To Trial Respectfully

## PROOF OF SERVICE

    I, the undersigned, verify that I have served a copy of this petition and any attachments thereof by U.S. mail to the following parties at the below listed addresses:

Judger Conner   Po Box 983 Harrisburg Pa. 17108

S.D.A.G. Ms Mosley 15th Fl Strawberry Sq Harrisburg Pa. 17120

Exhibits not mailed to ~~Ms Mosley m Be Dead at too~~ ho nd not able to get to copy-machine     ~~Ms Mosley~~     Unsworn Declaration,

I affirm under Penalty of the Law that the above is True

Respectfully submitted,

Dated: 7-29-04

William Branch CF-3756

S.C.I. Waymart
P.O. Box 256
Waymart, PA 18472-0256

BO