United States District Court
for the Middle District of Pennsylvania

Wm Branch, Plaintiff
vs.
Russian et. al., Defendant

Civil Action No. 1:00-CV-1728
(Judge Conner)

FILED
AUG 16 2004
PER _____
HARRISBURG, PA   DEPUTY CLERK

## Motion for Extension of time to file Brief to oppose Sumary Judgement and witness Subpoena

If it Pleases this most Esteemed Tribunal Here Comes ignoble inmate William Branch CF-3756 asking this august court to Grant and Extension of time, as I have not hear from Ms. Mosley with Reguard to my letter posted 7-21-04 a copy inclosed in motion for Extension of time posted your Honorable court, I have tried to conferre with Ms. Mosley esq. and I am this date posting another letter to S.D. A.G. Ms Mosley esq. asking her to please answer the questions posted to her dated 7-21-04, because of this I ask for an Extension of time to file a Brief in opposition to summary Judgement also I have posted a letter to the clerk of court Ms D'Andrea asking for the unpublish case of Robins vs. Horn (M.D. Pa Sept. 30, 2001 No. 99-1841 and for a chart of fee's and milge and for FBI finger prints of the request slip to staff in Exhibits w/ Court because I do not have this chart I ask for an Extension of time also I have not been able to attend the Law Library because the staff are denying me access. Respectfully,

Proof of Service
Ms Mosley esq 15th Fl Strawberry sq Harrisburg Pa 17120
Unsworn Declaration
I affirm under penalty of the law that the above is true
Date 8-10-04
Wm Branch CF3756 Po Box 256
Waymart Pa 18472

Name & No. CE3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Judge Conner
PO Box 983
Harrisburg Pa 17108