William Branch CF-3756
P.O. Box 256
Waymart Pa. 18472

August 10, 2004

To: United States District court
for the middle District of Pennsylvania
attn: clerk of court

Re: Branch vs. Russian et al.,
M.D. Pa. No. 1:00-CV-1728

Dear Ms. D'Andrea:

I am writing your to Request a copy of my Docket-sheet a copy of an unpublished case <u>Robins Vs. Horn</u>, et. el., No. 99-1841 (m.D. Pa. Sept. 30, 2001) Judge Vanaskie and 20 marshal forms and the fee and milage for witness (fBi to check finger prints on the Request slip to staff in the courts Exhibits) and a chart of fees and milage if you have one

Respectfull

<u>Proof of service</u>
Ms D'Andrea clerk of court P.o. Box 983 Harrisburg Pa. 17108
<u>unsworn Declaration</u>
I affirm under Penalty of the law the above is true

Date 8-10-04

William Branch CF3756
P.O. Box 256
Waymart Pa 18472

august 19, 2004

Wm Branch CF3756
Po Box 256
Waymart Pa 18472

To: S.D.A.G. Ms Mosley esq.
15th fl Strawberry sq.
Harrisburg Pa. 17120

Re. Discovery Branch vs. Russian
Civil action No. 1:00-cv-1728

Madame I have not Received your answers to the questions I posted to you on 7-21-04 you have missed the court ordered date a second time if you do not respond I will have to ask the court for sanctions Ms Mosley. Respectfully you also need to speak with your clients they have not allowed me the use of the law library for over two weeks!

Date 8-10-04

William Branch CF3756
Po Box 256
Waymart Pa 18472