United States Court of Appeals
For the Third Circuit

Branch vs. Russian et.al., Civil Action No. 1:00-CV-1728 M.D. Pa.

<u>Atten:</u> Aina R. Laws case manager
Ms D'Adrea clerk of courts

FILED
HARRISBURG, PA
AUG 16 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

RE: the appeal I posted 7-29-04 the Caption Reads
Branch v D.O.C. John Does, Civil action No. 00-CV-01728. This is not the appeal I posted to the court Someone has Tampered with my mail, also my mail is open outside my presents when the Letter is clearly marked Legal mail open in inmate's presents.

I posted the correct appeal on 8-12-04 to correct this Docket appeal No. 04-3224 in the Third Circuit, Please send me a copy of this false appeal and Please correct the M.D. case number Civil Action No. 00-CV-01728, and Please Let Judge Conner know that the staff here is has Sabotage my pleadings to the courts and that I have asked that all proceedings be stayed pending this appeal.

My appeal is about an award for the attorney Generals failer to comply with discovery, the Judges order Denying me full Discovery and limiting the interrogatories making the interrogatories produce little to no Evidence and not allowing me Discovery before Ms Mosley filed Summary Judgement when I filed for compel Discovery before the motion for Summary Judgement was filed Please check the Docket sheet   Respectfully

## Proof of Service

Case manager: Aina R. Laws  United States
              Court of Appeals  3rd Circuit
              601 Market St.
              Phila. Pa. 19106-1790

Clerk of courts M.D. Pa.: Ms Mary E. D'Andrea clerk
                          PO Box 983
                          Harrisburg Pa. 17108

## Unsworn Declaration

I affirm under Penalty of the Law the above is True

Date 8-12-04                William Branch CF-3756
                            PO Box 256
                            Waymart Pa. 18472



Name & No. CF3756 Bunch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Mr. Mary O'Andrea Clerk
Po Box 983
Harrisburg Pa 17108