# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | CIVIL ACTION NO. 1:00-CV-1728 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MR. RUSSIAN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 16th day of August, 2004, upon consideration of plaintiff's motion (Doc. 202) for extension of time in which to complete discovery and plaintiff's second motion (Doc. 205) for extension of time in which to file a supplemental brief and exhibits in opposition to defendants' motion for summary judgment, and it appearing that defendants have complied with the court's discovery order (compare Doc. 182 ¶ 1(b) (ordering defendants to answer plaintiff's "interrogatories numbered 5, 7, 8 and . . . the un-numbered interrogatories asking for the 'total of pay per year with overtime earned by defendants,' whether each defendant 'd[id] what is alleged' in the complaint, and what each defendant 'd[id] when [plaintiff] informed them of an act by another staff member.' "), with Doc. 185 (answering interrogatories 5, 7, 8, and the above-referenced un-numbered interrogatories)), that the period in which to seek additional discovery is closed (see Doc. 152 ¶ 2 ("Plaintiff shall complete any additional discovery by **March 19,**

**2004**."), that the court has previously extended the relevant deadlines on several occasions (see, e.g., id. ¶¶ 4-5; Docs. 168, 182, 195), that the reasons proffered in support of the requested extensions lack merit, and that no exceptional circumstances exist to justify an additional extension of either deadline (see Docs. 152 ¶ 7, 168 ¶ 3), it is hereby ORDERED that plaintiff's motions (Docs. 202, 205) are DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge