

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
*for the*
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

*MARY E. D'ANDREA*
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

August 20, 2004

William R. Branch
CF-3756
P.O. Box 256
Waymart, PA 18472

RE: 1:00-CV-1728

Dear Mr. Branch,

We are in receipt of some assorted documents that were addressed to Judge Conner and received in this office Monday, August 16, 2004. After reviewing these documents we are returning them to you as we have not been able to determine by the headings and in the absence of a cover letter, the purpose of the filing.

If you wish these documents to become a part of the record in this matter, please provide a cover letter or amend the headings of the documents so the clerk's office can appropriately docket them on the record.

Sincerely,

Mary D'Andrea, Clerk

BY: _____
Deputy In Charge

ENCLOSURE