United States District Court
for the Middle District of Pennsylvania

Wm Branch

vs.

Russian et. al.,

Civil Action 1:00-CV-1728

C Judge Conner

Motion for injunction to stay proceedings Pending Appeal

FILED HARRISBURG AUG 27 2004 MARY E. D'ANDREA, CLERK Per ___ DEPUTY CLERK

if it please's this most noble tribune Here comes William Branch asking this Most Honorable court for an injunction to stay all proceeding as of July 27, 2004. Per my Notice of appeal.

① My mail has Been Sabotage, in that my Pleading were changed, I have not been able to attend law library

② the clerk of courts has not answered my Request for mileage fee + witness fee's + fee's for F.B.I. finger PRinting - nor the marshal forms (20) for Branch vs Gowat

③ c/o Gowat has been calling inmate's niggars; ignorant niggars proving he is A Raceist, he ordered me to cut my hair, M.D.Pa. 1:CV-04-1054 a second time, also the President Judge of the Common-wealth Court has Ruled Recently (Judge James Gardner Colins) that a inmate Larry Meggett 54yrs described as a Hebrew Israellite/Nazarite at mahanay state

page ①

Page ②   Motion for injunction to stay proceedings
Pending appeal            civil action 1:00-cv-1728

prison, who was turned down by the D.O.C. for a Hair Exemption, now sueing the D.O.C. becoused their Grooming Policy violates his Right to Religious freedom; Judge Colins Stating: the case should go forward becouse meggett may be able to prove that his Right to practice his Religion is being violated

④ I need this most honorable court to provide a secure means for my mail to go to court also my legal mail is open outside my presents. Can you arrange a legal call to you I need to talk with you Sir.

⑤ the caption on my Notice of appeal was changed, I did not Post that

Proof of Service
S.D.A.G. Ms Mosley esq 15th fl Strawberry Sq. Harrisburg Pa. 17120

unsworn Declaration
I affirm under Penalty of law the above is true

Date 8-22-04                    William Branch CF3756
                                Po Box 256
                                waymart Pa 18472



Name & No. Burch CF-3756
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Office of the clerk
of court
228 Walnut St.
Harrisburg Pa. 17108

U.S. POSTAGE 0.37
WAYMART PA AUG 23'04
PB METER 7134271

17108+3301