United States District Court
for the Middle District of Pennsylvania

Wm. Branch, Plaintiff
Vs.
Russian et. al.,

Civil Action 1:00-CV-1728
(Judge Conner)

FILED
HARRISBURG, PA
SEP 7 2004
MARY E. D'ANDREA, CLERK
Per ___

### Brief in support of motion for Injunction to Stay proceedings Pending Appeal

If it Please's this most noble tribunel Here come's ignoble William Branch CF-3756 a inmate Housed at S.C.I. Waymart praying this auspices Court will grant this motion to stay all Proceeding's as of ~~august~~ July 27, 2004 Pending Appeal to the third Circuit Court.

Your Honor I am Appealing issues of Discovery and the denial of Discovery covered in Rule 33(a) of fed. Rules of Civil Procedure "Availability. without leave of Court or written stipulation" Rule 33(b) the party upon whom the interrogatories have been served has 30 days to serve objections and answers without leave of the Court for over two years I tried to uptain answers to my interrogatories Ms mosley Never answered any of my Request for Discovery all this was done before She filed a motion for summery Judgement. and order entered by Judge Rambo 1-29-02 Directing discovery within 60 days Ms Mosley Never Participate by answering interrogatories

Page ② on 5-30-02, 9-17-03, 2-14-02, interroggatories sent to Ms Mosley. No answer on 11-26-03, enter on the Court Docket a Request for interrogatorie, denied by the Court Because Ms Mosley filed a motion for Summery Judgement, Then Justified by Saying Ms Mosley would be prejudice. How can she be prejudice if I petition the court first if any thing I have been Prejudice by that order!

I was entitle to full discovery, and you denied me this Right.

Rule 56(f) provides for discovery to defeat a motion for Summary Judgement you narrowly construe the scope of my Discovery that any answer would not be complete, By not allowing all interroggators to be answered by ms mosley and even when she states, in her answers to my interroggatories "This interroggatory does not Provide Sufficient information to permit The defendants to Respond to it"!

You state in you order "She has complied with the courts discovery order" order Entered 8-16-04

Supplemental Pleading you denied me supplemental Pleading and cost me $150.00 to file another complaint when the Rules clearly Speak to favor Supplemental Pleading to avoid court cost and to Join complaints dealing with the Same Plaintiff complaints, this motion was also filed before Ms Mosley filed for Summery Judgement, I petitioned the court Pleading that Lt freethy threaten me not to file a Grievance.

This is a clear Violation of First amendment

What was Ms Mosley answer to this threat Lt freethy is not a Defendant in this case, this is a "ongoing conspiracy by the staff to force me to drop my law suit's".

next you award me $10.00 and you say I said my cost was $10.00, when clearly I said my cost was $10,000.00

For me to allow you to go on with my case and not speak up would be to say I don't have any Rights before this court! Respectfully

Most Recently C/O Gowat the C/O who forced me to cut my hair and said he was not Retaliating has called Mr Simmons a "ignorant nigger" and was whistling dixie, and the staff has not Removed him for being in charge of Black inmates choosing to move me instead because I complained about him. To this End C/O Gowat said "Let me see your I.D. card Looks like you need another one." on 8-19-04. I Put in a Request For a new I.D. card on 8-24-04 I was issued a new I.D. card on 8-31-04 C/O Gowat wrote a incident Report stating "on 8-19-04 I Gave inmate Branch a Direct order to get a new I.D. card and to this date he has not done so." he also lied on Mr Simmons when he wrote him up stating Mr Simmons Refused to go to work, this he did after Mr Simmons Reported him for calling him a "ignorant nigger" and if C/O Houston and Sgt muelhauser had not stood up and said Mr Simmon had asked them to call his Job to have him called down to work

*inclose Please find a copy of Request to Supt Colleran*

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Supt. Colleran | 2. Date: 8-26-04 |
| 3. By: (Print Inmate Name and Number)<br>WM Branch CF-3756<br>William Branch<br>Inmate Signature | 4. Counselor's Name<br>Mr Tong<br>5. Unit Manager's Name<br>Mr Elliot |
| 6. Work Assignment<br>Gr. Plant | 7. Housing Assignment<br>M-2 |

8. Subject: State your request completely but briefly. Give details.

Sir, I wrote you on the 24th of August about C/o Gowat calling inmate Simmon BZ-2363 a "Ignorant Nigger" and his writing a misconduct alleging Mr Simmon Refusing to go to work, and your Staff Disposing of the Misconduct, and threaten Mr Simmon if he wrote a greivance on C/o Gowat. Respectfull

9. Response: (This Section for Staff Response Only)

To day C/o Gowat was sitting on the Block at 7:05 AM whistling Dixie; which is clearly a open affront to all minorities Exspecially afro-americans who were slaves. again I ask you do you think this man should be in charge of Black inmate when clearly he Hates Black People and has no Respect of our Ethnicity

To DC-14 CAR only ☐         To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____Print_____ / _____Sign_____ Date _____

CC. Judge Conner which is a civil Rights Violation
Revised July 2000  Supt Colleran       unsworn Declaration
8-25-04
William Branch CF3756   I affirm under Penalty of the Law the above is true

Page 4 also the misconducts that the D.O.C. Put me in the hole were all done in violation of the due process in that the convictions used some Evidence as Bases to find me Guilty, all were not in accordance with 37 Pa. Code 93.10 nor did it comply with inmates Liberty interest to Remain in General Population see Docket No. 828 M.D. 2002 Rhondell Brown Commonwealth court 801 DC-ADM policy 2 Pa. CSA 101 et seq.

<u>Superintendent v. Hill</u> 472 U.S. 445 at 457
<u>Brown Vs. Faver</u>, 814 f.2d 315 (3rd Cir 1987)
RE: Beard's march 30, 2004 memo DC-ADM 801 on the Standard of Review at disciplinary Hearings.

It is clear that the attorney General offices has not been upholding the Constitution of the united States nor has the District courts "Respectfully" when a inmate has to petition the courts to show them that a agency of the Judiciary is not Providing due Proceess. This should defeat Ms mosley motion for Summery Judgement in that the staff here Placed me in the RHU in violation of my Due Process Rights " they were using the wrong standards Respectfully for the Reasons state above I Pray that his most noble Tribune will stay all Proceeding Pending Appeal or Rule in favor of me and award $3,000,000.00

<u>Proof of service</u>
SDAG Ms Mosley 15th fl Strawberry Sq Harrisburg Pa 17120
Judge Conner PO Box 847 Harrisburg Pa 17108
<u>unsworn Declaration</u>
Date 9-1-04 I affirm under Penalty of the law that the above is true

CF3756
William Branch
PO Box 256
Waymart Pa 18472