*[Envelope scan]*

U.S. POSTAGE $0.37
PB METER 7134271
WAYMART SEP 02 '04 PA

Name & No. Branch CF3756
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

legal
mail

Judge Conner
Po Box 847
Harrisburg Pa 17108

17108+0847 33