FILED
SEP 01 2004
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

William Branch CF 3756
Po Box 256
Waymart Pa 18472

RE: Cover letter for documents
in Branch vs. Russian et. al., Civil action # 1:00-cv-1728

① is the Heading of my appeal to the third circuit. it is incorrect I never title my appeal Branch vs. Doc. John Does, et. al., nor is my Docket No. 1:00-cv-01728 the No. is 1:00-cv-1728

Please correct this Respectfully

also the Librarian MS Derreck Denied me access to the law library for over 2 weeks because I did not put a date next to my Day as appose to "Please put me on call out for law library "During" the "week" of "8-29-04" on: monday, Tuesday, Wednesday" she wants me to put 30th monday 31th Tuesday 1st wednes because this was not done she denied me access to the law library. See: Exhibits L-1 & Request to staff

② This is my correct Notice of appeal please stamp one and Return a copy to me there are three copies ⊗ also I am still waiting for a copy of my Docket sheet and 20 marshal forms and a copy of Robin vs. Horn No. 99-1841 (M.D. Pa Sept 30, 2001) a unpublish case by Judge Vanaskie from the clerk of court I wrote her and asked like you told me but no answer

③ Exhibit from Exhibit AA-1 to be used with Briefs to deny Summary Judgement

Pg. 1. letter from my church Universal life church asking Pastor Bogas to allow me to Receive a hair exemption Dated 11-8-2000 and the scripture from the Bible that support my Beli

Page 3. RE. Cover Letter for documents in Branch Vs. Russian et. al., Civil action # 1:00-CV-1728

Pg. 3. and nothing was done about this c/o watching TV while on duty and nothing in his Record.

Pg. 4. affidavit Randolph L. Simmons # BZ-2363 Declaration of facts.

C/o Gowat the same c/o who ordered me to cut my Religiouse Nazarite hair and Gave the court a Statement under Penalty of the law that he did not Retaliate against me. The c/o Called this inmate, who is Black a ignorant nigger stating "don't act like a ignorant nigger". Who also on the next day after he Report this act wrote said inmate up Lieing stating "he did not ~~get up~~ want to go to work, so he would not get his halfway house c/o Gowat did this in Retaliation. yet he stated he did not Retaliate against me. Please not that the Staff made the write up disappear and threaten Mr. Simmons # BZ-2363 not to write a greivance and c/o Gowat nothing was done to him he is still the Black c/o. this man is a Raceist and should not have charge over inmate's he is also a lier.

This Document is to be put with civil action No. 1:00-CV-1728 and Branch vs Gowat 1:04-CV-1054

Respectfully and to be put with Briefs to deny Summary Judgement.   <u>Unsworn Declaration</u>

I affirm under Penalty of the law the above is True

Date 8-25-04

William Branch CF-3756
PO Box 256
Waymart Pa. 18472