United States District Court
for The middle District of Pennsylvania

Wm Branch, Plaintiff
vs.
Russian et al., Defendants

Civil Action No. 1:00-CV-1728
(Judge Conner)

FILED
HARRISBURG, PA
SEP 09 2004
MARY E. D'ANDREA, CLERK
Per _____

Re: clerk of court
Mary E AnDrea

unpublished case
20 Marshall forms

Madame clerk I Received the docket sheets one of my case caption above and Robins vs. Horn et al., No. 3:99-cv-01841-TIV-LQ chief Judge I Vanaskie the Civil Action No. 99-1841 (M.D. Pa. Sept. 30, 2001) is the case Ms. Mosley cited in her Reply Brief; you did not send this case to me, nor did you forward the 20 marshall forms I Requested to file in Branch vs Gowat 1:CV-04-1054 to this Date 9-6-04 I have not Received these forms, also I need to know if the Last notice of appeal I filed with you has been forwarded to the third Circuit Court of appeals. Respectfully

Unsworn Declaration
I affirm the above is true under Penalty of the Law

Proof of Service
CC: Ama R. hawr 601 market St Phila Pa. 19106  Third Circuit appeals Co. Case manger
Clerk of court Ms Andrea PO Box 847 Harrisburg Pa. 17108

Date 9-6-04

Wm Branch CF-3756
PO Box 256 waymart Pa. 18472



Name & No. CF 3756 Bunch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Judge Conner
Clerk of Court
Po Box 847
Harrisburg Pa 17108

17108+0847 33