cc: ct, all cnsl, Pl (cert) (w/exs); Supt SCI Waymart (cert);
USM; PA Dept of Corrections, Legal (x1 cert)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM R. BRANCH, | : | CIVIL ACTION NO. 1:00-CV-1728 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| MR. RUSSIAN, ET AL., | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
SEP 16 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE ATTORNEY GENERAL OF THE COMMONWEALTH OF PENNSYLVANIA and THE SUPERINTENDENT OF THE STATE CORRECTIONAL INSTITUTION AT WAYMART, PENNSYLVANIA

You or one of your authorized deputies are hereby commanded to produce the person of **William R. Branch, Reg. No. CF-3756**, from the State Correctional Institution at SCI Waymart, P.O. Box 256, Route 6, Waymart, PA 18472-0256, for the purpose of attending and testifying at trial in the captioned action, to which he is a party, before the undersigned at **9:30 a.m. on Monday, November 15, 2004**, in Courtroom No. 2, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, and to keep the prisoner safe and confine him from day to day, when not appearing in court.

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

Dated: September 16, 2004

_____
CHRISTOPHER C. CONNER
United States District Judge