Sept 23, 2004

Wm Branch CF3756
PO Box 256
Waymart Pa. 18472

RE: Judge Vanaskie - Chief Judge Middle Dist. Pa.

Sir this letter is in Reguard to a case you Presided over: Robins vs. Horn et. al., No 99-1841 (M.D. Pa. Sept 30, 2001)

This case was unpublished, but has been cited by the State Attorney General's office in a Reply Brief. I have been unable to get a copy of your Ruling even though I have written the Clerk of Court for the Middle Dist. Can you please send me a copy of this Ruling. "that the D.O.C. Policy DC-ADM 807 is Constitutional with Reguard to hair Exemption"

I would appreciate any and all help you can provide also the clerk of courts has failed to provide me with 20 Marshall forms

Respectfully
William Branch CF3756

my action No is 1:00CV-1728 and 1:00-CV-04-1054 Branch vs Gowat I need Marshall forms for this case.

FILED
SCRANTON

SEP 27 2004

PER _____ DEPUTY CLERK