OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

HARRISBURG _____ Clerk of District Court
(District)

Date October 12, 2004

BRANCH V. D.O.C. JOHN DOES
(Caption)

C. of A. No(s). **04-3224**

WILLIAM BRANCH
(**Appellant(s)**/Petitioner)

00-CV-01728
(D.C. No.)

Enclosures:

___10/12/04___ Certified copy of C. of A. Order by the **Court**/Clerk:
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

__xxxx__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
is recalled.

/s/ Aina R. Laws          (267)-299- 4957
AINA LAWS: Deputy Clerk

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00

Appeals (Certified List in Lieu of Record)

N:\Record Release Form.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>04-3224</u>

Branch v. D.O.C. John Does
(M.D. Pa. No. 00-cv-1728)

To: Clerk

1) Appellant's Letters Dated August 12, 2004, September 2, 2004 and September 6, 2004

---

To the extent that the appellant moves to amend the caption of the above-entitled appeal, that motion is denied. The appeal is dismissed because the filing and docketing fees have not been paid nor has a motion to proceed <u>in forma pauperis</u> filed. <u>Third Circuit Local Appellate Rules</u> 3.3 and Misc. 107.1.

Insofar as appellant questions whether the notice of appeal was properly docketed, this is an issue which must be resolved since it concerns that Court's docket. This Court must docket an appeal in the manner in which the district court certifies it.

A True Copy:

Marcia M. Waldron,
Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: October 12, 2004

ARL/cc: WB; ASG; GTM