# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **MR. RUSSIAN, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 13th day of October, 2004, upon consideration of plaintiff's motion for a stay of proceedings pending appeal (Doc. 209), and it appearing that the Court of Appeals for the Third Circuit has dismissed plaintiff's appeal in the above-captioned case (Doc. 216), it is hereby ORDERED that the motion (Doc. 209) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge