**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | CIVIL ACTION NO. 1:00-CV-1728 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MR. RUSSIAN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of October, 2004, upon consideration of the pre-trial and trial schedule in the above-captioned case, in which trial is currently scheduled to commence on November 15, 2004 (Doc. 182), and it appearing that the pendency of an interlocutory appeal filed by plaintiff on August 4, 2004 (Doc. 200), and dismissed by the Court of Appeals for the Third Circuit on October 12, 2004 (Doc. 216), constitutes exceptional circumstances and good cause for a continuance of trial, see FED. R. CIV. P. 16, it is hereby ORDERED that:

    1.    Trial in the above-captioned case is RESCHEDULED as follows:

        a.    Trial in the above-captioned non-jury action shall commence at 9:30 a.m. on Monday, January 31, 2005, in Courtroom No. 1, Ninth Floor, 228 Walnut Street, Harrisburg, Pennsylvania.

        b.    If plaintiff is incarcerated, a writ will issue before trial to secure plaintiff's attendance.

2. All previous case management and scheduling orders remain in full force and effect except as modified herein.

3. No further extensions of the pre-trial and trial schedule shall be granted absent exceptional circumstances.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge