United States District Court
for The Middle District of Pennsylvania

FILED
HARRISBURG, PA
OCT 29 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Wm. Branch,
   Plaintiff
Vs.

Civil Action No. 1:00-CV-1728
Judge Conner

### Fourth Brief to Deny Motion For Summary Judgement

If it Pleases the Court Here comes ignoble inmate William Branch CF-3756 from S.Ci. Waymart asking this Noble Court to deny Defendants Summary Judgement.

1.) Defendants in their motion for summary Judgement concede that I have satisfied two prongs established in Rauser vs. Horn 241 F.3d 330 (3rd Cir. 2001) [the controlling case in the third Cir.] and that I must show a causal link!

To this end I cite another (3rd Cir case) Mitchell vs. Horn 318 F.3d 523 (3rd Cir 2003) citing at 530 Rauser vs. Horn A prisoner alleging Retaliation must show (1) constitutionally protected conduct (2) and adverse action by prison officials "sufficient to deter a person of ordinary firmness from exercising his [constitutional] Rights"; and (3) " a causal link between the exercise of his constitutional Rights and the adverse action taken against him". Rauser (quoting Allah, 229 F.3d at 225) (alteration in original).

Mitchell vs. Horn 318 F.3d at 530 [12] w's on to state

(1)

Page ② Fourth Brief to deny Summary Judgement

(Prisoner could survive Summary Judgement on his claim that prison officials Retaliated against him for " use of the 'inmate grievance system' and Previous Law Suits"). Moreover we believe that several months in disciplinary confinement would deter a ~~person of~~ Reasonably firm prisoner from exercising his first amendment Rights.

Finally we agree with mitchell that the word "Retaliation" in his complaint sufficiently implies a causal Link between his complaint and the misconduct charges filed against him! This covers the third prong of my complaint that the staff conspired to punish me for accessing the courts your Honor I also wish to cite [10,11] of mitchell stating that "[g]overnment actions which standing alone do not violate the constitution, may ~~violate~~ none the less be Constitutional Torts if motivated in substantial part by a desire to punish a individual for exercise of a constitutional Right." Allah v. Seiverling, 229 F 3d 220, 224-25 (3Rd CiR. 2000) (quoting Thaddeus-X vs Blatter 175 F 3d 378, 386 (6th CiR. 1999) (en banc)

For these Reason I pray that your Honor will deny Defendants motion for Summary Judgement.

Proof of Service

S.D.A.G. Ms Mosley esq. 15th fl. Strawberry Sq Harrisburg Pa 17120

Unsworn Declaration

I affirm under penalty of the Law that the above is True.

Date 10-25-04          William Brock CF3956
                       Po Box 256
                       waymart Pa. 18472

Name & No. CF3856 Black
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Legal
Mail

Judge Conner
228 Walnut St
PO Box 983
Harrisburg Pa. 17108

17108+0983 11

