I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transportating the within named William Branch from the RUY to the Continued to 1/31/05 This 10th day of Nov 2004

_Michael R. Ryan_
U. S. Marshal, M/D PA

By _Wayne E. Gum_

**FILED**
HARRISBURG, PA
NOV 18 2004
MARY E. D'ANDREA, CLERK
Per _____

00-1728