IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM BRANCH | : | |
| Plaintiff | : | No. 1:00-CV-1728 |
| v. | : | (Judge Conner) |
| RUSSIAN, et al., | : | |
| Defendants | : | ELECTRONICALLY FILED |

**ORDER**

AND NOW, this ___ day of January, 2005, upon consideration of defendants' motion to continue trial until after their motion for summary judgment is resolved and there being good cause for the motion, is hereby GRANTED. The trial scheduled on January 31, 2005, is hereby continued until after defendants' motion for summary is resolved.

By the Court:

_____
Judge Conner