IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BRANCH | : |
| | : |
| Plaintiff | : No. 1:00-CV-1728 |
| | : |
| v. | : (Judge Conner) |
| | : |
| RUSSIAN, et al., | : |
| | : |
| Defendants | : ELECTRONICALLY FILED |

## DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION FOR A CONTINUANCE OF TRIAL

The power to grant continuances is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time, and effort for itself, for counsel and for litigants.  *Landis v. North American Co.,* 299 U.S. 248, 254 (1936)  For the reasons stated in their motion, defendants believe that the trial scheduled for January 31, 2005 should be continued until after their motion for summary judgment has been resolved.

          Respectfully submitted,

          GERALD PAPPERT
          Attorney General

By:   s/Gwendolyn T. Mosley
        GWENDOLYN T. MOSLEY
        Senior Deputy Attorney General
        Attorney I.D. No. 29157

| | |
|---|---|
| **Office of Attorney General** | **SUSAN J. FORNEY** |
| **15th Floor, Strawberry Square** | **Chief Deputy Attorney General** |
| **Litigation Section** | **Chief, Litigation Section** |
| **Harrisburg, PA 17120** | |
| **(717) 787-1179** | **Counsel for Defendants** |

**Dated: January 13, 2005**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BRANCH : | |
| : | |
| Plaintiff : | No. 1:00-CV-1728 |
| : | |
| v. : | (Judge Conner) |
| : | |
| RUSSIAN, et al., : | |
| : | |
| Defendants : | ELECTRONICALLY FILED |

## CERTIFICATE OF SERVICE

I, Gwendolyn T. Mosley, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on May 20, 2004, I caused to be served a true and correct copy of the foregoing document titled "Defendants' Brief in Support of Their Motion for Continuance of Trial," by depositing it in the United States Mail, first-class postage prepaid to the following:

**William Branch, CF 3756**
**SCI-Waymart**
**P.O. Box 256**
**Waymart, PA 18472**

                                                  **s/GWENDOLYN T. MOSLEY**
                                                  **Gwendolyn T. Mosley**
                                                  **Senior Deputy Attorney General**