**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM R. BRANCH,** | : | **CIVIL ACTION NO. 1:00-CV-1728** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **MR. RUSSIAN, et al.,** | : | |
| | : | |
| **Defendants** | : | |

<u>**ORDER**</u>

AND NOW, this 14th day of January, 2005, upon consideration of the motion to continue trial in the above-captioned case (Doc. 221), currently scheduled to commence on January 31, 2005 (Doc. 218), and it appearing that the pendency of a dispositive motion (Doc. 129) and of continuing settlement discussions (Docs. 221, 222) constitute exceptional circumstances and good cause for a continuance of trial, <u>see</u> FED. R. CIV. P. 16, it is hereby ORDERED that the motion to continue (Doc. 221) is GRANTED.  Trial in the above-captioned case is POSTPONED indefinitely pending resolution of the motion for summary judgment (Doc. 129) and further order of court.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge