ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

WILLIAM R. BRANCH,

    Plaintiff

v.

D.O.C. JOHN DOES; KYLER, CO;
DR. MCANDREW, CO; BIKOS, CO; SHERMAN,
CO; BEARD, CO; ROLLISON; FREETHY;
LIBRARIAN JAMES; . BITNER; O'HARA; CO
RUSSIAN; MR. FRIEDMAN; CPT. GRIFFIN; MRS.
MARTIN; MS. SURACE; MR. GORMAN; LT
WELLING; MR. RICHARDS; MR. JONES; CPT.
GAVIN; MR. BURKE; PASTOR GAGAS; MR.
SCALZO; MR. HORN; MS. WILBUR; MR. WALSH;
CO KARWOWSKI; MS. SUCHY; and JOHN DOES
individual and official capacity,
              Defendants

CASE NUMBER: 1:00-CV-1728

(Judge Conner)

FILED
HARRISBURG, PA

FEB 02 2005

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT BE AND IS HEREBY ENTERED in favor of defendants D.O.C. John Does, Kyler, CO, Dr. McAndrew, CO, Bikos, CO, Sherman, O, Beard, CO, Rollison, Freethy, Librarian James, . Bitner, O'Hara, CO Russian, Mr. Friedman, Cpt. Griffin, Mrs. Martin, Ms. Surace, Mr. Gorman, Lt. Welling, Mr. Richards, Mr. Jones, Cpt. Gavin, Mr. Burke, Pastor Gagas, Mr. Scalzo, Mr. Horn, Ms. Wilbur, Mr. Walsh, CO Karwowski, Ms. Suchy, and John Does individual and official capacity, and against plaintiff William R. Branch.

Date: February 2, 2005

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk