In The United States District Court
For The Middle District of Pennsylvania

William Branch
    Plaintiff
  vs.
Mr. Russian, et
    Defendant

: Civil Action No. 1:00-CV-1728
: (Judge Conner)

FILED
SCRANTON
FEB 15 2005
MARY E. D'ANDREA, CLERK
DEPUTY CLERK

## Motion for a new trial and to alter or amend Judgement

Per Rule 59 of federal Rules of Civil Procedure and 60 I ask this Court to Remove Judge Conner and do a complete Review of my §1983 civil law suite and charge Judge Conner with Violation of KKK Civil Rights Law "for failer to apply the civil Rights Laws against Defendants acting under color of Law" and fraud. Denying Permissive Joinder

for these Reasons I ask this noble Court for a Rehearing en banc.

Proof of Service
SDAG Mr. Mosley esq 15th fl strawberry sq Harrisburg Pa. 17120

Unsworn Declaration
I affirm under Penalty of Law that the above is true.

Respectfully
William Branch CF3756
Po Box 256
Waymart Pa. 18472

Date 2-11-05

In the United States District Court
for the Middle District of Pennsylvania

William Branch, Plaintiff  :  Civil Action No 1:00-cv-1728
vs.  :  (Judge Conner)
Mr Russian et, al., Defendant  :

## Brief in support of motion for a New Trial and to alter or amend judgement

If it please's this noble court her come's William Branch CF3756 a inmate housed at SCI- Waymart.

In the above named case his Honor Judge Conners entered summary judgement for Defendants after entering several orders that I feel are questionable and violate my rights to a fair and impartial Hearing.

① the allowing of summary judgement motion come after I petitioned the court to allow me supplemental pleading for over 2 yrs see court Docket sheets

although Rule 15 F.R.C.P. states supplemental pleading are to be liberally Granted Judge Conner did not allow me supplemental Pleading he also ordered the clerk to stricken my pleading from the record see: Docket sheet 118 filed 11/26/03, then Judge Conners said I could not file a amended complaint because it would prejudice the Defendants summary judgement.

② upon the entering of summary judgement the names of the Defendants in my supplemental Pleading which were stricken and not argued before the court appear on the summary judgement order.

Page ② Brief in support of motion for a new trial and to alter or amend judgement

③ after a Ruling finding the attorney General Ms Mosley of lying about Receive my Request for Discovery, I asked for $10,000.00 judge conner awarded me $10.00 and said this is what I stated I wanted he lied on me See: Docket sheet 182-187

also my Discovery was limited about parole and Judge conner states in is order Granting summary judgement that I did not Give enough information to show I was denied a fair parole hearing or that I showed any violation of my constitutional Rights, this ~~limitation~~ limitation came after I had for 2yrs tried to get Discovery but was unable and after judge Conner ~~allow~~ Received the Defendants to motion for summary judgement I was only able to get limited Discovery per Judge Conner, Knowing full well Rule 33(a) availability without leave of the court or written stipulation, any party may serve upon other party written interrogat-ories, in over 2 yrs I was unable to get any Discovery!

④ Exercising Religion

Doc Policy DC-ADM 807 has been amended since capt. Gavin ordered me to cut my hair in the first instants I was not allowed a opportunity to get an exemption this amendment is a statement that I was right see: DC-ADM 807 Date and 819 Date and the date I was order to cut my hair around or about Sept. 9, 2000. also see: capt Gavins Declaration appendix H at #7 "I do not afford them the opportunity to disregard my direction and then request a religious exemption signed and Dated 1-2-04. he still maintains this mind set, even though DC-ADM 819 was not supplied to the court, and states " a inmate has 15 days after receiving an order to cut his hair to send a letter Requesting an exemption. see: Page 8 (9) of DC-ADM 819 accommodation

page 2A

## Permissive Joinder

Rule 20 F.R.C.P. Judge Conner Refused to allow me to add Defendant forcing me to open a new civil law suit this violates this Rule

See: Nation Sur Corp. vs City of Allentown 27 F.Supp 515 OcPa 1939 Stating: ..... When a Plaintiff has a Like claim against each of two or more defendants he is not driven to separate actions against each, but may sue all in one action, Recovering separate judgements against each for the part of the claim for which he is liable

Pearce vs. Penna. RailRoad Co. 7 FRD 420 affirmed 162 F2d 524 certiorari denied 68 Sct 71 332 US 765 92 Led 350

Under federal Rules Plaintiff may Join Defendants in the alternative.

