INMATE MAIL
PA DEPARTMENT OF CORRECTIONS

Name & No. CE3756 Bidunch
P.O. Box 256
Waymart, PA 18472-0256

Judge Conner R
P.o Box 847
Harrisburg Pa 17108

