In the United States Dist. Court
for the Middle District of Pennsylvania

William R. Branch, Plaintiff
Vs.
Russian, et al., Defendants

Civil Action No. 1:00-cv-1728
(Judge Conner)

FILED
HARRISBURG, PA
APR 25 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Reply Brief to Defendants motion to deny Reconsideration of Summary Judgement

If it Please's this most Honorable Court, inmate William Branch Pray's this noble Tribune will deny Defendants Motion and Grant my motion of Reconsideration to Reverse the Granting of Summary Judgement.

Sir Ms Mosley has pleaded that the prison can do whatever it wants and say that, this was done for penological Reason's and that is true, unless those actions are motivated by Retaliation franco Vs. Kelly 854 F2d at 856

"[A]n act in Retaliation for the exercise of a constitutional Right is actionable under Section 1983 even if the action when taken for different Reasons would been proper" Buise Vs. Hudkins 584 F2d 223, 229 (7th 1978) Cert. denied 440 us 916 99 Sct 1234, 59. led 2d 466 (1979)

My Briefs Pt. 1 & Pt. II have outlined issues that show material issues abound, motives (what the Reason for the staff filing false misconducts, lyeing in the misconduct, threatening me if I continue my legal action, By the Grace of God the Record shows Causality, Conflicting evidence, and the motivating factor in a statement Mr Friedman made

Defendants motion to Deny Reconsideration of Summary Judgement
Page ②

See: the initial Response to Grievance #WAM-0232-00 Date 6-3-00 found in Exhibit AAG stating "because Protested The first amendment Grant me the Right to petition the Government for Redress, all this came as I was Reporting this C/O to them. they turn around and order and investigati Search of my area. Reporting a staff member is a Protected Right, you can not turn around and order a investigative Search because I Report a staff memeber.

Now Ms Mosley esq. S.D.A.G. what legitimate Penological interest does this serve, I'll tell you NoNe the C/O went into a hearing with mr friedman and they said Mr Branch has Reported you in a Request to Dept Collerance. Well he'll Be sorry he did that and they ordered the investigative Search, "Because I Protested"

and this is a custom and Practice to Retaliate and Conspire to punish Inmate's who speak up.

Summary Judgement is inappropriate where Credibility is at issue

for the Reasons above I pray your most noble Sir, that you will Reverse the Granting of summary Judgement and proceed to trial, Respectfully

Proof of service
S.D.AG Ms Mosley esq 15th th strawberry sq Pa 17120

Unsworn Declaration
I affirm under Penalty of the Law that the above is true
Date 4-21-05
William Branch
2549 N 32 St
Phila Pa. 19132





Name & No. Branch
2549 N 32 St
Phila Pa 19132
PA DEPARTMENT OF CORRECTIONS

Legal Mail

Judge CONNER
P O Box 983
Harrisburg Pa. 17108

17108+0383