In the United States Court of Appeal
for the Third Circuit

W. Branch, Plaintiff
vs
c/o Russian et. al., Defendants

Civil Action No. 1:00-1728
Judge Conner

FILED
HARRISBURG, PA
MAY 10 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## Notice of Appeal

If it please's this noble Court William Branch hereby appeals a order of Summary Judgement entered by @ Judge Conner

Respectfully,

William

## Proof of Service

S.D.A.G. Ms Mosley esq. 15th Strawberry Sq.

## Unsworn Declaration

I affirm under Penalty of the law that the above is True

Date 5/1/05

William Branch
2544 N 3rd St
Phila Pa 19132





Wm Brand
2549 N 32nd St
Phila Pa 19132

Clerk of Court
Po Box 983
Harrisburg Pa 17108

17108+0983