**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 05-2521</u>

Branch

vs.

DOC John Does, et al.

William Branch, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01728)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Clerk

Date: June 8, 2005
cc:
    William Branch
    Gwendolyn T. Mosley, Esq.



A True Copy:

Marcia M. Waldron, Clerk