OFFICE OF THE CLERK

**MARCIA M. WALDRON**                    UNITED STATES COURT OF APPEALS                    TELEPHONE

CLERK                                             FOR THE THIRD CIRCUIT                                    215-597-2995

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA, PA 19106-1790

Harrisburg Clerk                                        Date__6/8/05_____

In Re: Branch v. DOC John Doe                      C. of A. No. 05-2521
  (Caption)

William Branch
 (Appellant)

0-cv-01728
 (D.C. No.)

Enclosures:

_____**6/8/05**_____  Certified copy of  Judgement  by the **Clerk**
            (Date)

_____  Released (Record) (Supplemental Record - First - Second - Third)

_____  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not released at this time until appeal(s) closed at No.(s)_____

_____  Please forward Certified List in lieu of Record to this office.

_____ The certified copy of Judgement issued as the mandate on _____ is recalled.

                          _____Chiquita Dyer_____  (267)-299- 4919___
                                Case Manager              Telephone Number

Receipt Acknowledge:

_____
  (Name)

_____
  (Date)

                                                              Rev. 4/3/03
                                    Appeals (Certified List in Lieu of Record)