Brief in support of motion for a new trial and to alter or amend judgement

continue #4  Page 8(G.)2.b. in the case of a an inmate Request for an exemption from Department policy. DC-ADM 807, "inmate Grooming and Barber Cosmetology", the inmate must submit a DC-52 within 15 working days of Receiving the order to cut his hair. Capt. Gavin by his own Declaration to the court states he violates this directive yet Judge Conner in his memorandum Page 28 States: "The actions purportedly taken against Branch including the check of his cell, are clearly supported by legitimate penological objectives in safety and security"

My issue's to the court are not ~~that~~ whether a policy serves a penological objective but that they used the policy to Retaliate against me See: Mitchell vs. Horn 318 F.3d at 530 (3rd Cir. 2003)

[10, 11] [G]overnment actions which standing alone do not violate The Constitution, may ~~violate~~ nonetheless ~~violate~~ be constit-utional torts if motivated in substantial part by a desire to punish an individual for exercise of a constitutional Right.

To this end after being forced to cut my hair being transferred back to M-2 and paraded around to humiliate me and gain Bragging Rights by Capt. Gavin and Deputy Shemo, then housing me with smoking inmate's Knowing I do not smoke not just one time but 3 or 4 times, placing me on a top Bunk not just one time but 3 or 4 times knowing I had a medical Bottom Bunk status

How in Heaven's name could anyone state that these staff members were not Retaliating against me.

Mitchell vs. Horn supra also goes on to state at [12] the word Retaliation sufficiently implies a causal link between his complaints

Page (4) Brief in support of motion for a new trial and to alter or amend judgement

continue (4) and the misconducts charges filed against him

Before I was written up by C/O Russian and charged with threatening a officer and his family, I had written a grievance and several Request to Supt Colleran Bates starting 7-15-2000 — 7-20-2000 explaining that C/O Russian was using the safety and security search policy to Retaliate against me

see: Exhibit AA-e in court Docket Request to Staff

Dated 7-15-00 to mr Colleran Page (2) at the end stating: I wish to inform you of a C/O acting in Retaliation for me Reporting and telling him and Reporting him to his shift Commander Sgt. Griffin on 7-14-00, five days after I wrote the Grievance, on the 27th of July C/O Russian was sitting at his desk Reading a inmates mail when I asked him about it he said I was threatening him and they put me in the RHU for 45 days.

Your Honor I could go on and on like this examining each point in judge Conner's order, I ask this noble tribunal, if any of this is on point please I pray you to Rehear my § 1983 completly looking at each allegation as and entirety, transaction and with Regard to Ms Surace I filed a motion to the 3Rd Cir Court to add her to my complaint back in 1997 Rule 15(C) Relating Back Ms Surace should have be add to my case against fabricatorie and as all these acts of Retaliation follow my first amend Rights to petition the Courts for Redress she is still not Barred by the statute of limitions per fabricatorie see Branch vs fabricatorie CA No 95-CV-00751 Dated 9-28-97 Motion to order Injunction and to add Defendants To my 1983 claim

Brief in support of motion for a new trial and to alter or amend judgement

continue (4) So Ms surace was before the court and as I have claimed that Branch vs. fabricatorie C.A. No. 95-CV-00751 is the Reason and start of Retaliation for my Petitioning the Government for ~~redress~~ Redress, access to court a first amendment Right.

Judge Conner does not seem to be concerned about the staff violating this Right but seem to be looking for a Reason to allow Lt welling and Lt Freethy to threaten me because I want to petition the government for redress

Lt Welling did his threatening while I was in the RHU Lt Freethy did the same thing while I was on M-2 Why would a person working under color of the law threaten me any way What legitimate penological objective does threatening an inmate for accessing the court or Reporting misconducts, telling him to stop. house vs. Carlson 652 F2d 371 ie at 374 (5) Judge ~~Conner~~ Conner in his assessment of c/o Russians application of DC-ADM 203 does not mention that the policy states no personal property is to be distrubed or that I Reported c/o Russian for improper use of this policy on another inmate and then c/o Russian turned on me doing the same thing the inmate named was Mr Chapman who was one of c/o Russian that prompted my approaching Capt Griffin.

The SDAG Ms Mosley esq knew this and stated in her Defendants Brief in support of their motion for summary Judgement Page 19, "Here defendants do not dispute that Branch can satisfy the first and second prongs of Rauser criteria with Respect to defendants Russian, and surace, Gogas, Gavin

Page ⑥ Brief in support of motion for a new trial and to alter or amend Judgement

continue ⑤ Walsh and Wilbur. Courts have recognized that filing lawsuits and grievances are protected activities under first amendment see eg. Herron vs. Harris 203 F3d 410, 415 (6th Cir 2000) Allah vs Al-Hafeez, 208 F supp. 2d 529 535 (E.D. Pa. 2002) and she goes on, ending with my inability to show a casusal link, to this I plead Mitchell vs Horn 318 F.3d at 530 (3rd Cir. 2003) [12] " Retaliation in his complaint sufficiently implies a causal link between his complaints and the misconducts charges filed against him. see: Judge Conners memorandum page 17. Stating nothing in the record either expressly or implicitly links the Grievances to official actions against Branch.

this is not the appling of know law as state by the third Ciruit in Mitchell vs. Horn and Rauser Vs Horn
  Buise Vs. Hudkins 584 F2d 223, 229 (7th cir 1978) cert denied 440 US 916  99 Sct 1234, 59. Led 2d 466
"[A]n act in Retaliation for the exercise of a constitutional Right is actionable under [S]ection 1983 even if the action when taken for different Reasons would have been proper"

Therefore I pray this Honorable court will Rehear my Complaint and do a complete Review of all issues, Reversing the Granted summary judgement Respectfully.

Proof of serves
S.D.A.G. Ms. Mosley. esq. 15th fl Strawberry sq Harrisburg Pa. 17120

unsworn Declaration
I affirm under Penalty of the Law that the above is true
Date 2-13-05                    William Branch CF3756
                                Po Box 256 Waymart Pa. 18472

In the United States District Court
For the Middle District of Pennsylvania

To: Judge Vanaskie Cheif
PO Box 1148
Scranton Pa. 18501

Branch vs Russian
Civil Action No 1:00-cv-1728

RECEIVED SCRANTON
FEB 1 5 2005
PER _____ DEPUTY CLERK

Sir inclose Please find a motion and a Brief for a new trial and to alter or amend judgment the reason I am address this motion to you is I am Requesting another judge and a Rehearing of his actions before proceeding to appeals court

I feel judge Conner is not impartical in fact I wrote him informing him that I was entering into negotiations with Ms Mosley esq S.D.A.G. to Resolve this suit before going to court Ms Mosley then write judge Conner explaining that I was amiable to a settle me and asked him to Rule on her motion for Summary judgement, which he quickly Responded by Granting summary judgement.

Based on his not providing me with full discovery even thought I had been tring for 2 years or more and Ms Mosley did not Provide me with any untill ordered by the court.

I know I did not Receive a fair and impartial Hearing in his court    Unsworn Declaration

I affirm under Penalty of the Law that the above is True

Respectfully
William Branch
PO Box 256
_____ Pa 18472

Date 2-13-05

Name & No. CF3756 Branch
P.O. Box 256
Waymart, PA 18472-0256

INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7002 1000 0005 6049 3445

Chief Judge Vanaskie
Po Box 1148
Scranton Pa 18501

18501+1148 33

WAYMART PA
FEB 14 '05
PB METER
7134271

RECEIVED
SCRANTON
FEB 15 2005
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

$2.90
U.S. POSTAGE